# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF DOCUMENT DISCREPANCIES

To: ☑ U.S. District Judge / ☐ U.S. Magistrate Judge  Otis D. Wright, II

From: S. English, Deputy Clerk    Date Received: April 28, 2022

Case No.: CR 20-228-ODW    Case Title: USA v. Mei Xing

Document Entitled: Appearance of counsel

Upon the submission of the attached document(s), it was noted that the following discrepancies exist:

- ☐ Local Rule 5-4.1 — Documents must be filed electronically
- ☐ Local Rule 6-1 — Written notice of motion lacking or timeliness of notice incorrect
- ☐ Local Rule 7-19.1 — Notice to other parties of ex parte application lacking
- ☐ Local Rule 7.1-1 — No Certification of Interested Parties and/or no copies
- ☐ Local Rule 11-3.1 — Document not legible
- ☐ Local Rule 11-3.8 — Lacking name, address, phone, facsimile numbers, and e-mail address
- ☐ Local Rule 11-4.1 — No copy provided for judge
- ☐ Local Rule 11-6 — Memorandum/brief exceeds 25 pages
- ☐ Local Rule 11-8 — Memorandum/brief exceeding 10 pages shall contain table of contents
- ☐ Local Rule 15-1 — Proposed amended pleading not under separate cover
- ☐ Local Rule 16-7 — Pretrial conference order not signed by all counsel
- ☐ Local Rule 19-1 — Complaint/Petition includes more than 10 Does or fictitiously named parties
- ☐ Local Rule 56-1 — Statement of uncontroverted facts and/or proposed judgment lacking
- ☐ Local Rule 56-2 — Statement of genuine disputes of material fact lacking
- ☑ Local Rule 83-2.5 — No letters to the judge
- ☐ Fed. R. Civ. P. 5 — No proof of service attached to document(s)
- ☑ Other: Attorney does not represent either party on the case nor is she affiliated with either firm, therefor she cannot file this form.

FILED
CLERK, U.S. DISTRICT COURT
4/28/22
CENTRAL DISTRICT OF CALIFORNIA
BY SE DEPUTY

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**

### ORDER OF THE JUDGE/MAGISTRATE JUDGE

IT IS HEREBY ORDERED:

☐ The document is to be filed and processed. The filing date is ORDERED to be the date the document was stamped "received but not filed" with the Clerk. Counsel* is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Local Rule 83-7.

Date: _____   U.S. District Judge / U.S. Magistrate Judge  xxxxxxxxxxxxxxxx

☑ The document is **NOT** to be filed, but instead **REJECTED**, and is ORDERED returned to counsel.* Counsel* shall immediately notify, in writing, all parties previously served with the attached documents that said documents have **not** been filed with the Court.

Date: April 28, 2022   U.S. District Judge / U.S. Magistrate Judge  [signature]

\* The term "counsel" as used herein also includes any pro se party. See Local Rule 1-3.

**COPY 1 - ORIGINAL - OFFICE**    **COPY 2 - JUDGE**    **COPY 3 - SIGNED & RETURNED TO FILER**    **COPY 4 - FILER RECEIPT**

AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Central District of California

| | |
|---|---|
| USA | ) |
| *Plaintiff* | ) |
| v. | ) Case No. No. 2:20-CR-00228-ODW |
| Mei XIng | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

CRIME VICTIMS YT, YH, YZ, QD, YP, QZ

Date:   04/19/2022

*Attorney's signature*

Stephanie Richard (CA Bar No. 263790)
*Printed name and bar number*

RISE Clinic, Loyola Law School
919 Albany Street
Los Angeles, CA 90015
*Address*

Stephanie.Richard@lls.edu
*E-mail address*

(213) 736-8148
*Telephone number*

(213) 480-6818
*FAX number*

1  Stephanie Richard (CA Bar No. 263790)
   RISE Clinic, Loyola Law School
2  919 Albany Street
   Los Angeles, CA 90015
3  Direct dial: 213-736-8148
   Fax: 213-480-6818
4  e-mail: Stephanie Richard
   Counsel for Victims
5
   Attorneys for non-party victim witnesses

LODGED

2022 APR 19 AM 10:56

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY JB

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MEI XING,<br><br>Defendant. | Case No. CR 20-0228-ODW<br><br>**NOTICE OF APPEARANCE FOR COUNSEL FOR CRIME VICTIMS: YT, YH, YZ, QD, YP, QZ** |

**NOTICE OF APPEARANCE FOR COUNSEL FOR CRIME VICTIMS:**

**YT, YH, YZ, QD, YP, QZ**

The undersigned, Stephanie Richard, Esq, hereby respectfully notifies the clerk of this court and all parties of their appearance as counsel for YT, YH, YZ, QD, YP, QZ each non-party victim witnesses.

Counsel requests notification and copies of all proceedings and filings throughout the duration of this case. 18 U.S.C. § 3771 (a)(2). By and through counsel, the victims also formally assert their rights pursuant to all applicable law, including victims' right to individual interests "in avoiding disclosure of personal matters." *Whalen v. Roe*, 429 U.S. 589, 599-600 (1977).

Additionally, but not limited to, the following rights established under the Crime Victims' Rights Act, 18 U.S.C. § 3771:

- The right to be reasonably protected from the accused (18 U.S.C. § 3771(a)(1));

- The right to reasonable, accurate, and timely notice of any public court proceeding, or any parole proceeding, involving the crime or of any release or escape of the accused (18 U.S.C. § 3771(a)(2));
- The right not to be excluded from any such public court proceeding, unless the court, after receiving clear and convincing evidence, determines that testimony by the victim would be materially altered if the victim heard other testimony at that proceeding (18 U.S.C. § 3771(a)(3));
- The right to be reasonably heard at any public proceeding in the district court involving release, plea, sentencing, or any parole proceeding (18 U.S.C § 3771(a)(4));
- The reasonable right to confer with the attorney for the Government in the case (18 U.S.C. § 3771(a)(5));
- The right to full and timely restitution as provided by law (18 U.S.C. § 3771 (a)(6));
- The right to proceedings free from unreasonable delay (18 U.S.C. § 3771(a)(7)); and
- The right to be treated with fairness and with respect for the victim's dignity and privacy (18 U.S.C. § 3771(a)(8)).

DATED this 19th day of April, 2022

RESPECTFULLY SUBMITTED

_____
Stephanie Richard, Esq.
Attorney, RISE Clinic, Loyola Law School
*Counsel for YT, YH, YZ, QD, YP, and QZ*

## PROOF OF SERVICE

I am a resident of the County of Los Angles; I am over the age of eighteen years and not a party to the within action. My address is:

<u>RISE CLINIC. Loyola Law School 919 Albany Street, Los Angeles CA 90015</u>
5042 Wilshire Blvd., #586

On  April 14 2022 , I personally served the following document(s):

Case No. CR 20-0228-ODW
USA V. Mei Ying
**NOTICE OF APPEARANCE FOR COUNSEL FOR CRIME VICTIMS: YT, YH, YZ, QD, YP , QZ**

Neha A. Christerna
Federal Public Defenders Office
321 East 2nd Street
Los Angeles, CA 90012-4202
213-894-4104
213-894-0081 (fax)
neha_christerna@fd.org

Callie G. Steele
Federal Public Defenders Office
321 East 2nd Street
Los Angeles, CA 90012-4206
213-894-6075
213-894-0081 (fax)
Callie_Steele@fd.org

Damaris M Diaz
AUSA - Office of US Attorney
Violent and Organized Crimes Section
312 North Spring Street 13th Floor
Los Angeles, CA 90012
213-894-0302
213-894-0141 (fax)
damaris.diaz@usdoj.gov

Scott Michael Lara
AUSA - Office of US Attorney
Violent and Organized Crime Section
312 North Spring Street Suite 1300
Los Angeles, CA 90012
213-894-0427
213-894-0141 (fax)
scott.lara@usdoj.gov

I declare under penalty of perjury that the foregoing is correct.

Executed on April 14 2022, at County of Los Angeles.

Name: Stephanie Riehl

Signature: /s/