**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DISTRICT**

UNITED STATES OF AMERICA,

Plaintiff,

v.

MEI XING,

Defendant.

Case No. CR 20-00228-ODW

**ORDER RE: *UNDER SEAL* FILING**

*UNDER SEAL*

NO GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that the *Ex Parte* Application to Seal the Opposition to Government's Motion *in Limine* to Exclude Victim's Historical Immigration Records is DENIED.

IT IS FURTHER ORDERED that the Opposition to the Government's Motion *in Limine* to Exclude Victim's Historical Immigration Records, as well as the ex parte application and proposed order for under seal filing, shall be returned to the Office of the Federal Public Defender.

DATED: April 28, 2022

By ______________________________

HONORABLE OTIS D. WRIGHT II
United States District Judge