TRACY L. WILKISON
United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
DAMARIS DIAZ (Cal. Bar No. 277524)
SCOTT M. LARA (Cal. Bar No. 296944)
Assistant United States Attorney
Violent & Organized Crime Section
    1300 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-0302/0427
    Facsimile: (213) 894-3713
    E-mail:    damaris.diaz@usdoj.gov
               scott.lara@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:20-CR-0228(A)-ODW |
|---|---|
| Plaintiff, | JOINT PROPOSED STATEMENT OF THE CASE |
| v. | Trial Date: May 17, 2022 |
| MEI XING, | Location:   Courtroom of the Honorable Otis D. Wright, II |
| Defendant. | |

     Plaintiff United States of America, by and through its counsel

of record, the United States Attorney for the Central District of

California and Assistant United States Attorneys Damaris Diaz and

Scott M. Lara, and defendant Mei Xing, by and through her counsel of

///

///

///

record, Senior Litigator Callie Steele and Deputy Federal Public Defender Neha Christerna, hereby propose the following Joint Statement of the Case be read to the jury in the above captioned matter.

Dated: May 9, 2022               Respectfully submitted,

                                 TRACY L. WILKISON
                                 United States Attorney

                                 SCOTT M. GARRINGER
                                 Assistant United States Attorney
                                 Chief, Criminal Division


                                 _____/s/_____
                                 DAMARIS DIAZ
                                 SCOTT M. LARA
                                 Assistant United States Attorneys

                                 Attorneys for Plaintiff
                                 UNITED STATES OF AMERICA

Dated: May 9, 2022

                                 _____/s/_____
                                 CALLIE STEELE
                                 Senior Litigator
                                 NEHA CHRISTERNA
                                 Deputy Federal Public Defender

                                 Attorneys for Defendant Mei Xing

## JOINT STATEMENT OF THE CASE

In summary, the government alleges in the First Superseding Indictment that at various time periods from July 2016 through October 2018, in Los Angeles, California, defendant Mei Xing engaged in sex trafficking, whereby Ms. Xing knowingly recruited, enticed, harbored transported, provided, obtained, and maintained Victims 2, 3, 4, 5, and 6 to engage in prostitution activities resulting in a financial benefit to Ms. Xing.

The government alleges that Ms. Xing used means of force, fraud, and/or coercion or any combination of those means to cause Victims 2, 3, 4, 5, and 6 to work for her as prostitutes.

It is Ms. Xing's position that she never forced Victims 2, 3, 4, 5, and 6, to work as prostitutes. She maintains that she is not guilty of these charges.