NEHA CHRISTERNA (Bar No. 245191)
321 E. Second Street
Los Angeles, California 90012
Phone: (213) 894-4104
[E-Mail: Neha_Christerna@fd.org]

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | CR 20-228-ODW |
| v. | |
| MEI XING | NOTICE OF MANUAL FILING OR LODGING |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☑ Filed ☑ Lodged: (**List Documents**)

Ex Parte Application to File Under Seal; [Proposed] Order
Exhibits

**Reason:**

☑ Under Seal
☐ In Camera
☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Per Court order dated: _____
☐ Other:

May 11, 2022                                   /s/ Neha Christerna
Date                                           Attorney Name

                                               Mei Xing
                                               Party Represented

*Note:   File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*

G-92 (05/15)                    **NOTICE OF MANUAL FILING OR LODGING**