1
2
3
4
5          DENIED BY ORDER OF THE COURT
6          **UNITED STATES DISTRICT COURT**
7          **CENTRAL DISTRICT OF CALIFORNIA**
8          **WESTERN DISTRICT**
9
10  UNITED STATES OF AMERICA,          Case No. CR 20-00228-ODW
11              Plaintiff,              **ORDER DENYING UNDER SEAL FILING**
12      v.
13  MEI XING,
14              Defendant.
15
16      Ms. Xing's *ex parte* application to file *under seal* is denied. The underlying
17  document and the *ex parte* application shall be returned to the Ms. Xing's attorney,
18  without filing of the documents or reflection of the name or nature of the documents on
19  the clerk's public docket.
20
21  DATED: May 12, 2022          By DENIED BY ORDER OF THE COURT
                                    HONORABLE OTIS D. WRIGHT II
22                                  United States District Judge
23
24
25
26
27
28