# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MEI XING,<br><br>　　　　Defendant. | No. 2:20-CR-00228(A)-ODW<br><br>ORDER DENYING DEFENDANT'S EX PARTE APPLICATION FOR RECONSIDERATION OF ORDER DENYING REQUEST FOR CONTINUANCE   [185] |

　　The Court, having read and considered defendant's ex parte application for reconsideration of the Court's Order denying defendant's request to continue trial in this matter from May 17, 2022 to September 6, 2022, the government's opposition, and the pleadings related to defendant's underlying application, hereby DENIES defendant's application.  Trial remains set for May 17, 2022 at 9:00 a.m.

　　IT IS SO ORDERED.

_May 13, 2022_
DATE

HONORABLE OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE