# DECLARATION OF CALLIE GLANTON STEELE

I, Callie Glanton Steele, declare:

1. I am the Senior Litigator for the Office of the Federal Public Defender in the Central District of California and our office has been appointed to represent Mei Xing in this matter.

2. The government has in its possession A-files for witnesses that it intends to call at trial. The A-files consist of asylum applications and T-Visa applications. On April 15, 2022, the government provided redacted T-visa applications pursuant to a protective order. Prior to May 6, 2022, the government allowed the defense to view the asylum applications.

3. On Friday, May 6, 2022, at 7:32 a.m., I sent an e-mail the Assistant United States Attorneys ("AUSAs") Damaris Diaz and Scott Lara. I stated as follows:

> Damaris and Scott,
>
> Please let us know if we can come to your office on Monday afternoon to review the A-files with our expert. Thank you.
>
> Callie

4. At the hearing on motions on Friday, May 6, 2022, the Court ruled that the government was not required to give copies of the asylum applications to the defense. The Court never ruled that the government could withhold the asylum applications from the defense.

5. Then at 4:54 p.m., I sent an e-mail to the AUSAs which stated:

> We would will like to review the A-filed [sic] on Monday afternoon with the expert. Thanks.

1

6. On May 6, 2022, at 4:27 p.m., AUSA Damaris Diaz responded and stated:

> Based on the court's ruling and statements today, the proposed defense expert is excluded, as is reference to the historical immigration records.
>
> We have exceeded our discovery obligations and will not be making the historical files available for further inspection.

7. On May 7, 2022, at 12:37 p.m., in an e-mail I asked:

> Will the A-files be available on Monday afternoon? Please let us know. Thank you.

8. On May 7. 2022, at 12:41 p.m., I responded as follows:

> The judge did not exclude our expert. Also, we will be filing a motion for reconsideration with respect to the historical immigration documents. Please make the documents available or we will address it with the court. Thank you.

9. On the afternoon of Monday, May 9, 2022, I went to the United States Attorney's Office with our immigration expert and reviewed T-Visa applications. The government did not make the asylum applications available for our review.

10. When I reviewed the asylum applications prior to May 6, 2022, I noticed that the applications contained multiple aliases used by the government's witnesses; statements about their purported reasons for

///
///
///
///
///

2

leaving China, which are inconsistent with new reasons stated in their T-Visa applications; and other inconsistent statements. We did not have an opportunity to obtain all of the information in the asylum applications; we intended to do so during the week of May 9, 2022.

Executed on May 15, 2022, at Los Angeles, California.

/s/ *Callie Glanton Steele*
CALLIE GLANTON STEELE
Senior Litigator

3