# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - TRIAL

| | |
|---|---|
| Case No. | CR 20-00228-ODW |
| Date | May 17, 2022 |
| Present: The Honorable | United States District Judge, Otis D. Wright, II |
| Interpreter | |

| Sheila English | Judy Moore | Damaris M Diaz/ Scott Lara |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Mei Xing | X | X | | Callie G. Steele/ Neha A. Christerna | X | X | |

___ Day COURT TRIAL         1st Day JURY TRIAL         ___ Death Penalty Phase

___ One day trial;   ___ Begun (1st day);   ___ Held & continued;   ___ Completed by jury verdict/submitted to court.

X  The Jury is impaneled and sworn.

___ Opening statements made _____

___ Witnesses called, sworn and testified.

___ Exhibits identified      ___ Exhibits admitted

___ Government rests.    ___ Defendant(s) _____ rest.

___ Motion for mistrial by _____ is ___ granted ___ denied ___ submitted

___ Motion for judgment of acquittal (FRCrP 29) is ___ granted ___ denied ___ submitted

___ Closing arguments made      ___ Court instructs jury      ___ Bailiff sworn

___ Alternates excused      ___ Jury retires to deliberate      ___ Jury resumes deliberations

___ Finding by Court as follows:      ___ Jury Verdict as follows:

Dft # ___  ___ Guilty on count(s) _____     ___ Not Guilty on count(s) _____

___ Jury polled      ___ Polling waived

___ Filed Witness & Exhibit lists   ___ Filed Jury notes   ___ Filed Jury Instructions   ___ Filed Jury Verdict

Dft # ___ Referred to Probation Office for Investigation & Report and continued to _____ for sentencing.

Dft # ___ remanded to custody.    ___ Remand/Release# _____ issd.   Dft # ___ released from custody.

___ Bond exonerated as to Dft # _____

X  Case continued to May 18, 2022 @ 8:00am for further trial/further jury deliberation.

___ Other:

9 : 05

Initials of Deputy Clerk    se

---

CR-78 (10/08)                    CRIMINAL MINUTES - TRIAL                    Page 1 of 1