# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - TRIAL

| Case No. | CR 20-00228-ODW | Date | May 18, 2022 |
|---|---|---|---|

Present: The Honorable    United States District Judge, Otis D. Wright, II

Interpreter

| Sheila English | Judy Moore | Damaris M Diaz/ Scott Lara |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Mei Xing | X | X | | Callie G. Steele/ Neha A. Christerna | X | X | |

_____ Day COURT TRIAL          2nd  Day JURY TRIAL          _____ Death Penalty Phase

_____ One day trial;   _____ Begun (1st day);   _____ Held & continued;   _____ Completed by jury verdict/submitted to court.

_____ The Jury is impaneled and sworn.

_____ Opening statements made _____

_____ Witnesses called, sworn and testified.

_____ Exhibits identified          _____ Exhibits admitted

_____ Government rests.          _____ Defendant(s) _____ rest.

  X   Motion for mistrial by          Defense          is   X   granted   _____ denied   _____ submitted

_____ Motion for judgment of acquittal (FRCrP 29)   is   _____ granted   _____ denied   _____ submitted

_____ Closing arguments made          _____ Court instructs jury          _____ Bailiff sworn

_____ Alternates excused          _____ Jury retires to deliberate          _____ Jury resumes deliberations

_____ Finding by Court as follows:          _____ Jury Verdict as follows:

Dft # _____ Guilty on count(s)          _____ Not Guilty on count(s)

_____ Jury polled          _____ Polling waived

_____ Filed Witness & Exhibit lists   _____ Filed Jury notes   _____ Filed Jury Instructions   _____ Filed Jury Verdict

_____ Dft # _____ Referred to Probation Office for Investigation & Report and continued to _____ for sentencing.

_____ Dft # _____ remanded to custody.   Remand/Release# _____ issd.   Dft # _____ released from custody.

_____ Bond exonerated as to Dft # _____

_____ Case continued to _____ for further trial/further jury deliberation.

  X   Other:   The Court recuse himself. Case is to be reassigned.

_____ :   29

Initials of Deputy Clerk   _____ se _____