1  TRACY L. WILKISON
   United States Attorney
2  SCOTT M. GARRINGER
   Assistant United States Attorney
3  Chief, Criminal Division
   DAMARIS DIAZ (Cal. Bar No. 277524)
4  SCOTT M. LARA (Cal. Bar No. 296944)
   Assistant United States Attorney
5  Violent & Organized Crime Section
        1300 United States Courthouse
6       312 North Spring Street
        Los Angeles, California 90012
7       Telephone:  (213) 894-0302/0427
        Facsimile:  (213) 894-3713
8       E-mail:     damaris.diaz@usdoj.gov
                    scott.lara@usdoj.gov
9
   Attorneys for Plaintiff
10 UNITED STATES OF AMERICA

11                     UNITED STATES DISTRICT COURT

12              FOR THE CENTRAL DISTRICT OF CALIFORNIA

13 UNITED STATES OF AMERICA,          Case No. 2:20-CR-0228(A)-ODW

14          Plaintiff,                STIPULATION REGARDING ACCURACY OF
                                      MANDARIN TRANSLATIONS
15              v.
                                      Trial Date: May 17, 2022
16 MEI XING,                          Location: Courtroom of the
                                      Hon. Otis D. Wright
17          Defendant.

18

19      Plaintiff United States of America, by and through its counsel

20 of record, the United States Attorney for the Central District of

21 California and Assistant United States Attorneys Damaris Diaz and

22 Scott M. Lara, and defendant MEI XING, by and through her counsel of

23 record, Federal Public Defenders Neha Christerna and Callie Glanton

24 Steele, hereby stipulate as follows:

25      1.   Government Exhibit No. 8 contains accurate and correct

26 translations of the Mandarin writing on Government Exhibit No. 7.

27      2.   Government Exhibit No. 12 contains accurate and correct

28 translations of the Mandarin writing on Government Exhibit No. 11.

1      3.   Government Exhibit No. 18 contains accurate and correct

2  translations of the Mandarin writing on Government Exhibit No. 17.

3      4.   Government Exhibit No. 24 contains accurate and correct

4  translations of the Mandarin writing on Government Exhibit No. 23.

5      5.   Government Exhibit No. 26 contains accurate and correct

6  translations of the Mandarin writing on Government Exhibit No. 25.

7      6.   Government Exhibit No. 30 contains accurate and correct

8  translations of the Mandarin writing on Government Exhibit No. 29.

9      7.   Government Exhibit No. 32 contains accurate and correct

10  translations of the Mandarin writing on Government Exhibit No. 31.

11      8.   Government Exhibit No. 34 contains accurate and correct

12  translations of the Mandarin writing on Government Exhibit No. 33.

13      9.   Government Exhibit 62 contains an accurate and correct

14  translation of the spoken Mandarin in the recording in Exhibit 47.

15      10.  Government Exhibit No. 81 contains accurate and correct

16  translations of the Mandarin text on Government Exhibit No. 80.

17      11.  Government Exhibit No. 83 contains accurate and correct

18  translations of the Mandarin writing on Government Exhibit No. 82.

19      12.  Government Exhibit No. 95 contains accurate and correct

20  translations of the Mandarin writing on Government Exhibit No. 94.

21

22  ///

23  ///

24  ///

25

26

27

28

1        IT IS SO STIPULATED.

2   Dated: May 17, 2022              Respectfully submitted,

3                                    TRACY L. WILKISON
                                     United States Attorney
4
                                     SCOTT M. GARRINGER
5                                    Assistant United States Attorney
                                     Chief, Criminal Division
6

7                                         /s/
                                     DAMARIS DIAZ
8                                    SCOTT LARA
                                     Assistant United States Attorneys
9
                                     Attorneys for Plaintiff
10                                   UNITED STATES OF AMERICA

11

12  Dated: May 17, 2022                /s/ by email authorization
                                     NEHA CHRISTERNA
13                                   CALLIE STEELE

14                                   Attorney for Defendant
                                     MEI XING
15

16

17

18

19

20

21

22

23

24

25

26

27

28

3