# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>PLAINTIFF<br>v.<br><br>Mei Xing,<br><br><br>DEFENDANT(S). | CASE NUMBER:<br><br>CR 20-00228-ODW<br><br>**ORDER TO REASSIGN CRIMINAL CASE DUE TO SELF-RECUSAL** |

The undersigned Judge, to whom the above-entitled criminal case was assigned, is hereby of the opinion that he or she should not preside over said case by reason of:

I lost the ability to trust the honesty of defense counsel. I cannot take anything defense counsel states at face value.

IT IS HEREBY ORDERED that the Clerk randomly reassign the above-referenced case in accordance with General Order 21-01.

_May 18, 2022_  
Date

_____  
United States District/Magistrate Judge

---

**Notice to Counsel from Clerk**

The above-referenced criminal case has been randomly reassigned to Judge **Fernando M. Olguin**. On all documents subsequently filed in this case, please substitute the initials **FMO** after the case number in place of the initials of the prior judge so that the case number will read **2:20-cr-00228 FMO**.

This is very important because documents are routed to the assigned judge by means of the initials.

cc: ☐ *Previous Judge*   ☐ *Statistics Clerk*

CR-102 (03/21)                    ORDER TO REASSIGN CRIMINAL CASE DUE TO SELF-RECUSAL