# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES - GENERAL

| | | |
|---|---|---|
| Case No. | CR 20-00228-ODW | Date: May 19, 2022 |

Present: The Honorable  OTIS D. WRIGHT II, UNITED STATES DISTRICT JUDGE

Interpreter

| Sheila English | N/A | N/A |
|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Mei Xing | NOT | | X | Callie G. Steele, DFPD<br>Neha A. Christerna, DFPD | NOT | | X |

**Proceedings:**   **MINUTES (IN CHAMBERS)**

The Court orders the clerk's office to seal the image on docket no. 200 immediately.

                                                                                     : 00

Initials of Deputy Clerk   se