# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| | | |
|---|---|---|
| Case No. | **CR 20-0228-FMO** | Date **June 10, 2022** |

Present: The Honorable **Fernando M. Olguin, United States District Judge**

Interpreter **None Present**

| Gabriela Garcia | None Present | D. Diaz, S. Lara, Not Present |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| MEI XING | NOT | X | | Callie Steele, DFPD | NOT | X | |
| | | | | Neha Christerna, DFPD | NOT | X | |

**Proceeding**   (In Chambers) Order Re: Briefing Schedule

Having reviewed defendant's Ex Parte Application for Order to Seal Transcript, and the government's Opposition to Defendant's Ex Parte Application to Seal Trial Transcript, (Dkt. 225, "Opposition"), IT IS ORDERED THAT defendant shall file a reply to the government's Opposition no later than **June 14, 2022**.

Initials of Deputy Clerk       gga