# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| | |
|---|---|
| Case No. | **CR 20-0228-FMO** |
| Date | **June 14, 2022** |

| | |
|---|---|
| Present: The Honorable | Fernando M. Olguin, United States District Judge |
| Interpreter | None Present |

| Gabriela Garcia | None Present | D. Diaz, S. Lara, Not Present |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| MEI XING | NOT | | X | Callie Steele, DFPD | NOT | | X |
| | | | | Neha Christerna, DFPD | NOT | | X |

**Proceeding**     (In Chambers) Order Re: Pending Matters

      Having reviewed all the briefing filed with respect to plaintiff United States of America's ("plaintiff") <u>Ex Parte</u> Application to Set a Trial Date Within the Current Speedy Trial Act Deadline (Dkt. 223, "Application"), IT IS ORDERED THAT:

      1. The Application (**Document No. 223**) is **denied**.

      2. Defendant shall, no later than **June 17, 2022**, submit a proposed order that sets a trial date of October 25, 2022. The proposed order shall contain all the necessary Speedy Trial Act findings. The court will issue a separate order that sets forth other case deadlines.

      3. The government shall file its opposition to defendant's Renewed Motion for Order to Allow Inquiry and Evidence relating to Complaining Witnesses ("Motion") no later than **June 17, 2022**.[1] The government is warned that failure to timely file an Opposition to the Motion may result in defendant's Motion being granted in its entirety. Local Rule 7-12.

      4. Defendant shall file her reply to the government's opposition no later than **June 26, 2022**. Except for the briefing set forth in this paragraph and paragraph three above, no further briefing may be filed without leave of the court.

      5. Unless the court orders otherwise, defendant's Motion will be deemed submitted, without oral argument, on either: (a) the day the opposition or notice of non-opposition is filed, or due and not filed; or (b) the day defendant's reply is filed, or due and not filed. The court may order further briefing or other proceedings, at any time, as appropriate.

---

   [1] The court is amenable to considering a different briefing schedule if stipulated to by the parties.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

6. The court's ruling denying defendant's Rule 412 Motion to Include Evidence of the Government's Witnesses' Sex Work Before and After the Conduct Alleged in the Indictment (Dkt. 155), (see Dkt. 159, Court's Order of May 6, 2022), is hereby **vacated**.

Initials of Deputy Clerk     gga