1            UNITED STATES DISTRICT COURT

2            CENTRAL DISTRICT OF CALIFORNIA

3                 WESTERN DIVISION

4                    - - -

5    HONORABLE FERNANDO M. OLGUIN, DISTRICT JUDGE PRESIDING

6

7    UNITED STATES OF AMERICA,        )
                                      )
8           Plaintiffs,               )
                                      )
9                                     )
                                      )
10          vs.                       ) No. CR 20-00228-FMO
                                      )
11                                    )
                                      )
12   MEI XING,                        )
                                      )
13          Defendant.                )
     _____ )

14

15          REPORTER'S TRANSCRIPT OF PROCEEDINGS

16      *REVIEW OF DETENTION ORDER - BOND HEARING*

17             LOS ANGELES, CALIFORNIA

18           WEDNESDAY, OCTOBER 26, 2022

19
     _____
20

21               MARIA R. BUSTILLOS
                 OFFICIAL COURT REPORTER
22                 C.S.R. 12254
               UNITED STATES COURTHOUSE
23              350 WEST 1ST STREET
                    SUITE 4455
24         LOS ANGELES, CALIFORNIA 90012
                 (213) 894-2739
25

```
 1                    A P P E A R A N C E S

 2

 3

 4        ON BEHALF OF THE PLAINTIFFS,
          [!PLAINTIFF NAME]:                OFFICE OF THE UNITED STATES
 5                                          ATTORNEY
                                            BY:  DAMARIS M. DIAZ, ESQ.
 6                                          312 NORTH SPRING STREEET
                                            13TH FLOOR
 7                                          LOS ANGELES, CA 90012
                                            (213)894-0302
 8

 9                                          OFFICE OF THE UNITED STATES
                                            ATTORNEY
10                                          BY:  SCOTT M. LARA, ESQ.
                                            312 NORTH SPRING STREEET
11                                          SUITE 1300
                                            LOS ANGELES, CA 90012
12                                          (213) 894-0427

13
                                            LOYOLA LAW SCHOOL
14                                          RISE CLINIC

15                                          919 ALBANY STREET
                                            LOS ANGELES, CA 90015
16                                          (213)736-8148

17

18
          ON BEHALF OF THE DEFENDANT,
19        MEI XING:                         OFFICE OF THE FEDERAL PUBLIC
                                            DEFENDER
20                                          BY:  CALLIE G. STEELE, ESQ.
                                            321 EAST 2ND STREET
21                                          LOS ANGELES, CA 90012
                                            (213) 894-6075
22

23

24

25
```

1 **<u>I N D E X</u>**

2                                                                <u>PAGE</u>

REVIEW OF DETENTION ORDER - BOND HEARING:            4

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1        LOS ANGELES, CALIFORNIA; WEDNESDAY, OCTOBER 26, 2022

 2                          -o0o-

 3              (COURT IN SESSION AT 2:36 P.M.)

 4         THE COURTROOM DEPUTY:  Calling case

 5    CR 20-00228-FMO:  United States of America v. Mei Xing.

 6         Counsel, please state your appearances.

 7         MS. DIAZ:  Good afternoon, Your Honor.

 8    Damaris Diaz and Scott Lara on behalf of the

 9    United States.

10         THE COURT:  Good afternoon.

11         MS. STEELE:  Good afternoon, Your Honor.

12    Kelly Glanton Steele, appearing on behalf of Mei Xing,

13    who is present.  My co-counsel, Neha Christerna is not

14    going to be present today due to a family member being

15    ill.

16         THE COURT:  Okay.  Go ahead, Counsel.

17         MS. RICHARD:  Counsel for victims one, two,

18    four, five, six and seven.

19         THE COURT:  Can I ask the interpreter to please

20    state her name for the record.

21         THE INTERPRETER:  Good afternoon, Your Honor.

22    Mandarin interpreter, Doris Zealy, certified number

23    3011338.

24         THE COURT:  Okay.  We had to continue this,

25    because I was sick last week, and -- and also out of
```

```
 1    town for a couple of days at the same time.  Still not
 2    feeling great.  So I think I'm going to keep my mask on
 3    to be safe for everyone.  So we're here for a bail
 4    review.  So why don't we get started.
 5              The -- let me ask the Government to start first
 6    since it's their burden to establish that that defendant
 7    is a flight risk or danger to the community.
 8              MS. DIAZ:  Yes, Your Honor.
 9              THE COURT:  Yeah.
10              MS. DIAZ:  The Court is familiar with the
11    allegations in this complaint.  They are detailed in the
12    complaint -- I'm sorry in this indictment.
13              THE COURT:  Okay.
14              MS. DIAZ:  They are detailed in a complaint
15    that was filed in April of 2018.  So it's beyond the
16    allegations in the indictment.  We have a sworn
17    affidavit in support of a complaint.  And aside from the
18    serious --
19              THE COURT:  Let me ask you a question though.
20    Are any of the victims here -- is there allegations,
21    because I didn't see any in the indictment that any of
22    the victims here were under the age of 18 at the time
23    that this happened.
24              MS. DIAZ:  No, Your Honor.  They were all
25    adults.
```

1          THE COURT:  They were all adults?

2          MS. DIAZ:  Yes.

3          THE COURT:  Okay, because that raises an issue

4    as to -- a couple of issues.  One as to whether the

5    presumption applies; two, as to whether the indictment

6    is sufficient in this case.  Your indictment is based on

7    18 U.S.C. Section 1591(a).  And the -- I looked at the

8    statute, because that's what you cited in your brief,

9    and I'm just probably missing something here, but I

10   looked at the statute, that's what you cited in your

11   brief.  And -- and I noticed that -- there had a

12   reference to under 18.

13         MS. DIAZ:  Yes, Your Honor.

14         THE COURT:  And then I looked at the

15   Ninth Circuit case, and I'm quoting now from

16   *U.S. v. Brooks*, which is at 610 F.3d 1186, and it says

17   Section 1591(a), that's 18 USC, plainly requires proof

18   that the defendant knew that the victim was under the

19   age of 18 years at the time of the crime.  So I don't

20   think -- I don't know -- if that's the only basis you

21   have here, I think I need a motion to dismiss the

22   indictment, because you just told me that none of them

23   were under the age of 18 at the time the crime happened.

24   So -- and -- and the presumption doesn't apply.  That's

25   the basis for your presumption.  That's the only reason

```
 1    I looked it up, and I wanted to see it, because as you
 2    know, as a magistrate judge, I did these for 11 years --
 3    and I was very familiar with presumption cases -- but I
 4    wasn't familiar with this -- you know, there are
 5    different basis for presumptions.  So I thought, well,
 6    let me look this one up and see it, because I've never
 7    seen it.  We can proceed and -- while you guys brief,
 8    but -- but I don't know if that's the basis for your
 9    presumption.  I'm not sure that statute applies here.
10         MS. DIAZ:  Your Honor, the statute says,
11    whoever by means of force, threats of force, fraud,
12    coercion or any combination of such means, use of, cause
13    the person to engage in a commercial sex act or the
14    person is not -- is under 18.  So human trafficking, sex
15    trafficking of a minor, you don't need force, fraud or
16    coercion.  Any sex trafficking of a minor is prohibited
17    by the statute.  Sex trafficking of an adult requires
18    force, fraud or coercion.  So the statute applies to
19    adults and to children under 18.
20         THE COURT:  Well, I'm telling you is what I
21    just read in the Ninth Circuit case, the only case I
22    could find on it.  So I want briefing on whether the
23    indictment needs to be dismissed, but that's for later
24    on, and I'll tell you that the -- the -- I even went
25    online to the courts -- what they prepare for judges,
```

1    and -- and the -- the manual for bail -- for judges also

2    says that -- that this was added -- that the -- was

3    added as a presumption case to deal with sex offenses

4    involving minor victims.  So I don't know -- I just -- I

5    just -- I don't want to go forward with the case here if

6    the indictment isn't a valid indictment, but let's go

7    forward with the bail review and go from there, and

8    we'll set a briefing schedule.  The trial has been

9    continued.  So now we have time for a briefing schedule

10   on a motion to dismiss the indictment, and we'll go from

11   there.  So go ahead.  Tell me -- I mean, we can

12   assume -- I'm not sure it makes a difference, but I

13   don't think there's a presumption, but let's go forward

14   as if there is a presumption.  Go ahead.

15          MS. DIAZ:  Okay.  Your Honor, the Government

16   believes that there is a presumption and that 1591

17   applies to sex trafficking of adults, even if there were

18   not a presumption in this case, based on these facts as

19   set forth in the pretrial services report and at the

20   recommendation of pretrial.  The defendant is a flight

21   risk and a danger to the community.  In terms of danger

22   to the community, they're allegations in the complaint

23   that the defendant has made threats to victims not only

24   on the course of the sex trafficking that the Government

25   has alleged but also in between the time of defendant's

1    arrest on state charges; and then subsequent arrests on

2    federal charges, she made specific threat to particular

3    victims and -- and victims, in general, or anyone who

4    would speak out against her that she would do them harm

5    or harm to their families in China.

6            And those are laid out in the complaint, as

7    well.  And in terms of danger to the community, also,

8    because of the state case, there were restraining orders

9    taken out against the defendant.  Those have since

10   expired because she has been in custody, but those

11   victims -- in fact, all of the victims named in the

12   indictment do fear defendants still.

13           In terms of flight risk, the defendant sold her

14   house in March of 2018 while her state case was pending.

15   And she informed other victims and witnesses that she

16   planned to -- if she were found guilty in the state

17   case, she would flee and move to China.  She sold her

18   house and transferred $250,000 to China.  And also,

19   apparently spent about $250,000 on legal fees and paid

20   off a debt.  So she has no assets in the United States.

21   She sold her house.  She was making plans to flee to

22   China.  When she was arrested by by agents --

23           THE COURT:  Didn't she go to China twice under

24   the -- in the state case and came back?

25           MS. DIAZ:  While she was -- but once the state

1    case was coming to a close, and she -- I don't want to

2    to presume, but the theory is that she knew her case was

3    coming to a close and she would likely face some

4    consequence, and that's when she sold her house.  She --

5    with the time that she had previously flown to China,

6    she still had, you know, a house in her name here.  She

7    still had all her assets here, but by the time of this

8    complaint, she had already sold her house; had

9    transferred the money, and those facts did not exist at

10   the time that she, you know, went to China and came back

11   voluntarily.

12          When she was interviewed by federal law

13   enforcement, she told them that the reason she sold her

14   house was to go -- was so she can move back to China,

15   and she had told the victims that if she were found

16   guilty, she would move back to China.  Again, she has no

17   other assets in the United States, no source of income.

18   At the time of her arrest, she had willing sureties in

19   the amount of, I believe, $200,000.  As of today as

20   pretrial services reports, there is only one surety

21   willing to provide a surety up to $100,000, despite the

22   fact that the property value is, you know, more than six

23   times that.  And so based on, you know --

24          THE COURT:  What's -- what's the value of the

25   property?

1          MS. DIAZ:  Pretrial services report says the

2     value of the property is about $680,000 and has a

3     mortgage of --

4          THE COURT:  That's the equity in it?  What's

5     the mortgage -- what's the equity in the house?

6          MS. DIAZ:  I believe equity would be 570,000.

7          THE COURT:  Okay.

8          MS. DIAZ:  So I'm sorry.  I might be

9     misspeaking here.

10          MS. STEELE:  That's correct, Your Honor,

11     570,000.

12          MS. DIAZ:  Okay.  So....

13          THE COURT:  And whose house is this again?

14          MS. DIAZ:  There's a friend of her's by the

15     name of Ying Xing and Patrick Hooley, who I believe is

16     Ms. Xing's estranged or ex-husband.

17          THE COURT:  Okay.

18          MS. DIAZ:  So for all of those reasons, you

19     know, there is no new information before the Court to,

20     you know -- to change anything that was before the --

21     the magistrate judge.  And, obviously, the Court has

22     de novo review, but there really is no change here,

23     warranting release on pretrial -- or release on bond,

24     pretrial --

25          THE COURT:  Uh-huh.

```
 1              MS. DIAZ:  -- especially where, you know,
 2    pretrial services has found that she is a danger to the
 3    community and a flight risk.
 4              THE COURT:  Okay.  Thank you.
 5              MS. DIAZ:  Thank you.
 6              MS. STEELE:  May I have a moment, Your Honor?
 7              THE COURT:  Yes.
 8              MS. STEELE:  May I have a moment, Your Honor?
 9              THE COURT:  Okay.
10                   (Pause in the proceedings.)
11              MS. STEELE:  Thank you, Your Honor.  And we
12    agree with the Court.  We do not believe this is a
13    presumption case; however, we believe we have rebutted
14    the presumption.  Ms. Xing, as the Court is aware, is
15    61 years old.  She's a mother.  Her son, Sean Hooley is
16    here.  She also has another son in China and two
17    grandchildren there, a grandson and a granddaughter.
18    Her husband, Patrick Hooley, is here, as well as her
19    friend, Ying Xing, is also here.  Both are willing to
20    post property for her release.  Her husband originally
21    indicated that he would post a hundred thousand.  He's
22    indicated he would go up to 200,000.  He has a total of
23    about 500,070 in equity.  Ms. Xing actually sold her
24    house in Pomona and purchased a new house in Chino Hills
25    that house is worth -- the estimate is
```

1    1,000,001,054,400.  So about a million dollars.  The

2    mortgage is about 400,93,000.  So it looks like there is

3    500,000 in equity.  She'd be willing to post anything

4    that the Court asks, up to 500,000 -- all of her equity

5    for Ms. Xing.

6              Your Honor, we believe that we have established

7    that she is not a flight risk.  As the Court pointed

8    out and we pointed out in our papers, Ms. Xing went to

9    China twice when her state court case was pending.  The

10   Court allowed her to go to China.  She went to China,

11   and she came back in --

12             THE COURT:  Was this before or after she sold

13   her house?

14             MS. STEELE:  May I have a moment, Your Honor?

15             THE COURT:  Yes.

16             MS. STEELE:  So, Your Honor, when she went to

17   China, her mother was sick.  Her mother had cancer.  And

18   so she went one time due to her mother's illness, and

19   then her mother passed away.  She had to pay back the

20   medical expenses.  So she sold her home, and she paid

21   the medical expenses.  That was some of the money that

22   she sent to China.  I believe that the Government froze

23   about $300,000 of Ms. Xing 's money, but I think the

24   Government's argument that she sold her house, it just

25   shows that she's someone if she is released, she doesn't

1    have access to funds to fly to China to flee.  We're

2    asking that she be released, and we would accept home

3    detention with electronic monitoring.  She would live

4    with her son in Rosemead.  Her son currently lives in

5    Rosemead.  So she would live with him.  We would agree

6    to home detention with electronic monitoring.  We

7    believe that the Government's allegations of threats are

8    mere allegations, and as the bail Reform Act does not

9    make any kind of pretrial determination as to guilt or

10   innocence, as the *Motamedi* case says, that any doubt

11   regarding the propriety of release should go in the

12   defendant's favor.  So, Your Honor, we believe in this

13   case, we have established that she is a -- not a flight

14   risk.

15         And if I may go back, Your Honor, as the

16   pretrial report indicates, she's been here in the

17   Central District of California for 26 years.  So this is

18   someone who's an established resident of the

19   Central District.  She was a homeowner prior to all of

20   this, but she has friends that will allow her to use

21   their property so that she can be released and also a

22   friend where she -- her son is renting where she would

23   be able to live in that home with him on electronic

24   monitoring during the pendency of this case.

25         With respect to danger, Your Honor, as the

```
 1    Court is aware, her criminal history is very minimal.
 2    There are three misdemeanor convictions.  The most
 3    recent being 2002.  The other two in 1999.  So this is
 4    not someone where you look at their history and you say
 5    this is a dangerous person, because they have made
 6    threats.  There is no evidence of that, because they
 7    have done -- committed a crime of violence.  There's
 8    none of that.  There's someone with three misdemeanors
 9    from 20 years ago or -- or later than that.  So she is
10    not a danger.  Your Honor, we believe that there are
11    conditions that could reasonably assure her presence and
12    the safety of the community.  We believe with her
13    husband and her friend both here, willing to post their
14    property in a substantial amount if the judge ordered a
15    $500,000 bond, they could -- they could handle that.
16    They could make that, a $600,000 bond, the Court could
17    handle that.  We recommended a $200,000 bond, because we
18    thought that was sufficient based on the facts of this
19    case, but we are willing -- the sureties are willing to
20    post more on their property.
21            Thank you, Your Honor.
22            THE COURT:  Okay.  Do you want to respond?
23            MS. DIAZ:  Your Honor, the -- it is not merely
24    just the allegations in the indictment.  There are --
25    there are -- restraining order -- there was I think two
```

1    restraining orders out against the defendant.  There

2    were specific threats made to victims, "I could buy your

3    life for $2,000."  There's extensive evidence that the

4    defendant has significant financial resources, not only

5    in the United States -- or had financial resources not

6    only in the United States but now has and still has

7    significant financial resources in China.  It would be

8    very easy for the defendant to, you know, go to Mexico

9    and get -- go to the Chinese embassy and go to China

10   where she has significant resources.  She transferred

11   money to their -- to China immediately after selling her

12   home, which she sold during the pendency of her prior

13   state case, and she made statements that she was doing

14   this, in order to flee to China to avoid facing

15   consequences for that state case.  She is now facing

16   federal charges, a 15-year mandatory minimum on five

17   counts, which the Court would have the discretion to

18   stack.  So there is a big incentive now that did not

19   exist previously.

20          We have the interview of -- of -- of defendant

21   with law enforcement where she tells law enforcement

22   that the reason she sold her house was because she

23   planned to move back to China.  If the Court would like

24   us to cue that up, we can play that for the Court.  I

25   have an excerpt from the transcript that Defense counsel

```
 1    prepared that I can read, if the Court would like.  This
 2    is just -- it's not a matter of, you know, having the
 3    money to put up bail.  There is a significant risk of
 4    flight, and there is a significant risk of danger to the
 5    community that the consequences now and the stakes are
 6    now just so much higher than they were when the state
 7    court case was pending.  We cannot judge the fact that
 8    she was complying with the state court orders as
 9    evidence that she will comply with the order to appear
10    in this case where the stakes are so much higher here
11    and the evidence is so great against her as the Court is
12    aware.
13              THE COURT:  Okay.
14              MS. DIAZ:  And if the Court would like, you
15    know, the Government -- as it is, the Government's
16    position is that this is a presumption case if the Court
17    would like to do that briefing before making this
18    determination, but as we set forth, we believe that even
19    without the presumption, dangerousness and flight risk
20    are established here as determined by pretrial services,
21    as well.
22              THE COURT:  Okay.  Go ahead, Ms. -- anything,
23    Ms. Steele, at this time?
24              MS. STEELE:  Yes, Your Honor.
25              With respect to the restraining orders,
```

```
 1    Your Honor, if the -- if the witnesses would like to get
 2    additional restraining orders, then they are free to go
 3    into court.  They have a lawyer here.  They can do that.
 4         THE COURT:  Well, I can just impose conditions.
 5    I mean, look, the reality is, the way these things work,
 6    even if the presumption applies, I still have to decide
 7    whether there are conditions that I can impose that will
 8    assure, you know -- reasonably assure the appearance of
 9    defendant and deal with any potential danger to the
10    community.  And -- and so it is what it is.  You know,
11    but I don't -- I -- but go ahead, Ms. Steele.
12         MS. STEELE:  Oh, yes, Your Honor.  The Court is
13    absolutely correct.  The Court could impose conditions
14    that she not contact the witnesses.  We would also --
15    we, obviously, don't credit the allegations with regard
16    to these threats.  There were a lot of recordings in
17    this case -- recordings after Ms. Xing was released.
18    And there's not one recording of a threat from Ms. Xing
19    to any of the witnesses.  We have text messages.  We
20    have audio chats.  We don't have any audio chats or text
21    messages of Ms. Xing of threatening anyone.  So we --
22    and this whole argument that I could buy your life for
23    $2,000, Your Honor, I think the timing of it is key.
24    These witnesses as we've stated in our briefing, were
25    sex workers before they started working for Ms. Xing.
```

```
 1   They were sex workers.  She got out on bond in the state
 2   case.  She was released on the state case, and many of
 3   those witnesses assisted her in getting out on bond,
 4   going and cleaning up her house after the Government
 5   ransacked it.  They helped her clean it up.  Everything
 6   was fine between the -- many of the witnesses and
 7   Ms. Xing until those witnesses realized they could get
 8   T visas, and then they claimed that she threatened them.
 9   They claim that she said she has mafia ties in China,
10   and because of those claims, three out of four of them
11   now have T visas.  They have green cards.  They have
12   status here, because what they said, that she was doing
13   these things, worked for them.  So I think that the
14   Court has to take these threats into account as to their
15   motivation to make these claims.  And these are still
16   claims.  There has not been any determination as to
17   whether they are -- will not bear true, and that will
18   happen at trial.  So, Your Honor, we believe that before
19   trial, the Court can put together a combination of
20   conditions that will reasonably assure her presence if
21   she's -- if she's ordered to be released on a
22   substantial property bond with a surrender of her
23   passport, which I actually have at counsel table.  It
24   could be surrendered today -- surrender of her passport.
25   She could -- you know, home detention with electronic
```

```
 1   home monitoring, intensive pretrial supervision.  There
 2   are many conditions that would reasonably assure her
 3   presence, as well as the safety of the community.  And,
 4   Your Honor, the Government's argument that she said she
 5   would fly to China, I think that -- that interview
 6   happened several years ago that -- it's taken out of
 7   context.  What you have here is an individual who has
 8   been here for -- for 26 years.  And if the Court ordered
 9   her to stay on these conditions, we believe that the --
10   that it is appropriate, and it would reasonably assure
11   her presence, as well as the safety.  Thank you,
12   Your Honor.
13            THE COURT:  Okay.  Anything else?
14            MS. DIAZ:  I would just like to say that the --
15   the fact that the -- some of the victims may have helped
16   defendant when she posted bail on her state case is
17   indicative of their fear of her.  She got arrested, and,
18   you know, a couple days later, she was back out.  And so
19   that is the entirety of this case.  She controlled them,
20   because they were afraid of her.  And they did things
21   and -- and -- and appeared to consent to sex acts that
22   they did not want to do, because they were afraid of
23   her, and they were afraid of what she would do.  So, you
24   know, this is not a matter of them being happy-go-lucky
25   with her until they realized they could get immigration
```

1    status.  Many of them had asylum applications.  They

2    already had status.  And so their willingness to -- you

3    know, they didn't have to be locked up in order to do

4    sex work for Ms. Xing's benefit, because they were

5    afraid of her.  And the fact that they may have

6    associated with her after her state arrest, once she got

7    dragged away by law enforcement and somehow came back

8    out the next day, it only proved to them that her

9    statements about her connection to law enforcement, her

10   connections to the mafia, that all of that was true to

11   them; and that is indicative of their fear, not

12   indicative of the fact that they are now lying to get

13   immigration benefits.

14           THE COURT:  Okay.  Anything else?

15           MS. RICHARD:  Yes, I would also like to speak

16   to you.

17           THE COURT:  Yes.

18           MS. RICHARD:  Your Honor, under the Crime

19   Victim's Rights Act, victims have the right to

20   reasonable protection from the accused.  That's

21   18 U.S.C. 3771(a).  Given the evidence, the Government

22   has set forth victims certainly have valid fears.  I'm

23   here to give voice to the victims that are deathly

24   afraid of Mei Xing and what she will do to them and

25   their families.  I ask this Court to take the certainty

1    of victim's fears into account, both under the CVRA

2    standard, as well as the individual community safety

3    standard.  This Court is required to assess if an

4    individual is to be released on bond.  I also want to

5    stress, this is especially the case as many victim's

6    family members still reside in China.  The victims

7    believed Mei Xing knows the exact location of their

8    family members and will harm them.  In my experience,

9    having assisted trafficking victims who are being

10   retaliated in home countries against their traffickers,

11   there's literal to nothing the Government could do to

12   protect family members, except for connect them with DHS

13   or an FBI attache.  This is no protection.  I beg the

14   Court on behalf of the victim to take these legitimate

15   fears seriously.

16          Additionally, I want to speak to the direct

17   threat to the health and safety if the defendant is

18   released.  The victims will face direct threats to their

19   health and safety.  As Your Honor saw in the declaration

20   we submitted by Floury Burke, as well as the documented

21   research in our motion opposing the continuance with

22   which Your Honor granted, ongoing trial causes

23   significant harms to victims, including increased PTSD

24   and increased suicidal ideation.  Many events in this

25   trial have destabilized victims and victim's counsel has

1   directly observed and worked with our social service

2   support to deal with those destabilizations.  I cannot

3   stress enough our concern that releasing defendant

4   before trial, because of the true and -- fear of the

5   victims will be a direct threat to the safety of the

6   victims' mental and physical health.  Our social

7   provider is especially worried that one client could

8   become suicidal again.  So on behalf on victims one, two

9   four five six, seven, I strongly urge this Court not to

10  reconsider bond, which has already been denied by

11  multiple magistrate decisions which have increased

12  anxiety of victims each time it has come before the

13  court.  And as you know, as a magistrate judge, those

14  issues were fully vetted in front of those courts, and

15  the fact that defendant has delayed and delayed and

16  delayed this trial for years, yes, makes those threats a

17  long time ago; but they are still ever present for the

18  victims.  And I -- Your Honor, I cannot tell you how

19  scared I am to go back to the victims today and tell

20  them that defendant is released on bond, and then the

21  consequences I know we will be dealing with before

22  trial.  So I ask that you take that into account -- and

23  those are directly are in the standard.

24          THE COURT:  Okay.

25          Anything else, Counsel?

1          MS. STEELE:  Oh, Your Honor, was the Court

2     referring to me?

3          THE COURT:  Either one of you.

4          MS. DIAZ:  Nothing from the Government,

5     Your Honor.

6          MS. STEELE:  Your Honor, under 377 -- 3771(a),

7     we believe that the victims can alert the Court as to

8     their position, but we would ask the Court to strike

9     their pleadings.  It seems like for Ms. Xing now, she

10    has two prosecutors.

11         THE COURT:  Well, this is -- was my concern

12    earlier, but you didn't seem to have any objection with

13    them coming into the case, Ms. Steele.  So look, I don't

14    want to prolong or extend these things any longer than I

15    have to.  So I do want the Government and Ms. Richard to

16    discuss issues, you know, as we go forward.  This is

17    fine today.  It's not a problem, but try to not be

18    repetitive.  You certainly -- you kind of repeated each

19    other on some of the issues.  So okay, well, then I'm

20    just going to take this under submission, and then we'll

21    go from there.

22         And anything?  Otherwise, I think that's it.

23    Anything else?

24         MS. DIAZ:  Your Honor, I would like to

25    personally apologize to the Court for the delay in

1    filing the opposition to the ex parte.  It was my -- I

2    was drafting the motion, and I had technical

3    difficulties, and the brief was stuck in my out-box for

4    two hours.  So I do apologize for that.  I -- I take

5    very seriously the Court's deadlines and would not blow

6    a deadline like that.  Given that, I completely

7    understand that the Court has already issued its ruling,

8    but I would ask if there was any chance of

9    reconsideration based on the arguments raised in the

10   Government's opposition if the Court would --

11           THE COURT:  All I can say is that -- I'll tell

12   you that I'll look at it, and if I think I need to

13   revise it in any way, I'll issue an amended order.

14           MS. DIAZ:  Thank you.

15           THE COURT:  But if I don't issue an amended

16   order, you can assume that I've looked at it, and don't

17   think there is anything that it changes, okay.

18           MS. DIAZ:  Thank you, Your Honor.  I appreciate

19   that.

20           THE COURT:  Okay.  So we'll take this under

21   submission, and then we're in recess then.

22           MS. RICHARD:  I have one more issue,

23   Your Honor.

24           THE COURT:  Yes, go ahead.

25           MS. RICHARD:  So now that our notice of

```
 1    appearance has formally been accepted by the Court, we
 2    believe that we should have access as the prosecutors
 3    do, as we are not the same party and there is not two
 4    prosecutors here.  We are victims' counsel.  And victims
 5    often have differences of opinions with the Prosecution,
 6    and that we would need to see any documents that Defense
 7    or the Prosecution files under seal, unless the Court
 8    orders a protective order.
 9              THE COURT:  That was the whole condition of
10    allowing you in, and when I checked with the clerk's
11    office, there's no way they could do it.  And so that
12    was my whole concern earlier.  So....
13              MS. RICHARD:  Okay.
14              THE COURT:  So now, the -- I've -- you're in
15    the case.  You can file stuff.  You can do -- you can
16    see what isn't sealed.  I'm not going to be ruling on
17    every single little thing about what you can see and
18    can't see.  So if the Government wants to share with you
19    their under-seal stuff, any party wants to share, that's
20    their problem.  That's their -- I mean, I don't have an
21    issue with that, but I'm not going to do that.
22              MS. STEELE:  Your Honor --
23              MS. RICHARD:  Can I finish?
24              THE COURT:  Yeah.
25              MS. RICHARD:  Your Honor, we really think the
```

 1    burden should be on the defendant.  All they have to do

 2    is send it to us, and if they don't want to do it, then

 3    they would ask the Court to have a protective order.  We

 4    would guess that most things would not, because they

 5    would be in --

 6              THE COURT:  We discussed this issue before.  I

 7    was going to let you in, and the arrangement and the

 8    agreement that I had with the clerk's office and that we

 9    had, was that you could -- we would add you to the

10    docket -- there is no way to do it, other than making

11    you a full party, and our clerk's office couldn't figure

12    it out.  And I'm not going to do it.  I already looked

13    at -- the logistics doesn't work.  That was the whole

14    point of what we discussed weeks ago, is whether you

15    would get access to any of the stuff, and that's why I

16    didn't want you to let you into the case, but then the

17    clerk's office said there was a way to let you into the

18    case without seeing it.

19              What else?  I have another hearing.  I have to

20    get ready.

21              MS. RICHARD:  Thank you.

22              MS. STEELE:  Just quickly, Your Honor, we will

23    be filing a motion with respect to victim's counsel

24    under the -- our position was that we have no objection

25    as long as they stayed within the confines of 3771(a),

```
 1    and we believe that they have gone outside of that.  We
 2    would ask the Court to address the translations.  One of
 3    the things we talked about last time is that there are
 4    numerous translations.
 5              THE COURT:  I haven't looked at that briefing.
 6    You guys did some briefing, right?
 7              MS. STEELE:  Yes, Your Honor.
 8              THE COURT:  I said I was sick last week.  So
 9    I'll look at that briefing and issue something.
10              MS. STEELE:  Thank you, Your Honor.
11              THE COURT:  I do want a brief on the
12    applicability of this particular statute that's in the
13    indictment and whether or not, it's limited to minors or
14    not.  So it needs to be done -- the process needs to be
15    in the form of first to brief it clear as a motion to
16    dismiss the indictment for essentially failure to state
17    a claim, right?  Because you wouldn't have a claim if
18    all defendants -- if all the victims were adults.  And
19    so, Ms. Steele, how soon can you file that, and then you
20    can -- or you guys can work a briefing schedule among
21    yourselves whatever --
22              MS. DIAZ:  We'll ask the Court to set a
23    briefing schedule.
24              MS. STEELE:  Your Honor, I think we can -- I
25    need to talk to Ms. Christerna, and I have another brief
```

1    due with judge -- Judge Gee next Wednesday, but we can

2    talk about it and meet with Ms. Christerna and then file

3    something with the Court.

4          THE COURT:  Well, you know, I can just go ahead

5    and issue a briefing schedule, and I'll just issue an

6    order.  But I just -- knowing your schedule, I'll try

7    to -- since we pushed the trial to February, I'll try to

8    accommodate it so everybody has the time for briefing.

9          MS. DIAZ:  Your Honor, would the Court consider

10   reopening certain deadlines?  For example, now that we

11   have access to the digital devices, could we have a new

12   discovery deadline, a new expert deadlines since the

13   defendant --

14         THE COURT:  You guys should talk about that.

15   But you know, ordinarily, I don't, but you guys could

16   talk about it, and if you guys agree on it, then I think

17   I'll be okay with it, or you can file some sort of

18   ex parte or something to that.

19         MS. STEELE:  Thank you, Your Honor.

20         THE COURT:  Okay.  We're in recess.

21             (Whereupon, proceeding adjourned.)

22                       - - -

23

24

25

1          **C E R T I F I C A T E**

2

3

4

5     UNITED STATES OF AMERICA            :

6                    vs.                  :   No. CR 20-00228-FMO

7     MEI XING                            :

8

9

10    I, MARIA BUSTILLOS, OFFICIAL COURT REPORTER, IN AND FOR THE

11    UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF

12    CALIFORNIA, DO HEREBY CERTIFY THAT PURSUANT TO SECTION 753,

13    TITLE 28, UNITED STATES CODE, THE FOREGOING IS A TRUE AND

14    CORRECT TRANSCRIPT OF THE STENOGRAPHICALLY REPORTED

15    PROCEEDINGS HELD IN THE ABOVE-ENTITLED MATTER AND THAT THE

16    TRANSCRIPT PAGE FORMAT IS IN CONFORMANCE WITH THE REGULATIONS

17    OF THE JUDICIAL CONFERENCE OF THE UNITED STATES.

18    FEES CHARGED FOR THIS TRANSCRIPT, LESS ANY CIRCUIT FEE

19    REDUCTION AND/OR DEPOSIT, ARE IN CONFORMANCE WITH THE

20    REGULATIONS OF THE JUDICIAL CONFERENCE OF THE UNITED STATES.

21

22    /S/_____        _11/04/2022_

23    MARIA R. BUSTILLOS                   DATE
      OFFICIAL REPORTER
24

25

## $

$100,000 [1] - 10:21
$2,000 [2] - 16:3, 18:23
$200,000 [2] - 10:19, 15:17
$250,000 [2] - 9:18, 9:19
$300,000 [1] - 13:23
$500,000 [1] - 15:15
$600,000 [1] - 15:16
$680,000 [1] - 11:2

## /

/S [1] - 30:22

## 1

1,000,001,054,400 [1] - 13:1
11 [1] - 7:2
11/04/2022 [1] - 30:22
1186 [1] - 6:16
12254 [1] - 1:22
1300 [1] - 2:11
13TH [1] - 2:6
15-year [1] - 16:16
1591 [1] - 8:16
1591(a [1] - 6:17
1591(a) [1] - 6:7
18 [9] - 5:22, 6:7, 6:12, 6:17, 6:19, 6:23, 7:14, 7:19, 21:21
1999 [1] - 15:3
1ST [1] - 1:23

## 2

20 [1] - 15:9
20-00228-FMO [3] - 1:10, 4:5, 30:6
200,000 [1] - 12:22
2002 [1] - 15:3
2018 [2] - 5:15, 9:14
2022 [2] - 1:18, 4:1
213 [3] - 1:24, 2:12, 2:21
213)736-8148 [1] - 2:16
213)894-0302 [1] - 2:7
26 [4] - 1:18, 4:1, 14:17, 20:8
28 [1] - 30:13
2:36 [1] - 4:3
2ND [1] - 2:20

## 3

3011338 [1] - 4:23
312 [2] - 2:6, 2:10

## 321

321 [1] - 2:20
350 [1] - 1:23
377 [1] - 24:6
3771(a [2] - 24:6, 27:25
3771(a) [1] - 21:21

## 4

4 [1] - 3:2
400,93,000 [1] - 13:2
4455 [1] - 1:23

## 5

500,000 [2] - 13:3, 13:4
500,070 [1] - 12:23
570,000 [2] - 11:6, 11:11

## 6

61 [1] - 12:15
610 [1] - 6:16

## 7

753 [1] - 30:12

## 8

894-0427 [1] - 2:12
894-2739 [1] - 1:24
894-6075 [1] - 2:21

## 9

90012 [4] - 1:24, 2:7, 2:11, 2:21
90015 [1] - 2:15
919 [1] - 2:15

## A

able [1] - 14:23
ABOVE [1] - 30:15
ABOVE-ENTITLED [1] - 30:15
absolutely [1] - 18:13
accept [1] - 14:2
accepted [1] - 26:1
access [4] - 14:1, 26:2, 27:15, 29:11
accommodate [1] - 29:8
account [3] - 19:14, 22:1, 23:22
accused [2] - 21:20
Act [2] - 14:8, 21:19
act [1] - 7:13

acts [1] - 20:21
add [1] - 27:9
added [2] - 8:2, 8:3
additional [1] - 18:2
additionally [1] - 22:16
address [1] - 28:2
adjourned [1] - 29:21
adult [1] - 7:17
adults [5] - 5:25, 6:1, 7:19, 8:17, 28:18
affidavit [1] - 5:17
afraid [5] - 20:20, 20:22, 20:23, 21:5, 21:24
afternoon [4] - 4:7, 4:10, 4:11, 4:21
age [3] - 5:22, 6:19, 6:23
agents [1] - 9:22
ago [4] - 15:9, 20:6, 23:17, 27:14
agree [3] - 12:12, 14:5, 29:16
agreement [1] - 27:8
ahead [7] - 4:16, 8:11, 8:14, 17:22, 18:11, 25:24, 29:4
ALBANY [1] - 2:15
alert [1] - 24:7
allegations [8] - 5:11, 5:16, 5:20, 8:22, 14:7, 14:8, 15:24, 18:15
alleged [1] - 8:25
allow [1] - 14:20
allowed [1] - 13:10
allowing [1] - 26:10
amended [2] - 25:13, 25:15
America [1] - 4:5
AMERICA [2] - 1:7, 30:5
amount [2] - 10:19, 15:14
AND [3] - 30:10, 30:13, 30:15
AND/OR [1] - 30:19
ANGELES [7] - 1:17, 1:24, 2:7, 2:11, 2:15, 2:21, 4:1
anxiety [1] - 23:12
ANY [1] - 30:18
apologize [2] - 24:25, 25:4
appear [1] - 17:9
appearance [2] - 18:8, 26:1
appearances [1] - 4:6
appeared [1] - 20:21
appearing [1] - 4:12
applicability [1] - 28:12
applications [1] - 21:1
applies [5] - 6:5, 7:9,

7:18, 8:17, 18:6
apply [1] - 6:24
appreciate [1] - 25:18
appropriate [1] - 20:10
April [1] - 5:15
ARE [1] - 30:19
argument [3] - 13:24, 18:22, 20:4
arguments [1] - 25:9
arrangement [1] - 27:7
arrest [3] - 9:1, 10:18, 21:6
arrested [2] - 9:22, 20:17
arrests [1] - 9:1
aside [1] - 5:17
assess [1] - 22:3
assets [3] - 9:20, 10:7, 10:17
assisted [2] - 19:3, 22:9
associated [1] - 21:6
assume [2] - 8:12, 25:16
assure [6] - 15:11, 18:8, 19:20, 20:2, 20:10
asylum [1] - 21:1
AT [1] - 4:3
attache [1] - 22:13
ATTORNEY [2] - 2:5, 2:9
audio [2] - 18:20
avoid [1] - 16:14
aware [3] - 12:14, 15:1, 17:12

## B

bail [6] - 5:3, 8:1, 8:7, 14:8, 17:3, 20:16
based [5] - 6:6, 8:18, 10:23, 15:18, 25:9
basis [4] - 6:20, 6:25, 7:5, 7:8
bear [1] - 19:17
become [1] - 23:8
beg [1] - 22:13
behalf [4] - 4:8, 4:12, 22:14, 23:8
BEHALF [2] - 2:4, 2:18
believes [1] - 8:16
benefit [1] - 21:4
benefits [1] - 21:13
between [2] - 8:25, 19:6
beyond [1] - 5:15
big [1] - 16:18
blow [1] - 25:5
bond [10] - 11:23, 15:15, 15:16, 15:17, 19:1, 19:3, 19:22, 22:4, 23:10, 23:20

BOND [2] - 1:16, 3:2
box [1] - 25:3
brief [7] - 6:8, 6:11, 7:7, 25:3, 28:11, 28:15, 28:25
briefing [12] - 7:22, 8:8, 8:9, 17:17, 18:24, 28:5, 28:6, 28:9, 28:20, 28:23, 29:5, 29:8
Brooks - 6:16
burden [2] - 5:6, 27:1
Burke [1] - 22:20
BUSTILLOS [3] - 1:21, 30:10, 30:23
buy [2] - 16:2, 18:22
BY [3] - 2:5, 2:10, 2:20

## C

C.S.R. [1] - 1:22
CA [4] - 2:7, 2:11, 2:15, 2:21
California [1] - 14:17
CALIFORNIA [5] - 1:2, 1:17, 1:24, 4:1, 30:12
CALLIE [1] - 2:20
cancer [1] - 13:17
cannot [3] - 17:7, 23:2, 23:18
cards [1] - 19:11
case [35] - 4:4, 6:6, 6:15, 7:21, 8:3, 8:5, 8:18, 9:8, 9:14, 9:17, 9:24, 10:1, 10:2, 12:13, 13:9, 14:10, 14:13, 14:24, 15:19, 16:13, 16:15, 17:7, 17:10, 17:16, 18:17, 19:2, 20:16, 20:19, 22:5, 24:13, 26:15, 27:16, 27:18
cases [1] - 7:3
causes [1] - 22:22
CENTRAL [2] - 1:2, 30:11
Central [2] - 14:17, 14:19
certain [1] - 29:10
certainly [2] - 21:22, 24:18
certainty [1] - 21:25
certified [1] - 4:22
CERTIFY [1] - 30:12
chance [1] - 25:8
change [1] - 11:20, 11:22
changes [1] - 25:17
CHARGED [1] - 30:18
charges [3] - 9:1, 9:2, 16:16
chats [2] - 18:20
checked [1] - 26:10
children [1] - 7:19

**China** [24] - 9:5, 9:17, 9:18, 9:22, 9:23, 10:5, 10:10, 10:14, 10:16, 12:16, 13:9, 13:10, 13:17, 13:22, 14:1, 16:7, 16:9, 16:11, 16:14, 16:23, 19:9, 20:5, 22:6
**Chinese** [1] - 16:9
**Chino** [1] - 12:24
**Christerna** [3] - 4:13, 28:25, 29:2
**Circuit** [2] - 6:15, 7:21
**CIRCUIT** [1] - 30:18
**cited** [2] - 6:8, 6:10
**claim** [3] - 19:9, 28:17
**claimed** [1] - 19:8
**claims** [3] - 19:10, 19:15, 19:16
**clean** [1] - 19:5
**cleaning** [1] - 19:4
**clear** [1] - 28:15
**clerk's** [4] - 26:10, 27:8, 27:11, 27:17
**client** [1] - 23:7
**CLINIC** [1] - 2:14
**close** [2] - 10:1, 10:3
**co** [1] - 4:13
**co-counsel** [1] - 4:13
**CODE** [1] - 30:13
**coercion** [3] - 7:12, 7:16, 7:18
**combination** [2] - 7:12, 19:19
**coming** [3] - 10:1, 10:3, 24:13
**commercial** [1] - 7:13
**committed** [1] - 15:7
**community** [10] - 5:7, 8:21, 8:22, 9:7, 12:3, 15:12, 17:5, 18:10, 20:3, 22:2
**complaint** [7] - 5:11, 5:12, 5:14, 5:17, 8:22, 9:6, 10:8
**completely** [1] - 25:6
**comply** [1] - 17:9
**complying** [1] - 17:8
**concern** [3] - 23:3, 24:11, 26:12
**condition** [1] - 26:9
**conditions** [7] - 15:11, 18:4, 18:7, 18:13, 19:20, 20:2, 20:9
**CONFERENCE** [2] - 30:17, 30:20
**confines** [1] - 27:25
**CONFORMANCE** [2] - 30:16, 30:19
**connect** [1] - 22:12
**connection** [1] - 21:9
**connections** [1] - 21:10
**consent** [1] - 20:21
**consequence** [1] -

10:4
**consequences** [3] - 16:15, 17:5, 23:21
**consider** [1] - 29:9
**contact** [1] - 18:14
**context** [1] - 20:7
**continuance** [1] - 22:21
**continue** [1] - 4:24
**continued** [1] - 8:9
**controlled** [1] - 20:19
**convictions** [1] - 15:2
**CORRECT** [1] - 30:14
**correct** [2] - 11:10, 18:13
**Counsel** [3] - 4:16, 4:17, 23:25
**counsel** [7] - 4:6, 4:13, 16:25, 19:23, 22:25, 26:4, 27:23
**countries** [1] - 22:10
**counts** [1] - 16:17
**couple** [3] - 5:1, 6:4, 20:18
**course** [1] - 8:24
**court** [5] - 13:9, 17:7, 17:8, 18:3, 23:13
**Court** [39] - 5:10, 11:19, 11:21, 12:12, 12:14, 13:4, 13:7, 13:10, 15:1, 15:16, 16:17, 16:23, 16:24, 17:1, 17:11, 17:14, 17:16, 18:12, 18:13, 19:14, 19:19, 20:8, 21:25, 22:3, 22:14, 23:9, 24:1, 24:7, 24:8, 24:25, 25:7, 25:10, 26:1, 26:7, 27:3, 28:2, 28:22, 29:3, 29:9
**COURT** [52] - 1:1, 1:21, 4:3, 4:10, 4:16, 4:19, 4:24, 5:9, 5:13, 5:19, 6:1, 6:3, 6:14, 7:20, 9:23, 10:24, 11:4, 11:7, 11:13, 11:17, 11:25, 12:4, 12:7, 12:9, 13:12, 13:15, 15:22, 17:13, 17:22, 18:4, 20:13, 21:14, 21:17, 23:24, 24:3, 24:11, 25:11, 25:15, 25:20, 25:24, 26:9, 26:14, 26:24, 27:6, 28:5, 28:8, 28:11, 29:4, 29:14, 29:20, 30:10, 30:11
**Court's** [1] - 25:5
**COURTHOUSE** [1] - 1:22
**COURTROOM** [1] - 4:4
**courts** [2] - 7:25, 23:14
**CR** [3] - 1:10, 4:5, 30:6

**credit** [1] - 18:15
**Crime** [1] - 21:18
**crime** [3] - 6:19, 6:23, 15:7
**criminal** [1] - 15:1
**cue** [1] - 16:24
**custody** [1] - 9:10
**CVRA** [1] - 22:1

## D

**Damaris** [1] - 4:8
**DAMARIS** [1] - 2:5
**danger** [9] - 5:7, 8:21, 9:7, 12:2, 14:25, 15:10, 17:4, 18:9
**dangerous** [1] - 15:5
**dangerousness** [1] - 17:19
**DATE** [1] - 30:23
**days** [2] - 5:1, 20:18
**de** [1] - 11:22
**deadline** [2] - 25:6, 29:12
**deadlines** [3] - 25:5, 29:10, 29:12
**deal** [3] - 8:3, 18:9, 23:2
**dealing** [1] - 23:21
**deathly** [1] - 21:23
**debt** [1] - 9:20
**decide** [1] - 18:6
**decisions** [1] - 23:11
**declaration** [1] - 22:19
**defendant** [18] - 5:6, 6:18, 8:20, 8:23, 9:9, 9:13, 16:1, 16:4, 16:8, 16:20, 18:9, 20:16, 22:17, 23:3, 23:15, 23:20, 27:1, 29:13
**Defendant** [1] - 1:13
**DEFENDANT** [1] - 2:18
**defendant's** [2] - 8:25, 14:12
**defendants** [2] - 9:12, 28:18
**DEFENDER** [1] - 2:19
**Defense** [2] - 16:25, 26:6
**delay** [1] - 24:25
**delayed** [3] - 23:15, 23:16
**denied** [1] - 23:10
**DEPOSIT** [1] - 30:19
**DEPUTY** [1] - 4:4
**despite** [1] - 10:21
**destabilizations** [1] - 23:2
**destabilized** [1] - 22:25
**detailed** [2] - 5:11, 5:14
**detention** [3] - 14:3,

14:6, 19:25
**DETENTION** [2] - 1:16, 3:2
**determination** [3] - 14:9, 17:18, 19:16
**determined** [1] - 17:20
**devices** [1] - 29:11
**DHS** [1] - 22:12
**Diaz** [1] - 4:8
**DIAZ** [28] - 2:5, 4:7, 5:8, 5:10, 5:14, 5:24, 6:2, 6:13, 7:10, 8:15, 9:25, 11:1, 11:6, 11:8, 11:12, 11:14, 11:18, 12:1, 12:5, 15:23, 17:14, 20:14, 24:4, 24:24, 25:14, 25:18, 28:22, 29:9
**difference** [1] - 8:12
**differences** [1] - 26:5
**different** [1] - 7:5
**difficulties** [1] - 25:3
**digital** [1] - 29:11
**direct** [3] - 22:16, 22:18, 23:5
**directly** [2] - 23:1, 23:23
**discovery** [1] - 29:12
**discretion** [1] - 16:17
**discuss** [1] - 24:16
**discussed** [2] - 27:6, 27:14
**dismiss** [3] - 6:21, 8:10, 28:16
**dismissed** [1] - 7:23
**DISTRICT** [5] - 1:1, 1:2, 1:5, 30:11
**District** [2] - 14:17, 14:19
**DIVISION** [1] - 1:3
**DO** [1] - 30:12
**docket** [1] - 27:10
**documented** [1] - 22:20
**documents** [1] - 26:6
**dollars** [1] - 13:1
**done** [2] - 15:7, 28:14
**Doris** [1] - 4:22
**doubt** [1] - 14:10
**drafting** [1] - 25:2
**dragged** [1] - 21:7
**due** [3] - 4:14, 13:18, 29:1
**during** [2] - 14:24, 16:12

## E

**EAST** [1] - 2:20
**easy** [1] - 16:8
**either** [1] - 24:3
**electronic** [4] - 14:3, 14:6, 14:23, 19:25
**embassy** [1] - 16:9
**enforcement** [5] -

10:13, 16:21, 21:7, 21:9
**engage** [1] - 7:13
**entirety** [1] - 20:19
**ENTITLED** [1] - 30:15
**equity** [6] - 11:4, 11:5, 11:6, 12:23, 13:3, 13:4
**especially** [3] - 12:1, 22:5, 23:7
**ESQ** [3] - 2:5, 2:10, 2:20
**essentially** [1] - 28:16
**establish** [1] - 5:6
**established** [4] - 13:6, 14:13, 14:18, 17:20
**estimate** [1] - 12:25
**estranged** [1] - 11:16
**events** [1] - 22:24
**evidence** [6] - 15:6, 16:3, 17:9, 17:11, 21:21
**ex** [3] - 11:16, 25:1, 29:18
**ex-husband** [1] - 11:16
**exact** [1] - 22:7
**example** [1] - 29:10
**except** [1] - 22:12
**excerpt** [1] - 16:25
**exist** [2] - 10:9, 16:19
**expenses** [2] - 13:20, 13:21
**experience** [1] - 22:8
**expert** [1] - 29:12
**expired** [1] - 9:10
**extend** [1] - 24:14
**extensive** [1] - 16:3

## F

**F.3d** [1] - 6:16
**face** [2] - 10:3, 22:18
**facing** [2] - 16:14, 16:15
**fact** [7] - 9:11, 10:22, 17:7, 20:15, 21:5, 21:12, 23:15
**facts** [3] - 8:18, 10:9, 15:18
**failure** [1] - 28:16
**familiar** [3] - 5:10, 7:3, 7:4
**families** [2] - 9:5, 21:25
**family** [4] - 4:14, 22:6, 22:8, 22:12
**favor** [1] - 14:12
**FBI** [1] - 22:13
**fear** [4] - 9:12, 20:17, 21:11, 23:4
**fears** [3] - 21:22, 22:1, 22:15
**February** [1] - 29:7
**federal** [3] - 9:2,

33

10:12, 16:16
**FEDERAL** [1] - 2:19
**FEE** [1] - 30:18
**fees** [1] - 9:19
**FEES** [1] - 30:18
**FERNANDO** [1] - 1:5
**figure** [1] - 27:11
**file** [4] - 26:15, 28:19, 29:2, 29:17
**filed** [1] - 5:15
**files** [1] - 26:7
**filing** [2] - 25:1, 27:23
**financial** [3] - 16:4, 16:5, 16:7
**fine** [2] - 19:6, 24:17
**finish** [1] - 26:23
**first** [2] - 5:5, 28:15
**five** [3] - 4:18, 16:16, 23:9
**flee** [4] - 9:17, 9:21, 14:1, 16:14
**flight** [8] - 5:7, 8:20, 9:13, 12:3, 13:7, 14:13, 17:4, 17:19
**FLOOR** [1] - 2:6
**Floury** [1] - 22:20
**flown** [1] - 10:5
**fly** [2] - 14:1, 20:5
**FOR** [3] - 30:10, 30:11, 30:18
**force** [4] - 7:11, 7:15, 7:18
**FOREGOING** [1] - 30:13
**form** [1] - 28:15
**formally** [1] - 26:1
**FORMAT** [1] - 30:16
**forth** [3] - 8:19, 17:18, 21:22
**forward** [4] - 8:5, 8:7, 8:13, 24:16
**four** [3] - 4:18, 19:10, 23:9
**fraud** [3] - 7:11, 7:15, 7:18
**free** [1] - 18:2
**friend** [4] - 11:14, 12:19, 14:22, 15:13
**friends** [1] - 14:20
**front** [1] - 23:14
**froze** [1] - 13:22
**full** [1] - 27:11
**fully** [1] - 23:14
**funds** [1] - 14:1

## G

**Gee** [1] - 29:1
**general** [1] - 9:3
**given** [2] - 21:21, 25:6
**Glanton** [1] - 4:12
**Government** [11] - 5:5, 8:15, 8:24, 13:22, 17:15, 19:4, 21:21, 22:11, 24:4,

24:15, 26:18
**Government's** [5] - 13:24, 14:7, 17:15, 20:4, 25:10
**grandchildren** [1] - 12:17
**granddaughter** [1] - 12:17
**grandson** [1] - 12:17
**granted** [1] - 22:22
**great** [2] - 5:2, 17:11
**green** [1] - 19:11
**guess** [1] - 27:4
**guilt** [1] - 14:9
**guilty** [2] - 9:16, 10:16
**guys** [6] - 7:7, 28:6, 28:20, 29:14, 29:15, 29:16

## H

**handle** [2] - 15:15, 15:17
**happy** [1] - 20:24
**happy-go-lucky** [1] - 20:24
**harm** [3] - 9:4, 9:5, 22:8
**harms** [1] - 22:23
**health** [3] - 22:17, 22:19, 23:6
**HEARING** [2] - 1:16, 3:2
**hearing** [1] - 27:19
**HELD** [1] - 30:15
**helped** [2] - 19:5, 20:15
**her's** [1] - 11:14
**HEREBY** [1] - 30:12
**higher** [2] - 17:6, 17:10
**Hills** [1] - 12:24
**history** [2] - 15:1, 15:4
**home** [8] - 13:20, 14:2, 14:6, 14:23, 16:12, 19:25, 20:1, 22:10
**homeowner** [1] - 14:19
**Honor** [46] - 4:7, 4:11, 4:21, 5:8, 5:24, 6:13, 7:10, 8:15, 11:10, 12:6, 12:8, 12:11, 13:6, 13:14, 13:16, 14:12, 14:15, 14:25, 15:10, 15:21, 15:23, 17:24, 18:1, 18:12, 18:23, 19:18, 20:4, 20:12, 21:18, 22:19, 22:22, 23:18, 24:1, 24:5, 24:6, 24:24, 25:18, 25:23, 26:22, 26:25, 27:22, 28:7, 28:10, 28:24, 29:9, 29:19

**HONORABLE** [1] - 1:5
**Hooley** [3] - 11:15, 12:15, 12:18
**hours** [1] - 25:4
**house** [16] - 9:14, 9:18, 9:21, 10:4, 10:6, 10:8, 10:14, 11:5, 11:13, 12:24, 12:25, 13:13, 13:24, 16:22, 19:4
**human** [1] - 7:14
**hundred** [1] - 12:21
**husband** [4] - 11:16, 12:18, 12:20, 15:13

## I

**ideation** [1] - 22:24
**ill** [1] - 4:15
**illness** [1] - 13:18
**immediately** [1] - 16:11
**immigration** [2] - 20:25, 21:13
**impose** [3] - 18:4, 18:7, 18:13
**IN** [5] - 4:3, 30:10, 30:15, 30:16, 30:19
**incentive** [1] - 16:18
**including** [1] - 22:23
**income** [1] - 10:17
**increased** [3] - 22:23, 22:24, 23:11
**indicated** [2] - 12:21, 12:22
**indicates** [1] - 14:16
**indicative** [3] - 20:17, 21:11, 21:12
**indictment** [5] - 5:12, 5:16, 5:21, 6:5, 6:6, 6:22, 7:23, 8:6, 8:10, 9:12, 15:24, 28:13, 28:16
**individual** [3] - 20:7, 22:2, 22:4
**information** [1] - 11:19
**informed** [1] - 9:15
**innocence** [1] - 14:10
**intensive** [1] - 20:1
**interpreter** [2] - 4:19, 4:22
**INTERPRETER** [1] - 4:21
**interview** [2] - 16:20, 20:5
**interviewed** [1] - 10:12
**involving** [1] - 8:4
**IS** [2] - 30:13, 30:16
**issue** [9] - 6:3, 25:13, 25:15, 25:22, 26:21, 27:6, 28:9, 29:5
**issued** [1] - 25:7
**issues** [4] - 6:4, 23:14,

24:16, 24:19

## J

**Judge** [1] - 29:1
**JUDGE** [1] - 1:5
**judge** [6] - 7:2, 11:21, 15:14, 17:7, 23:13, 30:23
**judges** [2] - 7:25, 8:1
**JUDICIAL** [2] - 30:17, 30:20

## K

**keep** [1] - 5:2
**Kelly** [1] - 4:12
**key** [1] - 18:23
**kind** [2] - 14:9, 24:18
**knowing** [1] - 29:6
**knows** [1] - 22:7

## L

**laid** [1] - 9:6
**LARA** [1] - 2:10
**Lara** [1] - 4:8
**last** [3] - 4:25, 28:3, 28:8
**law** [5] - 10:12, 16:21, 21:7, 21:9
**LAW** [1] - 2:13
**lawyer** [1] - 18:3
**legal** [1] - 9:19
**legitimate** [1] - 22:14
**LESS** [1] - 30:18
**life** [2] - 16:3, 18:22
**likely** [1] - 10:3
**limited** [1] - 28:13
**literal** [1] - 22:11
**live** [3] - 14:3, 14:5, 14:23
**lives** [1] - 14:4
**location** [1] - 22:7
**locked** [1] - 21:3
**logistics** [1] - 27:13
**look** [6] - 7:6, 15:4, 18:5, 24:13, 25:12, 28:9
**looked** [7] - 6:7, 6:10, 6:14, 7:1, 25:16, 27:12, 28:5
**looks** [1] - 13:2
**LOS** [7] - 1:17, 1:24, 2:7, 2:11, 2:15, 2:21, 4:1
**LOYOLA** [1] - 2:13
**lucky** [1] - 20:24
**lying** [1] - 21:12

## M

**mafia** [2] - 19:9, 21:10

**magistrate** [4] - 7:2, 11:21, 23:11, 23:13
**Mandarin** [1] - 4:22
**mandatory** [1] - 16:16
**manual** [1] - 8:1
**March** [1] - 9:14
**MARIA** [3] - 1:21, 30:10, 30:23
**mask** [1] - 5:2
**MATTER** [1] - 30:15
**matter** [2] - 17:2, 20:24
**mean** [3] - 8:11, 18:5, 26:20
**means** [2] - 7:11, 7:12
**medical** [2] - 13:20, 13:21
**meet** [1] - 29:2
**MEI** [3] - 1:12, 2:19, 30:7
**Mei** [4] - 4:5, 4:12, 21:24, 22:7
**member** [1] - 4:14
**members** [3] - 22:6, 22:8, 22:12
**mental** [1] - 23:6
**mere** [1] - 14:8
**merely** [1] - 15:23
**messages** [2] - 18:19, 18:21
**Mexico** [1] - 16:8
**might** [1] - 11:8
**million** [1] - 13:1
**minimal** [1] - 15:1
**minimum** [1] - 16:16
**minor** [3] - 7:15, 7:16, 8:4
**minors** [1] - 28:13
**misdemeanor** [1] - 15:2
**misdemeanors** [1] - 15:8
**missing** [1] - 6:9
**misspeaking** [1] - 11:9
**moment** [3] - 12:6, 12:8, 13:14
**money** [5] - 10:9, 13:21, 13:23, 16:11, 17:3
**monitoring** [4] - 14:3, 14:6, 14:24, 20:1
**mortgage** [3] - 11:3, 11:5, 13:2
**most** [2] - 15:2, 27:4
**Motamedi** [1] - 14:10
**mother** [2] - 12:15, 13:17, 13:19
**mother's** [1] - 13:18
**motion** [6] - 6:21, 8:10, 22:21, 25:2, 27:23, 28:15
**motivation** [1] - 19:15
**move** [4] - 9:17, 10:14, 10:16, 16:23

34

**MS** [53] - 4:7, 4:11, 4:17, 5:8, 5:10, 5:14, 5:24, 6:2, 6:13, 7:10, 8:15, 9:25, 11:1, 11:6, 11:8, 11:10, 11:12, 11:14, 11:18, 12:1, 12:5, 12:6, 12:8, 12:11, 13:14, 13:16, 15:23, 17:14, 17:24, 18:12, 20:14, 21:15, 21:18, 24:1, 24:4, 24:6, 24:24, 25:14, 25:18, 25:22, 25:25, 26:13, 26:22, 26:23, 26:25, 27:21, 27:22, 28:7, 28:10, 28:22, 28:24, 29:9, 29:19
**multiple** [1] - 23:11

**N**

**name** [3] - 4:20, 10:6, 11:15
**NAME** [1] - 2:4
**named** [1] - 9:11
**need** [5] - 6:21, 7:15, 25:12, 26:6, 28:25
**needs** [3] - 7:23, 28:14
**Neha** [1] - 4:13
**never** [1] - 7:6
**new** [4] - 11:19, 12:24, 29:11, 29:12
**next** [2] - 21:8, 29:1
**Ninth** [2] - 6:15, 7:21
**none** [2] - 6:22, 15:8
**NORTH** [2] - 2:6, 2:10
**nothing** [2] - 22:11, 24:4
**notice** [1] - 25:25
**noticed** [1] - 6:11
**novo** [1] - 11:22
**number** [1] - 4:22
**numerous** [1] - 28:4

**O**

**objection** [2] - 24:12, 27:24
**observed** [1] - 23:1
**obviously** [2] - 11:21, 18:15
**OCTOBER** [2] - 1:18, 4:1
**OF** [17] - 1:2, 1:7, 1:15, 1:16, 2:4, 2:4, 2:9, 2:18, 2:19, 3:2, 30:5, 30:11, 30:14, 30:17, 30:20
**offenses** [1] - 8:3
**office** [4] - 26:11, 27:8, 27:11, 27:17
**OFFICE** [3] - 2:4, 2:9, 2:19

**OFFICIAL** [3] - 1:21, 30:10, 30:23
**often** [1] - 26:5
**old** [1] - 12:15
**OLGUIN** [1] - 1:5
**ON** [2] - 2:4, 2:18
**once** [2] - 9:25, 21:6
**one** [11] - 4:17, 6:4, 7:6, 10:20, 13:18, 18:18, 23:7, 23:8, 24:3, 25:22, 28:2
**ongoing** [1] - 22:22
**online** [1] - 7:25
**opinions** [1] - 26:5
**opposing** [1] - 22:21
**opposition** [2] - 25:1, 25:10
**order** [9] - 15:25, 16:14, 17:9, 21:3, 25:13, 25:16, 26:8, 27:3, 29:6
**ORDER** [2] - 1:16, 3:2
**ordered** [3] - 15:14, 19:21, 20:8
**orders** [6] - 9:8, 16:1, 17:8, 17:25, 18:2, 26:8
**ordinarily** [1] - 29:15
**originally** [1] - 12:20
**otherwise** [1] - 24:22
**out-box** [1] - 25:3
**outside** [1] - 28:1

**P**

**P.M** [1] - 4:3
**PAGE** [2] - 3:2, 30:16
**paid** [2] - 9:19, 13:20
**papers** [1] - 13:8
**parte** [2] - 25:1, 29:18
**particular** [2] - 9:2, 28:12
**party** [3] - 26:3, 26:19, 27:11
**passed** [1] - 13:19
**passport** [2] - 19:23, 19:24
**Patrick** [2] - 11:15, 12:18
**Pause** [1] - 12:10
**pay** [1] - 13:19
**pendency** [2] - 14:24, 16:12
**pending** [3] - 9:14, 13:9, 17:7
**person** [3] - 7:13, 7:14, 15:5
**personally** [1] - 24:25
**physical** [1] - 23:6
**plainly** [1] - 6:17
**PLAINTIFF** [1] - 2:4
**Plaintiffs** [1] - 1:8
**PLAINTIFFS** [1] - 2:4
**planned** [2] - 9:16, 16:23

**plans** [1] - 9:21
**play** [1] - 16:24
**pleadings** [1] - 24:9
**point** [1] - 27:14
**pointed** [2] - 13:7, 13:8
**Pomona** [1] - 12:24
**position** [3] - 17:16, 24:8, 27:24
**post** [5] - 12:20, 12:21, 13:3, 15:13, 15:20
**posted** [1] - 20:16
**potential** [1] - 18:9
**prepare** [1] - 7:25
**prepared** [1] - 17:1
**presence** [4] - 15:11, 19:20, 20:3, 20:11
**present** [3] - 4:13, 4:14, 23:17
**PRESIDING** [1] - 1:5
**presume** [1] - 10:2
**presumption** [15] - 6:5, 6:24, 6:25, 7:3, 7:9, 8:3, 8:13, 8:14, 8:16, 8:18, 12:13, 12:14, 17:16, 17:19, 18:6
**presumptions** [1] - 7:5
**pretrial** [11] - 8:19, 8:20, 10:20, 11:1, 11:23, 11:24, 12:2, 14:9, 14:16, 17:20, 20:1
**previously** [2] - 10:5, 16:19
**problem** [2] - 24:17, 26:20
**proceed** [1] - 7:7
**proceeding** [1] - 29:21
**PROCEEDINGS** [2] - 1:15, 30:15
**proceedings** [1] - 12:10
**process** [1] - 28:14
**prohibited** [1] - 7:16
**prolong** [1] - 24:14
**proof** [1] - 6:17
**property** [8] - 10:22, 10:25, 11:2, 12:20, 14:21, 15:14, 15:20, 19:22
**propriety** [1] - 14:11
**Prosecution** [2] - 26:5, 26:7
**prosecutors** [3] - 24:10, 26:2, 26:4
**protect** [1] - 22:12
**protection** [2] - 21:20, 22:13
**protective** [2] - 26:8, 27:3
**proved** [1] - 21:8
**provide** [1] - 10:21

**provider** [1] - 23:7
**PTSD** [1] - 22:23
**PUBLIC** [1] - 2:19
**purchased** [1] - 12:24
**PURSUANT** [1] - 30:12
**pushed** [1] - 29:7
**put** [2] - 17:3, 19:19

**Q**

**quickly** [1] - 27:22
**quoting** [1] - 6:15

**R**

**raised** [1] - 25:9
**raises** [1] - 6:3
**ransacked** [1] - 19:5
**read** [2] - 7:21, 17:1
**ready** [1] - 27:20
**reality** [1] - 18:5
**realized** [2] - 19:7, 20:25
**really** [2] - 11:22, 26:25
**reason** [3] - 6:25, 10:13, 16:22
**reasonable** [1] - 21:20
**reasonably** [5] - 15:11, 18:8, 19:20, 20:2, 20:10
**reasons** [1] - 11:18
**rebutted** [1] - 12:13
**recent** [1] - 15:3
**recess** [2] - 25:21, 29:20
**recommendation** [1] - 8:20
**recommended** [1] - 15:17
**reconsider** [1] - 23:10
**reconsideration** [1] - 25:9
**record** [1] - 4:20
**recording** [1] - 18:18
**recordings** [2] - 18:16, 18:17
**REDUCTION** [1] - 30:19
**reference** [1] - 6:12
**referring** [1] - 24:2
**Reform** [1] - 14:8
**regard** [1] - 18:15
**regarding** [1] - 14:11
**REGULATIONS** [2] - 30:16, 30:20
**release** [4] - 11:23, 12:20, 14:11
**released** [9] - 13:25, 14:2, 14:21, 18:17, 19:2, 19:21, 22:4, 22:18, 23:20
**releasing** [1] - 23:3

**renting** [1] - 14:22
**reopening** [1] - 29:10
**repeated** [1] - 24:18
**repetitive** [1] - 24:18
**report** [3] - 8:19, 11:1, 14:16
**REPORTED** [1] - 30:14
**REPORTER** [3] - 1:21, 30:10, 30:23
**REPORTER'S** [1] - 1:15
**reports** [1] - 10:20
**required** [1] - 22:3
**requires** [2] - 6:17, 7:17
**research** [1] - 22:21
**reside** [1] - 22:6
**resident** [1] - 14:18
**resources** [4] - 16:4, 16:5, 16:7, 16:10
**respect** [3] - 14:25, 17:25, 27:23
**respond** [1] - 15:22
**restraining** [5] - 9:8, 15:25, 16:1, 17:25, 18:2
**retaliated** [1] - 22:10
**REVIEW** [2] - 1:16, 3:2
**review** [3] - 5:4, 8:7, 11:22
**revise** [1] - 25:13
**Richard** [1] - 24:15
**RICHARD** [9] - 4:17, 21:15, 21:18, 25:22, 25:25, 26:13, 26:23, 26:25, 27:21
**Rights** [1] - 21:19
**RISE** [1] - 2:14
**risk** [9] - 5:7, 8:21, 9:13, 12:3, 13:7, 14:14, 17:3, 17:4, 17:19
**Rosemead** [2] - 14:4, 14:5
**ruling** [2] - 25:7, 26:16

**S**

**safe** [1] - 5:3
**safety** [7] - 15:12, 20:3, 20:11, 22:2, 22:17, 22:19, 23:5
**saw** [1] - 22:19
**scared** [1] - 23:19
**schedule** [6] - 8:8, 8:9, 28:20, 28:23, 29:5, 29:6
**SCHOOL** [1] - 2:13
**SCOTT** [1] - 2:10
**Scott** [1] - 4:18
**seal** [2] - 26:7, 26:19
**sealed** [1] - 26:16
**Sean** [1] - 12:15
**Section** [2] - 6:7, 6:17

UNITED STATES DISTRICT COURT

**SECTION** [1] - 30:12
**see** [7] - 5:21, 7:1, 7:6, 26:6, 26:16, 26:17, 26:18
**seeing** [1] - 27:18
**seem** [1] - 24:12
**selling** [1] - 16:11
**send** [1] - 27:2
**sent** [1] - 13:22
**serious** [1] - 5:18
**seriously** [2] - 22:15, 25:5
**service** [1] - 23:1
**services** [5] - 8:19, 10:20, 11:1, 12:2, 17:20
**SESSION** [1] - 4:3
**set** [5] - 8:8, 8:19, 17:18, 21:22, 28:22
**seven** [2] - 4:18, 23:9
**several** [1] - 20:6
**sex** [11] - 7:13, 7:14, 7:16, 7:17, 8:3, 8:17, 8:24, 18:25, 19:1, 20:21, 21:4
**share** [2] - 26:18, 26:19
**shows** [1] - 13:25
**sick** [3] - 4:25, 13:17, 28:8
**significant** [6] - 16:4, 16:7, 16:10, 17:3, 17:4, 22:23
**single** [1] - 26:17
**six** [3] - 4:18, 10:22, 23:9
**so...** [2] - 11:12, 26:12
**social** [2] - 23:1, 23:6
**sold** [12] - 9:13, 9:17, 9:21, 10:4, 10:8, 10:13, 12:23, 13:12, 13:20, 13:24, 16:12, 16:22
**someone** [4] - 13:25, 14:18, 15:4, 15:8
**son** [5] - 12:15, 12:16, 14:4, 14:22
**soon** [1] - 28:19
**sorry** [2] - 5:12, 11:8
**sort** [1] - 29:17
**source** [1] - 10:17
**specific** [2] - 9:2, 16:2
**spent** [1] - 9:19
**SPRING** [2] - 2:6, 2:10
**stack** [1] - 16:18
**stakes** [2] - 17:5, 17:10
**standard** [3] - 22:2, 22:3, 23:23
**start** [1] - 5:5
**started** [2] - 5:4, 18:25
**state** [18] - 4:6, 4:20, 9:1, 9:8, 9:14, 9:16, 9:24, 9:25, 13:9, 16:13, 16:15, 17:6,

17:8, 19:1, 19:2, 20:16, 21:6, 28:16
**statements** [2] - 16:13, 21:9
**STATES** [10] - 1:1, 1:7, 1:22, 2:4, 2:9, 30:5, 30:11, 30:13, 30:17, 30:20
**States** [6] - 4:5, 4:9, 9:20, 10:17, 16:5, 16:6
**status** [3] - 19:12, 21:1, 21:2
**statute** [7] - 6:8, 6:10, 7:9, 7:10, 7:17, 7:18, 28:12
**stay** [1] - 20:9
**stayed** [1] - 27:25
**STEELE** [18] - 2:20, 4:11, 11:10, 12:6, 12:8, 12:11, 13:14, 13:16, 17:24, 18:12, 24:1, 24:6, 26:22, 27:22, 28:7, 28:10, 28:24, 29:19
**Steele** [5] - 4:12, 17:23, 18:11, 24:13, 28:19
**STENOGRAPHICAL LY** [1] - 30:14
**still** [9] - 5:1, 9:12, 10:6, 10:7, 16:6, 18:6, 19:15, 22:6, 23:17
**STREEET** [2] - 2:6, 2:10
**STREET** [3] - 1:23, 2:15, 2:20
**stress** [2] - 22:5, 23:3
**strike** [1] - 24:8
**strongly** [1] - 23:9
**stuck** [1] - 25:3
**stuff** [3] - 26:15, 26:19, 27:15
**submission** [2] - 24:20, 25:21
**submitted** [1] - 22:20
**subsequent** [1] - 9:1
**substantial** [2] - 15:14, 19:22
**sufficient** [2] - 6:6, 15:18
**suicidal** [2] - 22:24, 23:8
**SUITE** [2] - 1:23, 2:11
**supervision** [1] - 20:1
**support** [2] - 5:17, 23:2
**sureties** [2] - 10:18, 15:19
**surety** [2] - 10:20, 10:21
**surrender** [2] - 19:22, 19:24
**surrendered** [1] - 19:24

**sworn** [1] - 5:16

**T**

**table** [1] - 19:23
**technical** [1] - 25:2
**terms** [3] - 8:21, 9:7, 9:13
**text** [2] - 18:19, 18:20
**THAT** [2] - 30:12, 30:15
**THE** [66] - 2:4, 2:4, 2:9, 2:18, 2:19, 4:4, 4:10, 4:16, 4:19, 4:21, 4:24, 5:9, 5:13, 5:19, 6:1, 6:3, 6:14, 7:20, 9:23, 10:24, 11:4, 11:7, 11:13, 11:17, 11:25, 12:4, 12:7, 12:9, 13:12, 13:15, 15:22, 17:13, 17:22, 18:4, 20:13, 21:14, 21:17, 23:24, 24:3, 24:11, 25:11, 25:15, 25:20, 25:24, 26:9, 26:14, 26:24, 27:6, 28:5, 28:8, 28:11, 29:4, 29:14, 29:20, 30:10, 30:11, 30:13, 30:14, 30:15, 30:16, 30:17, 30:19, 30:20
**theory** [1] - 10:2
**THIS** [1] - 30:18
**thousand** [1] - 12:21
**threat** [4] - 9:2, 18:18, 22:17, 23:5
**threatened** [1] - 19:8
**threatening** [1] - 18:21
**threats** [9] - 7:11, 8:23, 14:7, 15:6, 16:2, 18:16, 19:14, 22:18, 23:16
**three** [3] - 15:2, 15:8, 19:10
**ties** [1] - 19:9
**timing** [1] - 18:23
**TITLE** [1] - 30:13
**TO** [1] - 30:12
**today** [5] - 4:14, 10:19, 19:24, 23:19, 24:17
**together** [1] - 19:19
**total** [1] - 12:22
**town** [1] - 5:1
**traffickers** [1] - 22:10
**trafficking** [7] - 7:14, 7:15, 7:16, 7:17, 8:17, 8:24, 22:9
**transcript** [1] - 16:25
**TRANSCRIPT** [4] - 1:15, 30:14, 30:16, 30:18
**transferred** [3] - 9:18, 10:9, 16:10

**translations** [2] - 28:2, 28:4
**trial** [9] - 8:8, 9:18, 19:19, 22:22, 22:25, 23:4, 23:16, 23:22, 29:7
**true** [3] - 19:17, 21:10, 23:4
**TRUE** [1] - 30:13
**try** [3] - 24:17, 29:6, 29:7
**twice** [2] - 9:23, 13:9
**two** [9] - 4:17, 6:5, 12:16, 15:3, 15:25, 23:8, 24:10, 25:4, 26:3

**U**

**U.S** [1] - 6:16
**U.S.C** [2] - 6:7, 21:21
**under** [15] - 5:22, 6:12, 6:18, 6:23, 7:14, 7:19, 9:23, 21:18, 22:1, 24:6, 24:20, 25:20, 26:7, 26:19, 27:24
**under-seal** [1] - 26:19
**UNITED** [10] - 1:1, 1:7, 1:22, 2:4, 2:9, 30:5, 30:11, 30:13, 30:17, 30:20
**United** [6] - 4:5, 4:9, 9:20, 10:17, 16:5, 16:6
**unless** [1] - 26:7
**up** [10] - 7:1, 7:6, 10:21, 12:22, 13:4, 16:24, 17:3, 19:4, 19:5, 21:3
**urge** [1] - 23:9
**USC** [1] - 6:17

**V**

**valid** [2] - 8:6, 21:22
**value** [3] - 10:22, 10:24, 11:2
**vetted** [1] - 23:14
**victim** [2] - 6:18, 22:14
**Victim's** [1] - 21:19
**victim's** [4] - 22:1, 22:5, 22:25, 27:23
**victims** [29] - 4:17, 5:20, 5:22, 8:4, 8:23, 9:3, 9:11, 9:15, 10:15, 16:2, 20:15, 21:19, 21:22, 21:23, 22:6, 22:9, 22:18, 22:23, 22:25, 23:5, 23:8, 23:12, 23:18, 23:19, 24:7, 26:4, 28:18
**victims'** [2] - 23:6,

26:4
**violence** [1] - 15:7
**visas** [2] - 19:8, 19:11
**voice** [1] - 21:23
**voluntarily** [1] - 10:11
**vs** [2] - 1:10, 30:6

**W**

**wants** [2] - 26:18, 26:19
**warranting** [1] - 11:23
**Wednesday** [1] - 29:1
**WEDNESDAY** [2] - 1:18, 4:1
**week** [4] - 4:25, 28:8
**weeks** [1] - 27:14
**WEST** [1] - 1:23
**WESTERN** [1] - 1:3
**whole** [4] - 18:22, 26:9, 26:12, 27:13
**willing** [7] - 10:18, 10:21, 12:19, 13:3, 15:13, 15:19
**willingness** [1] - 21:2
**WITH** [2] - 30:16, 30:19
**witnesses** [8] - 9:15, 18:1, 18:14, 18:19, 18:24, 19:3, 19:6, 19:7
**workers** [2] - 18:25, 19:1
**worried** [1] - 23:7
**worth** [1] - 12:25

**X**

**Xing** [17] - 4:5, 4:12, 11:15, 12:14, 12:19, 12:23, 13:5, 13:8, 13:23, 18:17, 18:18, 18:21, 18:25, 19:7, 21:24, 22:7, 24:9
**XING** [3] - 1:12, 2:19, 30:7
**Xing's** [2] - 11:16, 21:4

**Y**

**years** [8] - 6:19, 7:2, 12:15, 14:17, 15:9, 20:6, 20:8, 23:16
**Ying** [2] - 11:15, 12:19
**yourselves** [1] - 28:21

**Z**

**Zealy** [1] - 4:22