# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| | |
|---|---|
| Case No. | **CR 20-0228-FMO** |
| Date | **January 18, 2023** |

Present: The Honorable  Fernando M. Olguin, United States District Judge

Interpreter  None Present

| Gabriela Garcia | None Present | Not Present |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| MEI XING | NOT | X | | Callie Steele, CJA | NOT | X | |
| | | | | Neha Christerna, DFPD | NOT | X | |

**Proceeding**   (In Chambers) Order Re: Further Proceedings

On the court's own motion, IT IS ORDERED THAT the trial is rescheduled from February 28, 2023, to **February 21, 2023**, at **9:30 a.m.**[1]  On the first day of trial, counsel must appear at 9:00 a.m. to discuss preliminary matters with the court.

Initials of Deputy Clerk    gga

---

[1] All other requirements set forth in the Case Management Order issued on May 31, 2022, (Dkt. 220), and the court's prior orders remain in effect.