E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division
DAMARIS DIAZ (Cal. Bar No. 277524)
SCOTT M. LARA (Cal. Bar No. 296944)
Assistant United States Attorneys
Violent & Organized Crime Section
    1300 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-0302/0427
    Facsimile: (213) 894-3713
    E-mail: damaris.diaz@usdoj.gov
        scott.lara@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 20-228(A)-FMO |
|---|---|
| Plaintiff, | STIPULATION FOR ORDER REGARDING DEFENDANT MEI XING'S AND DEFENSE COUNSEL'S FACE-TO-FACE MEETINGS |
| v. | |
| MEI XING<br>  aka "Xing Mei,"<br>  "Anna," and<br>  "Boss," | |
| Defendant. | |

Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorneys Damaris Diaz and Scott M. Lara, and defendant Mei Xing ("defendant"), by and through her counsel of record, Deputy Federal Public Defender Neha Christerna and Callie Glanton Steele, Esq., hereby agree and stipulate as follows:

1. Defendant has requested the ability to personally review digital discovery in the Chinese/Mandarin language using the Cellebrite program, which is prohibited at MDCLA, where she is incarcerated pending trial in this action.

2. The United States Marshals Service ("USMS") has stated that, if ordered by the Court, USMS can transport defendant to the First Street Courthouse ("FSC") or Roybal Federal Courthouse ("Roybal") to meet with members of the defense team face to face in an available empty courtroom or witness room, where defendant can review discovery on defense counsel's computers. USMS will coordinate with the Court's Courtroom Deputy and District Court staff to find available space for such meetings.

3. Members of the defense team request that USMS transport defendant to FSC or Roybal for meetings as described in paragraph 2 above on the following dates and times:

   a. Wednesday, April 5, 2023, after 11:00 a.m. (meeting with Neha Christerna)
   b. Thursday, April 6, 2023, after 11:30 a.m. (meeting with Cynthia Lee)
   c. Friday, April 7, 2023, after 11:00 a.m. (meeting with Neha Christerna)

4. The defense team and defendant agree that they will abide by all orders and instructions of USMS related to safety during the meetings.

5. The defense team and defendant agree that, during the meetings, defendant will not communicate with anyone aside from members of the defense team, USMS, MDCLA Staff, and District Court Staff.

//
//
//
//
//
//
//
//
//

6. The parties request an Order of the Court directing the USMS to transport defendant to FSC or Roybal on the aforementioned dates and times, for meetings as described herein.

Dated: April 4, 2023

Respectfully submitted,

E. MARTIN ESTRADA
United States Attorney

MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division

    /s/
DAMARIS DIAZ
SCOTT M. LARA
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

    /s/ *by email authorization*
CALLIE GLANTON STEELE, Esq.
Law Offices of Callie Glanton Steele
NEHA CHRISTERNA
Deputy Federal Public Defender

Counsel for Defendant
MEI XING