# Exhibit A

| | |
|---|---|
| **From:** | Callie Steele |
| **To:** | CAC_Case_Mei_Xing |
| **Subject:** | Fwd: [EXTERNAL] Re: Mei Xing - Reg. No. 66401-112 - Quarantine Status |
| **Date:** | Monday, March 20, 2023 3:26:59 PM |

**EXTERNAL SENDER**

---------- Forwarded message ---------
From: **Wilson, JoAnna (BOP)** <j18wilson@bop.gov>
Date: Mon, Mar 20, 2023 at 2:57 PM
Subject: Re: [EXTERNAL] Re: Mei Xing - Reg. No. 66401-112 - Quarantine Status
To: Callie Steele <calliesteeleesq@gmail.com>

Hi Callie,

Re: your question of sexually explicit discovery, please review Program Statement 5266.01, Incoming Publications, starting on page 5.  https://www.bop.gov/policy/progstat/5266_011.pdf

JoAnna Wilson, Attorney
Federal Bureau of Prisons
Los Angeles Consolidated Legal Center
Metropolitan Detention Center
535 N. Alameda Street
Los Angeles, CA  90012
Telephone: (213) 485-0439 ext. 5471
Fax: (213) 253-9505

SENSITIVE/PRIVILEGED COMMUNICATION
The information contained in this electronic message and any and all accompanying documents constitutes sensitive information.  This information is the property of the U.S. Department of Justice.
If you are not the intended recipient of this information, any disclosure, copying, distribution, or the taking of any action in reliance on this information is strictly prohibited.  If you received this message in error, please notify us immediately at the above number to make arrangements for its return to us.

ATTORNEY WORK PRODUCT - Do not release or disseminate further without permission.

**From:** Callie Steele <calliesteeleesq@gmail.com>
**Sent:** Monday, March 20, 2023 8:47 AM

**To:** Wilson, JoAnna (BOP) <j18wilson@bop.gov>
**Cc:** Lara, Scott (USACAC) <SLara@usa.doj.gov>; Diaz, Damaris (USACAC) 2 <DDiaz2@usa.doj.gov>; CAC_Case_Mei_Xing <CAC_Case_Mei_Xing@fd.org>
**Subject:** [EXTERNAL] Re: Mei Xing - Reg. No. 66401-112 - Quarantine Status

Thanks, JoAnna,

Scott and Damaris, just so you know, we were unable to meet with Ms. Xing last week due to her quarantine status. We will alert the Court. Thanks.

Callie

On Mon, Mar 20, 2023 at 8:28 AM Wilson, JoAnna (BOP) <j18wilson@bop.gov> wrote:
> Good morning,
>
> Ms. Steele informed me that inmate Xing has a court hearing on 3/23/2023. As you may already know, the female housing unit at MDCLA is currently on exposed quarantine status after several inmates tested positive for COVID-19. During this time, inmate movement is limited to prevent further exposure.
>
> Due to the exposed quarantine status, mass testing is conducted every 5 days. The quarantine status will be lifted once there have been 0 new cases within the last 5-day period. Because there were two new cases on 3/17/2023, the next scheduled testing period is 3/22/2023.
>
> Therefore, I should know by 2 p.m. on 3/22/2023, whether the quarantine status has been lifted for the female housing unit.
>
> Please let me know if you have any questions or concerns.
>
> Best,
> JoAnna
>
> JoAnna Wilson, Attorney
> Federal Bureau of Prisons
> Los Angeles Consolidated Legal Center
> Metropolitan Detention Center
> 535 N. Alameda Street
> Los Angeles, CA  90012
> Telephone: (213) 485-0439 ext. 5471
> Fax: (213) 253-9505
>
> SENSITIVE/PRIVILEGED COMMUNICATION

> The information contained in this electronic message and any and all accompanying documents constitutes sensitive information.  This information is the property of the U.S. Department of Justice.
> If you are not the intended recipient of this information, any disclosure, copying, distribution, or the taking of any action in reliance on this information is strictly prohibited.
> If you received this message in error, please notify us immediately at the above number to make arrangements for its return to us.
>
> ATTORNEY WORK PRODUCT - Do not release or disseminate further without permission.