E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division
DAMARIS DIAZ (Cal. Bar No. 277524)
SCOTT M. LARA (Cal. Bar No. 296944)
Assistant United States Attorneys
Violent & Organized Crime Section
    1300 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-0302/0427
    Facsimile: (213) 894-3713
    E-mail:    damaris.diaz@usdoj.gov
                 scott.lara@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 20-228(B)-FMO |
|---|---|
| Plaintiff, | NOTICE RE: JOINDER OF VICTIM 3 TO GOVERNMENT'S OPPOSITION TO DEFENDANT'S RULE 412 MOTION (DKT. 414) |
| v. | |
| MEI XING, | |
| Defendant. | |

Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorney Damaris Diaz and Scott M. Lara, hereby gives notice that Victim 3 intends to join the government's opposition to defendant's motion under Rule 412.  Victim 3 has obtained pro bono counsel, Sean Kennedy, Esq., who is in the process of filing an appearance in this case and who requested that the government notify the Court of Victim 3's joinder to the government's oppositions re: Rule 412 (Dkt. 414).

| | | |
|---|---|---|
| 1 | Dated: May 5, 2023 | Respectfully submitted, |
| 2 | | E. MARTIN ESTRADA<br>United States Attorney |
| 3 | | |
| 4 | | MACK E. JENKINS<br>Assistant United States Attorney<br>Chief, Criminal Division |
| 5 | | |
| 6 | | _____/s/_____<br>DAMARIS DIAZ |
| 7 | | SCOTT M. LARA<br>Assistant United States Attorney |
| 8 | | |
| 9 | | Attorneys for Plaintiff<br>UNITED STATES OF AMERICA |