# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| | |
|---|---|
| Case No. | **CR 20-0228 FMO** |
| Date | **May 24, 2023** |

Present: The Honorable  Fernando M. Olguin, United States District Judge

Interpreter  None Present

| Gabriela Garcia | None Present | Not Present |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| MEI XING | NOT | X | | Neha Christerna, DFPD | NOT | X | |
| | | | | Callie Steele, CJA | NOT | X | |

**Proceeding**   **(In Chambers) Order Re: Motion in Limine (Dkt. No. 355)**

For the reasons set forth on the record on May 23, 2023, IT IS ORDERED THAT defendant's Motion to Exclude Testimony of Government's Witness [Corporal] David M. Fries (**Document No. 355**) is **granted in part** and **denied in part**.  Corporal Fries is precluded from testifying "that sex traffickers sometimes have their victims use drugs to get them addicted and coerce them into continue their commercial sex work for the human trafficker." (Dkt. 355-1, Expert Notice at 3).  The Motion is otherwise denied.

00 : _____

Initials of Deputy Clerk  gga