## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| | |
|---|---|
| Case No.  **CR 20-0228 FMO** | Date  **May 24, 2023** |

Present: The Honorable  Fernando M. Olguin, United States District Judge

Interpreter  None Present

| Gabriela Garcia | None Present | Not Present |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| MEI XING | NOT | X | | Neha Christerna, DFPD | NOT | | X |
| | | | | Callie Steele, CJA | NOT | | X |

**Proceeding**   **(In Chambers): Order Re: Pending Motions in Limine (Dkt. Nos. 178, 191 & 277)**

For the reasons set forth on the record on May 23, 2023, IT IS ORDERED THAT:

1. Defendant's Motion In Limine to Exclude Government's Inadmissible Hearsay Evidence (**Document No. 178**) and Motion to Exclude Evidence (**Document No. 191**), which address the same evidence, are **granted**.[1]  Accordingly, the following evidence is excluded:  (1) testimony regarding an alleged police officer who may have been a commercial sex customer at the massage parlors in question, including statements made by this individual and statements made about this individual by witnesses other than the defendant; and (2) testimony regarding statements made by third parties that allegedly communicated threats from the defendant, including (a) alleged victim 3's testimony that she was threatened by her roommate; (b) alleged victim 5's testimony that she heard about threats from a friend; and (c) alleged victim 6's testimony that her goddaughter told her about threats by defendant.

2. Defendant's Motion In Limine to Admit Complete Pretext Call from Witness 2 to [Defendant] (**Document No. 277**) is **granted**.  If the government seeks to admit excerpts from the subject call, then defendant may admit the full recording, the full transcript of the recording, or any portion of the full recording or transcript not already admitted by the government.

|   |   |   |
|---|---|---|
| | | 00 : |
| | Initials of Deputy Clerk | gga |

---

[1] Defendant clarified during the pretrial conference on October 14, 2022, that she does not challenge the admissibility of statements that she allegedly made directly to the testifying witness, which are not hearsay under Rule 802(d)(2)(A) of the Federal Rules of Evidence.