

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

MAY 25 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| In re:  VICTIM 4; VICTIM 5. _____ VICTIM 4; VICTIM 5,  Petitioners,  v.  UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES,  Respondent,  MEI XING, AKA Anna, AKA Boss, AKA Xing Mei,  Real Party in Interest. | No.   23-70088  D.C. No. 2:20-cr-00228-FMO-1 Central District of California, Los Angeles  ORDER |

Before: NGUYEN, FRIEDLAND, and SUNG, Circuit Judges.

This petition raises issues that warrant a response. *See* Fed. R. App. P. 21(b).  Real party in interest Mei Xing must file an answer by 5:00 pm Pacific Time on Friday May 26, 2023.  The United States of America and the district court may also file responses to the petition simultaneously if they so desire.

We intend to resolve this petition by Tuesday, May 30, 2023 at 8:30 am Pacific Time.  *See* 18 U.S.C. § 3771(d)(3) (72-hour timeline may be extended with approval of the court and stipulation of the parties); *see also In re Doe*, 50 F.4th

OSA108

1247, 1253 (9th Cir. 2022). Any objection to the proposed timeline must be made in writing by 12:00 pm Pacific Time on May 26, 2023.

    The Clerk will serve a copy of this order on the district court and District Judge Olguin.