# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| | | |
|---|---|---|
| Case No. | **CR 20-0228 FMO** | Date: **May 26, 2023** |
| Present: The Honorable | Fernando M. Olguin, United States District Judge | |
| Interpreter | None Present | |

| Gabriela Garcia | None Present | Not Present |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| MEI XING | NOT | X | | Neha Christerna, DFPD | NOT | X | |
| | | | | Callie Steele, CJA | NOT | X | |

**Proceeding:** **(In Chambers): Response Re: Ninth Circuit Order filed on May 25, 2023**

The court has been advised of the Petition for Writ of Mandamus Pursuant to 18 U.S.C. § 3771(d)(3) ("Petition") filed by certain of the alleged victims on May 25, 2023, (see In re: Victim 4, et al., Case No. 23-70088, Dkt. 1-3, Petition), and the Ninth Circuit Order of May 25, 2023. The Petition was not served on the court and the undersigned only received a copy of the Petition and the Excerpts of Record this morning at approximately 9:30 a.m. Given the press of business and the undersigned's schedule, the undersigned cannot determine whether a response to the Petition is warranted by the deadline set by the Court. Accordingly, the undersigned respectfully requests that he be allowed to review and file and, if warranted, a response to the Petition by noon on Monday, May 29, 2023.

|  |  |
|---|---|
|  | 00 : _____ |
| Initials of Deputy Clerk | gga |