# UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA

## AMENDED CRIMINAL MINUTES - TRIAL

| Case No. | CR 20-00228-FMO | | Date | June 8, 2023 |
|---|---|---|---|---|
| Present: The Honorable | Fernando M. Olguin, United States District Court | | | |
| Interpreter | Yan Yan Liu, Barbara Hong Li (Mandarin) | | | |

| Gabriela Garcia | Maria Bustillos | Damaris Diaz, Scott Lara |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| MEI XING | X | X | | Callie Steele, CJA | X | X | |
| | | | | Neha Christerna, DFPD | X | X | |
| | | | | Laura Lopez, DFPD | X | X | |

_____ Day <u>COURT TRIAL</u>     10th Day <u>JURY TRIAL</u>     _____ Death Penalty Phase

_____ One day trial;     _____ Begun (1st day);     X Held & continued;     _____ Completed by jury verdict/submitted to court.

_____ The Jury is impaneled and sworn.

_____ Opening statements made by _____

X Witnesses called, sworn and testified.

X Exhibits identified     X Exhibits admitted

_____ Government rests.     Defendant(s) _____ rest.

_____ Motion for mistrial by _____ is _____ granted _____ denied _____ submitted

X Motion for judgment of acquittal (FRCrP 29) is X granted X denied _____ submitted

_____ Closing arguments made     _____ Court instructs jury     _____ Bailiff sworn

_____ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberations/findings.

_____ Alternates excused     _____ Jury retires to deliberate     _____ Jury resumes deliberations

_____ Finding by Court as follows:     _____ Jury Verdict as follows:

Dft # _____ Guilty on count(s) _____     _____ Not Guilty on count(s) _____

_____ Jury polled     _____ Polling waived

_____ Filed Witness & Exhibit lists     _____ Filed Jury notes     _____ Filed Jury Instructions     _____ Filed Jury Verdict

_____ Dft # _____ Referred to Probation Office for Investigation & Report and continued to _____ for sentencing.

_____ Dft # _____ remanded to custody.     _____ Remand/Release# _____ issd.     Dft # _____ released from custody.

_____ Bond exonerated as to Dft # _____

X Case continued to June 9, 2023 at 8:00 a.m. for further trial/further jury deliberation.

X Other: Portions of the transcript are ordered sealed and may not be revealed or otherwise disclosed without a court order. Rule 29 motion is granted as to counts two and five and denied without prejudice in all other respects.

6 : 38

Initials of Deputy Clerk     gga