FILED
CLERK, U.S. DISTRICT COURT
6/20/2023
CENTRAL DISTRICT OF CALIFORNIA
BY: ___gga___ DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. CR 20-0228 FMO |
| Plaintiff, ) | |
| v. ) | **VERDICT FORM** |
| MEI XING, ) | |
| Defendant. ) | |

We, the Jury in the above-captioned case, hereby present the following unanimous verdict as to the following counts as alleged in the Second Superseding Indictment against defendant MEI XING:

## Question No. 1

## Count One of the Indictment

We, the Jury in the above-captioned action, unanimously find defendant MEI XING (check one):

    __X__    NOT GUILTY

    _____    GUILTY

of the offense of sex trafficking by threats of force, fraud, or coercion, or any combination of such means, of Alleged Victim 2, in violation of Title 18, United States Code, Section 1591(a)(1), (a)(2).

*(Proceed to Question No. 2).*

**Question No. 2**

**Count Four of the Indictment**

We, the Jury in the above-captioned action, unanimously find defendant MEI XING (check one):

    __X__    NOT GUILTY

    _____    GUILTY

of the offense of sex trafficking by threats of force, fraud, or coercion, or any combination of such means, of Alleged Victim 3, in violation of Title 18, United States Code, Section 1591(a)(1), (a)(2).

*(Proceed to Question No. 3).*

**Question No. 3**

**Count Three of the Indictment**

We, the Jury in the above-captioned action, unanimously find defendant MEI XING (check one):

    __X__    NOT GUILTY

    _____    GUILTY

of the offense of sex trafficking by threats of force, fraud, or coercion, or any combination of such means, of Alleged Victim 4, in violation of Title 18, United States Code, Section 1591(a)(1), (a)(2).

**The foreperson should now sign and date this verdict form.**

Dated this __20th__ day of __June__, 2023, at Los Angeles, California.
       [Day]      [Month]

_____
Foreperson of the Jury

4