JS-3

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| United States of America, | CASE NUMBER |
|---|---|
| PLAINTIFF, | CR 20-228-FMO |
| v. | |
| MEI XING | **JUDGMENT OF DISCHARGE** |
| DEFENDANT. | **(Fed. R. Crim. P. 32(k)(1))** |

The defendant named above is now entitled to be discharged on ALL pending counts of the Indictment/Information for the reason(s) stated below:

☐ the Court has granted the motion of the government for dismissal;

☐ the Court has granted the motion of the defendant for a judgment of acquittal;

☐ a jury has been waived, and the Court has found the defendant not guilty;

☒ the jury has returned its verdict, finding the defendant not guilty;

☐ an order of dismissal has been entered by the court;

☐ other (*specify below*):

IT IS THEREFORE ADJUDGED that the defendant named above is hereby discharged pursuant to Federal Rule of Criminal Procedure 32(k)(1).

☐ IT IS ORDERED that the bond of the defendant is hereby exonerated.

| June 20, 2023 | /s/ Fernando M. Olguin |
|---|---|
| Date | United States District Judge |

**NOTICE TO U.S. MARSHAL - This Judgment of Discharge is not a substitute for the Release Form.**