1              UNITED STATES DISTRICT COURT

2             CENTRAL DISTRICT OF CALIFORNIA

3                  WESTERN DIVISION

4                     -  -  -

5   HONORABLE FERNANDO M. OLGUIN, DISTRICT JUDGE PRESIDING

6

7     UNITED STATES OF AMERICA,        )
                                       )
8            Plaintiffs,               )
                                       )
9                                      )
                                       )
10           vs.                       ) No. CR 20-00228-FMO
                                       )
11                                     )
                                       )
12    MEI XING,                        )
                                       )
13           Defendant.                )
      ─────────────────────────────────)

14

15

   REPORTER'S TRANSCRIPT OF PARTIAL JURY TRIAL PROCEEDINGS
16
                  *JURY TRIAL DAY SIXTEEN*
17                  *CLOSING ARGUMENTS*

18               LOS ANGELES, CALIFORNIA

19               FRIDAY, JUNE 16, 2023

20   _____

21

                     MARIA R. BUSTILLOS
22               OFFICIAL COURT REPORTER
                      C.S.R. 12254
23             UNITED STATES COURTHOUSE
                  350 WEST 1ST STREET
24                    SUITE 4455
             LOS ANGELES, CALIFORNIA 90012
25                  (213) 620-0040

```
 1                    A P P E A R A N C E S

 2

 3

 4      ON BEHALF OF THE PLAINTIFFS,
        UNITED STATES OF AMERICA:        OFFICE OF THE UNITED STATES
 5                                       ATTORNEY
                                         BY:  DAMARIS M. DIAZ, ESQ.
 6                                       312 NORTH SPRING STREET
                                         13TH FLOOR
 7                                       LOS ANGELES, CA 90012
                                         (213)894-0302
 8

 9                                       OFFICE OF THE UNITED STATES
                                         ATTORNEY
10                                       BY:  SCOTT M. LARA, ESQ.
                                         312 NORTH SPRING STREET
11                                       13TH FLOOR
                                         LOS ANGELES, CA 90012
12                                       (213)894-0427

13

14      ON BEHALF OF THE DEFENDANT,
        MEI XING:                        OFFICE OF THE FEDERAL PUBLIC
15                                       DEFENDER
                                         BY:  NEHA A. CHRISTERNA,
16                                       ESQ.
                                         BY:  LAURA M, DIAZ, ESQ.
17                                       321 EAST 2ND STREET
                                         LOS ANGELES, CA 90012
18                                       (213)894-0081
                                         (213)894-2854
19

20                                       LAW OFFICES OF CALLIE
                                         GLANTON STEELE, ESQ.
21                                       BY:  CALLIE GLANTON STEELE,
                                         ESQ.
22                                       222 FOOTHILL BOULEVARD
                                         SUITE 301
23                                       LA CAÑADA, CA 91011
                                         (626)405-4910
24

25
```

UNITED STATES DISTRICT COURT

```
 1                  A P P E A R A N C E S  (CONT'D)

 2

 3        ON BEHALF OF THE PLAINTIFFS,
          UNITED STATES OF AMERICA        K & L GATES, LLP
 4        (NOT PRESENT):                  BY:  CASSIDY YOUNG
                                          10100 SANTA MONICA BOULEVARD
 5                                        EIGHTH FLOOR
                                          LOS ANGELES, CA 90067
 6                                        (310)552-5058

 7        ON BEHALF OF THE PLAINTIFFS,    LOYOLA LAW SCHOOL
          UNITED STATES OF AMERICA        RISE CLINIC
 8        (NOT PRESENT):                  BY:  STEPHANIE K. RICHARD
                                          919 ALBANY STREET
 9                                        LOS ANGELES, CA 90015
                                          (213)736-8148
10

11

12   ALSO PRESENT:  YANYAN LIU (MANDARIN INTERPRETER)

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1                        **I N D E X**

2
                                                          PAGE
3    JURY TRIAL DAY SIXTEEN, CLOSING ARGUMENTS..........    6

4
     GOVERNMENT'S WITNESSES:   DIRECT   CROSS   REDIRECT   RECROSS
5

6                        (NONE)

7

8

9                          - -

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

                        UNITED STATES DISTRICT COURT



**E X H I B I T S**

(None)

UNITED STATES DISTRICT COURT

1          LOS ANGELES, CALIFORNIA; MONDAY, JUNE 16, 2023

2                              -o0o-

3                  (COURT IN SESSION AT 11:24 A.M.)

4                      **CLOSING ARGUMENTS**

5          MR. LARA:  May I proceed?

6          THE COURT:  Yes, go ahead.

7          MR. LARA:  At Mei Xing's sex businesses, a

8    customer could get whatever he wanted as long as he paid

9    the big fee.  If the customer raped or injured a victim,

10   she didn't care.  It's not a big deal she would say, or

11   that's just how they all act here.  All that mattered to

12   defendant was her customers and her money.  If a

13   customer demanded a refund, she insured that the victim

14   paid the refund, not the defendant.  If she was unhappy

15   with the victim, she would remind them of how capable

16   she was by saying she knows the police in America or has

17   relationships in black and white, meaning the police and

18   gangsters.  And if defendant needed to make an example

19   out of someone, if she needed to tell everyone who was

20   in charge, she would tell someone that she could take

21   care of them for a few thousand dollars.  As we saw

22   throughout the trial, defendant knew where the victims

23   all lived; knew what they did all day, and knew where

24   they went.  She even testified that she was able to tell

25   you exactly what sex acts someone committed five years

1    ago because of her daily log sheets that she kept on all

2    of their activities.  That is how she controlled them.

3    That is how she created the coercive environment that

4    they all lived in.  Defendant is charged with sex

5    trafficking because she defrauded, threatened, and

6    coerced each of the victims before you; victims 2, 3,

7    and 4; also known as Alice/Hung Yang, that's victim 2.

8    We have Kwan Ha Liu/Nico, which is victim 3, and we have

9    Vicki/Yan Tang, which is victim 4.  She's been charged

10   with one count for each of these victims.  Defendant

11   implies that if a worker ever consented to a single sex

12   act, such as a hand job, then she automatically consents

13   to all sex acts that are done to her, such as vaginal

14   penetration or anal penetration.  She implies that this

15   is true throughout the entire time that they worked for

16   her.

17            MS. CHRISTERNA:  Objection to the anal sex.

18   That was not in evidence, Your Honor.

19            THE COURT:  Sustained.

20            MS. CHRISTERNA:  Move to strike.

21            THE COURT:  Stricken.  Go ahead, Mr. Lara.

22            MR. LARA:  In essence, defendant implies that

23   if a victim consents to any sex act, then they consent

24   to all sex acts for the time that they worked for her.

25   But that's not the law, and that's not true.  The

 1    Government must prove beyond a reasonable doubt the

 2    following:  The first element that defendant knowingly

 3    either, and this is a subpoint so we can prove either

 4    one, first, that defendant recruited, enticed, harbored,

 5    transported, provided, obtained, or maintained a victim

 6    to engage in a commercial sex act or defendant

 7    benefitted financially when someone did one of those,

 8    same verbs, I'm not going to read them again.  Second,

 9    that defendant knew or was in reckless disregard that

10    threats of force, fraud, and/or coercion, or any

11    combination of those, would be used to cause a victim to

12    engage in a commercial sex act.  And, third, that these

13    acts were in or affecting Interstate or Foreign

14    Commerce.  We'll start with the third element -- we'll

15    deal with that first, essentially, because it is very

16    quick, and it applies to everybody.  The defendant's

17    acts were affecting Interstate or Foreign Commerce.  An

18    act or transaction that is economic in nature, it

19    affects the flow of money and a stream of commerce to

20    any degree, however minimal, it affects commerce.  Put

21    in more layman's terms, if you use any product that has

22    moved across state lines or came from international --

23    came internationally as a result of the commercial sex

24    work, then it affects Interstate or Foreign Commerce.

25    Here, we have that in spades.  First, Mei Xing would

1    advertise on the Internet, which is available outside

2    the state of California.  She would advertise on

3    Chineseinla.com.  You heard Special Agent Patrzalek tell

4    us that there were 61 tabs worth of advertisements where

5    she was recruiting commercial sex customers -- or

6    commercial sex workers to work at her massage parlor.

7           Now, these advertisements were posted every

8    couple of days from 2012 all the way up to the day of

9    her arrest on October 10th, or October 23rd, 2018, as

10   you can see here at the top.  These advertisements alone

11   were her recruiting workers for her commercial sex

12   business and satisfy the interstate nexis element.  She

13   also posted advertisements to recruit customers on the

14   Internet.  For example, on adultlook.com listing her

15   phone number, and remember, Ladies and Gentlemen, you

16   heard her admit that that's her phone number, and that

17   she posted these advertisements.  You also heard

18   testimony that in her iPad, there was evidence that she

19   had been visiting these web sites and posting these

20   advertisements.

21          We also found items that are used during the

22   commercial sex acts that came from outside the state of

23   California.  For example, at her home, there was a

24   condom found in the third floor bedroom that was

25   produced in Thailand.  There was a set of condoms found

1    in one of the massage parlors that were produced in

2    Korea, and in the other massage parlor, there was a

3    douche kit that was provided by CVS Health, which is a

4    company that sells products from across state lines.

5    This element has been met as to all the victims.

6          Now, we'll go to the first element, which is

7    that either defendant knowingly recruited, enticed,

8    harbored, transported, obtained, provided, or maintained

9    by any means victims 2, 3, and 4 to engage in a

10   commercial sex act.  Or she benefitted financially or by

11   receiving anything of value from participating in a

12   venture that recruited, enticed, harbored, transported,

13   provided, obtained, advertised, or maintained victims 2,

14   3, and 4 to engage in a commercial sex act.

15         First, let's talk about how defendant recruited

16   the victims.  Again, she posted these advertisements on

17   Chineseinla.com to recruit victims.  We had these

18   translated, and we provided these to you.  And as the

19   agents testified, these advertisements were massage

20   worker wanted, ten minute drive from Monterey Park, good

21   business with stable source of customers, elegant

22   environment.  To apply for a masseur, call, and then

23   that's defendant's phone number.  Same thing with the

24   one below it.  And, again, there were almost a thousand

25   of these advertisements found on this website.  Victim 2

```
 1    told you that defendant placed these advertisements and
 2    that's how she found out about defendant's business and
 3    she called this number, and that's how she was hired.
 4    Defendant admitted she placed these ads, and this phone
 5    number had been registered to her since 2010.  You heard
 6    that testimony.  Even those, though, that were not hired
 7    by these advertisements were recruited by Mei Xing.
 8    They called the business, and spoke to Mei Xing or the
 9    front desk who hired them.  Even when hired and even
10    when they hadn't specifically spoken to Mei Xing at
11    first, they eventually met Mei Xing who was informed
12    that they were a new girl at the massage parlor, and she
13    allowed them to stay.  And, remember, Mei Xing was the
14    manager, and at least for Sunshine, the full owner, and
15    at the two subsequent massage parlors, a partial owner
16    and the manager of those businesses.  So she, at the
17    very least, provided them the opportunity to stay, and
18    maintain them in order to get them to commit commercial
19    sex acts.  She also hosted commercial sex acts at her
20    home for each of the alleged -- or each of the victims
21    testified that Mei Xing either asked them to go to her
22    home or personally took her there to engage in
23    commercial sex acts.  This satisfies this element as
24    well.
25              She also arranged appointments, accepted
```

1    prepayments for sex, and transported the victims to some

2    of these appointments, both at her house and at hotels.

3    And the second way we can prove this element is whether

4    or not defendant benefitted financially.  And you saw

5    that evidence as well.  This was cash seized from her

6    house.  These are checks that were seized from her --

7    that were discovered in her bank account.  As Defense's

8    own human trafficking expert said, cui bono, who

9    benefits?  Let's follow the money.  Mei Xing cashed over

10   eighty-four thousand dollars worth of checks from a

11   single customer, David Liu, over the course of three

12   years.  You also saw handwritten information in

13   Mei Xing's home actually found in -- in the second floor

14   of her -- of her landing in her bedroom that shows her

15   bank account information, A. Anna 1961417, which she

16   said was her birthday, showing her bank account

17   information and showing a vast amount of wealth that she

18   has in China.

19         You also saw evidence of how much she

20   benefitted at the massage parlors.  During the pretext

21   call with victim 2, also known as Alice and Hung Yang,

22   she admitted that they had 17 customers at Peck Road the

23   day before, and at the Royal Massage Parlor, they had

24   about 30 customers.  So that's about 47 customers a day.

25   You heard, even if you accept defendant's statements

that she only made $40 from sex acts, for example, we
multiply that by an entire year, her businesses are
taking in revenues of $686,200.  But it's important to
remember a few things when thinking about this number.
First, while defendant did have to share some of this
with her business partners, she also admitted that she
stole some of the revenue, and did not share it with her
business partners.  Second, during this same call, she
admitted that quote business is far worse than it used
to be, so this is a relatively conservative estimate.
And, third, this does not include all of the money that
she obtained from VIP customers, such as David Liu, who
would either have sex at the hotels or at other
locations with the girls, does not include all the money
she made from overnights and out calls, does not include
all the money from all the times that she hosted sex at
her own home that she didn't have to share with anyone.
In thinking about this, she -- she's at least making
over $200,000 a year on the sex of these victims and
others.

        We saw the schedules, which she kept, and she
says that she still has for years and years back so that
she can reference back to what everyone did and when and
how much money they owed her, and as you -- as you heard
her own testimony, that bottom one is actually a secret

```
 1    ledger of at least one or two customers that she had the

 2    victims steal for her so she can cheat her business

 3    partners out of more money.  For Mei Xing, it was all

 4    about the money.

 5            You also heard her try to mislead both law

 6    enforcement and this jury about what she had and how --

 7    and her wealth.  For example, she told law enforcement

 8    that she made $3,000 to $4,000 a year.  You guys heard

 9    that video.  She admitted at trial that that was a lie.

10    She told this jury that her Patek Philippe watch, when

11    asked about it, was a fake, but you saw the receipt

12    recovered from her bedroom.  It was anything but, and it

13    cost almost $52,000.

14            Defendant tries to minimize her wealth because

15    compared to the victims, she had quite a bit.  Remember,

16    Ladies and Gentlemen, defendant is the one who testified

17    and said that victim 3 shared a bedroom with two other

18    people, and had to share a bed with two other people;

19    follow the money.  We talked a lot about people's names

20    and dates --

21            MS. STEELE:  Objection, Your Honor, I think

22    counsel misstated the wrong witness -- witness 3 instead

23    of 4.

24            MR. LARA:  Your Honor, my apologies.  What I

25    meant was victim 3 --
```

```
 1              THE COURT:  Okay.

 2              MR. LARA:  -- sharing a bedroom.  Okay.  So,

 3    now, we look at the timeline here:  Count 1 as to Hung

 4    Yang and Alice, that's victim 2 -- this is when she,

 5    when she testified that she was at defendant's business.

 6    She started in February of 2017, and she worked until

 7    April of 2018 -- April, May, June.  Then we have

 8    Count 3, Yang Tang/Vicki, she said that she worked about

 9    15 days.  She started in December, and she believes that

10    she ended about January.  And then we also have Count 4,

11    Kwan Ha Liu, also known as Nico, that's victim 3, she

12    started in around January of 2017 until about

13    October 23rd, 2018.  Those are the three counts that are

14    before you to determine whether or not they were

15    coerced, defrauded, or threats of force caused them to

16    engage in commercial sex acts.  We also have in this

17    timeline, whether Yanli Pan and Qinghua Ding's

18    timeframes of being at the massage parlor, as well as

19    Jin Hongyan, also known as Luna.  However, I want to

20    caution everyone, Luna did mention that she took

21    multiple month breaks and she couldn't exactly identify

22    when and where so we're not entirely sure when in the

23    timeline she was not present and wasn't there to witness

24    certain things.  On the top of the timeline, it also

25    tells us when Sunshine Massage closed and when Mei Xing
```

```
1    started partnering at Royal Massage and when she became
2    a partner at Peck Road.
3            Now, I'd like to get into the second element
4    that defendant used threats of force, fraud, and
5    coercion, any combination of those, to cause the victims
6    to engage in a commercial sex act.  And I want to be
7    clear what any combination means.  You don't necessarily
8    have to find one of those particular three means.  They
9    could be mixed together and cause a person to engage in
10   a commercial sex act.  So it could be partially tricked
11   and partially coerced.  That's fine.  You can still find
12   her guilty of that count.
13           I'd like to define some terms for you based on
14   the statute.  Coercion.  It means threats of serious
15   harm or physical restraint against a person.  It could
16   mean a scheme or plan or pattern intended to make a
17   person believe that it will result in serious harm or
18   the threaten abuse of law.  I'll start with the last one
19   first because that's the simplest.  The threaten abuse
20   of law is basically saying, you know, if you don't do X,
21   then I will have -- you'll get arrested or you can get
22   deported, for example.  The threats of serious harm or
23   scheme or plan intended to make a person believe that
24   they will result in serious harm also has a definition
25   just to make things extra confusing.  Serious harm means
```

1    any harm, whether physical or nonphysical, including

2    psychological, financial, or reputational harm, that is

3    sufficiently serious, and I want to break that down

4    before I get to the second point, so physical harm means

5    I can hurt you, but nonphysical harm, including

6    financial and reputational harm, is also happening here.

7    Here, we have individuals who are told, for example,

8    that if they don't perform commercial sex acts, then

9    they owe the defendant money.  That's financial harm.

10   We also have reputational harm.  We have individuals who

11   are told that if you don't perform commercial sex acts,

12   then I will tell your family.  Reputational harm.  And

13   then the second piece of this is to compel a reasonable

14   person of the same background and in the same

15   circumstances to perform or to continue performing

16   commercial sex activity.  And this is a little hard for

17   everyone -- to put themselves in the shoes with the

18   victim.  As we all sit here, we all come from different

19   walks of life and have had different experiences than

20   these victims.  Language ability, for example, is

21   something -- an advantage that all of us have over each

22   of the victims in this case.  Almost all of them are

23   recent immigrants from China.  All of them are not

24   fluent in English.  And you have to remember all of this

25   when considering whether what they did was to avoid

1  serious harm and whether defendant's scheme or plan

2  intended to make them do something to avoid this serious

3  harm.

4          Defendant's coercive scheme was simple.  It was

5  to first put an unsuspecting employee in a room with

6  customers who prepaid for intercourse.  Then when they

7  are raped and traumatized, minimize their concerns.

8  When they come out of shock and tell the defendant that

9  they no longer want to do this, she would threaten them

10  with her connections with the police or the underworld,

11  blackmail them or, in some cases, tell them it only took

12  a few thousand dollars to make someone disappear.  In

13  some cases, she would say that in front of them.  To

14  others, in some cases, she would say it to them

15  directly.  This had the added benefit of scaring others

16  into compliance.  As defendant testified, all of these

17  women knew each other, or the vast majority of them knew

18  each other.

19          MS. STEELE:  Objection, Your Honor, misstates

20  the evidence with the threat and timing.

21          THE COURT:  Sustained.

22          MS. STEELE:  Move to strike.

23          THE COURT:  Stricken.

24          MR. LARA:  As you heard, victim 3 heard a

25  threat against her friend, Ding Ding, while she was

1   still working there, and continued working there for two

2   weeks.  As you know, this means that victim 3, you can

3   consider that threat that victim 3 heard that could have

4   caused her to continue to engage in commercial sex acts

5   because she had heard that Mei Xing could make her

6   friend, Ding Ding, disappear for a few thousand dollars.

7   As human traffic expert, David Fries, told you, often,

8   traffickers will trick women into engaging in commercial

9   sex once, and then use that fact to keep them engaging

10  in commercial sex.  And that's exactly what defendant's

11  scheme was here.  Each of the victims testified --

12          MS. STEELE:  Objection, Your Honor, 412.

13          THE COURT:  Overruled.

14          MR. LARA:  -- that they did not know initially

15  that they would be asked to perform commercial sex.

16  Indeed, some of them thought that a commercial sex act

17  may be required or may be expected, such as a hand job,

18  which does sometimes happen at these massage parlors.

19  But all of them testified that they were not expecting

20  to go into a room with a customer who prepaid for

21  vaginal intercourse.

22          MS. STEELE:  Objection, Your Honor, 421.

23          THE COURT:  Overruled.

24          MR. LARA:  Your Honor, this is not 412.  Thank

25  you.

1            That was defendant's scheme or plan to get them

2    to engage in commercial sex acts.

3            Now, I'd like to talk with you about this

4    victim by victim.  And this is a public photo of Hung

5    Yang/Alice from the Defense's own exhibits.  And, again,

6    at the top, what I've included is I've included their

7    American name, their Chinese name, and their victim

8    number.  I know that we've used them all

9    interchangeably.  I want to try and keep it straight for

10   the jury, but throughout this, I will be referring to

11   her to Hung Yang, but that also means Alice and victim

12   2.  I just want to be very clear.  Hung Yang testified

13   that she first heard about Mei Xing's massage parlors

14   through ChineseinLA.com, and she told law enforcement

15   this in her very first interview of July of 2018.

16   Special Agent Patrzalek was able to obtain all of these

17   advertisements because of her information.  He didn't

18   know about it before.  He testified that he discovered

19   almost 1,000 advertisements posted by defendant every

20   couple of days from 2012 to October 2018.  The

21   advertisements said things like stable source of

22   customers, elegant environment, California license

23   preferred, then listed defendant's phone number.  Hung

24   Yang testified that when she saw these advertisements,

25   she did not believe the ChineseinLA advertisement to be

1  anything more than for a massage job.  There was no sex

2  work mentioned.  Rather, it stated a preference for a

3  massage license.  Hung Yang called the phone number on

4  the ad and Mei Xing answered the phone.  Mei Xing

5  admitted that sometimes, she did not tell women that

6  there would be sex at her sex businesses.  She testified

7  to that when they responded to advertisements.  And

8  that's precisely what happened here.  Hung Yang

9  testified, I just wanted to do what a normal massage

10  technician does.  And Mei Xing led her to believe that

11  was precisely what she was being hired to do.  But it

12  wasn't.  Because at the same time, Mei Xing was

13  advertising on sex web sites like adultlook.com, call

14  escorts.com.

15          MS. STEELE:  Objection, Your Honor, to the time

16  that the ads were placed.  It is not --

17          THE COURT:  Sustained.

18          MS. STEELE:  Move to strike.

19          THE COURT:  Stricken.

20          MR. LARA:  Mei Xing, while advertising on

21  ChineseinLA.com was simultaneously advertising on these

22  sex web sites to customers to get commercial sex

23  customers to have sex with her employees.  Defendant

24  posted advertisements of scantily clad women that --

25          MS. STEELE:  Objection, Your Honor.

1          MR. LARA:  -- a lot of surprises --

2          MS. STEELE:  Misstates the evidence.  These ads

3     are from 2018.

4          MR. LARA:  Your Honor --

5          THE COURT:  They're from --

6          MR. LARA:  -- what the Government just said was

7     that she posted advertisements on ChineseinLa.com which

8     is in 2018 at the same time she's posting advertisements

9     on these web sites in 2018.

10          THE COURT:  Okay.

11          MS. STEELE:  This is outside the timeframe of

12     when --

13          THE COURT:  Is it the outside the --

14          MS. STEELE:  -- the witness.

15          MR. LARA:  It's within the time period of the

16     indictment, Your Honor.

17          THE COURT:  Okay.

18          MS. STEELE:  When the witness started working,

19     Your Honor, and when she quit.

20          THE COURT:  When did the witness start working?

21          MS. STEELE:  In 2017.

22          THE COURT:  When did she finish?

23          MR. LARA:  In June of 2018.

24          THE COURT:  Okay.

25          MR. LARA:  April to June.

1                    MS. STEELE:  Okay.

2                    THE COURT:  Move on.

3                    MR. LARA:  Yes, Your Honor.

4                    THE COURT:  Take these down.

5                    MR. LARA:  Yes, Your Honor.  My apologies,

6        Your Honor.

7                    THE COURT:  Yes.

8                    MR. LARA:  Okay.  I'm telling you, Ladies and

9        Gentlemen, the advertisements for Chineseinla.com and

10       the sex advertisements were posted in different

11       languages because they were meant for different

12       audiences.

13                   Now, let's talk about what happened when Hung

14       Yang/Alice first came to the massage parlor.  Shortly

15       after she was recruited by defendant, she went into a

16       room just like this one.  This is a picture from

17       Sunshine Massage that the Defense moved into evidence.

18       The customer indicated to her that he wanted sex, and

19       told Hung Yang that he had already paid the boss.  She

20       testified that he forced himself on me, put his hand

21       over my mouth, and told me not to make any noise.  Then

22       he forcefully had sexual relations with me.  He raped

23       me.  She testified that she froze.  At the time, I was

24       very scared.  I tried to rebel.  I wanted to refuse.

25       The customer, he was very strong.  Before I had a chance

1    to react, some things had already happened.  She

2    testified that after she got dressed and went to find

3    Mei Xing to tell her what happened, but far from act

4    alarmed, Mei Xing told her, that's just how they all act

5    here, and gave her $80.  Defendant was just indifferent.

6    Defendant knew that her conduct would, and was in

7    reckless disregard that it would, get Hung Yang raped

8    for defendant's financial benefit and for her own --

9    her own sex racket.

10        MS. STEELE:  Objection, Your Honor, reckless

11   disregard misstates the law.  It refers to ads under the

12   statute.

13        MR. LARA:  It does not, Your Honor.  It's

14   actually in the jury instructions for this element.

15        THE COURT:  Overruled.  Go ahead.

16        MR. LARA:  Defendant knew or was in reckless

17   disregard that her conduct would get Hung Yang raped.

18   Essentially, what she did was she accepted money from a

19   customer without telling this person that the customer

20   was going to be expecting sex, and then the customer

21   enforced that expectation.  Even if Hung Yang had gone

22   into there -- into that room willing to perform some

23   commercial sex acts, that does not mean that she

24   consented to defendant for accepting payment without

25   telling her for vaginal intercourse, which she said she

1    did not consent to and would not have consented to.

2            Defendant knowingly tricked and coerced Hung

3    Yang into this first commercial sex act.  That is

4    coercion and fraud and enough to find the defendant

5    guilty on its own, but she did -- she continued.  She

6    used this as a way to keep Hung Yang working for her

7    because she threatened to tell Hung Yang's family what

8    had already happened to her.  Mei Xing told her --

9            MS. STEELE:  Objection, misstates the evidence,

10   she threatened not to tell them or --

11           THE COURT:  Sustained.

12           MR. LARA:  Your Honor.

13           THE COURT:  Sustained.

14           MR. LARA:  Okay.  She said, I will not tell

15   your family what happened here --

16           MS. STEELE:  Move to strike.

17           MR. LARA:  -- which is an implicit threat --

18           THE COURT:  Stricken.

19           MR. LARA:  -- to tell her family what exactly

20   happened here unless she continued to do what Mei Xing

21   wanted.

22           Hung Yang testified that she understood what

23   defendant was saying, and that it caused her to continue

24   to perform commercial sex.  Hung Yang also testified

25   that she believed that Mei Xing would be able to carry

1  out her threats.  And why?  Because when she was

2  initially hired, she provided her ID to the front desk.

3  Now, they didn't keep the ID, but they did take -- take

4  down the information.  I believe she said that they took

5  a photo of it or some sort of copy, and that included

6  her real address.  So she knew that if Mei Xing wanted,

7  she could find her family and let them know what she

8  did.  And that caused her to keep working as a

9  commercial sex worker for Mei Xing.  In short, defendant

10  arranged for Hung Yang to be raped, then used her shame

11  to blackmail her to continue to work for her.

12          That is coercion.

13          Hung Yang testified that any time she tried to

14  tell Mei Xing she did not want do this anymore, Mei Xing

15  responded, doing it once versus you doing it ten times,

16  it's the same, or, it's the same as committing a crime,

17  or, once you do it today, there is no turning back.

18  Again, all what Detective David Fries said, which is,

19  get them to do it once and use the fact that they've

20  used it once to coerce them into continuing in that

21  life.

22          Several days after she began working for

23  Mei Xing, Mei Xing told Hung Yang that she was to go to

24  her house to service a customer.  Hung Yang testified

25  that she was terrified.  And likely still in shock from

being raped -- from being raped just a few days prior.
Mei Xing accepted money from the customer, much like she
did the first time.  And the customer picked up Hung
Yang and took her to the third floor of Mei Xing's own
home.  She described this landing as what she remembers
seeing right before entering that third floor bedroom,
and this is a picture taken during the search warrant of
Mei Xing's home.  She says that she didn't feel like she
could rebel.  And when she went up into that room and
waited for the customer, and he came in and he raped
her.  She testified that she didn't feel like she could
rebel because this was the same woman who had just did
what we described earlier to her, and she knew where her
family lived and could tell them what had happened
before.  Now, it's easy for us all to sit here and ask,
why didn't she run, why didn't she tell her husband, why
didn't she tell the police?  But, Ladies and Gentlemen,
remember, we have to put ourselves into her shoes per
the statute, and we have to think about what it's like
to actually experience this, not just hear about it.  To
actually experience going to a new job in a country in
which you don't speak the language.  You have a boss
that speaks your language and is fluent in English who
can help navigate and has succeeded in this country.
She puts you into a room, and then you're raped, and

 1    then she sells you it will all be okay, just keep doing

 2    it.  That was her experience.  So what does she do?  She

 3    processed the shock, the shame, the confusion, and the

 4    despair.  She did what she thought was best for her and

 5    her family.  She did what's best for what she thought

 6    for herself, which is she decided to listen to Mei Xing,

 7    and decided that there was no turning back, and that she

 8    didn't want to destroy her family by making this public.

 9         MS. STEELE:  Objection, misstates the testimony

10    in evidence.

11         MR. LARA:  Your Honor, this is argument.

12         THE COURT:  Overruled.

13         MR. LARA:  So she did what many do when

14    confronted with terrible sadness and trauma.  She

15    persevered.  None of Hung Yang's reactions make

16    Mei Xing's innocent.  To the contrary, Mei Xing

17    knowingly took advantage, and took these actions because

18    she thought it would coercion Hung Yang into being her

19    sex worker.  And she was right.  As time went on,

20    defendant used Hung Yang more and more.  And she felt

21    more and more trapped.  She sent Hung Yang to

22    defendant's own home four to five times a week, as she

23    testified, to have sex with Mei Xing's customers, most

24    of whom Hung Yang said Mei Xing arranged without her

25    consent.  Hung Yang met and then found out what the

customer had already paid for.  She also testified that

Mei Xing never asked her if she wanted to perform any of

these sex acts because Mei Xing simply didn't care if

she actually wanted to do this or not.  She endured this

from about February 2017 to about the June 2018

timeframe.  She also testified that there were cameras

in the massage parlor, and that that made her feel less

safe, and not more.  And, remember, defendant testified

where those cameras were.  They were in the lobby, and

they faced out into the parking lot.  They were not in

the massage rooms, and they were not in the massage

parlor proper.  And this shows exactly what defendant's

focus was, which was to make sure that she kept track of

the number of customers coming and going and the workers

coming and going.  She didn't care what happened in the

rooms.  She didn't care about protecting the victims.

She cared about her money.  And to make sure that her

victims were there servicing the customers, and that the

customers were flowing to and from and being correctly

reported to her so that she could get all of the money

that she was owed.

       MS. STEELE:  Objection, improper argument.

       MR. LARA:  Your Honor, again, this is argument,

and completely within the boundaries.

       THE COURT:  Yeah, sustained.  Move on,

```
 1    Mr. Lara.  So defendant --

 2              MS. STEELE:  Move to strike.

 3              THE COURT:  Overruled.  Go ahead.

 4              MR. LARA:  Hung Yang also testified how these

 5    cameras made her feel when asked, did this make you feel

 6    safe?  She said, no.  She said she felt like she was

 7    under constant surveillance because the defendant didn't

 8    care about her, but did care about her money.

 9              Throughout working with Mei Xing only got

10    worse.  She said she would scold me, and use threatening

11    language.  She had strong connections.  She took that to

12    mean that she knew some people in gangs and that they

13    could hurt me.  She also heard Mei Xing say that she

14    knew many people from black ways and white ways, and

15    this is not the -- this is not only from Hung Yang as

16    well.  You heard this from other witnesses, including

17    the Defense's own witness, that Mei Xing would say this.

18    She understood this to mean black ways meaning gangsters

19    and white ways meaning the police.  And the

20    understanding there is if Mei Xing knew people in the

21    legitimate police world and in the gangster world, and

22    they would all do what she wanted, then Hung Yang had no

23    way out.

24              Mei Xing also appeared to be telling the truth

25    about having connections to the police.  Compare this
```

1   top document, which was, as you heard, obtained from the

2   sheriff's department employee personnel file.  Now, on

3   the bottom quarter of this document, you see the home

4   phone number of Deputy Robert John Alvarez, which ends

5   in 7001.  Compare that with the bottom document, which

6   was a notebook obtained from defendant's own home with

7   the words "police" next to that same phone number.  You

8   also heard Special Agent Patrzalek confirm that this

9   phone number was current to a former LASD Deputy Robert

10  Alvarez, former now, from before the date on the top

11  document to the year 2022.  So during the time period of

12  the indictment, this was the correct phone number for

13  Robert John Alvarez who just happened to be a deputy at

14  the sheriff's department.  I say just happens to be, but

15  it's quite obviously not a coincidence that she wrote

16  "police" and the person actually happens to be in law

17  enforcement.  So defendant did have the ability to

18  contact police on their home phone numbers.

19         She also told Hung Yang during the pretext

20  call, during the weekend, "I told cops to fucking check

21  him/her."  So not only does she actually have this

22  ability to contact the police, she is also telling one

23  of the victims in this case in a recorded call that you

24  all heard that she was -- she was going to have the cops

25  do something for her further it corroborating all the

1    victims when they said --

2            MS. STEELE:  Objection, Your Honor.  It was

3    referred to a co-owner, not a victim and --

4            THE COURT:  Um...

5            MR. LARA:  Your Honor, I didn't say whether it

6    was referring to a co-owner or a victim.

7            THE COURT:  Yeah, overruled.

8            MR. LARA:  Mei Xing also said that she could

9    spend money and she would be able to take care of many

10   people.  I won't let your child or let your husband find

11   out about this.  Mei Xing also had control over

12   scheduling bad customers.  And Mei Xing's refund policy

13   also motivated actions from many of the victims.  Now,

14   first, when she said spend money and she would be able

15   to take care of many people, we asked Hung Yang what she

16   thought that meant, and she thought that meant that that

17   was a threat, "take care of" meaning hurt or kill.  The

18   second is relatively obvious, I think, to everyone here,

19   which is, basically, I won't let your child or your

20   husband find out about this with the implication at the

21   end being, unless you don't do what I want.  And the

22   third, control over scheduling bad customers, she

23   testified that there were many customers who would have

24   bizarre requests, that they would hurt her, that they

25   would -- that they would bundle her up, as I believe is

the term that she used, and that she wanted to avoid
these customers.  So she tried to facilitate
relationships with better customers so she could fill up
her time with that, and so Mei Xing would not schedule
her with these bad customers.  She also testified that
she would socialize with Mei Xing so to be -- so as to
be on her good side so that Mei Xing wouldn't make her
go service these bad customers.  And, remember, Ladies
and Gentlemen, Mei Xing admitted on the stand that she
knew there were bad customers at her business.  She said
whenever a bad customer comes, all the girls try to
dodge, but Mei Xing would assign a girl to service that
person anyway.  Hung Yang had many barriers to leaving
Mei Xing.  The threats to herself and her family, the
$10,000 she was coerced into putting into 8819 and a
half, the general embarrassment of, as you all saw, this
is an embarrassing process, and embarrassing to admit to
what you have -- to have been had to do.  And her
immigration status as a legal, permanent resident.
Remember, if you have a green card, you can stay in this
country unless you are found to have committed certain
crimes.  Admitting to the police that you have committed
one of those crimes is a dangerous thing for her to have
to do.  But she was able to leave anyway.  She moved.
She sought help from CAST.  And she was brought by CAST

1   to the police.

2          Next, let's talk about Yang Tank, also known as

3   Vicki, and victim 4.  And as a bit of an aside, I think

4   Defense keeps trying to shoehorn in this name "Candy."

5   No one knows her as Candy other than the defendant.

6          MS. STEELE:  Objection, Your Honor, that's

7   improper argument.  It was in discovery.

8          THE COURT:  Sustained.  Go ahead, Mr. Lara.

9          MR. LARA:  I will refer to her as Yang Tang --

10          MS. STEELE:  Move to strike.

11          MR. LARA:  -- or Vicki or victim 4.

12          THE COURT:  Stricken.  Go ahead.

13          MR. LARA:  This is Count 3 in the indictment.

14   Yang Tang testified that when she first arrived, she had

15   called the number, spoke to a member of the business,

16   and told she would be working massage.  And she thought

17   this made sense because this was a massage parlor.  She

18   arrived and was, again, told it just massage, and then

19   she only engaged in massage on that very first day.  The

20   second day, it all changed.  Mei Xing saw her and said

21   nothing, and she was put into a room with a customer who

22   prepaid for sex without her knowledge where she was

23   raped.  The customer rushed her, and blocked the door.

24   She said she could not resist because he was much bigger

25   than her.  And when she was finally able to leave, the

1    others in the massage parlor comforted her, and told her

2    that they had all gone through this.  You heard that

3    testimony.  She also testified that this was not the

4    last time she was raped while working for Mei Xing.  A

5    short while later, Mei Xing brought her to Mei Xing's

6    home to service a customer.  Mei Xing drove her there

7    and brought her to the second floor and said the

8    customer is waiting upstairs.  Make sure to provide good

9    service.  Do not collect money.  Yang Tang took that to

10   mean the customer had already paid, and that she was to

11   go up there and do what the customer asked.  Mei Xing

12   never mentioned sex.  Just that she had to provide good

13   service.  And then she went up to the third floor

14   bedroom.  And she found a large, tall, and big man.  She

15   said, I was really scared.  I wanted to turn around and

16   go downstairs.  He grabbed my arm.  There was no

17   opportunity.  He raped me by ripping off my clothes and,

18   ultimately, she said that she had bruises on her arms as

19   a result of an assault.  She said, he was rough.  And

20   then, afterwards, she was bleeding from down there.  And

21   where was Mei Xing when all this was happening?

22   Downstairs, in her home, waiting for the customer to be

23   done so that she could take Yang Tang back to the

24   massage parlor to service more customers.  Yang Tang

25   testified, which there was a language barrier between

her and this customer.  She could only speak Chinese.
The customer could only speak English.  But the person
who arranged everything, the person who was in the home,
and who could bridge that communication gap, was
Mei Xing.  But she didn't.  She waited downstairs, and
collected her money.  After she was done, Yang Tang was
crying, and Mei Xing drove her back to the massage
parlor.  Yank Tang, while she was crying, Mei Xing told
her quote it's really was not a big thing.  And then
gave her eighty to a hundred dollars.  Yang Tang
testified that she was not willing, and this was not
worth it.  Mei Xing's reaction is telling.  She knew
what would happen, and did not care.  She did not think
it was a big deal.  This is not someone who had no idea
and acted shocked afterwards.

       MS. STEELE:  Objection, misstates the evidence.

       THE COURT:  Overruled.

       MR. LARA:  This is not someone who acted
surprised.  This is someone whose plan came to fruition.
It's not that big a deal.  Yang Tang also heard threats
to others.  She heard the defendant's younger brother
and other family members in China are gang members.  She
heard defendant say, you don't need a lot of money to
get a matter settled.  She also heard Mei Xing scolding
her personally.  She understood these things to mean

```
1    threats of force against her or others would be coming
2    if people did not do what Mei Xing wanted.  I think it's
3    important to --
4              MS. STEELE:  Objection, Your Honor, this slide
5    misstates the evidence and testimony of this witness.
6              MR. LARA:  It does not, Your Honor.  The
7    Government has checked the transcripts.
8              THE COURT:  Overruled.
9              MR. LARA:  It's important to remember that all
10   of these threats don't need to be made directly to a
11   person to coerce them to do something.  For example, if
12   Yang Tang hears Mei Xing threatened to kill someone else
13   for not engaging in vaginal intercourse with a customer,
14   that can coerce Yang Tang to continue to engage in --
15             MS. STEELE:  Objection, Your Honor, there were
16   no threats to kill anyone in this case.
17             MR. LARA:  Your Honor, that's not accurate.
18             THE COURT:  Sustained.
19             MS. STEELE:  Move to strike.
20             THE COURT:  Stricken.
21             MR. LARA:  If there were threat to take care of
22   someone for a few thousand dollars in her presence, for
23   example, for not doing what Mei Xing wanted, that can
24   still coerce her into doing what Mei Xing wanted for
25   fear of being subject to those threats or to the results
```

1    of those threats.

2         MS. STEELE:  Objection, Your Honor, I think

3    this is misstating the evidence.  That alleged threat

4    happened in October of 2018.

5         MR. LARA:  Your Honor, that's not correct.

6    There have been multiple of those threats throughout the

7    time.

8         THE COURT:  Sustained.  Move on, Mr. Lara.

9    Move on.  Sustained.

10         MS. STEELE:  Move to strike.

11         THE COURT:  Stricken.

12         MR. LARA:  In fact, one of those such threats

13   were made to Yang Tang directly.  She was told, I can

14   easily find someone and pay some money to make one

15   disappear -- make one person disappear.  She also told

16   Yang Tang, I should not let you see -- I should not let

17   her see me again in the Los Angeles area.  That's what

18   she testified to.

19         And now as a bit of backstory into what this

20   was, as you all remember the testimony, Yang Tang, about

21   14 days into the job, was asked to go spy on the

22   competitor across the street, Melinda's Place, before

23   Mei Xing and Melinda had partnered together.  Yang Tang

24   was sent over to the massage parlor, and she apparently

25   did not do a good enough job and collect enough

```
 1    information.  So when she came back, Mei Xing fired her
 2    after scolding her for some time.  But, after that,
 3    Mei Xing then called her back into the office -- to the
 4    massage parlor to come back the next day.  She thought,
 5    okay, maybe she's calmed down.  I've gotten my job back.
 6    So she returns back to the massage parlor.  Mei Xing
 7    eventually shows up, scolds her again, says these things
 8    to her, and then fires her in front of 15 to 16 people.
 9    She said, I should not let her see me again in the
10    Los Angeles area, and I can easily find someone and pay
11    some money to make one disappear publicly to the other
12    women, in front of the other women, at the massage
13    parlor.  Again, this is Mei Xing executing her scheme
14    and pattern, publicly threatening someone in front of
15    others to create an atmosphere, a coercive atmosphere of
16    fear to get them all to continue to engage in commercial
17    sex work on Mei Xing's behalf.  Importantly, Yang Tang
18    did not think this was an empty threat.  She fled
19    Los Angeles.  She thought Mei Xing could do what she
20    said she would do.  This also corroborates the pattern
21    and scheme that Mei Xing would use when we're talking
22    about Kwan Ha Liu and Hung Yang's testimony as well.
23    They both testified to Mei Xing making similar threats.
24    Again, Yang Tang was not there at the same as Hung Yang
25    or Kwan Ha Liu.  They were not interviewed together, but
```

they all told you of defendant's similar conduct over a
period of time.

All right.  And, now, we will talk about Kwan
Ha Liu/Nico, victim 3.  And I recognize that this is not
the best photo of her.  You remember what she looked
like when she was up on the stand.  At first, Kwan Ha
Liu testified that she did not know that all sex work
would be done at Mei Xing's massage parlor other than
perhaps things like hand jobs.  But Mei Xing had other
ideas.  She testified that shortly after she started her
job, Mei Xing told Kwan Ha Liu to go along with whatever
he said referring to the next customer.  She went into a
room just like this one, and told the customer that she
was there to give them a massage.  After some period of
time, the customer told her to give her -- to give
himself sex service, and said, I'm going to call your
boss, if she didn't service him.  Mei Xing later
identified this man as a police officer telling Kwan Ha
Liu that this was the police officer that would let
Mei Xing know about upcoming inspections.  The
implication being, we have to do what he says or else.
The police officer forced Kwan Ha Liu to give him a blow
job --

MS. STEELE:  Objection, unfair inference,
Your Honor.

 1             MR. LARA:  Your Honor, that's not an unfair

 2    inference.

 3             THE COURT:  It's -- yes, it is.  Sustained.

 4             MS. STEELE:  Move to strike.

 5             THE COURT:  Just, just the part about the

 6    police officer part.  Go ahead.

 7             MR. LARA:  Yes, Your Honor.  The police officer

 8    forced Kwan Ha Liu to give him a blow job, and then came

 9    all over her face.  Kwan Ha Liu left the room, and did

10    not accept money, as she was instructed by the

11    defendant, and then she went to the boss.  Mei Xing paid

12    her directly.  You all heard how important Mei Xing's

13    money was to her.  So the fact that Mei Xing paid her

14    directly shows you who this customer was and how

15    important it was to her scheme and her business.

16             Mei Xing confirmed for her that this was a

17    police officer.  And this made Kwan Ha Liu believe that

18    Mei Xing's threats were real, that she could have a

19    police officer come and have their way with customer --

20    with victims with impunity.  And, in fact, Mei Xing

21    would pay for the privilege of having that happen.  This

22    was incredibly coercive, especially to someone in Kwan

23    Ha Liu's immigration status as an undocumented immigrant

24    who had no work authorization, and did not feel like she

25    could work anywhere else.  Defendant furthered this

1  theory for Kwan Ha Liu telling her that she couldn't

2  work anywhere else, and telling her that they were

3  somehow protected from inspections and the police as a

4  result of her special relationship with these police

5  officers.

6          MS. STEELE:  Objection, as to 412.

7          THE COURT:  Yeah, overruled.

8          MR. LARA:  She testified that she was scared,

9  and did not want to perform these sex acts.  She was

10  tricked and coerced into performing these sex services.

11  And the coercive nature of these interactions and

12  defendant's confirmation that he was a police officer

13  caused her to perform these commercial sex acts, and

14  caused her to continue to perform commercial sex acts

15  for the defendant.  And I also just want to pause and

16  note, commercial sex acts is a catch all term, and it

17  can mean a very wide range of things.  It can mean hand

18  jobs all the way to anything that you could possibly

19  imagine related to the sex realm that someone pays for.

20  And I also want to remind everyone here that just

21  because someone consents to one commercial sex act with

22  one customer does not mean that they consent to all

23  commercial sex acts with any customer.  And Kwan Ha Liu

24  was this in a nutshell.  Again, she testified that she

25  was generally okay with doing hand jobs.  But she was

not okay with what happened to her with the police
officer.  She was not okay with what happened to her
many of the times at Mei Xing's massage parlor.  But she
was coerced into it because of Mei Xing's actions.  She
performed sex work at defendant's homes -- home --
hotels, with Brother Liu and other big customers, and at
the massage parlor.  This is a picture of one of the
massage parlors from the search warrant.  This is one of
the rooms that the women would have to service
customers.  The condoms were actually found on top of
that picture frame -- one of the condoms that we showed
earlier.  And this is a picture of defendant's third
floor bedroom from a different angle.  There is no
massage table.  Just a bed.  There were condoms found in
one of the tables onto the side.  There was also lotion.

          She testified that many of these sexual
interactions at the house and at the hotel were -- were
arranged by Mei Xing.  She recalls a particular big
customer that she had to serve multiple times.  She
didn't want to because he was too big and he hurt her,
but she had to listen to the boss because of the
coercive atmosphere that she was in.  She did not want
to service these customers, but without status or work
authorization, she felt she had no choice.  She
remembers -- she testified about an eye allergy she had

1    where one of her eyes was swollen, and she told the

2    defendant about it, and defendant said, just wear your

3    hair down.  Keep working.  She also testified that she

4    had to serve both good and bad customers.  Defendant's

5    coercive environment was multifaceted.  She would say

6    that you're safe here and not safe outside of here.  She

7    would say if you do what I say, you could make a lot of

8    money, but if you don't do what I say, if you don't

9    perform these commercial sex acts, you will owe me

10   money.  Remember, we saw her -- we saw her testimony

11   where she said that there was a coercive refund policy

12   where if a customer left and got their money back, it

13   had to come out of Nico's pocket, out of Kwan Ha Liu's

14   pocket, and that caused her to perform commercial sex

15   acts.  She also heard defendant say, do you believe for

16   a few thousand dollars I could make you disappear?

17        She also remembers that the police were not

18   required to pay at Mei Xing's massage parlor which,

19   again, demonstrates to her that Mei Xing's threats were

20   not empty creating a more coercive atmosphere.

21        Defendant had her service bad customers, people

22   she did not want to service, people that were abusive,

23   that hurt her.  She always had a fear of deportation of

24   being caught by the police, part of the reason why the

25   police coercion was so effective.

```
 1              MS. STEELE:  Objection, 412, Your Honor.

 2              THE COURT:  Overruled.

 3              MR. LARA:  Defendant had her move to where

 4    other trafficking victims lived.  You heard the

 5    testimony from the defendant.  She said that Nico

 6    actually didn't live at 8858 Marshall Street before she

 7    started working for defendant, and then afterwards, she

 8    moved in to the same location that there were half a

 9    dozen other massage workers.  Remember, human

10    trafficking expert, David Fries, testified that this is

11    sometimes a tactic that traffickers use.

12              MS. STEELE:  Objection, Your Honor, there was

13    no evidence of this whatsoever.

14              MR. LARA:  Your Honor, this was the defendant's

15    own testimony.

16              MS. STEELE:  That she had anything to do with

17    where they lived.

18              THE COURT:  Go ahead, Mr. Lara.  Overruled.

19              MR. LARA:  Thank you.  One of the tactics that

20    traffickers use is to collect people into a location,

21    and she testified that she was encouraged to move.

22    There was also -- defendant also took a $30 tax each

23    week from each of the employees, which is also coercive.

24    Mei Xing believed that she owned Kwan Ha Liu's body even

25    when she wasn't working at the massage parlor on her off
```

```
 1     time.  You saw the text message -- or the calls -- voice
 2     calls back and forth between Mei Xing and Kwan Ha Liu.
 3     These are Mei Xing's statements:  They're not your
 4     boyfriends.  They're my customers.  You won't end well.
 5     Understand?
 6               MS. STEELE:  Objection, Your Honor, misstates
 7     the evidence.
 8               MR. LARA:  Your Honor, these are from the court
 9     --
10               THE COURT:  Overruled.
11               MR. LARA:  -- yes, thank you.  These are
12     threats.  This is coercive.  She is telling this woman
13     that she does not have control of her own body when she
14     is off the clock, that she owes Mei Xing money just for
15     taking a person home to her house.  This shows how
16     defendant treats these women -- like products, not
17     people.
18               Then we have corroboration from multiple other
19     witnesses, Chin Ya Ding, also known as Ding Ding,
20     testified.  She testified that her first sex customer
21     was a cop, and she was forced to give him oral sex.  She
22     testified that she was only paid tips, and she testified
23     about the coercive refund policy.  She had to service
24     customers in rooms like these.  This is from one of the
25     other massage parlors.  She has also testified that she
```

47

1    was made to service bad and rough customers, which

2    defendant acknowledged to her were bad customers.  She

3    heard defendant threaten to buy a life for $2,000 when

4    she was angry at Ding Ding.  Ding Ding testified to

5    that.  She heard defendant threaten BoaBoa's family --

6            MS. STEELE:  Objection, misstates the timeline

7    that was said when she was fired.

8            MR. LARA:  Your Honor, I didn't say when it was

9    sent.  I just said she had heard it, and it was

10   corroboration of the other witnesses having heard

11   similar statements.

12           THE COURT:  Well, okay.  Overruled, but try to

13   set the timeline because we're -- remember, we're trying

14   to limit the timeline.

15           MR. LARA:  Yes, Your Honor.  She heard the

16   defendant threatened to buy a life for $2,000 when angry

17   at her sometime in the middle of October about when Nico

18   was still working at the massage parlor and Nico heard

19   something similar.  And she heard defendant threaten

20   BaoBao's family in China after she left Mei Xing's

21   employment.

22           You also heard corroboration from Yanli Pan,

23   also known as Amy and XiaoXiao.  She testify that she

24   heard defendant curse at people often.  She viewed

25   Mei Xing like a mouse views a cat.  She confirmed that

```
 1    David Liu, sex vendors, and that she said that he would
 2    have one girl after another without washing.  She
 3    confirmed that she was only paid tips, and she confirmed
 4    the coercive refund policy.  And we also have defense
 5    witness, Hongyan Jin, also known as Luna -- remember,
 6    the defense chose to call this witness.  She confirmed
 7    that she did not know she would be asked to perform sex
 8    work when she was first hired.  She confirmed the
 9    coercive refund policy.  She confirmed that she was a
10    little afraid of Mei Xing.  She confirmed that she would
11    not be asked -- she didn't know that she would have to
12    perform sex work having been hired with this sign on the
13    outside of the backdoor of the massage parlor, which,
14    again, the Defense seems to claim that a $35 sign means
15    you know and she said that she didn't.  She confirmed
16    that she occasionally had customers who wanted
17    undesirable things or who were aggressive, and she
18    confirmed towards the end that she stopped telling
19    Mei Xing about the bad customers because they were
20    simply so many of them.  She confirmed multiple police
21    officers.  She confirmed that she told law enforcement
22    that she heard defendant occasionally say that she knew
23    the police in America.
24         MS. STEELE:  Objection, misstates the
25    testimony.  She said customers said they were police
```

1    officers.

2            MR. LARA:  Your Honor, she also confirmed

3    during the cross-examination that she heard defendant

4    occasionally say that she knew the police officers and

5    she told the FBI that.

6            THE COURT:  Overruled.

7            MR. LARA:  Thank you.  She confirmed, after

8    first lying, that she heard defendant say that she had

9    relationships in black and white.  She confirmed, after

10   first lying, that defendant said, sister can buy a life

11   for several thousand dollars, and she confirmed that

12   defendant said this when she was quote, so angry, so

13   mad, that she waved her arms around when angry at Ding

14   Ding.  We also heard defendant's testimony, and you can

15   consider defendant's testimony like any other person

16   that testified.  She admitted she ran sex businesses.

17   She admitted that she had daily schedules so that she

18   could tell you exactly what sex acts people performed

19   five, six, seven years ago, she admitted that she knew

20   the intimate details of her employees.  She stated that

21   she never took Yang Tang to her house, but Yang Tang

22   described the third floor of defendant's home and her

23   bedroom that she was raped in.  She admitted that she

24   directed victims to sex customers.  She admitted that

25   she knew customers were bad customers because they were

```
 1    abusive previously.  She admitted that she knew that
 2    when bad customers arrived --
 3            MS. STEELE:  Objection, misstates the evidence.
 4            MR. LARA:  -- number one flight and dodge --
 5            THE COURT:  Sustained.
 6            MR. LARA:  Your Honor, may I ask what exactly
 7    was misstated?
 8            THE COURT:  Go ahead.
 9            MS. STEELE:  The first line.
10            MR. LARA:  Of what?
11            MS. STEELE:  Of his slide, Your Honor.
12            THE COURT:  Yeah.
13            MR. LARA:  She directed it -- Your Honor, she
14    actually admitted that she would tell, for example, Ding
15    Ding and Kwan Ha Liu which one she --
16            MS. CHRISTERNA:  This should be dealt with at
17    sidebar, Your Honor.
18            THE COURT:  Okay.  Go ahead.  Just move on.
19            MR. LARA:  Okay, Your Honor.  She admitted that
20    she lied to the police in her two interviews with the
21    police, and, remember, she was interviewed twice.  She
22    was interviewed in 2018 and, again, in 2020, both
23    recorded.  She had lied about running the massage
24    parlors.  She initially lied about advertising for
25    workers on ChinainLA.com.  She initially lied about
```

1    advertising online for customers on Backpage.  She

2    initially lied about using her home as a brothel.  She

3    initially lied about arranging for commercial sex

4    customers, and much, much more as you heard during her

5    testimony.  And it is important to remember why she

6    lied.  She said on the stand, it was because she was

7    afraid of getting convicted of human trafficking, and

8    then she testified at her trial for human trafficking

9    and wants you to believe her now.  Consider that, Ladies

10   and Gentlemen.

11         In this trial, you heard from five former

12   employees who realized that this was not right, that

13   what Mei Xing did to them was wrong.  And they were,

14   eventually, able to escape and report her to the police.

15   One left defendant's business after less than a month.

16   One was there for almost two years.  Eventually, a

17   couple of them had had enough, and started this case by

18   reporting her first to an NGO who then brought them to

19   the police, and then to the police.

20         This trial gave you a peek into the messy world

21   the defendant created for these victims.

22         It is filled with drugs.  It's inter connected,

23   and it's incredibly small.  Remember, most of these

24   victims that we're talking about here today lived in one

25   address, and worked in these massage parlors for

```
 1    Mei Xing; couldn't speak English, so they only had their
 2    limited circle, and that's exactly how defendant wanted
 3    it to be.  Often, the victims couldn't even communicate
 4    with the customers.  All they had was each other and
 5    Mei Xing.  Defendant knew where everyone lived, and
 6    defendant knew what everyone did at any time.  The only
 7    work that mattered was defendant's clients.  The only
 8    safety was with defendant, and if you left, it was
 9    danger, blackmail, and possible harm.  These women were
10    not empowered sex workers who chose this life because
11    it's what they preferred to do.  These women were
12    coerced into performing commercial sex for Mei Xing's
13    financial benefit.  Remember, a day in the life of one
14    of these victims could start by being raped by a
15    customer who prepaid defendant.  Then if they refused
16    the next customer owing the defendant money.  If they
17    confronted defendant, she could say things like, and she
18    has said things like, doing it once is the same as doing
19    it ten times.  If she knew the victim's family, she
20    might say that, I won't tell your family, with the
21    implication being, unless you don't do what I want.  And
22    if she was particularly angry, she could remind you how
23    capable she was, that she knew the police in America,
24    that she knew gangsters, or that she could take care of
25    you for a few thousand dollars.  That is unless the
```

1    victims did what she wanted and serviced the customers.

2         Defendant set this up on purpose so the women

3    felt like they had no choice.  And it worked for a lot

4    of women for a long period of time.  You heard testimony

5    that her massage businesses were open since 2013.  You

6    heard testimony that the indictment period in this case

7    is from the middle of 2016 to October of 2018.  These

8    businesses were open for a long time.  They were not

9    allowed to find -- these women were not allowed to find

10   a new job unless Mei Xing was done with them.  And if

11   she was done with them --

12        MS. STEELE:  Objection, misstates the evidence,

13   Your Honor.

14        THE COURT:  Sustained.  Go ahead, Mr. Lara.

15        MS. STEELE:  Move to strike.

16        THE COURT:  Stricken.  Go ahead.

17        MR. LARA:  She needed to send a message because

18   some employee has crossed her, and she would do it

19   publicly so that others can see, and it can further her

20   coercive environment.  What's worse, both Chin Ya Ding

21   and Yang Tang, and others, believed that Mei Xing was

22   capable of carrying these threats out.  Yang Tang even

23   went as far as to flee the state to protect herself from

24   Mei Xing's wrath.  These public affects -- threats and

25   statements to others had the affect that Mei Xing

1    wanted, which was compliance and obedience from the

2    others such as Kwan Ha Liu.  Defendant defrauded,

3    coerced --

4            MS. STEELE:  Objection as to Yang Tang, and

5    412, Your Honor.

6            THE COURT:  Overruled.

7            MR. LARA:  Defendant defrauded, coerce, and

8    threatened each of these women into engaging in at least

9    one commercial sex act against their will, and that's

10   all you're being asked for today is the Interstate Nexus

11   element, whether defendant committed any of those verbs

12   that I discussed before, and benefitted financially or

13   caused a woman to engage in commercial sex that way.

14   And, finally, whether she defrauded, coerced, or

15   threatened these women as to a single sex act during

16   that entire period that's in the indictment.  Defendant

17   is guilty of sex trafficking each of these women.  No

18   one says no to Mei Xing.  She can take care of you for a

19   few thousand dollars.  Thank you.

20           THE COURT:  Okay.  We're going to take our

21   morning recess now so remember until the trial is over,

22   do not discuss this case with anyone, including your

23   fellow jurors, members of your family, people involved

24   in the trial or anyone else and do not allow others to

25   discuss the case with you.  If anyone tries to

```
1   communicate with you about the case, please let me know

2   about it immediately.  We're going to take a shorter

3   break this morning, just a ten-minute break, okay?

4            (Whereupon, the following was held before

5            the jury:)

6            THE COURT:  Back on the record in Case Number:

7   CR 20-00228-FMO.  Yes?

8            MS. CHRISTERNA:  Your Honor, perhaps for the

9   last time, can we have a sidebar?

10           THE COURT:  Okay.  It's the last one.

11                      (Sidebar.)

12           THE COURT:  Did you all get the revised verdict

13  form?

14           MS. CHRISTERNA:  Yes, yes.

15           MR. LARA:  Yes.

16           THE COURT:  Okay.  Okay.  Good.  Can you hear

17  me?  Okay.  Go ahead.

18           MS. CHRISTERNA:  Perhaps Ms. Steele will chime

19  in because she was taking notes, but I believe there

20  were several instances in the Government's arguments

21  that would open the door to the Rule 412 information to

22  extend beyond the defendant Mei Xing's state of mind.

23  And I can give particular examples.  It appeared that

24  Scott Lara did reference Detective Fries' testimony

25  about breaking someone down, why they stayed with --
```

1          THE COURT:  Yes.

2          MS. CHRISTERNA:  -- and there was a specific

3    discussion with the Court about who would implicate 412.

4    The other references to the witnesses not being able to

5    have other jobs or they knew because they couldn't work

6    elsewhere would open the door to the 412 information.

7          MS. STEELE:  And that would be because they had

8    worked other places and we should have been able to get

9    into that with the witnesses when Mr. Lara argued that

10   they went into the room and didn't expect sex.  That

11   opens 412 because all of these women had engaged in

12   commercial sex beforehand and the jury should know that,

13   but we weren't able to bring it in.

14         THE COURT:  You get the commercial sex

15   beforehand through the state.  We had allowed that

16   yesterday.

17         MS. STEELE:  No, but only as to what Mei Xing

18   says, and they're saying that she is lying about it.

19         THE COURT:  No.

20         MS. STEELE:  And we couldn't ask the witnesses

21   about it that they had engaged in commercial sex before.

22   We should have been able to bring that in.

23         THE COURT:  Well, do you want to bring it in in

24   argument or just making it a record for later?

25         MS. STEELE:  I mean, I don't --

1           THE COURT:  You know, you don't have any

2    evidence for that.

3           MS. STEELE:  We weren't allowed to bring in any

4    evidence in so I don't know that we could just say it.

5           THE COURT:  No, you can't just say it so, yeah.

6    Okay.

7           MS. STEELE:  We're just saying that this is

8    what the problem with the 412 ruling is is that now the

9    Government has taken advantage of it, made the jury

10   believed that they walked into the room, didn't expect

11   sex to happen, they were totally surprised when this

12   happen when, in fact, we had evidence, especially

13   through the arrests --

14          THE COURT:  Uh-huh.

15          MS. STEELE:  -- that they had been engaging in

16   commercial sex, and two of them had been arrested.  Nico

17   had been arrested on two occasions.  Yang Tang had been

18   arrested on an occasion.  We should have been able to

19   bring that up so the jury would know the -- I was so

20   surprised when they came in and raped me, that's just

21   simply not true.  They knew exactly what was going to

22   happen.  And Mei Xing has been extremely prejudiced by

23   the ruling.

24          THE COURT:  Well, you can use the evidence that

25   was used for -- that came in yesterday to respond to

1    that point.

2              MS. STEELE:  But, Your Honor, we were limited.

3    We couldn't bring in the arrests --

4              THE COURT:  I know.  I know you couldn't bring

5    in the arrests, but I think you have some evidence of --

6              MS. STEELE:  But that's -- this is what the

7    issue is, Mei Xing said somebody told me that they had

8    engaged in sex before.  The Government's argument is

9    that you can't believe anything Mei Xing says.  We

10   actually have arrests.  They were engaging in sex

11   before.  And something to corroborate what she said.

12             THE COURT:  I understand.

13             MS. STEELE:  For the Government to make the

14   argument that they were lambs to the slaughter, they had

15   no idea, sent into the room, and, suddenly, that people

16   were asking for sex and that they were raped.  This

17   is -- it's unfair because we couldn't bring in the facts

18   that they had been engaging in sex.  There is objective

19   evidence that they had been engaging in sex.  And they

20   lied about it on their T-Visas.

21             THE COURT:  I know.  I'm going to let you

22   respond, but I'm just going to say that at this point,

23   the only way to deal with that is all post-trial

24   motions.  You know, I'd have to look at the --

25   everything.  But go ahead.

```
 1              MS. DIAZ:  May the Government make an argument?
 2              THE COURT:  Go ahead.  Go ahead.
 3              MS. STEELE:  -- that Yang Tang, witness number
 4    4.
 5              THE COURT:  Uh-huh.
 6              MS. STEELE:  -- fled the state.  We have
 7    evidence that she was traveling around the state acting
 8    as a prostitute.  We could not bring that in because the
 9    Government -- the judge was limiting our timeframe.  We
10    could say that Mei Xing believed that that's what she
11    was doing, but we should have been able to question her
12    about that because they're indicating that she fled when
13    she had actually been traveling the whole time.  We even
14    have in, I believe, it's Nico's phone where she is
15    communicating with Vicki and Vicki said, oh, hey, I just
16    got on a plane.  I'm, wherever she was, I just landed.
17    I'm going to put on my makeup so I can go to work.  So
18    that's evidence that she's off, you know, engaging in
19    prostitution after, you know, after the time period, and
20    we have been restricted.  So we believe that this, you
21    know, these 412 implicates -- implications.  Also,
22    Your Honor, the Government's argument that Mei Xing
23    owned Nico's body, that was inappropriate, and we would
24    ask that their PowerPoint be placed on the record for
25    the Ninth Circuit because many of the arguments he made
```

```
 1    were improper.  There's no evidence that Mei Xing ever
 2    said she owned Nico's body.  And to make that argument
 3    was inappropriate.  For him to say that there was only
 4    safety with Mei Xing, that's also inappropriate because
 5    they had worked for other people.  And we should have
 6    been able to bring all of that up.
 7              THE COURT:  Okay.  Ms. Diaz.
 8              MS. DIAZ:  As the Court knows, the Government's
 9    argument and summation is not evidence.  The jury is
10    instructed that it's not evidence.  The PowerPoint is
11    not evidence.  It's all argument --
12              THE COURT:  Yeah.
13              MS. DIAZ:  -- where the Government is asking
14    the jury to draw the inferences that lead to the
15    conclusion of defendant's guilt.  I'm trying to respond
16    in reverse order.
17              THE COURT:  Sure.
18              MS. DIAZ:  The Government's summation was based
19    on the testimony.  We took care to use the roughs for
20    the intended purpose was to ensure that our argument was
21    accurately representing what the evidence was.  In
22    making our argument, I have never seen so many
23    objections during a summation.  This was just
24    outrageous, the Defense's conduct, and the whisper and
25    yelling at each other and the outbursts, it's just
```

1    unprofessional and just outrageous.

2          THE COURT:  I will say, though, I would have to

3    say, and the one person who, throughout this trial, has

4    extrapolated, the extrapolations in the facts throughout

5    the case, and I called him out on it, is Mr. Lara.  And

6    there were definitely a number of them that I was like,

7    what does this -- what does this mean?  And I just don't

8    think that he could make the kinds of things that he

9    did, but it is what it is.  It's closing.  It is more

10   than, you know, than I normally see, although I did have

11   one case where I saw more than this one.  But, look,

12   there's nothing I can do at some stage.  You've made

13   your record and -- as far as this goes.  To the extent

14   that the evidence came in yesterday, you can use it for,

15   you know, to address some of those issues.  Since it's

16   already in, you can -- if you -- you can use it, not

17   just for the state of mind, but you can use it to

18   address some of the issues because it's in the record.

19   I can't -- you know, there's nothing we can do as far as

20   that goes, but I know you made the record.

21          MS. DIAZ:  Your Honor, we would object to that

22   because the Court admitted the evidence only for the

23   purpose of defendant's state of mind, not for the truth.

24   And the jury was instructed to consider it only as to

25   defendant's knowledge in terms of whether she knew that

```
 1    force route of coercion would cause these victims and so
 2    we agree that that was the Court's ruling --
 3              THE COURT:  Yeah.
 4              MS. DIAZ:  -- and that is the only purpose for
 5    what the evidence may be used.  The Government has never
 6    argued that these are innocent lambs led to the
 7    slaughter.  Defense loves to quote that statement.  It's
 8    from a case --
 9              THE COURT:  I know.
10              MS. DIAZ:  -- singing that the Government -- if
11    the Government were to make such an argument, a
12    consenting sex worker does not consent to all acts.  And
13    so even if these women had engaged in sex work before,
14    that does not -- does not determine it as to whether
15    they could be trafficked.  The purpose of excluding the
16    evidence is so that the jury will not unfairly use
17    propensity --
18              THE COURT:  Sure.
19              MS. DIAZ:  -- to make the arguments that
20    defendant wants them to --
21              THE COURT:  Okay.  Okay.  So I'll stand by my
22    order, then, from yesterday, and because I gave a
23    limiting instruction, I think I have to stand by it.
24    So, otherwise, it will complicate things so.
25              MS. STEELE:  Okay, Your Honor, I just wanted to
```

1    clarify a few things.

2              THE COURT:  Yeah.  Okay.

3              MS. STEELE:  One, first of all, we have to be

4    able to confer with each other, which is what we did --

5              THE COURT:  Yeah.

6              MS. STEELE:  -- so I object to the Government's

7    statement that we did something that was outrageous.  I

8    feel like the closing argument was outrageous, and

9    that's why we had to make so many objections.  I

10   normally don't make that many objections during closing.

11   But because of the outrageous nature of this, I had to.

12   The Government's also -- their argument that there were

13   no cameras inside of the rooms, I mean, when you go to

14   get a massage, you take your clothes off.  That would be

15   illegal to have a camera inside of the room.  And they

16   said that Mei Xing --

17             THE COURT:  Well, they can say that in closing.

18             MS. STEELE:  I'm just saying, though, Your

19   Honor, but this is one of the problems is that they're

20   making the argument that Mei Xing didn't put cameras

21   inside of the rooms because she didn't want to know what

22   the customers were doing to the women, that's unfair.

23   It would be illegal --

24             THE COURT:  Yeah -- that's just argument.

25   Yeah.

```
 1              MS. STEELE:  I'm just saying that the
 2     Government has to play fair.
 3              THE COURT:  Okay.
 4              MS STEELE:  We have to see that justice is
 5     done.
 6              THE COURT:  Okay.  Yeah.
 7              MS. STEELE:  And we would -- we would add these
 8     arguments, these objections, be made to our motion to
 9     dismiss.
10              THE COURT:  Yeah.
11              MS. STEELE:  Also moving for a mistrial based
12     on the misconduct during the closing argument as well as
13     the 412 rulings that have hamstrung us so that we can't
14     bring out the true facts.  We're not saying because they
15     were prostitutes before, they couldn't be raped --
16              THE COURT:  Okay.
17              MS. STEELE:  But we are saying that the -- that
18     they were prostitutes before, for the Government to say
19     they came in there and were shocked that someone asked
20     for sex.
21              THE COURT:  But that's their theory, and I
22     understand.  I understand well.  Let's -- let's move on
23     and I've noted you've made your record.  So move on with
24     the closings.  And, you know, let's just try to get
25     through with this and we'll go -- we'll go from there.
```

1          MS. STEELE:  We understand that the Court has

2     deferred its ruling on our motion to dismiss, but we do

3     need a ruling on the motion for a mistrial.

4          THE COURT:  On that, I'm going to deny --

5          MS. STEELE:  Well, we're going to --

6          THE COURT:  -- and I'm going to deny it without

7     prejudice at this point.  I do want to caution, you

8     know, on rebuttal, if anything is new that comes out,

9     that I think is new, I have allowed in the past,

10     surrebuttals so, you know, just so you know.

11          MS. DIAZ:  I'm trying to respond to the

12     counsel -- so.

13          THE COURT:  I know.  I know.  Just keep it to

14     that so.  I just wanted to note -- to note that, that I

15     am one of those who will allow it if it's appropriate.

16     And it's only happened in civil cases because you know

17     civil lawyers so.  Thank you.

18          MS. DIAZ:  Thank you, Your Honor.

19          THE COURT:  And there was, you know, this is

20     the last one and this is the last one, hopefully,

21     hopefully.

22               (Sidebar concluded.)

23                    **CLOSING ARGUMENTS**

24          THE COURT:  Okay.  Go ahead, Ms. Christerna.

25          MS. CHRISTERNA:  On July 5th, 2018, Alice,

1    witness 2, walked into the sheriff's station.  She went

2    with BaoBao, who was a former employee of Mei Xing, and

3    was fired for bringing and selling meth at work.  Alice

4    told the sheriff's that she had been forced into sex

5    work.  She told them she had worked for Mei Xing for

6    only a few months.  And she told them she had only

7    worked at two massage parlors.  The truth was she had

8    worked at three of Mei Xing's massage parlors, and

9    co-owned a sex business with her.  The truth was she had

10   been working for Mei Xing for a year and a half.  And

11   the truth was she had $10,000 to put her daughter in the

12   same school as Mei Xing's son.  Weeks before Alice

13   reported Mei Xing, her -- Alice, and Mei Xing, got into

14   a verbal altercation, and Mei Xing cursed at her.  And

15   Alice turned around and told her, you will pay for this.

16   And then a few weeks later, she goes to the police.

17   Mei Xing is not guilty.  This is a case about lying

18   witnesses.  This is a case where the Government

19   conducted a less than thorough investigation.  And this

20   is a case where the Government is turning a blind eye to

21   any objective evidence.  Other than the words of the

22   witnesses, the Government has not brought you any

23   evidence of sex trafficking.  They've brought tons of

24   evidence that commercial sex was going on, and we don't

25   dispute that.  But there was zero independent evidence

of sex trafficking.  Now, when you put a witness on the
stand, you should be able to corroborate what they say.
What is corroboration?  Corroboration supports the
stories that the victims, alleged victims, are saying.
It can be forensic evidence, digital evidence,
documents, photographs, videos.  We did not see any of
that.  In fact, we saw the opposite here.  Now, you know
that saying that your eyes are a window to your soul,
that no longer applies.  This, your phone, is the window
to your soul.  If I was to hand any of you my phone and
you had full access to my e-mails, my messages, my
photos, my videos, I guarantee you would know everything
about me.  You would know about my family, my kids, my
hobbies, how much money I make, how I spend my free
time, you would know what I did for a living.  You would
know if I got along with my boss.  You would know if I
was happy at work or unhappy.  You would have a
day-by-day diary of what I do.

        In this case, the police seized Nico, witness
3's phone, at the 2018 raid.  They also had Mei Xing's
phone and later was -- were able to get Luna's phones.
And you have to ask yourself, what did the messages tell
us in this case -- objective evidence.  Well, way back
on our first day of trial, way back in the day, we heard
from the Government's expert, Detective Fries, or

1    Corporal Fries, and he told us that he was able to solve

2    a sex trafficking case using phone evidence.  He said

3    the alleged victim denied being a victim, but as soon as

4    he looked at her phone, he saw threat after threat.  And

5    was able to bring the trafficker to justice.  We also

6    heard from Detective Stewart, which Ms. Steele asked, if

7    you have cell phone evidence, would you agree that

8    that's one of the best evidence you can get in order to

9    prove sex trafficking?  And his answer was, absolutely.

10   So what did the messages tell us?  We've heard testimony

11   about Nico's phone.  She had customers saved in her

12   phone with names, 150 okay, 200 good, and the reason she

13   gave on the stand of why she gave these nicknames is

14   because she had a system to avoid the customers she

15   didn't want to talk to or service.  And then she was

16   asked about messages where she says, I'm busy today.

17   I'm not at work today, and she said, oh, yeah, that's

18   because I didn't want to service them.  She had a

19   choice.

20           And then we also heard testimony in her

21   messages of her sending large amounts of money to China.

22   There were conversations between Nico and the other

23   women that worked at the massage parlor.  And they were

24   pretty normal conversations about food, going out,

25   whether or not someone could cover a shift, are you

1    working the night shift, and most importantly, though,

2    we didn't see anything about threats.  There were even

3    conversations with Nico and Mei Xing.  And the

4    Government wants to crib these threats like it will not

5    end well for you.  Well, first of all, that message --

6    two messages before Mei Xing tells her, you will not

7    work here if you take customers home.  That was the

8    threat, that you're going to be fired.  And that is not

9    sex trafficking.  The other thing is that happened in

10   October of 2018, and as we will discuss, the law has --

11   tells you that the threat has to relate to you being

12   induced to sex work.  This was a threat to fire her.

13   It's not saying you have to have sex or I'm going do

14   this to you.  It's I'm going to fire you.  You can't

15   take customers home.  That's not how this works.

16   They're not your boyfriends.  You can't then ask them

17   for money for nothing.  And you have to remember when

18   Nico testified, she repeatedly said over and over, well,

19   other people used my phone so I don't know.  You heard

20   testimony that the Defense didn't get the phones until

21   October of 2022.

22          MS. DIAZ:  Objection, misstates the evidence.

23          THE COURT:  I think you have the year wrong.

24   That's --

25          MS. STEELE:  I think that's correct.

1          THE COURT:  -- it's October of 2022?

2          MS. CHRISTERNA:  Yes, that's when the court

3    ordered the Government to turn over the cell phones.

4          MS. DIAZ:  The phones were available throughout

5    the entire case.

6          THE COURT:  But it is when I ordered it to be

7    turned over so they didn't have to drive to Westwood all

8    the time.  Yes.

9          MS. CHRISTERNA:  I can clarify that.

10         THE COURT:  Overruled.

11         MS. CHRISTERNA:  We got the physical phones in

12   October of 2022, and Nico was interviewed by the FBI

13   after that.  And she told them for the first time, oh,

14   by the way, other people used to use my phone.  Because

15   she knew what was in her phone.  Messages, customers,

16   sending selfies.  Customers telling her, you were so

17   good.  Thanks for today.  Her sending selfies to her

18   customers.  Messages, I miss you.  Happy Father's Day.

19   Happy Valentine's Day.  When are you going to come see

20   me?  This is what we saw in the phones.  Sending

21   addresses.  Business cards.

22         What did the pictures tell us in this case?

23   Other objective evidence.  The pictures gave us an

24   insight into the relationship that Mei Xing had with her

25   employees.  Even Amy Xiao Xiao admitted, after I stopped

```
1    working there, I still used to go to the massage parlor
2    to go hang out.  You're going to claim that you're
3    trafficked and then you're going to go to your
4    trafficker's business to go hang out?  Please ask
5    yourself if that makes any kind of sense.
6          So what did we see in the pictures?  I know
7    you've seen them a hundred times, but they give a story
8    about what was really happening.  Alice takes her
9    daughter to a birthday celebration for her, along with
10   her alleged trafficker's son.  Would you take your child
11   if someone's forcing you and setting you up to be raped?
12   No.  This tells a story of two people that were friends.
13   If Mei Xing knew about her life, it was only because she
14   told her.  They were friends.  And socializing happened
15   outside the massage parlor.  Restaurants.  House-warming
16   parties as we saw.  Fun years behind the really scary
17   trafficker who has Mafia ties and ties to the
18   underworld.  And if you remember this picture, Ms.
19   Steele asking Ding Ding, who is in the striped dress,
20   are you laughing?  And she said, we're all laughing.
21   This was an objective evidence of what their
22   relationship was like.
23          And then the Government would lead you to
24   believe that Mei Xing forced drugs onto her employees.
25   But we heard evidence that Nico used drugs well before
```

working for Mei Xing.  And that any drugs that were
taken were done voluntarily.  Even Alice, witness 2, the
Government's witness, told us, I was never forced to do
drugs.  I never partake, which proves no one was forced.
So what other objective evidence do we have?  Well, what
did the undercover call tell us?  I promise, I'm not
going to play it for you, unless you really want it.
But the point of this call was this.  The police set up
an undercover call with their suspect.  This should have
been the police's and the Government's smoking gun.
Gotcha moment.  We're investigating sex trafficking, and
we're going to have them make an undercover call.  This
is the call where they should have gotten evidence of
threat, force, threat of force, coercion, all of that.
And, instead, this undercover call backfired on the
Government.  We saw the way they greeted each other.
Hey, sister.  This is the normal way in which their
relationship was.  We saw Alice asking if there was a
lot of big jobs and she said, hey, can I have my job
back?  If she was unhappy there or told Mei Xing, hey, I
don't like being forced, Mei Xing would have had a
reaction to that, but instead, she says, I'll see.  I'll
see if there is room.  And then there is a quick
discussion about not holding grudges and let bygones be
bygones.  This is corroboration that they had a verbal

 1    disagreement about their business.  And why Alice,

 2    witness 2, had a vendetta against Mei Xing.

 3         Alice also asked Mei Xing if I get a customer,

 4    can I take him to your house?  And she says, it's okay.

 5    Now, the Government just told us it was Mei Xing who

 6    always used to set up the customers, and set them up.

 7    She is saying, if I have a customer, meaning my

 8    customer, again, if this was unusual, Mei Xing didn't

 9    know she'd been recorded, she would have said, hey,

10    you've never brought your own customer.  This is weird.

11    But this is what she says, it's okay.  And this one is

12    the most compelling because Alice offers to pay more

13    money to Mei Xing.  Hey, if you let me have my job back,

14    I'll give you more of a cut.  And what was Mei Xing's

15    response?  I'm reaching retirement, money is not an

16    issue.  Everybody should be able to make money.  And

17    there is no dispute here.  All the women told us they

18    made money.  Luna said on average, 7,000.  We heard

19    testimony Nico made as much as 20,000 a month.

20         MS. DIAZ:  Objection, misstates testimony.

21         MS. CHRISTERNA:  And Nico made --

22         THE COURT:  Overruled.

23         MS. CHRISTERNA:  And Nico made a lot of money.

24    Rolex money.  And, yes, Mei Xing made money, too, but

25    that's not sex trafficking.  And this Rolex receipt that

 1    they want to make a big deal of is from 2015.  It
 2    predates any of these witnesses working there.  So if
 3    they want to say that somehow Mei Xing enriched herself
 4    on these witnesses, it was before they even worked
 5    there.  It doesn't make sense.
 6           And if you remember, we'll get to the expert,
 7    but she said, follow the money.  She'd never seen a sex
 8    trafficking case where someone is making enough money to
 9    buy a Rolex.
10           So I know that you guys received a lot of
11    information.  So I'm going go through a brief timeline
12    because we've talked about a lot of locations to the
13    extent it's helpful.
14           Oh, I'm sorry, going back.  I forgot one more
15    bit of objective evidence.  We had surveillance video
16    that we showed you.  And this is other objective
17    evidence.  Now, Alice told us on the stand under oath,
18    8819 and a half, the business she went into with
19    Mei Xing, never opened.  I never worked there.  But we
20    saw objective evidence that that was not true.  Alice
21    arrives at this business in her own car, with her own
22    cell phone, with her own key, at 8:30 in the morning.
23           (Whereupon, video is played in open court.)
24           MS. CHRISTERNA:  She meets her customer there.
25           (Whereupon, video is played in open court.)

1          MS. CHRISTERNA:  And this customer brings her a

2     gift because if you remember, Dr. Millman Orozco, their

3     expert, said a lot of these men are looking for the

4     girlfriend experience when they come.  They're not

5     looking to force someone or rape them.  They're looking

6     for the girlfriend experience.  And this certainly looks

7     like it.  Everything we see in this video is consistent

8     with consensual, adult commercial sex.

9          (Whereupon, video is played in open court.)

10          MS. CHRISTERNA:  No one being forced, coerced.

11     We also saw videos of Alice bringing customer after

12     customer, leaving with them.  We also saw videos from

13     the Peck Road location.  We saw people walking their

14     customers out.  Again, no evidence of being forced.

15          Now, you heard from the leading expert in sex

16     trafficking, Dr. Millman Orozco, and one of the things

17     she repeatedly said over and over is follow the money.

18     This is the single most important indicator as to

19     whether someone is being sex trafficking.  If you

20     remember, she said, sex trafficking is modern day

21     slavery.  That's why there's so many groups committed to

22     fighting it because people are being held against their

23     will, and they're being given no money, little money,

24     their basic needs are not met, they're being told where

25     to live.  They don't have a cell phone.  They're

```
 1    isolated from their family.  None of those factors are
 2    present in this case.  We have people who were making
 3    money, who lived with their family, Alice lived with her
 4    husband, a U.S. citizen.  She had her own car.  All the
 5    witnesses testified they had their own cell phone.
 6    Mei Xing didn't -- the Government would like to think,
 7    and would like you to think she told them where to live.
 8    She didn't tell them where to live.  She didn't pay
 9    their rent.  They moved around.  They did what they
10    wanted.
11            So let's go through a brief timeline.  In 2013,
12    Mei Xing and Melinda opened Sunshine Massage.  At some
13    point, they get into a lawsuit, and Mei Xing wins full
14    ownership in 2014.
15            In August of 2016, Sunshine Massage is raided
16    by the police, which Mei Xing didn't know about because
17    if she had, no one would have been arrested that day.
18    And they find no evidence of sex trafficking.
19            In April of 2017, Mei Xing fires BaoBao for
20    bringing drugs to the massage parlor, and trying to sell
21    them.  In June of 2017, Sunshine Massage closes down.
22    And we heard testimony after it closed down, a lot of
23    the employees left for other jobs.  The witnesses here
24    that worked there followed Mei Xing to her next
25    location.
```

1          July of 2017, Mei Xing, once again, partners

2    with Melinda, even though there were some tension there,

3    Mei Xing had a successful business at Sunshine Massage,

4    and Melinda knew she could make her business lucrative

5    so she partnered up with her once again.  And then

6    Peck Road opens with Melinda and the doctor.  December

7    of 2017, Alice and Mei Xing partner up together.

8          MS. DIAZ:  Objection, misstates the evidence as

9    to ownership of 8819 Garvey -- I'm sorry, of Peck Road.

10         THE COURT:  Sustained.

11         MS. DIAZ:  Move to strike and ask for the slide

12   to be taken down as it misstates the evidence.

13         THE COURT:  Overruled.

14         MS. CHRISTERNA:  June of 2018, Alice and

15   Mei Xing have a business dispute, and Alice is fired.

16   July of 2018, Alice and BaoBao go to report Mei Xing.

17   Now, again, throughout this case, the Government has

18   only brought you the lying words of the witnesses

19   without any corroboration.  And I want to highlight some

20   of those inconsistencies that were heard here.  Starting

21   with witness 2, Alice, we know in terms of her

22   background, she met her husband, a U.S. citizen and

23   trainer, who is 26 years older than her.  He brought her

24   and her daughter to the United States.  In so working

25   for Mei Xing, she worked at a massage parlor in Thousand

1    Oaks, brought some of her customers to Mei Xing's

2    massage parlor.  And, again, when she was first

3    interviewed by police, she said, I only worked there a

4    few months.  The missing piece is Mei Xing's first

5    attorney had sent a photo -- the photo you saw -- the

6    birthday picture from 2017, to the Government, and it

7    was only then that she said, oh, yeah, now I remember,

8    it wasn't a few months.  It was a year and a half.  She

9    completely left out what locations she worked at when

10   she talked to the police.  She didn't mention Peck Road

11   and, more importantly, she never mentioned 8819 and a

12   half when going into business with Mei Xing until a few

13   years after being interviewed by the police.  She

14   testified here that her first time with an encounter

15   with a sex customer was actual sex, but if you remember,

16   I asked her, she told police it was only a hand job.

17          And why didn't she tell the police about going

18   into business with Mei Xing?  Because it wouldn't make

19   sense.  You had $10,000 of your own money to put into a

20   business.  She also never told the police that she put

21   her daughter in the same school as Mei Xing's son until

22   that information came out later.  And then she claimed

23   the only reason why she kept staying and didn't leave is

24   because Mei Xing had her information.  But we heard

25   testimony that Mei Xing never took anyone's personal

1    information.  In fact, the police executed a search

2    warrant at all her businesses and her house and we did

3    not see any evidence of I-d's or anyone's personal

4    information.  The only thing we saw is someone's

5    American name, not even their Chinese name, and their

6    phone number.  She also -- the Government also wants to

7    play up the fact that she -- Mei Xing allegedly told

8    Alice, don't worry, I won't tell your husband.  But,

9    again, that's not a threat directly related to her sex

10   work and that's not a threat that Mei Xing knew how to

11   fulfill.  She didn't have her personal information.  The

12   reality was they were friends.  They're from the same

13   town in China.  They hung out together.  They got to

14   know each other.  Mei Xing took medicine for Alice's mom

15   when she went to China, took gifts for her family, and

16   they went into business together.  None of this suggests

17   that she was forced.

18          So let's talk about witness 3, Nico.  She

19   stated that she started at Sunshine Massage, and then

20   continued to work for Mei Xing after she moved to

21   Garvey Therapy.  She was referred by Tina, who was her

22   neighbor, who had already been working for Mei Xing and

23   performing sex work.  Someone who was already working

24   there.  She told us the biggest threat she could

25   articulate is that I would be fired, and I couldn't find

1    work anywhere else.  But we heard she did have -- she

2    did work before meeting Mei Xing.  She hadn't just come

3    from China.

4         Then the Government wants to point out over and

5    over this threat that Mei Xing allegedly told Ding Ding

6    that I could make someone disappear.  That happened in

7    October, allegedly, 2018.  They would have to prove that

8    this is why Nico stayed there.  But they can't prove

9    that.  This was weeks before Mei Xing's arrest.  So it

10   would have been at the end of Nico's employment.  So

11   they have to prove that that's what kept them there.

12   But they can't prove that.  It happened in

13   October of 2018.  She also told us she could refuse a

14   customer, and we saw evidence of that.  We heard about a

15   text message where a customer is telling her, hey, are

16   you open?  The door is locked.  And I just saw a guy go

17   in.  And she said, oh, well, who are you?  We don't know

18   you.  And he said, I just saw a guy go in.  I drove 30

19   minutes.  If you don't serve black men, just let me

20   know.  And she said we don't know if you're scary.  And

21   he's like, I'm out of here.  That's evidence that they

22   did not have to open the door.  They did not have to

23   service anyone that they didn't want to.  And they had

24   procedures in place.  And this witness has a history of

25   lying.  She lied about serving divorce papers on a

1     husband that was never here in the United States.

2            MS. DIAZ:  Objection, misstates the evidence.

3            THE COURT:  Overruled.

4            MS. CHRISTERNA:  She lied when she tried to set

5     up a fake marriage to get status.

6            MS. DIAZ:  Objection, misstates the evidence.

7            THE COURT:  Overruled.

8            MS. CHRISTERNA:  She lied when she had two

9     prior arrests and gave a fake date of birth and fake

10     names.

11            MS. DIAZ:  Objection, misstates the evidence.

12            MS. CHRISTERNA:  And she lied --

13            THE COURT:  Overruled.

14            MS. CHRISTERNA:  -- about other people using

15     her cell phone when it was her all along.

16            Let's talk about Vicki, or Candy.  Now, before

17     coming to the U.S., she had extensive travel to Malaysia

18     multiple times a year.  She had applied for asylum when

19     she came to the United States, got a work permit.  She

20     applied for asylum, and claimed to be a victim of the

21     Chinese Government.  And then she said she saw an ad,

22     but it was in English so she didn't know what it said so

23     her friend told her about the massage job.  We heard

24     testimony there were never ads in English to recruit

25     anyone.  So this was a lie.  The truth was she lived

```
 1    with Tina and Amy/Xiao Xiao.  And both of them worked at
 2    Mei Xing's massage parlor before Vicki, or Candy.  And
 3    she even addressed this because it's a weird fact.  This
 4    is your roommate, but not only your roommate, your
 5    friend from China that you've known for years and years,
 6    and she said, oh, yeah, one day, I showed up to work and
 7    saw my roommate there and was like, oh, my God, you work
 8    here, too?  That's so crazy.  She wanted us to believe
 9    that she was never told about the job, and she had no
10    idea that her two roommates also -- or her one roommate
11    worked there.  She also told us that she worked for
12    Mei Xing for two weeks.  But we've heard from Luna.  She
13    had only worked there one day.  And Mei Xing, she worked
14    there a half a day.  And then she -- there's no way that
15    she would of gone to Mei Xing's house.  She just said
16    the third story.  She didn't describe in detail where
17    she was.  And then she says she was forced by a black
18    man.  Playing on stereotypes to make it sound worse, but
19    she only worked for Mei Xing for one day at the massage
20    parlor.  What's impossible?
21         And she's the only one we don't have any
22    pictures, any messages, because other than one, because
23    she only worked there one day.  And then the Prosecutor
24    says, she was threatened in front of 15 to 16 people,
25    and that's why she was coerced.  What they left out is
```

1    that's what she claimed happened on her last day of

2    work.  So, again, that was not forcing her to engage in

3    a sex act.  That allegedly happened on her very last day

4    of work when she was on her way out.  And she said the

5    two people that were there amongst these 15, 16 people

6    were Luna and Nico, neither of which said they heard the

7    threat, don't let me see you in LA again.  It's just not

8    credible.

9            Now, I want to take a pause from the evidence

10   to talk to you about three principles of law that will

11   guide you in your deliberations:  The first is

12   presumption of innocence.  The law of our land says

13   every defendant has the presumption of innocence.  What

14   that means is that when Mei Xing was arrested, she is to

15   be presumed innocent.  When she was charged, she is to

16   be presumed innocent.  And as she sat throughout this

17   trial, she is to be presumed innocent.  It's not a

18   50/50.  It starts there.  By law, you have to presume

19   her to be innocent.  And it's only unless and until the

20   Government has met their burden to prove these charges

21   beyond a reasonable doubt.

22           So let's talk about the burden of proof.  The

23   Government has the burden of proof to prove these sex

24   trafficking charges against Mei Xing.  When the

25   Government takes someone out of the community and

84

1    charges them with a crime, they have the burden.  They

2    have to provide all the evidence in this case.  So even

3    though you heard from Defense witnesses and you got

4    evidence from the Defense, we're not required to put on

5    any evidence.  That's because the burden exclusively

6    lies with the Government.  So if there's evidence that

7    you wanted to see in this case -- I know you don't want

8    to go longer, but if there is something that's

9    questionable, you look to the Government.  And if

10   there's someone you're wondering about, like why we

11   didn't hear from Melinda or the doctor, you look to the

12   Government because they're the ones that would have

13   charged her, and they have to prove every element beyond

14   a reasonable doubt.  Now, what does beyond a reasonable

15   doubt mean?  It is the highest standard in our legal

16   system.  It is higher than probable cause, which means

17   there's more than evidence -- more than enough evidence

18   to prove someone probably did it.  It's higher than a

19   preponderance of the evidence, which means someone more

20   than likely did it.  And it's higher than clear and

21   convincing evidence, which is pretty self-explanatory

22   that it's clear and convincing that someone did it.

23   None of these are enough for beyond a reasonable doubt.

24          The reason why the burden is so high is because

25   someone's liberty is at stake.  So we have to hold the

1    Government to that burden.  And there is a lot of doubt

2    in this case.  There was a lot of connection between

3    these witnesses.  The Government just stood up here and

4    said, Mei Xing's been in business for a long time, but

5    why is it that nobody else has ever accused her of such

6    a horrible thing?

7            I want to quickly talk to you about these

8    connections because you heard a lot about it, and it's

9    important because these are witnesses that were talking

10   to each other, who were friends with each other.

11           So BaoBao, Alice, Candy, Amy, and Ding Ding,

12   and Nico, all worked together.  BaoBao and Alice got

13   together to report Mei Xing in July of 2018.  BaoBao

14   lived with Brother Ding and Ding Ding, the Uber driver

15   for the Chinese community.  Ding Ding also worked for

16   Mei Xing.  BaoBao gets an immigration attorney.  BaoBao,

17   Alice, Candy, and Amy have the same immigration

18   attorney.  Amy and Candy came to talk to the police on

19   the same day.  They all report Mei Xing after they no

20   longer work for her, which means nobody was like

21   rescued.  They all talked to each other and then they

22   reported her.  Nico and Ding Ding were friends from

23   China, and came to the United States together and

24   started work together.  Candy and Amy were friends from

25   China, and also worked together.  Candy, Amy, and Tina

1    shared the same room in an apartment at 8858 Marshall

2    Street, which is right next door to Nico and Ding Ding.

3    Tina gets Amy the job, while she is working for

4    Mei Xing.  Amy starts working, again, before Candy, and

5    they share a room.  Candy and Amy lived together before,

6    during, and after working for Mei Xing.  They --

7    Ding Ding and Nico continued to live together.  And they

8    all use the same driver, and traveled together to get to

9    work.  Four of them applied for T-Visas.  Two of them

10   got derivative T-Visas for their kids, and they went out

11   together.  They used drugs together.

12          Now, what did we learn from some of the Defense

13   witnesses?  We heard testimony that no one was forced.

14   There were no threats.  People could leave at any time.

15   They could quit at any time.  They made money.  They

16   voluntarily did drugs.  And there was a lot of times

17   where Mei Xing was not at the business.  She was in

18   China or she had multiple businesses or simply not

19   there.

20          Now, Luna, Luna's a little complicated.  She

21   told us she's still really good friends with Ding Ding.

22   But what was important about her testimony is that she

23   is still good friends with these women, and she came in

24   here to say, no one was forced.  I was never forced.  I

25   never did anything I was uncomfortable with.  I never

1    heard -- I never was threatened.  And the only threat

2    she said she may have heard was Mei Xing say something

3    in anger where she didn't direct it at anyone and,

4    again, was not used to induce anyone into sex work.

5           Now, the Government might claim, okay, well,

6    maybe Luna wasn't trafficked, but others were.  But we

7    know from our expert, that's not consistent with sex

8    trafficking.  You can't have some that were and some

9    that weren't.  And we heard from Luna, Mei Xing would

10   fire people, that she fired witness 2, Alice, witness 4,

11   Candy, and Ding Ding, witness 6.  Sex traffickers don't

12   fire the victims.  If you fire -- if you get fired and

13   you're a victim, you're happy.  You want to be fired.

14   But they -- we saw evidence over and over they wanted to

15   keep their jobs.  And Luna said, the refund policy only

16   applied when someone didn't want to give a massage, but

17   it was never enforced.  It didn't apply to sex work.  We

18   also heard from Jiayaun Bates, the former front desk

19   worker.  She worked for Mei Xing for two years.  She

20   knew the procedure.  She's the one that would assign the

21   customers to the employees.  And she said if an employee

22   didn't want to service the customer, we'd just switch

23   them out, or we just give the money back to the

24   customer.  She never saw anyone forced.  She never saw

25   anyone do anything they didn't want do.  And she never

```
1    heard any complaints.  She also testified about David

2    Liu.  And said, the girls would get -- the women would

3    get mad if they didn't get a turn because he was

4    generous.  He would just give out money.  And that if

5    anyone did not want to service him, they did not have

6    to.  We heard from Mr. Liu, Dong Liu, or also Brother

7    Dong, he is the local Uber driver.  He knew these women

8    really well.  He would take them to the club.  He would

9    see them.

10        MS. DIAZ:  Objection, misstates the evidence --

11   Dong Lui is one of many witnesses.

12        THE COURT:  Sustained.

13        MS. CHRISTERNA:  He testified that he would use

14   drugs with them.  And that in all the many rides he gave

15   them, there were no indications that anyone was unhappy

16   or forced.  And, most importantly, his wife worked for

17   Mei Xing, and she came here and testified.  She told us

18   she had no status.  She had no immigration status,

19   didn't have a massage license.  But she was never

20   forced.  She was never threatened.  She never felt

21   unsafe.  There were customer -- there was a customer who

22   asked her for a sex service, and she said, I said, no.

23   And I asked her, how did you feel?  And she said, I felt

24   safe to say, no.  And we also heard from Lisa from

25   China.  And it was really clear, she didn't want to be
```

1    there.  It's the middle of the night, and she made clear

2    she wasn't trying to help Mei Xing.  But what was

3    important is that she worked with Alice at Peck Road,

4    and she said, yeah, I worked there.  I was never forced.

5    I was never threatened.  And neither was Alice.

6           So we heard about Alice having a business

7    dispute and personal vendetta.  We have to ask ourselves

8    why witness 4, Candy, and Nico, witness 3, came in to

9    make up this story.  They got a T-Visa.  And this is

10   like the golden ticket of immigration.  It is a much

11   shorter turnaround for -- for most of them, it took a

12   year.  It could take up to two years, which is really

13   quick, in the immigration world, and our immigration

14   expert told you that.  You can get legal status for your

15   children.  Get health benefits.  A work permit, and,

16   eventually, become a U.S. citizen.  What you have to do

17   is say you're a victim of sex trafficking.  That you're

18   scared to return to your country, which would implicate

19   that you have to say, my trafficker said that she has

20   ties to the underworld, but you have to demonstrate that

21   it's scary for you to go back to your country.  You

22   don't know what she can do to you.  Then you have to

23   cooperate with the police because we learned from our

24   immigration expert, the Government can choose to revoke

25   the T-Visa.  So if they didn't come up here and continue

```
 1    telling their story that they were a victim or
 2    trafficked, they would lose their golden ticket to
 3    citizenship.
 4              MS. DIAZ:  Objection, misstates the evidence
 5    and misstates the law.
 6              THE COURT:  Overruled.
 7              MS. CHRISTERNA:  Now, I want to address with
 8    you the nature of this job.  It's not easy for anyone
 9    who works voluntarily in this business to talk about it.
10    When Luna was up on the stand, she said, I did
11    everything voluntarily, and the prosecutor, Mr. Lara,
12    asked her, what did do you with that customer, David
13    Liu?  And she said, what else do you do with a man and a
14    woman?  She didn't want to say it.  And he said, no, you
15    need to tell me what you did.  And she looked visibly
16    uncomfortable just like the other witnesses.  Because it
17    is uncomfortable.  It's uncomfortable for us to hear,
18    but you can't confuse someone's uncomfortability for the
19    fact that they were forced.  None of us would be able to
20    comfortably talk about what we do in our most intimate
21    moments.  That does not mean that they were trafficked.
22    They're all playing the roles they need to play.  This
23    was their hustle, and it might not be a glamorous hustle
24    for most people.  This is what they did for money, and
25    they could leave at any point.
```

1          On the flip side of this, I will acknowledge

2     there are real victims of sex trafficking.  It does

3     exist.  Any one of us could go to south Los Angeles on

4     Figueroa Street on any given night and see young women

5     being forced and trafficked.  That is sex trafficking.

6     What happened here when someone is free to leave, making

7     money, their trafficker is not taking all or most of

8     their money is voluntary.

9          Now, I want to address a little bit about the

10    Government's investigation.

11         There was a complete failure to look into any

12    evidence that was exculpatory because once the

13    Government decided this is sex trafficking, they didn't

14    want to look at anything else.  If you remember,

15    Detective Stewart testified -- or maybe it was Agent

16    Patrzalek, there was an e-mail that went back and forth

17    between them, and it was after the undercover call.  And

18    Detective Stewart told Agent Patrzalek, I've got

19    evidence of sex trafficking in this undercover call.  Do

20    you think the United States Attorneys office would be

21    interested in prosecuting?  But we saw there was no

22    evidence of sex trafficking.  This is what's called

23    confirmation by us.  Once the police decides we're going

24    to get this person, everything that they see is

25    confirming that.  But it was objective evidence.  There

1    was no sex trafficking.

2           We also heard that the agents -- the case

3    agents in this case, got a recording involving BaoBao,

4    telling someone, hey, do what I did, call my lawyer, and

5    just say you were trafficked.

6           MS. DIAZ:  Objection as to the purpose of this

7    evidence.  It was not for the truth.

8           THE COURT:  Overruled.

9           MS. CHRISTERNA:  I'm speaking in terms of what

10   the agent did.

11          THE COURT:  Yes, overruled.

12          MS. CHRISTERNA:  The agent received this

13   evidence, hey, just call this lawyer, tell them you

14   worked for Mei Xing, tell them you were trafficked,

15   we're all doing it, and we are fine.  The agent did

16   nothing to investigate this further.  The agent didn't

17   go to Taiwan to try to find David Liu to be like, hey,

18   were any of these women forced?  Did you really pay

19   them?  What were these checks?  He didn't bother, and

20   they have all these resources.

21          The other thing, the agent didn't even know

22   Garvey Therapy is still up and running by Melinda.  The

23   same Melinda that was a co-owner with Mei Xing.  The

24   same customers that came and allegedly raped these

25   women, it's -- are still going there, presumably,

```
1    because it's still open.  Anybody could go there today.
2    And the Government didn't even bother shutting it down
3    or investigate about it.
4            Even though we've been here a long time, there
5    is so much reasonable doubt in this case.
6            Mei Xing was running a business.  At times, she
7    was strict.  She ran a tight ship.  Anybody could leave.
8    People could get fired.  But she never forced anyone.
9    And nothing in her background would indicate she has any
10   ties to the Mafia.  Or what Alice -- Alice didn't even
11   say Mafia, if I remember correctly.  She said ties to
12   Mexicans and Vietnamese.  And if you saw Mei Xing, she
13   did get upset at times during her testimony.  It's
14   because she is being falsely accused of something she
15   didn't do.  And anybody would want to prove their
16   innocence if they were in the same situation.
17           Now, I want to talk to you a little bit about
18   the law because the Government is going to try, again,
19   to trick you and say there were all these threats.
20           MS. DIAZ:  Objection, it's an unfair
21   characterization.
22           THE COURT:  Sustained.
23           MS. CHRISTERNA:  The Government has to prove
24   that the defendant, Mei Xing, knew that by means of
25   force, threats of force, fraud, or coercion, or any
```

1    combination of induced caused these witnesses to engage

2    in a commercial sex act.  Now, starting with fraud.

3    This is what's important to keep in mind.  The

4    Government cannot claim that these women were defrauded

5    because what's important here, the law says, defendant

6    knew.  And we heard testimony from her when it came to

7    Alice, defendant was told that she worked at the massage

8    parlor in Thousand Oaks, and provided sex services

9    there.  And she was referred by a friend, named Cindy,

10   who was already working for Melinda who filled her in.

11   And so she knew what was going to happen if she came to

12   work, and she did it voluntarily.  And even if you were

13   not to believe that, she told us on the stand on her

14   first day before she even did any sex work, she

15   suspected what was going on.  And she said, I saw

16   customers how they interacted with the employees, and I

17   became suspicious.  And she didn't leave at that point.

18   She continued to work there for a year and a half.

19         We also heard Mei Xing tell us that Nico and

20   Ding Ding, before they started, their friend, Tina,

21   referred them.  And Tina told Mei Xing that Nico and

22   Ding Ding were working in hotels and houses providing

23   sex work.  And Sherry -- we heard about Sherry, was

24   their boss.  They knew, Tina told them, what type of job

25   they would be getting into.  And then we come to Vicki.

1    Again, Vicki, or Candy, witness 4, her roommate, worked
2    there, but she was also referred by Tina, and she work
3    in a house or a hotel -- or in hotels, and she was
4    scheduled for the whole year.  She also worked in
5    prostitution as Mei Xing found out in Malaysia.  She
6    hired her for a half a day, but she didn't really know
7    how to do massages, only sex work.  So Mei Xing said, I
8    decided not to have her back.  Mei Xing also found out
9    she had failed to go to a court appearance, and she
10   didn't want any trouble at her business.  And then Amy,
11   she worked two separate times for Mei Xing, as Mei Xing
12   told us.  The first time was in 2015, and then in 2016.
13   She wanted to come back.  Tina referred -- Jiayaun
14   referred her the first time.  Told her the nature of the
15   work.  And she started -- she left Mei Xing and started
16   providing sex services in a house in Santa Barbara, and
17   then Tina asked Mei Xing if she could come back because
18   people were being robbed in these types of businesses.
19   And Mei Xing said she could come back.  And the other
20   thing I want you to keep in mind when it comes to
21   evaluating the law, again, the threat has to be related
22   to inducing, and forcing someone into sex work.  It
23   can't be just random threats thrown out or on their last
24   day of work because that's not forcing them into sex
25   work.  And that's the only threats that we've heard

    1   about.  So there was no force, there was no threat of
    2   force.  No fraud, no coercion.  And it is a reasonable
    3   person standard.  So, again, yes, you have to ask
    4   yourself if you were in their shoes, what you would have
    5   done.  Maybe you would have gone to the police, but even
    6   if you couldn't have gone to the police, you could have
    7   gone to your husband, who is a U.S. citizen.  You had
    8   roommates.  You weren't completely alone in the world.
    9   You were on chat groups that had 500 plus massage
   10   workers where people are buying condoms and lingerie and
   11   you could have said, hey, I need help.  Your driver,
   12   whatever the case may be.
   13           You had $10,000 to invest in a massage
   14   business, a sex business.  You had $10,000 lying around
   15   for school.  For $20,000, you can plan your escape.  So,
   16   again, look at the objective evidence.  And if you
   17   remember, Ding Ding and Nico had a text.  And Ding Ding
   18   said, worst case scenario, none of us work here.  Now,
   19   this was a lengthy trial.  Some of the exercises were
   20   really long.  There were a lot of sidebars.  And I
   21   appreciate the sacrifice that you guys made to be here.
   22   But if it looks like we're fighting hard, we are.  It's
   23   because Ms. Xing's liberty is at stake.  And we need to
   24   expect more from the Federal Government when they choose
   25   to charge someone.  I'm getting ready to sit down.

```
 1    Promise.  And when I do, I won't get another opportunity
 2    to talk to you.  The Government gets to get back up one
 3    more time, and the reason for that is because they hold
 4    the burden.  And when they get up, they're going to
 5    repeat words like rape, force, fear, to get you in -- to
 6    invoke an emotion where you'll want to convict because
 7    the evidence is weak.  So they want you to play on that
 8    emotion, but I urge you to look at the objective
 9    evidence.  I want to take you back to 2018 when Mei Xing
10    was arrested.  She was interviewed by the police, and
11    being told she is being charged with human trafficking;
12    something she didn't do.  So, of course, she was scared.
13    And Luna and Ding Ding rushed to her neighbor's house to
14    try to bail her out.  And then they pick her up from
15    jail, and Mei Xing tells Ding Ding, sorry I fired you.
16    And Ding Ding said, don't worry about it, sister.  And
17    then they go and help her clean up her house because it
18    was ransacked by police.  A little while later, Nico
19    tries to help Mei Xing.  She says, this is crazy.  We
20    didn't do this.  Let's find witnesses that can help you.
21    And she takes Mei Xing to Brother Ding's house.  They
22    wanted to help her until they realized they, too, can
23    apply for a T-Visa.
24            And Mei Xing has had to sit here while witness
25    after witness came in and accused her, falsely, of
```

something so horrible -- something she did not do.  And
Ms. Steele asked her how she felt, and she said,
devastated.  Heartbroken.  You've seen the evidence --
the objective evidence here.  You've seen the videos.
The messages.  You've seen the pictures.  Mei Xing was a
madam.  There's no disputing that.  But she was not a
trafficker, and she is not guilty of all these counts.
Thank you.

        MS. DIAZ:  I know I'm the only thing standing
between you and getting to talk about this case finally.
And I only get to respond to what the arguments Defense
counsel make, you saw me furiously scribbling notes so
I'm going to try to organize myself.  But forgive me if
things are a little bit all over the place.  The
Defense's case is based on a complete misunderstanding
of the elements of sex trafficking.  There's no on and
off switch.  It's not you're a willing sex worker or
you're a victim.  This is a complicated case.  And there
are complicated factors that play here.  This is a case
not about simply voluntary sex work.  It's not about
immigration.  It's not about revenge.  It is about the
defendant and her conduct and her actions and the things
that she did that created an environment where her
employees, her victims, felt compelled to do what she
wanted.  Felt compelled to engage in sex acts that they

```
 1    otherwise would not have wanted to do.  It's not about
 2    an on and off switch.  You're forced into doing
 3    something, and then everything after that is
 4    trafficking, or you were willing once, and so nothing
 5    after that can possibly be trafficking.  The -- what
 6    you're asked to determine is whether the defendant's
 7    conduct caused any of the victims, individually, to
 8    engage in a commercial sex act one time during that
 9    period.  We submit to you that it was multiple times.
10    May have been many times.  There also may have been
11    times when there was a customer that wasn't that bad.  A
12    hundred fifty dollars, okay.  He won't hold you down and
13    rape you.  He won't cum on your face.  Maybe that was
14    okay for that one time.  Maybe there were five
15    customers.  Maybe there were 20 customers that were
16    okay.  If there was one that was not, but they felt
17    compelled to engage in a sex act, because of defendant's
18    conduct, that's sex trafficking.  There are a lot of
19    things thrown out during this trial that are meant to
20    distract you from this pivotal point about what the
21    elements of sex trafficking are.  And the evidence shows
22    that defendant's patterns and practices were rooted in
23    fraud and deceit.  They created an atmosphere of
24    coercion that caused the victims to fear and obey the
25    defendant, to give her money for the use of their bodies
```

```
 1    no matter where that happened.  At defendant's business,
 2    at her home, they couldn't even take a customer home.
 3    They couldn't even have a boyfriend because defendant
 4    wanted money --
 5             MS. STEELE:  Objection, misstates the evidence
 6    and the messages.
 7             THE COURT:  Sustained.
 8             MS. DIAZ:  Defendant wanted --
 9             MS. STEELE:  Move to strike.
10             THE COURT:  Stricken.
11             MS. DIAZ:  The defendant wanted the money --
12    part of the money.  She needed to get paid if the
13    victims used their bodies to engage in sex.  The
14    Government does not need to show that threats of
15    fraud -- that threats of force, fraud, or coercion was
16    the only motivating factor.  Yes, the victims were here
17    to make money.  That's the purpose.  That is why they
18    wanted a job.  They needed to make money.  You heard all
19    about the defendant's knowledge of the victims' status,
20    her knowledge of what their lives were like.  She knew
21    how much -- how much they needed money.  You heard her
22    tell you all her claims about their backgrounds.  Two of
23    them shared a bedroom.  Another two of them shared a
24    bedroom with a third person.  They shared a single bed.
25    They rotated who slept on the floor.  She says they had
```

```
 1    gambling addictions.  They had meth addictions.  They
 2    had family to support in China.  One had lost her home
 3    in China.  She knew all about their family in China from
 4    the same hometown.  She knew the sisters back there.
 5    She went to China.  She visited Alice's sister.  She
 6    knew everything about them.  She knew that they had a
 7    family in the U.S. to support.
 8          MS. CHRISTERNA:  Objection, misstates the
 9    evidence as to sister in China.
10          THE COURT:  Overruled.
11          MS. DIAZ:  She knew if they had a daughter that
12    needed tutoring.  She knew they had no massage license.
13    She knew that Nico had no status in the country.  She
14    knew all of this, and she exploited it.  She knew they
15    needed this job.  They needed to make money.  A place
16    with steady customers -- an elegant environment with a
17    lot of employees where it seemed safe to work; a place
18    that looked legitimate from the outside; a place where
19    it seemed like women had control over their own bodies.
20    They showed up, and they suspected, oh, maybe
21    something's happening over there in another room that
22    I'm not in.  The victims had the right to assume that
23    whatever was going on in that room was consensual with
24    that person.  They had the right to assume that they
25    would have the option to say, no; that they would not be
```

```
 1    held down, and forced into a sex act that they did not
 2    consent to.  Even if they were interested in doing sex
 3    work, even if they were okay with the hand job, and I'm
 4    sorry about the things that you've had to hear in this
 5    case -- but even if they were okay with something like
 6    that, that doesn't mean that they consented to
 7    involuntary sex work, that they consented to abuse, to
 8    degrading acts, to being choked, torn and bloodied, none
 9    of them expected that.  None of them signed up for that.
10    But defendant knew -- she told them that's how they all
11    act here.  It's not a big deal.  Consider the evidence
12    that defendant introduced in this case, the happy photos
13    that they just paraded for you.  Defendant, the Over
14    Lord surrounded by her victims.  These are supposedly
15    happy events, Alice's birthday.  Of course, there are
16    pictures where they're smiling.  Do you take pictures of
17    yourself after you've suffered a tragedy?  Lisa's house
18    warming.  Lisa testified that she didn't even know the
19    other women.  She had heard of them or met them once.
20    Defendant wanted to party so defendant brings her girls
21    along.
22              MS. CHRISTERNA:  Objection, that misstates the
23    evidence.
24              THE COURT:  Overruled.
25              MS. DIAZ:  You saw the videos.  The clips of
```

1  defendant and the her employees, her employees serving

2  her drinks, serving her food, like they're servants.  If

3  that wasn't indicative of their relationship, I don't

4  know what else is.  You saw that defendant claims that

5  her employees wanted her to make more money so they

6  stole a customer each, every day, from the other boss,

7  because they wanted her to make money.  And I submit to

8  you that the reason the victims didn't run away at the

9  time -- the reason that they showed up when defendant

10  called, they didn't know they were victims of human

11  trafficking.  They thought this was normal.  They were

12  told, this is how it is.  This is how things are.  They

13  didn't think of themselves as victims of human

14  trafficking.  They were rescued.  They learned after the

15  fact, oh, what I went through, that wasn't normal.  That

16  wasn't supposed to happen.

17          MS. CHRISTERNA:  Objection, Your Honor.  This

18  was never stated at trial.

19          THE COURT:  Sustained.

20          MS. CHRISTERNA:  Move to strike.

21          THE COURT:  Stricken.  Just that last part.

22          MS. DIAZ:  I submit to you that you can

23  consider what makes sense about the evidence of the

24  victims' behavior, and their motivations for coming

25  forward.

1           This thing about colluding for T-Visas.  Very

2    exciting topic.  The Government submits that T-Visas are

3    just another irrelevant slideshow in this case, but

4    because defendant has spent so much time on this issue,

5    I want to address it.  Defendant appears to claim that

6    you can't trust the victims because, according to her,

7    they were all lying to get T-Visas.  Let's talk about

8    why that argument makes no sense.  You've heard that

9    defendant's trafficking conduct came to light when two

10   women came forward.  Victim 1 and victim 2, BaoBao and

11   Alice.  And you know that those two women had green

12   cards.  They were LPR's.  They didn't need a T-Visa.

13   They never got a T-Visa.  There's no reason for them to

14   even have heard a T-Visa.  And so for the defendant to

15   claim that there is evidence that BaoBao was recruiting

16   other women to come forward so that they could get

17   T-Visas, that makes no sense.  BaoBao didn't get a

18   T-Visa.  She had a green card.

19           MS. CHRISTERNA:  Objection, Your Honor, there

20   was no testimony or evidence presented.

21           MS. DIAZ:  The defendant told you that she knew

22   BaoBao had a green card.

23           THE COURT:  Overruled.

24           MS. CHRISTERNA:  Your Honor, that was never

25   stated.

1           THE COURT:  Go ahead.

2           MS. DIAZ:  Your memory of the evidence

3    controls.  What I say is not evidence.  Your memory of

4    the evidence controls.  You have been patient and

5    thoughtful and careful in this case.  We know some of

6    you took notes, and your notes can refresh you.

7           In light of victim 1's actual status, the true

8    meaning of that recording or the -- or what you heard,

9    becomes clear.  You heard that victim 1 was telling

10   someone, this is the name of my attorney.  She can help

11   you.  Tell them what happened to you.  And you heard

12   that law enforcement supposedly disregarded exculpatory

13   evidence and disregarded, you know, all of this evidence

14   that didn't support the theory, you heard the agent

15   testify of everything that they did to -- to investigate

16   those claims.  They played the recording for the other

17   victims, they asked everyone about it, nobody had heard

18   that, nobody had heard another victim recruiting them to

19   come forward, to lie so that they could get a T-Visa,

20   and it makes no sense because BaoBao didn't get a

21   T-Visa.  Didn't need a T-Visa.  Victim 1 and 2 had

22   nothing to gain from coming forward.  And they had

23   everything to lose.  You heard my colleague talk about

24   coming forward and risking their LPR status if they

25   revealed that they were engaging in sex work.  Why would

 1    they come forward?  They wanted to stop Mei Xing because
 2    what she was doing was not right, and they realized,
 3    after the fact, that it wasn't.  You can see what it was
 4    like to come forward and talk about these things.  Why
 5    would they do that?  What did they gain?  What did
 6    victim 2, Alice, gain from coming here, and revealing
 7    the most intimate and horrifying details of her life?
 8            And the conspiracy about T-Visas falls apart
 9    when you hear the victims themselves talk about the
10    T-Visa.  Their understanding.  They had pending asylum,
11    two of them had pending asylum applications.  They
12    didn't need the work permit that the T-Visa got them.
13    They didn't need anything else.  Those pending asylum
14    applications are still pending.  They're safe.  You
15    heard defendant's immigration expert tell you that every
16    asylum application she has ever filed is still pending.
17    This is normal.  And the T-Visa changed nothing for
18    these victims.  They barely understand the benefits that
19    they get.  And so how is that a motivation for them to
20    come and tell you the intimate details of their life,
21    and what benefit do they gain from it that they didn't
22    already have from their pending asylum applications?
23    Two of them got derivative T-Visa status for their
24    children who have never even traveled to the
25    United States.  That defense theory makes no sense.

107

1          Now, make no mistake, the T-Visa is a valuable

2     benefit for deserving victims of sex trafficking.  And

3     they should absolutely receive all of the support and

4     benefits that come alongside it.  But the purpose of the

5     T-Visa testimony was for you to evaluate their bias and

6     their interest in testifying.  And their testimony

7     reveals their understanding of the T-Visa is not a

8     reason for them to come to court and talk to you.

9          And while we're on the topic, let's talk about

10    credibility of the victims.  The credibility of

11    witnesses in general because that's really at issue

12    here.  And so there are various things that the Court

13    will instruct you on what to consider when you're

14    evaluating witness credibility, and that includes the

15    opportunity and ability of victims, witnesses, to know

16    what they're talking about.  Whether it's first-hand

17    experience or whether it's hearsay upon hearsay upon

18    hearsay.  I heard that this person said to this person

19    to this person.  First-hand knowledge, and whether

20    someone's speaking about their own experience.  That's

21    something for you to consider.  Their memory.  These

22    events happened many years ago.  Things are blurry.  But

23    there are things that you have thought about, and can

24    remember more specifically because they're seared into

25    your memory.  Their manner while testifying.  You saw

```
 1    them.  You saw how emotional things were.  It's up to
 2    you to determine their credibility and believability.
 3    Their interest in the outcome and their bias or
 4    prejudice.  We've talked about the benefits -- we've
 5    talked about what about motivations the victims could
 6    have for testifying.  I'll ask you to consider the
 7    motivations of Defense's witnesses as well.  The
 8    motivation of defendant, who chose to testify.  Because
 9    she chose to testify, you can evaluate her testimony
10    just like everybody else's.  Her demeanor, her conduct,
11    her believability.  If what she was saying makes sense.
12              THE COURT:  Ms. Diaz --
13              MS. DIAZ:  Yes.
14              THE COURT:  -- let's begin to wrap it up, okay.
15              MS. DIAZ:  Yes.  We talked about Nico's phone.
16    They're not your boyfriends, they're my customers.  This
17    will not end well for you.  You heard that message in
18    defendant's voice on Nico's phone.  You saw cute
19    selfies.  You saw some messages where she was agreeing
20    to do sex work.  It's not an on or off switch.  That
21    doesn't negate the fact that she told you she was raped
22    by customers.
23              Oh, boy, let's talk about reasonable doubt real
24    quick.
25              Defense is right.  It's a high standard.  It's
```

```
 1    the highest standard in the legal -- in the courts.
 2    It's one we embrace.  It's the same standard that
 3    applies to every criminal case in this country.  Every
 4    person ever convicted of a crime has been found guilty
 5    beyond a reasonable doubt.  It's not magical.  It's not
 6    unattainable, and that's what we have here.  During this
 7    trial, you saw what it was like to be a victim of sex
 8    trafficking.  The ways Mei Xing did and continues to
 9    dehumanize and devalue her victims.  And I'm almost
10    done.  What was she wearing?  As if dressing sexy means
11    you'll have sex with anyone.  They were all on drugs.
12    They liked to party.  There was evidence of one night of
13    dancing.  October 3rd, 2018.  I remember that date.
14              They like the money.  They could have quit
15    anytime.  They wanted this life.
16              MS. CHRISTERNA:  Objection, Your Honor,
17    improper burden shifting and improper argument.
18              THE COURT:  Sustained.
19              MS. CHRISTERNA:  Move to strike.
20              THE COURT:  Stricken.
21              MS. DIAZ:  She's just a prostitute.  It doesn't
22    matter.
23              MS. CHRISTERNA:  Objection, Your Honor,
24    improper argument.  I never said that.
25              THE COURT:  Sustained.
```

1          MS. DIAZ:  These women were more than just

2     names on a ledger.  They were more than vessels for

3     defendant's enrichment.  They are victims of sex

4     trafficking.  Mei Xing's victims.  Defendant is guilty.

5     Thank you.

6          THE COURT:  Okay.

7          Members of the jury, you -- now that you have

8     heard all of the evidence, it is my duty to instruct you

9     on the law that applies to this case.  The copies of

10    these instructions will be available in the jury room

11    for you to consult.  It is your duty to weigh, and to

12    evaluate all the evidence received in the case and in

13    that process to decide the facts.  It is also your duty

14    to apply the law as I give it to you to the facts as you

15    find them whether you agree with the law or not.  You

16    must decide the case solely on the evidence and the law.

17    Do not allow personal likes or dislikes, sympathy,

18    prejudice, fear, or public opinion to influence you.

19    You should also not be influenced by any person's race,

20    color, religious beliefs, national ancestry, sexual

21    orientation, gender identity, gender, or economic

22    circumstances.  Also, do not allow yourself to be

23    influenced by personal likes or dislikes, sympathy,

24    prejudice, fear, public opinion, or biases, including

25    unconscious biases.  Unconscious biases are stereotypes,

 1    attitudes, or preferences that people may consciously

 2    reject, but may be expressed without conscious

 3    awareness, control, or intention.  You will recall that

 4    you took an oath promising to do so at the beginning of

 5    the case.  You must follow all of these instructions and

 6    not single out some, and ignore others.  They are all

 7    important.  Please do not read into these instructions

 8    or into anything I may have said or done as any

 9    suggestion as to what verdict you should return.  That

10    is a matter entirely up to you.

11         I instruct you that you must presume the

12    defendant to be innocent of the charge -- of the crimes

13    charged.  Thus, the defendant, although accused of

14    crimes in the indictment, begins the trial with a clean

15    slate with no evidence against her.  The indictment, as

16    you already know, is not evidence of any kind.  The law

17    permits nothing but legal evidence presented before the

18    jury in court to be considered in support of any charge

19    against the defendant.  The presumption of innocence

20    alone, therefore, is sufficient to acquit the defendant.

21         The burden is always upon the prosecution to

22    prove guilt beyond a reasonable doubt.

23         The burden never shifts to a defendant for the

24    law never imposes upon a defendant in a criminal case

25    the burden or duty of calling any witnesses or producing

1    any evidence.  The defendant is not even obligated to

2    produce any evidence by cross-examining the witnesses

3    for the Government.  It is not required that the

4    Government prove guilt beyond all possible doubt.  The

5    test is one of reasonable doubt.  A reasonable doubt is

6    a doubt based upon reason and common sense, the kind of

7    doubt that would make a reasonable person hesitate to

8    act.  Proof beyond a reasonable doubt must, therefore,

9    be proof of such a convincing character that a

10   reasonable person would not hesitate to rely and act

11   upon it in the most important of his or her own affairs.

12   Unless the Government proves beyond a reasonable doubt

13   that defendant has committed each and every element of

14   the offenses charged in the indictment, you must find

15   defendant not guilty of the offenses.  If the jury views

16   the evidence in the case as reasonably permitting either

17   of the two conclusions, one of innocence, the other of

18   guilt, the jury must, of course, adopt the conclusion of

19   innocence.

20          The indictment is not evidence.  The defendant

21   has pleaded not guilty to the charges.  The defendant is

22   presumed to be innocent unless and until -- until the

23   Government proves the defendant guilty beyond a

24   reasonable doubt.

25          In addition, the defendant does not have to

 1     testify or present any evidence.  The defendant does not

 2     have to prove innocence.  The Government has the burden

 3     of proving every element of the charges beyond a

 4     reasonable doubt.  You have heard testimony that the

 5     defendant made a statement.  It is for you to decide

 6     whether the defendant made the statement and, if so, how

 7     much weight to give it.  In making those decisions, you

 8     should consider all the evidence about the statement,

 9     including the circumstances under which the defendant

10     may have made it.

11          The defendant has testified.  You should treat

12     this testimony just as you would the testimony of any

13     other witness.  The evidence you are to consider in

14     deciding what the facts are consists of first, the sworn

15     testimony of any witness; second, the exhibits received

16     in evidence; and, third, any facts to which the parties

17     have agreed.

18          In reaching your verdict, you may consider only

19     the testimony and exhibits received in evidence.  The

20     following things are not evidence, and you may not

21     consider them in deciding what the facts are.  Question,

22     statements, objections, and arguments by the lawyers are

23     not evidence.  The lawyers are not witnesses.  Although

24     you must consider a lawyer's questions to understand the

25     answers of a witness, the lawyer's questions are not

1    evidence.  Similarly, what the lawyers have said in

2    their opening statements, closing arguments, and at

3    other times, is intended to help you interpret the

4    evidence, but it is not evidence.  If the facts as you

5    remember them differ from the ways the lawyers state

6    them, your memory of them controls.  Any testimony that

7    I have excluded, stricken, or instructed you to

8    disregard is not evidence.  In addition, some evidence

9    was received only for a limited purpose.  When I have

10   instructed you to consider certain -- certain evidence

11   in a limited way, you must do so.  Anything you may have

12   seen or heard when the Court was not in session is not

13   evidence.  You are to decide the case solely on the

14   evidence received at the trial.  Evidence may be direct

15   or circumstantial.  Direct evidence is direct proof of a

16   fact, such as testimony by a witness about what the

17   witness personally saw or heard or did.  Circumstantial

18   evidence is indirect evidence, that is, it is proof of

19   one or more facts from what you can find another fact.

20   You are to consider both direct and circumstantial

21   evidence.  Either can be used to prove any fact.  The

22   law makes no distinction between the weight to be given

23   to either direct or circumstantial evidence.  It is for

24   you to decide how much weight to give to any evidence.

25           In deciding the facts in this case, you may

 1    have to decide which testimony to believe, and which

 2    testimony not to believe.  You may believe everything a

 3    witness says or part of it or none of it.  In

 4    considering the testimony of any witness, you may take

 5    into account the following:  First, the opportunity and

 6    ability of the witness to see or hear or know the things

 7    testified to; second, the witness' memory; third, the

 8    witness' manner while testifying; fourth, the witness'

 9    interest in the outcome of the case, if any; fifth, the

10    witness' bias or prejudice, if any; sixth, whether other

11    evidence contradicted the witness' testimony; seventh,

12    the reasonableness of the witness' testimony in light of

13    all the evidence; and, eighth, any other factors that

14    bear on believability.  Sometimes a witness may say

15    something that is not consistent with something else he

16    or she said.  Sometimes different witnesses will give

17    different versions of what happened.  People often

18    forget things or make mistakes in what they remember.

19    Also, two people may see the same event, but remember it

20    differently.  You may consider these differences, but do

21    not decide the testimony as untrue just because it

22    differs from other testimony.

23            However, if you decide that a witness has

24    deliberately testified untruthfully about something

25    important, you may choose not to believe anything that

1    witness said.

2            On the other hand, if you think the witness

3    testified untruthfully about some things, told the truth

4    about others, you may accept the part you think is true

5    and ignore the rest.

6            The weight of the evidence as to a fact does

7    not necessarily depend on the number of witnesses who

8    testify.  What is important is how believable the

9    witnesses were and how much weight you think their

10   testimony deserves.

11           You have heard evidence that the defendant

12   committed other crimes, wrongs, or acts not charged

13   here.  You may consider this evidence only for its

14   bearing, if any, on the question of defendant's intent,

15   motive, opportunity, preparation, plan, purpose -- plan,

16   knowledge, identity, absence of mistakes, or absence of

17   accident, and for no other purpose.  You may not

18   consider this evidence as guilt of the crime for which

19   the defendant is now on trial.  You are here only to

20   determine whether the defendant is guilty or not guilty

21   of the charges in the indictment.  The defendant is not

22   on trial for any conduct or offense not charged in the

23   indictment.  A separate crime is charged against the

24   defendant in each count.  You must decide each count

25   separately.  Your verdict on one count should not

1    control your verdict on any other count.

2          You have heard testimony of witnesses who

3    testified in the Mandarin Chinese languages.  Witnesses

4    who do not speak English or are more proficient in

5    another language testified through an official

6    interpreter.

7          Although some of you may know the Mandarin

8    Chinese language, it is important that all jurors

9    consider the same evidence.  Therefore, you must accept

10   the interpreter's translation or the witness' testimony.

11   You must disregard any different meaning.

12         You must not make any assumptions about a

13   witness or a party based solely on the fact that an

14   interpreter was used.

15         You have heard about several statements by

16   witnesses in interviews and in voice notes.  In some of

17   these, the witnesses spoke only in the Mandarin Chinese

18   language.  During trial, the lawyers asked the witnesses

19   questions related to these statements.  The accuracy of

20   the translation of the statements is disputed in this

21   case.  Whether the parties have presented an accurate

22   translation of the statements in whole or in part is for

23   you to decide.  In considering whether the parties have

24   accurately described the words spoken, you should

25   consider the testimony presented to you regarding how

1     and by whom the translated -- the translation was made.

2     You may consider the knowledge, training, and experience

3     of the translator, the audibility of the recording as

4     well as the nature of the statement or conversation and

5     the reasonableness of the translation in light of all

6     the evidence in the case.

7               Although some of you may know the Mandarin

8     Chinese language, it is important that all jurors

9     consider the same evidence.  Therefore, you must not

10    rely in any way on any knowledge you may have of the

11    language spoken when these recordings or statements were

12    made.  Your consideration of the statements must be

13    based on the evidence in the case.  The indictment

14    charges that the offenses alleged were committed on or

15    about certain days -- dates.  Although it is necessary

16    for the Government to prove beyond a reasonable doubt

17    that the offenses were committed on dates reasonably

18    near the dates alleged in the indictment, it is not

19    necessary for the Government to prove that the offenses

20    were committed precisely on the dates charged.

21              An act is done knowingly if the defendant is

22    aware of the act, and does not act through ignorance,

23    mistake, or accident.  You may consider as evidence the

24    defendant's words, acts, or omissions along with all the

25    other evidence in deciding whether the defendant acted

1    knowingly.

2           The defendant is charge in Count 1, 3 --

3    Count 3 and Count 4 of the indictment with engaging in

4    sex trafficking by threats of force, fraud, or coercion

5    in violation of Section 1591 of Title 18 of the United

6    States Code.  For the defendant to be found guilty of

7    those charges, the Government must prove each of the

8    following elements beyond a reasonable doubt.  First,

9    the defendant knowingly recruited, enticed, harbored,

10   transported, provided, obtained, advertised, or

11   maintained by any means alleged victim 2, alleged victim

12   3, or alleged victim 4 to engage in a commercial sex act

13   or benefitted financially or by receiving anything of

14   value from participation in a venture that recruited,

15   enticed, harbored, transported, provided, obtained,

16   advertised, or maintained alleged victim 2, alleged

17   victim 3, or alleged victim 4 to engage in a commercial

18   sex act.

19          Second, the defendant knew or was in reckless

20   disregard of the fact that threats of force, fraud,

21   coercion, or any combination of such means, would be

22   used to cause alleged victim 2, alleged victim 3, or

23   alleged victim 4 to engage in commercial sex acts.  And,

24   third, the defendant's acts were in or affecting

25   Interstate or Foreign Commerce.

1          To convict the defendant of sex trafficking by

2     threats of force, fraud, or coercion, the Government

3     must prove that the defendant's conduct affected or

4     could have affected Interstate Commerce.  Conduct

5     affects Interstate Commerce if it -- if it in any way

6     involves, interferes with, changes, or alters the

7     movement or transportation or flow of goods,

8     merchandise, money, or other property in commerce

9     between or among the states or between the United States

10    and a foreign country.  The effect can be minimal.  It

11    is not necessary for the Government to prove that the

12    defendant knew or intended that her conduct would affect

13    Commerce.  It must prove only that the natural

14    consequences of her conduct affected Commerce in some

15    way.  Also, you do not have to find that there was an

16    actual effect on Commerce.  The Government must show

17    only that the natural result of the offense would be to

18    cause an effect on Interstate Commerce to any degree

19    however minimal or slight.

20          When you begin your deliberations, elect one

21    member of the jury as your foreperson who will preside

22    over the deliberations and speak for you here in court.

23    You will then discuss the case with your fellow jurors

24    to reach agreement if you can do so.  Your verdict,

25    whether it guilty or not guilty, must be unanimous.

Each of you must decide the case for yourself, but you should do so only after you have considered all the evidence, discussed it fully with other jurors, and listened to the views of your fellow jurors.  Do not be afraid to change your opinion if the discussion persuades you that you should.  But do not come to a decision simply because other jurors think it is right.

It is important that you attempt to reach a unanimous verdict, but, of course, only if each of you can do so after having made your own conscientious decision.

Do not change an honest belief about the weight and effect of the evidence simply to reach a verdict.  Perform these duties fairly and impartially.  Do not allow personal likes or dislikes, sympathy, prejudice, fear, or public opinion to influence you.  You should also not be influenced by any person's race, color, religious beliefs, national ancestry, sexual orientation, gender identity, gender, or economic circumstances.  Also, do not allow yourself to be influenced by personal likes or dislikes, sympathy, prejudice, fear, public opinion, or biases including unconscious biases.  Unconscious biases are stereotypes, attitudes, or preferences that people may consciously reject, but may be expressed without conscious

1    awareness, control, or intention.  It is your duty, as

2    jurors, to consult with one another and to deliberate

3    with one another with the view towards reaching an

4    agreement if you can do so.  During your deliberations,

5    you should not hesitate to reexamine your own views and

6    change your opinion if you become persuaded that it is

7    wrong.  Because you must base your verdict only on the

8    evidence received in the case and on these instructions,

9    I remind you that you must not be exposed to any other

10   information about the case or to the issues it involves.

11   Except for discussing the case with your fellow jurors

12   during your deliberations, do not communicate with

13   anyone in any way and do not let anyone else communicate

14   with you in any way about the merits of the case or

15   anything to do with it.

16        This restriction includes discussing the case

17   in person, in writing, by phone, tablet, computer, or

18   any other means via it e-mail or text messaging or any

19   Internet chat room, blog, website, or any other forms of

20   social media.  This restriction applies to communicating

21   with your family members, your employer, the media or

22   press, and the people involved in the trial.  If you are

23   asked or approached in any way about your jury service

24   or anything about this case, you must respond that you

25   have been ordered not to discuss the matter and to

1    report the contact to the Court.

2              Do not read, watch, or listen to any news or

3    media accounts or commentary about the case or anything

4    to do with it.  Do not do any research such as

5    consulting dictionaries, searching the Internet, or

6    using other reference materials, and do not make any

7    investigation or in any way, try to learn about the case

8    on your own.

9              The law requires these restrictions to ensure

10   the parties have a fair trial based on the same evidence

11   that each party has had an opportunity to address.  A

12   juror who violates these restrictions jeopardizes the

13   fairness of these proceedings and a mistrial could

14   result that would require the entire process to start

15   over.  If any juror is exposed to outside information,

16   please notify the Court immediately.

17             Some of you have taken notes during the trial.

18   Whether or not you took notes, you should rely on your

19   own memory of what was said.  Notes are only to assist

20   your memory.  You should not be overly influenced by

21   your notes or those of your fellow jurors.  The

22   punishment provided by law for this crime is for the

23   Court to decide.  You may not consider punishment in

24   deciding whether the Government has proved its case

25   against the defendant beyond a reasonable doubt.  A

```
1   verdict form has been prepared for you.  After you have
2   reached unanimous agreement on a verdict, your
3   foreperson should complete the verdict form according to
4   your deliberations, sign and date it, and advise the
5   clerk that you are ready to return to the courtroom.  If
6   it becomes necessary during your deliberations to
7   communicate with me, you may send a note through the
8   clerk, signed by any one or more of you.  No member of
9   the jury should ever attempt to communicate with me
10  except by a signed writing, and I will respond to the
11  jury concerning the case only in writing or here in open
12  court.
13          If you send out a question, I will consult with
14  the lawyers before answering it which may take some
15  time.  You may continue your deliberations while waiting
16  for the answer to any question.  Remember that you are
17  not to tell anyone, including me, how the jury stands,
18  numerically or otherwise, on any question submitted to
19  you, including the question of the guilt of the
20  defendant, until after you have reached a unanimous
21  verdict or have been discharged.
22          THE COURT:  Okay.  Will the clerk please swear
23  in the bailiff.
24  **BAILIFF, SWORN**.
25          THE CLERK:  Do you solemnly swear to keep this
```

```
 1   jury together in some private and convenient place and
 2   say you will not permit any person to speak or
 3   communicate with them nor do so yourself unless by order
 4   of the Court or to ask them whether they have agreed
 5   upon a verdict, and that you will return them into court
 6   when they are -- they have so agreed or when ordered by
 7   the Court so help you God?
 8              THE BAILIFF:  I do.
 9              THE CLERK:  Thank you.
10              All rise.
11              (Whereupon, the following was held outside
12              the presence of the jury:)
13              THE COURT:  Okay.  Yeah.  Yeah.  Go ahead.
14   Just -- you can sit there.  You can be seated.  Just
15   make sure you leave a phone number where you can be
16   reached.  Try not to be more than ten minutes away if
17   anything comes up.
18              MS. STEELE:  Your Honor, is the Court going to
19   tell the alternates not to discuss or are they going to
20   be in another room?
21              THE COURT:  They're going to be in another
22   room.
23              MS. STEELE:  Very well.
24              THE COURT:  Yeah.
25              MS. DIAZ:  Your Honor, a couple of things.  I
```

1    just wanted to confirm that Defense does not want the

2    indictment to go back to the jury.

3           THE COURT:  I don't send it back so.

4           MS. DIAZ:  Okay.  And the jury instructions

5    regarding, Instruction Number 33 on page 37.

6           THE COURT:  Uh-huh.

7           MS. DIAZ:  First, the defendant -- paragraph 8

8    includes advertised, and advertised was not in the

9    indictment.

10          THE COURT:  Oh, it wasn't?  Okay.

11          MS. DIAZ:  And so I wanted --

12          THE COURT:  Well, I can -- before we send them

13   back, I don't know if they've gone back yet, I can --

14   if -- I can -- we can print out that page, and take it

15   out.  I mean, I read it to them, but they're not going

16   to remember that one word.  I'll do that -- we haven't

17   sent the copies back.  So, are you okay with that?

18          MS. STEELE:  I wonder if the Court should just

19   bring them back in, and just let them know that that's

20   not something that they should be considering?

21          THE COURT:  Yeah, I probably should do that.

22   Let me -- we'll take a short recess, and I'll have them

23   all brought back then.  Thank you.

24          MS. DIAZ:  I just ask the Court to re-read the

25   instruction and exclude that word.

```
 1            THE COURT:  Yeah, I can -- I can do that, and
 2   I'll bring -- but let's take a short recess, and then
 3   I'll bring them back.
 4            MS. STEELE:  Your Honor, we would ask the Court
 5   to just identify for them the difference just so that
 6   they'll understand that that word is, you know, taken
 7   out.
 8            THE COURT:  I will.
 9            MS. STEELE:  Thank you.
10            MR. LARA:  Your Honor, just so we're very, very
11   clear, I believe that we only need to take out the
12   advertised in Section A, but not in Section B because I
13   believe that's what we did in the indictment, but we
14   will confirm --
15            THE COURT:  Okay.
16            MR. LARA:  -- before we do this.
17            THE COURT:  Okay.
18            MR. LARA:  Thank you.
19            (Whereupon the following was held in the
20                    presence of the jury:)
21            THE COURT:  Okay.  We're back on the record.
22   I -- I have one -- another instruction I want to re-read
23   to you, but -- and I didn't want to have you miss the
24   experience of sitting through another sidebar.  So I'm
25   going to have the lawyers come up to sidebar.
```

```
 1                        (Sidebar.)
 2              THE COURT:  Okay.  So -- just so we're -- just
 3    so we're clear, according to our internal -- it comes
 4    out of both paragraphs?
 5              MS. STEELE:  Yes.
 6              MR. LARA:  Yes, Your Honor.
 7              THE COURT:  I just wanted to make sure because
 8    that's why I wanted, and I wanted to see you guys one
 9    last time.  You know that.
10              MR. LARA:  Thank you, Your Honor.
11              MS. DIAZ:  I want to confirm for the record
12    that Mr. Lara tried to get me to ask for a sidebar and
13    so --
14              THE COURT:  -- during that time --
15              MS. DIAZ:  -- and so I blame myself for --
16              THE COURT:  It's okay.  It's okay.  No, no.  We
17    were able to get them back right way.  So there was
18    no harm, no foul.  It only took -- we found -- one or
19    two of the alternates already left.  But they're
20    supposed to stay.
21              MS. DIAZ:  Yeah.  Okay.
22              THE COURT:  They sent them home.  Okay.  Thank
23    you.
24                        (Sidebar concluded.)
25              THE COURT:  The -- I'm going to read you an
```

```
1   instruction again that I read earlier.  The only
2   difference is, just so you understand, is I'm leaving
3   out the word "advertised" from what I said earlier.
4   Okay?  And when we send the copy of the instructions
5   back, it will be the correct version -- it will be
6   corrected.  The defendant is charged in Count 1,
7   Count 3, and Count 4 of the indictment with engaging in
8   sex trafficking by threats of force, fraud, or coercion
9   in violation of Section 1591 of Title 18 of the United
10  States Code.  For the defendant to be found guilty of
11  those charges, the Government must prove each of the
12  following elements beyond a reasonable doubt:  First,
13  the defendant knowingly recruited, enticed, harbored,
14  transported, provided, obtained, or maintained by any
15  means alleged victim 2, alleged victim 3, or alleged
16  victim 4 to engage in a commercial sex act or benefitted
17  financially or by receiving anything of value from
18  participation in a venture that recruited, enticed,
19  harbored, transported, provided, obtained, or maintained
20  alleged victim 2, alleged victim 3, or alleged victim 4
21  to engage in a commercial sex act.  Second, the
22  defendant knew or was in reckless disregard of the fact
23  that threats of -- that threats of force, fraud, or
24  coercion, or any combination of such means, would be
25  used to cause alleged victim 2, alleged victim 3, or
```

```
 1    alleged victim 4 to engage in a commercial sex act.
 2    And, third, the defendant's acts were in or affecting
 3    Interstate Commerce.  Okay.  So now we will let you get
 4    back to lunch and your deliberations.  Thank you.
 5              (Whereupon, the following was held outside
 6              the presence of the jury:)
 7              THE COURT:  Same instructions, leave a phone
 8    number and -- so we can get a hold of you to get you
 9    here within ten minutes and we'll -- we'll see you
10    later.  Thank you.
11              MS. DIAZ:  Thank you, Your Honor.
12              MR. LARA:  Thank you, Your Honor.
13              (Deliberations.)
14
15
16
17
18
19
20
21
22
23
24
25
```

# C E R T I F I C A T E

[!PLAINTIFF NAME]                          :

            vs.                           : No. ^

[!DEFENDANT NAME]                         :

I, MARIA BUSTILLOS, OFFICIAL COURT REPORTER, IN AND FOR THE

UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF

CALIFORNIA, DO HEREBY CERTIFY THAT PURSUANT TO SECTION 753,

TITLE 28, UNITED STATES CODE, THE FOREGOING IS A TRUE AND

CORRECT TRANSCRIPT OF THE STENOGRAPHICALLY REPORTED

PROCEEDINGS HELD IN THE ABOVE-ENTITLED MATTER AND THAT THE

TRANSCRIPT PAGE FORMAT IS IN CONFORMANCE WITH THE REGULATIONS

OF THE JUDICIAL CONFERENCE OF THE UNITED STATES.

FEES CHARGED FOR THIS TRANSCRIPT, LESS ANY CIRCUIT FEE

REDUCTION AND/OR DEPOSIT, ARE IN CONFORMANCE WITH THE

REGULATIONS OF THE JUDICIAL CONFERENCE OF THE UNITED STATES.


_____/S/_____          //___

MARIA R. BUSTILLOS                 DATE
OFFICIAL REPORTER

**$**

**$10,000** [5] - 33:15, 66:11, 78:19, 96:13, 96:14
**$2,000** [2] - 47:3, 47:16
**$20,000** [1] - 96:15
**$200,000** [1] - 13:19
**$3,000** [1] - 14:8
**$30** [1] - 45:22
**$35** [1] - 48:14
**$4,000** [1] - 14:8
**$40** [1] - 13:1
**$52,000** [1] - 14:13
**$686,200** [1] - 13:3
**$80** [1] - 24:5

**/**

**/S** [1] - 131:22

**1**

**1** [6] - 15:3, 104:10, 105:9, 105:21, 119:2, 129:6
**1's** [1] - 105:7
**1,000** [1] - 20:19
**10100** [1] - 3:4
**10th** [1] - 9:9
**11:24** [1] - 6:3
**12254** [1] - 1:22
**13TH** [2] - 2:6, 2:11
**14** [1] - 38:21
**15** [4] - 15:9, 39:8, 82:24, 83:5
**150** [1] - 68:12
**1591** [2] - 119:5, 129:9
**16** [5] - 1:19, 6:1, 39:8, 82:24, 83:5
**17** [1] - 12:22
**18** [2] - 119:5, 129:9
**1961417** [1] - 12:15
**1ST** [1] - 1:23

**2**

**2** [22] - 7:6, 7:7, 10:9, 10:13, 10:25, 12:21, 15:4, 20:12, 66:1, 72:2, 73:2, 77:21, 87:10, 104:10, 105:21, 106:6, 119:11, 119:16, 119:22, 129:15, 129:20, 129:25
**20** [1] - 99:15
**20,000** [1] - 73:19
**20-00228-FMO** [2] - 1:10, 55:7
**200** [1] - 68:12
**2010** [1] - 11:5

**2012** [2] - 9:8, 20:20
**2013** [2] - 53:5, 76:11
**2014** [1] - 76:14
**2015** [2] - 74:1, 95:12
**2016** [3] - 53:7, 76:15, 95:12
**2017** [9] - 15:6, 15:12, 22:21, 29:5, 76:19, 76:21, 77:1, 77:7, 78:6
**2018** [23] - 9:9, 15:7, 15:13, 20:15, 20:20, 22:3, 22:8, 22:9, 22:23, 29:5, 38:4, 50:22, 53:7, 65:25, 67:20, 69:10, 77:14, 77:16, 80:7, 80:13, 85:13, 97:9, 109:13
**2020** [1] - 50:22
**2022** [4] - 31:11, 69:21, 70:1, 70:12
**2023** [2] - 1:19, 6:1
**213** [1] - 1:25
**213)736-8148** [1] - 3:9
**213)894-0081** [1] - 2:18
**213)894-0302** [1] - 2:7
**213)894-0427** [1] - 2:12
**213)894-2854** [1] - 2:18
**222** [1] - 2:22
**23rd** [2] - 9:9, 15:13
**26** [1] - 77:23
**28** [1] - 131:13
**2ND** [1] - 2:17

**3**

**3** [25] - 7:6, 7:8, 10:9, 10:14, 14:17, 14:22, 14:25, 15:8, 15:11, 18:24, 19:2, 19:3, 34:13, 40:4, 79:18, 89:8, 119:2, 119:3, 119:12, 119:17, 119:22, 129:7, 129:15, 129:20, 129:25
**3's** [1] - 67:20
**30** [2] - 12:24, 80:18
**301** [1] - 2:22
**310)552-5058** [1] - 3:5
**312** [2] - 2:6, 2:10
**321** [1] - 2:17
**33** [1] - 126:5
**350** [1] - 1:23
**37** [1] - 126:5
**3rd** [1] - 109:13

**4**

**4** [20] - 7:7, 7:9, 10:9, 10:14, 14:23, 15:10,

34:3, 34:11, 59:4, 87:10, 89:8, 95:1, 119:3, 119:12, 119:17, 119:23, 129:7, 129:16, 129:20, 130:1
**412** [12] - 19:12, 19:24, 42:6, 45:1, 54:5, 55:21, 56:3, 56:6, 56:11, 57:8, 59:21, 64:13
**421** [1] - 19:22
**4455** [1] - 1:24
**47** [1] - 12:24

**5**

**50/50** [1] - 83:18
**500** [1] - 96:9
**5th** [1] - 65:25

**6**

**6** [2] - 4:3, 87:11
**61** [1] - 9:4
**620-0040** [1] - 1:25
**626)405-4910** [1] - 2:23

**7**

**7,000** [1] - 73:18
**7001** [1] - 31:5
**753** [1] - 131:12

**8**

**8** [1] - 126:7
**8819** [4] - 33:15, 74:18, 77:9, 78:11
**8858** [2] - 45:6, 86:1
**8:30** [1] - 74:22

**9**

**90012** [4] - 1:24, 2:7, 2:11, 2:17
**90015** [1] - 3:9
**90067** [1] - 3:5
**91011** [1] - 2:23
**919** [1] - 3:8

**A**

**A.M** [1] - 6:3
**ability** [5] - 17:20, 31:17, 31:22, 107:15, 115:6
**able** [23] - 6:24, 20:16, 25:25, 32:9, 32:14, 33:24, 34:25, 51:14, 56:4, 56:8, 56:13,

56:22, 57:18, 59:11, 60:6, 63:4, 67:2, 67:21, 68:1, 68:5, 73:16, 90:19, 128:17
**ABOVE** [1] - 131:15
**ABOVE-ENTITLED** [1] - 131:15
**absence** [2] - 116:16
**absolutely** [2] - 68:9, 107:3
**abuse** - 16:18, 16:19, 102:7
**abusive** [2] - 44:22, 50:1
**accept** [4] - 12:25, 41:10, 116:4, 117:9
**accepted** [3] - 11:25, 24:18, 27:2
**accepting** [1] - 24:24
**access** [1] - 67:11
**accident** [2] - 116:17, 118:23
**according** [3] - 104:6, 124:3, 128:3
**account** [4] - 12:7, 12:15, 12:16, 115:5
**accounts** [1] - 123:3
**accuracy** [1] - 117:19
**accurate** [2] - 37:17, 117:21
**accurately** [2] - 60:21, 117:24
**accused** [4] - 85:5, 93:14, 97:25, 111:13
**acknowledge** [1] - 91:1
**acknowledged** [1] - 47:2
**acquit** [1] - 111:20
**act** [33] - 6:11, 7:12, 7:23, 8:6, 8:12, 8:18, 10:10, 10:14, 16:6, 16:10, 19:16, 24:3, 24:4, 25:3, 42:21, 54:9, 54:15, 83:3, 94:2, 99:8, 99:17, 102:1, 102:11, 112:8, 112:10, 118:21, 118:22, 119:12, 119:18, 129:16, 129:21, 130:1
**acted** [3] - 36:15, 36:18, 118:25
**acting** [1] - 17:16
**actions** [4] - 28:17, 32:13, 43:4, 98:22
**activities** [1] - 7:2
**activity** [1] - 17:16
**acts** [8] - 6:25, 7:13, 7:24, 8:13, 8:17, 9:22, 11:19, 11:23, 13:1, 15:16, 17:8, 17:11, 19:4, 20:2, 24:23, 29:3, 42:9, 42:13, 42:14, 42:16,

42:23, 44:9, 44:15, 49:18, 62:12, 98:25, 32
102:8, 116:12, 118:24, 119:23, 119:24, 130:2
**actual** [3] - 78:15, 105:7, 120:16
**ad** [2] - 21:4, 81:21
**add** [1] - 64:7
**added** [1] - 18:15
**addictions** [2] - 101:1
**addition** [2] - 112:25, 114:8
**address** [8] - 26:6, 51:25, 61:15, 61:18, 90:7, 91:9, 104:5, 123:11
**addressed** [1] - 82:3
**addresses** [1] - 70:21
**admit** [2] - 9:16, 33:17
**admitted** [17] - 11:4, 12:22, 13:6, 13:9, 14:9, 21:5, 33:9, 49:16, 49:17, 49:19, 49:23, 49:24, 50:1, 50:14, 50:19, 61:22, 70:25
**admitting** [1] - 33:22
**adopt** [1] - 112:18
**ads** [5] - 11:4, 21:16, 22:2, 24:11, 81:24
**adult** [1] - 75:8
**adultlook.com** [2] - 9:14, 21:13
**advantage** [3] - 17:21, 28:17, 57:9
**advertise** [2] - 9:1, 9:2
**advertised** [7] - 10:13, 119:10, 119:16, 126:8, 127:12, 129:3
**advertisement** [1] - 20:25
**advertisements** [21] - 9:4, 9:7, 9:10, 9:13, 9:17, 9:20, 10:16, 10:19, 10:25, 11:1, 11:7, 20:17, 20:19, 20:21, 20:24, 21:7, 21:24, 22:7, 22:8, 23:9, 23:10
**advertising** [5] - 21:13, 21:20, 21:21, 50:24, 51:1
**advise** [1] - 124:4
**affairs** [1] - 112:11
**affect** [2] - 53:25, 120:12
**affected** [3] - 120:3, 120:4, 120:14
**affecting** [4] - 8:13, 8:17, 119:24, 130:2
**affects** [5] - 8:19, 8:20, 8:24, 53:24, 120:5
**afraid** [3] - 48:10, 51:7, 121:5

UNITED STATES DISTRICT COURT

**afterwards** [3] - 35:20, 36:15, 45:7
**agent** [6] - 92:10, 92:12, 92:15, 92:16, 92:21, 105:14
**Agent** [5] - 9:3, 20:16, 31:8, 91:15, 91:18
**agents** [3] - 10:19, 92:2, 92:3
**aggressive** [1] - 48:17
**ago** [3] - 7:1, 49:19, 107:22
**agree** [3] - 62:2, 68:7, 110:15
**agreed** [2] - 113:17, 125:4, 125:6
**agreeing** [1] - 108:19
**agreement** [3] - 120:24, 122:4, 124:2
**ahead** [19] - 6:6, 7:21, 24:15, 30:3, 34:8, 34:12, 41:6, 45:18, 50:8, 50:18, 53:14, 53:16, 55:17, 58:25, 59:2, 65:24, 105:1, 125:13
**alarmed** [1] - 24:4
**ALBANY** [1] - 3:8
**Alice** [36] - 12:21, 15:4, 20:11, 65:25, 66:3, 66:12, 66:13, 66:15, 71:8, 72:2, 72:18, 73:1, 73:3, 73:12, 74:17, 74:20, 75:11, 76:3, 77:7, 77:14, 77:15, 77:16, 77:21, 79:8, 85:11, 85:12, 85:17, 87:10, 89:3, 89:5, 89:6, 93:10, 94:7, 104:11, 106:6
**Alice's** [3] - 79:14, 101:5, 102:15
**Alice/Hung** [1] - 7:7
**alleged** [25] - 11:20, 38:3, 67:4, 68:3, 71:10, 118:14, 118:18, 119:11, 119:12, 119:16, 119:17, 119:22, 119:23, 129:15, 129:20, 129:25, 130:1
**allegedly** [5] - 79:7, 80:5, 80:7, 83:3, 92:24
**allergy** [1] - 43:25
**allow** [6] - 54:24, 65:15, 110:17, 110:22, 121:15, 121:20
**allowed** [6] - 11:13, 53:9, 56:15, 57:3, 65:9
**almost** [6] - 10:24, 14:13, 17:22, 20:19,

51:16, 109:9
**alone** [3] - 9:10, 96:8, 111:20
**alongside** [1] - 107:4
**ALSO** [1] - 3:12
**altercation** [1] - 66:14
**alternates** [2] - 125:19, 128:19
**alters** [1] - 120:6
**Alvarez** [3] - 31:4, 31:10, 31:13
**America** [3] - 6:16, 48:23, 52:23
**AMERICA** [4] - 1:7, 2:4, 3:3, 3:7
**American** [2] - 20:7, 79:5
**amount** [1] - 12:17
**amounts** [1] - 68:21
**Amy** [11] - 47:23, 70:25, 85:11, 85:17, 85:18, 85:24, 85:25, 86:3, 86:4, 86:5, 95:10
**Amy/Xiao** [1] - 82:1
**anal** [2] - 7:14, 7:17
**ancestry** [2] - 110:20, 121:18
**AND** [3] - 131:10, 131:13, 131:15
**AND/OR** [1] - 131:19
**ANGELES** [8] - 1:18, 1:24, 2:7, 2:11, 2:17, 3:5, 3:9, 6:1
**Angeles** [4] - 38:17, 39:10, 39:19, 91:3
**anger** [1] - 87:3
**angle** [1] - 43:13
**angry** [5] - 47:4, 47:16, 49:12, 49:13, 52:22
**Anna** [1] - 12:15
**answer** [2] - 68:9, 124:16
**answered** [1] - 21:4
**answering** [1] - 124:14
**answers** [1] - 113:25
**ANY** [1] - 131:18
**anytime** [1] - 109:15
**anyway** [2] - 33:13, 33:24
**apart** [1] - 106:8
**apartment** [1] - 86:1
**apologies** [2] - 14:24, 23:5
**appearance** [1] - 95:9
**appeared** [2] - 30:24, 55:23
**application** [1] - 106:16
**applications** [3] - 106:11, 106:14, 106:22
**applied** [4] - 81:18,

81:20, 86:9, 87:16
**applies** [5] - 8:16, 67:9, 109:3, 110:9, 122:20
**apply** [4] - 10:22, 87:17, 97:23, 110:14
**appointments** [2] - 11:25, 12:12
**appreciate** [1] - 96:21
**approached** [1] - 122:23
**appropriate** [1] - 65:15
**April** [4] - 15:7, 22:25, 76:19
**ARE** [1] - 131:19
**area** [2] - 38:17, 39:10
**argued** [2] - 56:9, 62:6
**argument** [23] - 28:11, 29:22, 29:23, 34:7, 56:24, 58:8, 58:14, 59:1, 59:22, 60:2, 60:9, 60:11, 60:20, 60:22, 62:11, 63:8, 63:12, 63:20, 63:24, 64:12, 104:8, 109:17, 109:24
**arguments** [7] - 55:20, 59:25, 62:19, 64:8, 98:11, 113:22, 114:2
**ARGUMENTS** [3] - 1:17, 6:4, 65:23
**ARGUMENTS........** [1] - 4:3
**arm** [1] - 35:16
**arms** [2] - 35:18, 49:13
**arranged** [5] - 11:25, 26:10, 28:24, 36:3, 43:18
**arranging** [1] - 51:3
**arrest** [2] - 9:9, 80:9
**arrested** [7] - 16:21, 57:16, 57:17, 57:18, 76:17, 83:14, 97:10
**arrests** [5] - 57:13, 58:3, 58:5, 58:10, 81:9
**arrived** [3] - 34:14, 34:18, 50:2
**arrives** [1] - 74:21
**articulate** [1] - 79:25
**aside** [1] - 34:3
**assault** [1] - 35:19
**assign** [2] - 33:12, 87:20
**assist** [1] - 123:19
**assume** [2] - 101:22, 101:24
**assumptions** [1] - 117:12
**asylum** [7] - 81:18, 81:20, 106:10, 106:11, 106:13, 106:16, 106:22
**AT** [1] - 6:3
**atmosphere** [5] -

39:15, 43:22, 44:20, 99:23
**attempt** [2] - 121:8, 124:9
**attitudes** [2] - 111:1, 121:24
**ATTORNEY** [2] - 2:5, 2:9
**attorney** [4] - 78:5, 85:16, 85:18, 105:10
**Attorneys** [1] - 91:20
**audibility** [1] - 118:3
**audiences** [1] - 23:12
**August** [1] - 76:15
**authorization** [2] - 41:24, 43:24
**automatically** [1] - 7:12
**available** [3] - 9:1, 70:4, 110:10
**average** [1] - 73:18
**avoid** [4] - 17:25, 18:2, 33:1, 68:14
**aware** [1] - 118:22
**awareness** [2] - 111:3, 122:1

## B

**backdoor** [1] - 48:13
**backfired** [1] - 72:15
**background** [3] - 17:14, 77:22, 93:9
**backgrounds** [1] - 100:22
**Backpage** [1] - 51:1
**backstory** [1] - 38:19
**bad** [14] - 32:12, 32:22, 33:5, 33:8, 33:10, 33:11, 44:4, 44:21, 47:1, 47:2, 48:19, 49:25, 50:2, 99:11
**bail** [1] - 97:14
**bailiff** [1] - 124:23
**BAILIFF** [2] - 124:24, 125:8
**bank** [3] - 12:7, 12:15, 12:16
**BaoBao** [14] - 66:2, 76:19, 77:16, 85:11, 85:12, 85:13, 85:16, 92:3, 104:10, 104:15, 104:17, 104:22, 105:20
**BaoBao's** [1] - 47:20
**Barbara** [1] - 95:16
**barely** [1] - 106:18
**barrier** [1] - 35:13
**barriers** [1] - 33:13
**base** [1] - 122:7
**based** [8] - 16:13, 60:18, 64:11, 98:15, 112:6, 117:13, 118:13, 123:10

**basic** [1] - 75:24
**Bates** [1] - 87:18
**bear** [1] - 115:14
**bearing** [1] - 116:14
**became** [2] - 16:1, 94:17
**become** [2] - 89:16, 122:6
**becomes** [2] - 105:9, 124:6
**bed** [3] - 14:18, 43:14, 100:24
**bedroom** [11] - 9:24, 12:14, 14:12, 14:17, 15:2, 27:6, 35:14, 43:13, 49:23, 100:23, 100:24
**beforehand** [2] - 56:12, 56:15
**began** [1] - 26:22
**begin** [2] - 108:14, 120:20
**beginning** [1] - 111:4
**begins** [1] - 111:14
**behalf** [1] - 39:17
**BEHALF** [4] - 2:4, 2:14, 3:2, 3:7
**behavior** [1] - 103:24
**behind** [1] - 71:16
**belief** [1] - 121:12
**beliefs** [2] - 110:20, 121:18
**believability** [3] - 108:2, 108:11, 115:14
**believable** [1] - 116:8
**believes** [1] - 15:9
**below** [1] - 10:24
**benefit** [5] - 18:15, 24:8, 52:13, 106:21, 107:2
**benefits** [5] - 12:9, 89:15, 106:18, 107:4, 108:4
**benefitted** [7] - 8:7, 10:10, 12:4, 12:20, 54:12, 119:13, 129:16
**best** [4] - 28:4, 28:5, 40:5, 68:8
**better** [1] - 33:3
**between** [9] - 35:25, 46:2, 68:22, 85:2, 91:17, 98:10, 114:22, 120:9
**beyond** [17] - 8:1, 55:22, 83:21, 84:13, 84:14, 84:23, 109:5, 111:22, 112:4, 112:8, 112:12, 112:23, 113:3, 118:16, 119:8, 123:25, 129:12
**bias** [3] - 107:5, 108:3, 115:10
**biases** [6] - 110:24,

134

**110**:25, **121**:22, **121**:23
**big** [12] - **6**:9, **6**:10, **35**:14, **36**:9, **36**:14, **36**:20, **43**:6, **43**:18, **43**:20, **72**:19, **74**:1, **102**:11
**bigger** [1] - **34**:24
**biggest** [1] - **79**:24
**birth** [1] - **81**:9
**birthday** [4] - **12**:16, **71**:9, **78**:6, **102**:15
**bit** [7] - **14**:15, **34**:3, **38**:19, **74**:15, **91**:9, **93**:17, **98**:14
**bizarre** [1] - **32**:24
**black** [6] - **6**:17, **30**:14, **30**:18, **49**:9, **80**:19, **82**:17
**blackmail** [3] - **18**:11, **26**:11, **52**:9
**blame** [1] - **128**:15
**bleeding** [1] - **35**:20
**blind** [1] - **66**:20
**blocked** [1] - **34**:23
**blog** [1] - **122**:19
**bloodied** [1] - **102**:8
**blow** [2] - **40**:22, **41**:8
**blurry** [1] - **107**:22
**BoaBoa's** [1] - **47**:5
**bodies** [3] - **99**:25, **100**:13, **101**:19
**body** [4] - **45**:24, **46**:13, **59**:23, **60**:2
**bono** [1] - **12**:8
**boss** [8] - **23**:19, **27**:22, **40**:17, **41**:11, **43**:21, **67**:16, **94**:24, **103**:6
**bother** [2] - **92**:19, **93**:2
**bottom** [3] - **13**:25, **31**:3, **31**:5
**BOULEVARD** [2] - **2**:22, **3**:4
**boundaries** [1] - **29**:24
**boy** [1] - **108**:23
**boyfriend** [1] - **100**:3
**boyfriends** [3] - **46**:4, **69**:16, **108**:16
**break** [3] - **17**:3, **55**:3
**breaking** [1] - **55**:25
**breaks** [1] - **15**:21
**bridge** [1] - **36**:4
**brief** [2] - **74**:11, **76**:11
**bring** [15] - **56**:13, **56**:22, **56**:23, **57**:3, **57**:19, **58**:3, **58**:4, **58**:17, **59**:8, **60**:6, **64**:14, **68**:5, **126**:19, **127**:2, **127**:3
**bringing** [3] - **66**:3, **75**:11, **76**:20
**brings** [2] - **75**:1, **102**:20

**brothel** [1] - **51**:2
**brother** [1] - **36**:21
**Brother** [4] - **43**:6, **85**:14, **88**:6, **97**:21
**brought** [11] - **33**:25, **35**:5, **35**:7, **51**:18, **66**:22, **66**:23, **73**:10, **77**:18, **77**:23, **78**:1, **126**:23
**bruises** [1] - **35**:18
**bundle** [1] - **32**:25
**burden** [13] - **83**:20, **83**:22, **83**:23, **84**:1, **84**:5, **84**:24, **85**:1, **97**:4, **109**:17, **111**:21, **111**:23, **111**:25, **113**:2
**business** [35] - **9**:12, **10**:21, **11**:2, **11**:8, **13**:6, **13**:8, **13**:9, **14**:2, **15**:5, **33**:10, **34**:15, **41**:15, **51**:15, **66**:9, **70**:21, **71**:4, **73**:1, **74**:18, **74**:21, **77**:3, **77**:4, **77**:15, **78**:12, **78**:18, **78**:20, **79**:16, **85**:4, **86**:17, **89**:6, **90**:9, **93**:6, **95**:10, **96**:14, **100**:1
**businesses** [10] - **6**:7, **11**:16, **13**:2, **21**:6, **49**:16, **53**:5, **53**:8, **79**:2, **86**:18, **95**:18
**BUSTILLOS** [3] - **1**:21, **131**:10, **131**:23
**busy** [1] - **68**:16
**buy** [4] - **47**:3, **47**:16, **49**:10, **74**:9
**buying** [1] - **96**:10
**BY** [7] - **2**:5, **2**:10, **2**:15, **2**:16, **2**:21, **3**:3, **3**:8
**bygones** [2] - **72**:24, **72**:25

**C**

**C.S.R** [1] - **1**:22
**CA** [6] - **2**:7, **2**:11, **2**:17, **2**:23, **3**:5, **3**:9
**California** [3] - **9**:2, **9**:23, **20**:22
**CALIFORNIA** [5] - **1**:2, **1**:18, **1**:24, **6**:1, **131**:12
**CALLIE** [2] - **2**:20, **2**:21
**calmed** [1] - **39**:5
**camera** [1] - **63**:15
**cameras** [5] - **29**:6, **29**:9, **30**:5, **63**:13, **63**:20
**Candy** [14] - **34**:4, **34**:5, **81**:16, **82**:2, **85**:11, **85**:17, **85**:18,

**85**:24, **85**:25, **86**:4, **86**:5, **87**:11, **89**:8, **95**:1
**cannot** [1] - **94**:4
**capable** [3] - **6**:15, **52**:23, **53**:22
**car** [2] - **74**:21, **76**:4
**card** [3] - **33**:20, **104**:18, **104**:22
**cards** [2] - **70**:21, **104**:12
**care** [15] - **6**:10, **6**:21, **29**:3, **29**:15, **29**:16, **30**:8, **32**:9, **32**:15, **32**:17, **36**:13, **37**:21, **52**:24, **54**:18, **60**:19
**cared** [1] - **29**:17
**careful** [1] - **105**:5
**carry** [1] - **25**:25
**carrying** [1] - **53**:22
**case** [63] - **17**:22, **31**:23, **37**:16, **51**:17, **53**:6, **54**:22, **54**:25, **55**:1, **61**:5, **61**:11, **62**:8, **66**:17, **66**:18, **66**:20, **67**:19, **67**:23, **68**:2, **70**:5, **70**:22, **74**:8, **76**:2, **77**:17, **84**:2, **84**:7, **85**:2, **92**:2, **92**:3, **93**:5, **96**:12, **96**:18, **98**:10, **98**:15, **98**:18, **98**:19, **102**:5, **102**:12, **104**:3, **105**:5, **109**:3, **110**:9, **110**:12, **110**:16, **111**:5, **111**:24, **112**:16, **114**:13, **114**:25, **115**:9, **117**:21, **118**:6, **118**:13, **120**:23, **121**:1, **122**:8, **122**:10, **122**:11, **122**:14, **122**:16, **122**:24, **123**:3, **123**:7, **123**:24, **124**:11
**Case** [1] - **55**:6
**cases** [4] - **18**:11, **18**:13, **18**:14, **65**:16
**cash** [1] - **12**:5
**cashed** [1] - **12**:9
**CASSIDY** [1] - **3**:3
**CAST** [2] - **33**:25
**cat** [1] - **47**:25
**catch** [1] - **42**:16
**caught** [1] - **44**:24
**caused** [11] - **15**:15, **19**:4, **25**:23, **26**:8, **42**:13, **42**:14, **44**:14, **54**:13, **94**:1, **99**:7, **99**:24
**caution** [2] - **15**:20, **65**:7
**CAÑADA** [1] - **2**:23
**celebration** [1] - **71**:9
**cell** [6] - **68**:7, **70**:3,

**74**:22, **75**:25, **76**:5, **81**:15
**CENTRAL** [2] - **1**:2, **131**:11
**certain** [5] - **15**:24, **33**:21, **114**:10, **118**:15
**certainly** [1] - **75**:6
**CERTIFY** [1] - **131**:12
**chance** [1] - **23**:25
**change** [3] - **121**:5, **121**:12, **122**:6
**changed** [2] - **34**:20, **106**:17
**changes** [1] - **120**:6
**character** [1] - **112**:9
**characterization** [1] - **93**:21
**charge** [5] - **6**:20, **96**:25, **111**:12, **111**:18, **119**:2
**charged** [12] - **7**:4, **7**:9, **83**:15, **84**:13, **97**:11, **111**:13, **112**:14, **116**:12, **116**:22, **116**:23, **118**:20, **129**:6
**CHARGED** [1] - **131**:18
**charges** [9] - **83**:20, **83**:24, **84**:1, **112**:21, **113**:3, **116**:21, **118**:14, **119**:7, **129**:11
**chat** [2] - **96**:9, **122**:19
**cheat** [1] - **14**:2
**check** [1] - **31**:20
**checked** [1] - **37**:7
**checks** [3] - **12**:6, **12**:10, **92**:19
**child** [3] - **32**:10, **32**:19, **71**:10
**children** [2] - **89**:15, **106**:24
**chime** [1] - **55**:18
**Chin** [2] - **46**:19, **53**:20
**China** [18] - **12**:18, **17**:23, **36**:22, **47**:20, **68**:21, **79**:13, **79**:15, **80**:3, **82**:5, **85**:23, **85**:25, **86**:18, **88**:25, **101**:2, **101**:3, **101**:5, **101**:9
**ChinainLA.com** [1] - **50**:25
**Chinese** [9] - **20**:7, **36**:1, **79**:5, **81**:21, **85**:15, **117**:3, **117**:8, **117**:17, **118**:8
**ChineseinLA** [1] - **20**:25
**Chineseinla.com** [6] - **9**:3, **10**:17, **20**:14, **21**:21, **22**:7, **23**:9
**choice** [3] - **43**:24, **53**:3, **68**:19

**choked** [1] - **102**:8
**choose** [3] - **89**:24, **96**:24, **115**:25
**chose** [4] - **48**:6, **52**:10, **108**:8, **108**:9
**CHRISTERNA** [36] - **2**:15, **7**:17, **7**:20, **50**:16, **55**:8, **55**:14, **55**:18, **56**:2, **65**:25, **70**:2, **70**:9, **70**:11, **73**:21, **73**:23, **74**:24, **75**:1, **75**:10, **77**:14, **81**:4, **81**:8, **81**:12, **81**:14, **88**:13, **90**:7, **92**:9, **92**:12, **93**:23, **101**:8, **102**:22, **103**:17, **103**:20, **104**:19, **104**:24, **109**:16, **109**:19, **109**:23
**Christerna** [1] - **65**:24
**Cindy** [1] - **94**:9
**circle** [1] - **52**:2
**CIRCUIT** [1] - **131**:18
**Circuit** [1] - **59**:25
**circumstances** [4] - **17**:15, **110**:22, **113**:9, **121**:20
**circumstantial** [4] - **114**:15, **114**:17, **114**:20, **114**:23
**citizen** [4] - **76**:4, **77**:22, **89**:16, **96**:7
**citizenship** [1] - **90**:3
**civil** [2] - **65**:16, **65**:17
**clad** [1] - **21**:24
**claim** [6] - **48**:14, **71**:2, **87**:5, **94**:4, **104**:5, **104**:15
**claimed** [3] - **78**:22, **81**:20, **83**:1
**claims** [3] - **100**:22, **103**:4, **105**:16
**clarify** [2] - **63**:1, **70**:9
**clean** [2] - **97**:17, **111**:14
**clear** [9] - **16**:7, **20**:12, **84**:20, **84**:22, **88**:25, **89**:1, **105**:9, **127**:11, **128**:3
**clerk** [3] - **124**:5, **124**:8, **124**:22
**CLERK** [2] - **124**:25, **125**:9
**clients** [1] - **52**:7
**CLINIC** [1] - **3**:7
**clips** [1] - **102**:25
**clock** [1] - **46**:14
**closed** [2] - **15**:25, **76**:22
**closes** [1] - **76**:21
**CLOSING** [4] - **1**:17, **4**:3, **6**:4, **65**:23
**closing** [6] - **61**:9, **63**:8, **63**:10, **63**:17, **64**:12, **114**:2

**closings** [1] - 64:24
**clothes** [2] - 35:17, 63:14
**club** [1] - 88:8
**co** [4] - 32:3, 32:6, 66:9, 92:23
**co-owned** [1] - 66:9
**co-owner** [3] - 32:3, 32:6, 92:23
**Code** [2] - 119:6, 129:10
**CODE** [1] - 131:13
**coerce** [5] - 26:20, 37:11, 37:14, 37:24, 54:7
**coerced** [12] - 7:6, 15:15, 16:11, 25:2, 33:15, 42:10, 43:4, 52:12, 54:3, 54:14, 75:10, 82:25
**coercion** [18] - 8:10, 16:5, 16:14, 25:4, 26:12, 28:18, 44:25, 62:1, 72:14, 93:25, 96:2, 99:24, 100:15, 119:4, 119:21, 120:2, 129:8, 129:24
**coercive** [15] - 7:3, 18:4, 39:15, 41:22, 42:11, 43:22, 44:5, 44:11, 44:20, 45:23, 46:12, 46:23, 48:4, 48:9, 53:20
**coincidence** [1] - 31:15
**colleague** [1] - 105:23
**collect** [3] - 35:9, 38:25, 45:20
**collected** [1] - 36:6
**colluding** [1] - 104:1
**color** [2] - 110:20, 121:17
**combination** [6] - 8:11, 16:5, 16:7, 94:1, 119:21, 129:24
**comfortably** [1] - 90:20
**comforted** [1] - 35:1
**coming** [8] - 29:14, 29:15, 37:1, 81:17, 103:24, 105:22, 105:24, 106:6
**commentary** [1] - 123:3
**Commerce** [11] - 8:14, 8:17, 8:24, 119:25, 120:4, 120:5, 120:13, 120:14, 120:16, 120:18, 130:3
**commerce** [3] - 8:19, 8:20, 120:8
**commercial** [55] - 8:6, 8:12, 8:23, 9:5, 9:6, 9:11, 9:22, 10:10, 10:14, 11:18, 11:19,

11:23, 15:16, 16:6, 16:10, 17:8, 17:11, 17:16, 19:4, 19:8, 19:10, 19:15, 19:16, 20:2, 21:22, 24:23, 25:3, 25:24, 26:9, 39:16, 42:13, 42:14, 42:16, 42:21, 42:23, 44:9, 44:14, 51:3, 52:12, 54:9, 54:13, 56:12, 56:14, 56:21, 57:16, 66:24, 75:8, 94:2, 99:8, 119:12, 119:17, 119:23, 129:16, 129:21, 130:1
**commit** [1] - 11:18
**committed** [10] - 6:25, 33:21, 33:22, 54:11, 75:21, 112:13, 116:12, 118:14, 118:17, 118:20
**committing** [1] - 26:16
**common** [1] - 112:6
**communicate** [7] - 52:3, 55:1, 122:12, 122:13, 124:7, 124:9, 125:3
**communicating** [2] - 59:15, 122:20
**communication** [1] - 36:4
**community** [2] - 83:25, 85:15
**company** [1] - 10:4
**compare** [2] - 30:25, 31:5
**compared** [1] - 14:15
**compel** [1] - 17:13
**compelled** [3] - 98:24, 98:25, 99:17
**compelling** [1] - 73:12
**competitor** [1] - 38:22
**complaints** [1] - 88:1
**complete** [3] - 91:11, 98:15, 124:3
**completely** [3] - 29:24, 78:9, 96:8
**compliance** [2] - 18:16, 54:1
**complicate** [1] - 62:24
**complicated** [3] - 86:20, 98:18, 98:19
**computer** [1] - 122:17
**concerning** [1] - 124:11
**concerns** [1] - 18:7
**concluded** [2] - 65:22, 128:24
**conclusion** [2] - 60:15, 112:18
**conclusions** [1] - 112:17
**condom** [1] - 9:24
**condoms** [5] - 9:25, 43:10, 43:11, 43:14,

96:10
**conduct** [14] - 24:6, 24:17, 40:1, 60:24, 98:22, 99:7, 99:18, 104:9, 108:10, 116:22, 120:3, 120:4, 120:12, 120:14
**conducted** [1] - 66:19
**confer** [1] - 63:4
**CONFERENCE** [2] - 131:17, 131:20
**confirm** [4] - 31:8, 126:1, 127:14, 128:11
**confirmation** [2] - 42:12, 91:23
**confirmed** [16] - 41:16, 47:25, 48:3, 48:6, 48:8, 48:9, 48:10, 48:15, 48:18, 48:20, 48:21, 49:2, 49:7, 49:9, 49:11
**confirming** [1] - 91:25
**CONFORMANCE** [2] - 131:16, 131:19
**confronted** [2] - 28:14, 52:17
**confuse** [1] - 90:18
**confusing** [1] - 16:25
**confusion** [1] - 28:3
**connected** [1] - 51:22
**connection** [1] - 85:2
**connections** [4] - 18:10, 30:11, 30:25, 85:8
**conscientious** [1] - 121:10
**conscious** [2] - 111:2, 121:25
**consciously** [2] - 111:1, 121:24
**consensual** [2] - 75:8, 101:23
**consent** [6] - 7:23, 25:1, 28:25, 42:22, 62:12, 102:2
**consented** [5] - 7:11, 24:24, 25:1, 102:6, 102:7
**consenting** [1] - 62:12
**consents** [3] - 7:12, 7:23, 42:21
**consequences** [1] - 120:14
**conservative** [1] - 13:10
**Consider** [1] - 102:11
**consider** [24] - 19:3, 49:15, 51:9, 61:24, 103:23, 107:13, 107:21, 108:6, 113:8, 113:13, 113:18, 113:21, 113:24, 114:10, 114:20, 115:20,

116:13, 116:18, 117:9, 117:25, 118:2, 118:9, 118:23, 123:23
**consideration** [1] - 118:12
**considered** [2] - 111:18, 121:2
**considering** [4] - 17:25, 115:4, 117:23, 126:20
**consistent** [3] - 75:7, 87:7, 115:15
**consists** [1] - 113:14
**conspiracy** [1] - 106:8
**constant** [1] - 30:7
**consult** [3] - 110:11, 122:2, 124:13
**consulting** [1] - 123:5
**CONT'D** [1] - 3:1
**contact** [3] - 31:18, 31:22, 123:1
**continue** [9] - 17:15, 19:4, 25:23, 26:11, 37:14, 39:16, 42:14, 89:25, 124:15
**continued** [6] - 19:1, 25:5, 25:20, 79:20, 86:7, 94:18
**continues** [1] - 109:8
**continuing** [1] - 26:20
**contradicted** [1] - 115:11
**contrary** [1] - 28:16
**control** [7] - 32:11, 32:22, 46:13, 101:19, 111:3, 117:1, 122:1
**controlled** [1] - 7:2
**controls** [3] - 105:3, 105:4, 114:6
**convenient** [1] - 125:1
**conversation** [1] - 118:4
**conversations** [3] - 68:22, 68:24, 69:3
**convict** [2] - 97:6, 120:1
**convicted** [2] - 51:7, 109:4
**convincing** [3] - 84:21, 84:22, 112:9
**cooperate** [1] - 89:23
**cop** [1] - 46:21
**copies** [2] - 110:9, 126:17
**cops** [2] - 31:20, 31:24
**copy** [2] - 26:5, 129:4
**Corporal** [1] - 68:1
**CORRECT** [1] - 131:14
**correct** [4] - 31:12, 38:5, 69:25, 129:5
**corrected** [1] - 129:6
**correctly** [2] - 29:19, 93:11

**corroborate** [2] - 58:11, 67:2
**corroborates** [1] - 39:20
**corroborating** [1] - 31:25
**corroboration** [7] - 46:18, 47:10, 47:22, 67:3, 72:25, 77:19
**cost** [1] - 14:13
**counsel** [3] - 14:22, 65:12, 98:12
**count** [6] - 7:10, 16:12, 116:24, 116:25, 117:1
**Count** [10] - 15:3, 15:8, 15:10, 34:13, 119:2, 119:3, 129:6, 129:7
**country** [8] - 27:21, 27:24, 33:21, 89:18, 89:21, 101:13, 109:3, 120:10
**counts** [2] - 15:13, 98:7
**couple** [4] - 9:8, 20:20, 51:17, 125:25
**course** [5] - 12:11, 97:12, 102:15, 112:18, 121:9
**Court** [15] - 56:3, 60:8, 61:22, 65:1, 107:12, 114:12, 123:1, 123:16, 123:23, 125:4, 125:7, 125:18, 126:18, 126:24, 127:4
**COURT** [147] - 1:1, 1:22, 6:3, 6:6, 7:19, 7:21, 15:1, 18:21, 18:23, 19:13, 19:23, 21:17, 21:19, 22:5, 22:10, 22:13, 22:17, 22:20, 22:22, 22:24, 23:2, 23:4, 23:7, 24:15, 25:11, 25:13, 25:18, 28:12, 29:25, 30:3, 32:4, 32:7, 34:8, 34:12, 36:17, 37:8, 37:18, 37:20, 38:8, 38:11, 41:3, 41:5, 42:7, 45:2, 45:18, 46:10, 47:12, 49:6, 50:5, 50:8, 50:12, 50:18, 53:14, 53:16, 54:6, 54:20, 55:6, 55:10, 55:12, 55:16, 56:1, 56:14, 56:19, 56:23, 57:1, 57:5, 57:14, 57:24, 58:4, 58:12, 58:21, 59:2, 59:5, 60:7, 60:12, 60:17, 61:2, 62:3, 62:9, 62:18, 62:21, 63:2, 63:5, 63:17, 63:24, 64:3,

64:6, 64:10, 64:16,
64:21, 65:4, 65:6,
65:13, 65:19, 65:24,
69:23, 70:1, 70:6,
70:10, 73:22, 77:10,
77:13, 81:3, 81:7,
81:13, 88:12, 90:6,
92:8, 92:11, 93:22,
100:7, 100:10,
101:10, 102:24,
103:19, 103:21,
104:23, 105:1,
108:12, 108:14,
109:18, 109:20,
109:25, 110:6,
124:22, 125:13,
125:21, 125:24,
126:3, 126:6,
126:10, 126:12,
126:21, 127:1,
127:8, 127:15,
127:17, 127:21,
128:2, 128:7,
128:14, 128:16,
128:22, 128:25,
130:7, 131:10,
131:11
**court** [11] - 46:8, 70:2,
74:23, 74:25, 75:9,
95:9, 107:8, 111:18,
120:22, 124:12,
125:5
**Court's** [1] - 62:2
**COURTHOUSE** [1] -
1:23
**courtroom** [1] - 124:5
**courts** [1] - 109:1
**cover** [1] - 68:25
**CR** [2] - 1:10, 55:7
**crazy** [2] - 82:8, 97:19
**create** [1] - 39:15
**created** [4] - 7:3,
51:21, 98:23, 99:23
**creating** [1] - 44:20
**credibility** [4] -
107:10, 107:14,
108:2
**credible** [1] - 83:8
**crib** [1] - 69:4
**crime** [6] - 26:16,
84:1, 109:4, 116:18,
116:23, 123:22
**crimes** [3] - 33:22,
33:23, 111:12,
111:14, 116:12
**criminal** [2] - 109:3,
111:24
**CROSS** [1] - 4:4
**cross** [2] - 49:3, 112:2
**cross-examination** [1]
- 49:3
**cross-examining** [1] -
112:2
**crossed** [1] - 53:18
**crying** [2] - 36:7, 36:8
**cui** [1] - 12:8

**cum** [1] - 99:13
**current** [1] - 31:9
**curse** [1] - 47:24
**cursed** [1] - 66:14
**customer** [57] - 6:8,
6:9, 6:13, 12:11,
19:20, 23:18, 23:25,
24:19, 24:20, 26:24,
27:2, 27:3, 27:10,
29:1, 33:11, 34:21,
34:23, 35:6, 35:8,
35:10, 35:11, 35:22,
36:1, 36:2, 37:13,
40:12, 40:13, 40:15,
41:14, 41:19, 42:22,
42:23, 43:19, 44:12,
46:20, 52:15, 52:16,
73:3, 73:7, 73:8,
73:10, 74:24, 75:1,
75:11, 75:12, 78:15,
80:14, 80:15, 87:22,
87:24, 88:21, 90:12,
99:11, 100:2, 103:6
**customers** [65] - 6:12,
9:5, 9:13, 10:21,
12:22, 12:24, 13:12,
14:1, 18:6, 20:22,
21:22, 21:23, 28:23,
29:14, 29:18, 29:19,
32:12, 32:22, 32:23,
33:2, 33:3, 33:5,
33:8, 33:10, 35:24,
43:6, 43:10, 43:23,
44:4, 44:21, 46:4,
46:24, 47:1, 47:2,
48:16, 48:19, 48:25,
49:24, 49:25, 50:2,
51:1, 51:4, 52:4,
53:1, 63:22, 68:11,
68:14, 69:7, 69:15,
70:15, 70:16, 70:18,
73:6, 75:14, 78:1,
87:21, 92:24, 94:16,
99:15, 101:16,
108:16, 108:22
**cut** [1] - 73:14
**cute** [1] - 108:18
**CVS** [1] - 10:3

# D

**d's** [1] - 79:3
**daily** [2] - 7:1, 49:17
**DAMARIS** [1] - 2:5
**dancing** [1] - 109:13
**danger** [1] - 52:9
**dangerous** [1] - 33:23
**DATE** [1] - 131:23
**date** [4] - 31:10, 81:9,
109:13, 124:4
**dates** [5] - 14:20,
118:15, 118:17,
118:18, 118:20
**daughter** [5] - 66:11,
71:9, 77:24, 78:21,

101:11
**David** [9] - 12:11,
13:12, 19:7, 26:18,
45:10, 48:1, 88:1,
90:12, 92:17
**DAY** [2] - 1:16, 4:3
**day-by-day** [1] - 67:18
**days** [7] - 9:8, 15:9,
20:20, 26:22, 27:1,
38:21, 118:15
**deal** [7] - 6:10, 8:15,
36:14, 36:20, 58:23,
74:1, 102:11
**dealt** [1] - 50:16
**deceit** [1] - 99:23
**December** [2] - 15:9,
77:6
**decide** [12] - 110:13,
110:16, 113:5,
114:13, 114:24,
115:1, 115:21,
115:23, 116:24,
117:23, 121:1,
123:23
**decided** [4] - 28:6,
28:7, 91:13, 95:8
**decides** [1] - 91:23
**deciding** [5] - 113:14,
113:21, 114:25,
118:25, 123:24
**decision** [2] - 121:7,
121:11
**decisions** [1] - 113:7
**Defendant** [3] - 1:13,
52:5, 54:2
**DEFENDANT** [2] -
2:14, 131:7
**defendant** [138] - 6:12,
6:14, 6:18, 6:22, 7:4,
7:10, 7:22, 8:2, 8:4,
8:6, 8:9, 10:7, 10:15,
11:1, 11:4, 12:4,
13:5, 14:14, 14:16,
16:4, 17:9, 18:8,
18:16, 20:19, 21:23,
23:15, 24:5, 24:6,
24:16, 24:24, 25:2,
25:4, 25:23, 26:9,
28:20, 29:8, 30:1,
30:7, 31:17, 34:5,
36:23, 41:11, 41:25,
42:15, 44:2, 44:15,
44:21, 45:3, 45:5,
45:7, 45:22, 46:16,
47:2, 47:3, 47:5,
47:16, 47:19, 47:24,
48:22, 49:3, 49:8,
49:10, 49:12, 51:21,
52:2, 52:6, 52:16,
52:15, 52:16, 52:17,
53:2, 54:7, 54:11,
54:16, 55:2, 84:20,
83:13, 93:24, 94:5,
94:7, 98:22, 99:25,
100:3, 100:8,
100:11, 102:10,

102:12, 102:13,
102:20, 103:1,
103:4, 103:9, 104:4,
104:5, 104:14,
104:21, 108:8,
110:4, 111:12,
111:13, 111:19,
111:20, 111:23,
111:24, 112:1,
112:13, 112:15,
112:20, 112:21,
112:23, 112:25,
113:1, 113:5, 113:6,
113:9, 113:11,
116:11, 116:19,
116:20, 116:21,
116:24, 118:21,
118:25, 119:2,
119:6, 119:9,
119:19, 120:1,
120:12, 123:25,
124:20, 126:7,
129:6, 129:10,
129:13, 129:22
**defendant's** [43] -
8:16, 10:23, 11:2,
12:25, 15:5, 18:1,
18:4, 19:10, 20:1,
20:23, 24:8, 28:22,
29:12, 31:6, 36:21,
40:1, 42:12, 43:5,
43:12, 44:4, 45:14,
49:14, 49:15, 49:22,
51:15, 52:7, 60:15,
61:23, 61:25, 99:6,
99:17, 99:22, 100:1,
100:19, 104:9,
106:15, 108:18,
110:3, 116:14,
118:24, 119:24,
120:3, 130:2
**DEFENDER** [1] - 2:15
**defense** [5] - 48:4,
48:6, 62:7, 106:25,
108:25
**Defense** [9] - 23:17,
34:4, 48:14, 69:20,
84:3, 84:4, 86:12,
98:11, 126:1
**Defense's** [6] - 12:7,
20:5, 30:17, 60:24,
98:15, 108:7
**deferred** [1] - 65:2
**define** [1] - 16:13
**definitely** [1] - 61:6
**definition** [1] - 16:24
**defrauded** [7] - 7:5,
15:15, 54:2, 54:7,
54:14, 94:4
**degrading** [1] - 102:8
**degree** [2] - 8:20,
120:18
**dehumanize** [1] -
109:9
**deliberate** [1] - 122:2
**deliberately** [1] -

115:24
**Deliberations** [1] -
130:13
**deliberations** [9] -
83:11, 120:20,
120:22, 122:4,
122:12, 124:4,
124:6, 124:15, 130:4
**demanded** [1] - 6:13
**demeanor** [1] - 108:10
**demonstrate** [1] -
89:20
**demonstrates** [1] -
44:19
**denied** [1] - 68:3
**deny** [2] - 65:4, 65:6
**department** [2] - 31:2,
31:14
**deportation** [1] -
44:23
**deported** [1] - 16:22
**DEPOSIT** [1] - 131:19
**Deputy** [2] - 31:4, 31:9
**deputy** [1] - 31:13
**derivative** [2] - 86:10,
106:23
**describe** [1] - 82:16
**described** [4] - 27:5,
27:13, 49:22, 117:24
**deserves** [1] - 116:10
**deserving** [1] - 107:2
**desk** [3] - 11:9, 26:2,
87:18
**despair** [1] - 28:4
**destroy** [1] - 28:8
**detail** [1] - 82:16
**details** [3] - 49:20,
106:7, 106:20
**Detective** [6] - 26:18,
55:24, 67:25, 68:6,
91:15, 91:18
**determine** [5] - 15:14,
62:14, 99:6, 108:2,
116:20
**devalue** [1] - 109:9
**devastated** [1] - 98:3
**diary** [1] - 67:18
**DIAZ** [45] - 2:5, 2:16,
59:1, 60:8, 60:13,
60:18, 61:21, 62:4,
62:10, 62:19, 65:11,
65:18, 69:22, 70:4,
73:20, 77:8, 77:11,
81:2, 81:6, 81:11,
88:10, 90:4, 92:6,
93:20, 98:9, 100:8,
100:11, 101:11,
102:25, 103:22,
104:21, 105:2,
108:13, 108:15,
109:21, 110:1,
125:25, 126:4,
126:7, 126:11,
126:24, 128:11,
128:15, 128:21,
130:11

136

**Diaz** [2] - 60:7, 108:12

**dictionaries** [1] - 123:5

**differ** [1] - 114:5

**difference** [2] - 127:5, 129:2

**differences** [1] - 115:20

**different** [8] - 17:18, 17:19, 23:10, 23:11, 43:13, 115:16, 115:17, 117:11

**differently** [1] - 115:20

**differs** [1] - 115:22

**digital** [1] - 67:5

**Ding** [51] - 18:25, 19:6, 46:19, 47:4, 49:13, 49:14, 50:14, 50:15, 53:20, 71:19, 80:5, 85:11, 85:14, 85:15, 85:22, 86:2, 86:7, 86:21, 87:11, 94:20, 94:22, 96:17, 97:13, 97:15, 97:16

**Ding's** [2] - 15:17, 97:21

**DIRECT** [1] - 4:4

**direct** [6] - 87:3, 114:14, 114:15, 114:20, 114:23

**directed** [2] - 49:24, 50:13

**directly** [6] - 18:15, 37:10, 38:13, 41:12, 41:14, 79:9

**disagreement** [1] - 73:1

**disappear** [7] - 18:12, 19:6, 38:15, 39:11, 44:16, 80:6

**discharged** [1] - 124:21

**discovered** [2] - 12:7, 20:18

**discovery** [1] - 34:7

**discuss** [6] - 54:22, 54:25, 69:10, 120:23, 122:25, 125:19

**discussed** [2] - 54:12, 121:3

**discussing** [2] - 122:11, 122:16

**discussion** [3] - 56:3, 72:24, 121:5

**dislikes** [4] - 110:17, 110:23, 121:15, 121:21

**dismiss** [2] - 64:9, 65:2

**dispute** [4] - 66:25, 73:17, 77:15, 89:7

**disputed** [1] - 117:20

**disputing** [1] - 98:6

**disregard** [8] - 8:9, 24:7, 24:11, 24:17,

114:8, 117:11, 119:20, 129:22

**disregarded** [2] - 105:12, 105:13

**distinction** [1] - 114:22

**distract** [1] - 99:20

**DISTRICT** [5] - 1:1, 1:2, 1:5, 131:11

**DIVISION** [1] - 1:4

**divorce** [1] - 80:25

**DO** [1] - 131:12

**doctor** [2] - 77:6, 84:11

**document** [4] - 31:1, 31:3, 31:5, 31:11

**documents** [1] - 67:6

**dodge** [2] - 33:12, 50:4

**dollars** [11] - 6:21, 12:10, 18:12, 19:6, 36:10, 37:22, 44:16, 49:11, 52:25, 54:19, 99:12

**done** [12] - 7:13, 35:23, 36:6, 40:8, 53:10, 53:11, 64:5, 72:2, 96:5, 109:10, 111:8, 118:21

**Dong** [3] - 88:6, 88:7, 88:11

**door** [6] - 34:23, 55:21, 56:6, 80:16, 80:22, 86:2

**doubt** [23] - 8:1, 83:21, 84:14, 84:15, 84:23, 85:1, 93:5, 108:23, 109:5, 111:22, 112:4, 112:5, 112:6, 112:7, 112:8, 112:12, 112:24, 113:4, 118:16, 119:8, 123:25, 129:12

**douche** [1] - 10:3

**down** [14] - 17:3, 23:4, 26:4, 35:20, 39:5, 44:3, 55:25, 76:21, 76:22, 77:12, 93:2, 96:25, 99:12, 102:1

**downstairs** [3] - 35:16, 35:22, 36:5

**dozen** [1] - 45:9

**Dr** [2] - 75:2, 75:16

**draw** [1] - 60:14

**dress** [1] - 71:19

**dressed** [1] - 24:2

**dressing** [1] - 109:10

**drinks** [1] - 103:2

**drive** [2] - 10:20, 70:7

**driver** [4] - 85:14, 86:8, 88:7, 96:11

**drove** [3] - 35:6, 36:7, 80:18

**drugs** [10] - 51:22, 71:24, 71:25, 72:1,

72:4, 76:20, 86:11, 86:16, 88:14, 109:11

**during** [24] - 9:21, 12:20, 13:8, 27:7, 31:11, 31:19, 31:20, 49:3, 51:4, 54:15, 60:23, 63:10, 64:12, 86:6, 93:13, 99:8, 99:19, 109:6, 117:18, 122:4, 122:12, 123:17, 124:6, 128:14

**duties** [1] - 121:14

**duty** [5] - 110:8, 110:11, 110:13, 111:25, 122:1

---

# E

**e-mail** [2] - 91:16, 122:18

**e-mails** [1] - 67:11

**easily** [2] - 38:14, 39:10

**EAST** [1] - 2:17

**easy** [2] - 27:15, 90:8

**economic** [3] - 8:18, 110:21, 121:19

**effect** [4] - 120:10, 120:16, 120:18, 121:13

**effective** [1] - 44:25

**EIGHTH** [1] - 3:4

**eighth** [1] - 115:13

**eighty** [2] - 12:10, 36:10

**eighty-four** [1] - 12:10

**either** [8] - 8:3, 10:7, 11:21, 13:13, 112:16, 114:21, 114:23

**elect** [1] - 120:20

**elegant** [3] - 10:21, 20:22, 101:16

**element** [13] - 8:2, 8:14, 9:12, 10:5, 10:6, 11:23, 12:3, 16:3, 24:14, 54:11, 84:13, 112:13, 113:3

**elements** [4] - 98:16, 99:21, 119:8, 129:12

**elsewhere** [1] - 56:6

**embarrassing** [2] - 33:17

**embarrassment** [1] - 33:16

**embrace** [1] - 109:2

**emotion** [2] - 97:6, 97:8

**emotional** [1] - 108:1

**employee** [5] - 18:5, 31:2, 53:18, 66:2, 87:21

**employees** [14] - 21:23, 45:23, 49:20,

51:12, 70:25, 71:24, 76:23, 87:21, 94:16, 98:24, 101:17, 103:1, 103:5

**employer** [1] - 122:21

**employment** [2] - 47:21, 80:10

**empowered** [1] - 52:10

**empty** [2] - 39:18, 44:20

**encounter** [1] - 78:14

**encouraged** [1] - 45:21

**end** [6] - 32:21, 46:4, 48:18, 69:5, 80:10, 108:17

**ended** [1] - 15:10

**ends** [1] - 31:4

**endured** [1] - 29:4

**enforced** [2] - 24:21, 87:17

**enforcement** [6] - 14:6, 14:7, 20:14, 31:17, 48:21, 105:12

**engage** [25] - 8:6, 8:12, 10:9, 10:14, 11:22, 15:16, 16:6, 16:9, 19:4, 20:2, 37:14, 39:16, 54:13, 83:2, 94:1, 98:25, 99:8, 99:17, 100:13, 119:12, 119:17, 119:23, 129:16, 129:21, 130:1

**engaged** [5] - 34:19, 56:11, 56:21, 58:8, 62:13

**engaging** [12] - 19:8, 19:9, 37:13, 54:8, 57:15, 58:10, 58:18, 58:19, 59:18, 105:25, 119:3, 129:7

**English** [7] - 17:24, 27:23, 36:2, 52:1, 81:22, 81:24, 117:4

**enriched** [1] - 74:3

**enrichment** [1] - 110:3

**ensure** [2] - 60:20, 123:9

**entering** [1] - 27:6

**enticed** [7] - 8:4, 10:7, 10:12, 119:9, 119:15, 129:13, 129:18

**entire** [5] - 7:15, 13:2, 54:16, 70:5, 123:14

**entirely** [2] - 15:22, 111:10

**ENTITLED** [1] - 131:15

**environment** [7] - 7:3, 10:22, 20:22, 44:5, 53:20, 98:23, 101:16

**escape** [2] - 51:14, 96:15

**escorts.com** [1] -

21:14

**especially** [2] - 41:22, 57:12

**ESQ** [6] - 2:5, 2:10, 2:16, 2:16, 2:20, 2:21

**essence** [1] - 7:22

**essentially** [2] - 8:15, 24:18

**estimate** [1] - 13:10

**evaluate** [3] - 107:5, 108:9, 110:12

**evaluating** [2] - 95:21, 107:14

**event** [1] - 115:19

**events** [2] - 102:15, 107:22

**eventually** [5] - 11:11, 39:7, 51:14, 51:16, 89:16

**evidence** [147] - 7:18, 9:18, 12:5, 12:19, 18:20, 22:2, 23:17, 25:9, 28:10, 36:16, 37:5, 38:3, 45:13, 46:7, 50:3, 53:12, 57:2, 57:4, 57:12, 57:24, 58:5, 58:19, 59:7, 59:18, 60:1, 60:9, 60:10, 60:11, 60:21, 61:14, 61:22, 62:5, 62:16, 66:21, 66:23, 66:24, 66:25, 67:5, 67:23, 68:2, 68:7, 68:8, 69:22, 70:23, 71:21, 71:25, 72:5, 72:13, 74:15, 74:17, 74:20, 75:14, 76:18, 77:8, 77:12, 79:3, 80:14, 80:21, 81:2, 81:6, 81:11, 83:9, 84:2, 84:4, 84:5, 84:6, 84:17, 84:19, 84:21, 87:14, 88:10, 90:4, 91:12, 91:19, 91:22, 91:25, 92:7, 92:13, 96:16, 97:7, 97:9, 98:3, 98:4, 99:21, 100:5, 101:9, 102:11, 102:23, 103:23, 104:15, 104:20, 105:2, 105:3, 105:4, 105:13, 109:12, 110:8, 110:12, 110:16, 111:15, 111:16, 111:17, 112:1, 112:2, 112:16, 112:20, 113:1, 113:8, 113:13, 113:16, 113:13, 113:20, 113:23, 114:1, 114:4, 114:8, 114:10, 114:13, 114:14, 114:15,

138

114:18, 114:21, 114:23, 114:24, 115:11, 115:13, 116:6, 116:11, 116:13, 116:18, 117:9, 118:6, 118:9, 118:13, 118:23, 118:25, 121:3, 121:13, 122:8, 123:10

**exactly** [9] - 6:25, 15:21, 19:10, 25:19, 29:12, 49:18, 50:6, 52:2, 57:21

**examination** [1] - 49:3

**examining** [1] - 112:2

**example** [11] - 6:18, 9:14, 9:23, 13:1, 14:7, 16:22, 17:7, 17:20, 37:11, 37:23, 50:14

**examples** [1] - 55:23

**except** [2] - 122:11, 124:10

**exciting** [1] - 104:2

**exclude** [1] - 126:25

**excluded** [1] - 114:7

**excluding** [1] - 62:15

**exclusively** [1] - 84:5

**exculpatory** [2] - 91:12, 105:12

**executed** [1] - 79:1

**executing** [1] - 39:13

**exercises** [1] - 96:19

**exhibits** [3] - 20:5, 113:15, 113:19

**exist** [1] - 91:3

**expect** [3] - 56:10, 57:10, 96:24

**expectation** [1] - 24:21

**expected** [2] - 19:17, 102:9

**expecting** [2] - 19:19, 24:20

**experience** [9] - 27:20, 27:21, 28:2, 75:4, 75:6, 107:17, 107:20, 118:2, 127:24

**experiences** [1] - 17:19

**expert** [11] - 12:8, 19:7, 45:10, 67:25, 74:6, 75:3, 75:15, 87:7, 89:14, 89:24, 106:15

**explanatory** [1] - 84:21

**exploited** [1] - 101:14

**exposed** [2] - 122:9, 123:15

**expressed** [2] - 111:2, 121:25

**extend** [1] - 55:22

**extensive** [1] - 81:17

**extent** [2] - 61:13, 74:13

**extra** [1] - 16:25

**extrapolated** [1] - 61:4

**extrapolations** [1] - 61:4

**extremely** [1] - 57:22

**eye** [2] - 43:25, 66:20

**eyes** [2] - 44:1, 67:8

## F

**face** [2] - 41:9, 99:13

**faced** [1] - 29:10

**facilitate** [1] - 33:2

**fact** [21] - 19:9, 26:19, 38:12, 41:13, 41:20, 57:12, 67:7, 79:1, 79:7, 82:3, 90:19, 103:15, 106:3, 108:21, 114:16, 114:19, 114:21, 116:6, 117:13, 119:20, 129:22

**factor** [1] - 100:16

**factors** [3] - 76:1, 98:19, 115:13

**facts** [11] - 58:17, 61:4, 64:14, 110:13, 110:14, 113:14, 113:16, 113:21, 114:4, 114:19, 114:25

**failed** [1] - 95:9

**failure** [1] - 91:11

**fair** [2] - 64:2, 123:10

**fairly** [1] - 121:14

**fairness** [1] - 123:13

**fake** [4] - 14:11, 81:5, 81:9

**falls** [1] - 106:8

**falsely** [2] - 93:14, 97:25

**family** [23] - 17:12, 25:7, 25:15, 25:19, 26:7, 27:14, 28:5, 28:8, 33:14, 36:22, 47:5, 47:20, 52:19, 52:20, 54:23, 67:13, 76:1, 76:3, 79:15, 101:2, 101:3, 101:7, 122:21

**far** [5] - 13:9, 24:3, 53:23, 61:13, 61:19

**Father's** [1] - 70:18

**FBI** [2] - 49:5, 70:12

**fear** [9] - 37:25, 39:16, 44:23, 97:5, 99:24, 110:18, 110:24, 121:16, 121:22

**February** [2] - 15:6, 29:5

**Federal** [1] - 96:24

**FEDERAL** [1] - 2:14

**fee** [1] - 6:9

**FEE** [1] - 131:18

**FEES** [1] - 131:18

**fellow** [5] - 54:23, 120:23, 121:4, 122:11, 123:21

**felt** [10] - 28:20, 30:6, 43:24, 53:3, 88:20, 88:23, 98:2, 98:24, 98:25, 99:16

**FERNANDO** [1] - 1:5

**few** [15] - 6:21, 13:4, 18:12, 19:6, 27:1, 37:22, 44:16, 52:25, 54:19, 63:1, 66:6, 66:16, 78:4, 78:8, 78:12

**fifth** [1] - 115:9

**fifty** [1] - 99:12

**fighting** [2] - 75:22, 96:22

**Figueroa** [1] - 91:4

**file** [1] - 31:2

**filed** [1] - 106:16

**fill** [1] - 33:3

**filled** [2] - 51:22, 94:10

**finally** [3] - 34:25, 54:14, 98:10

**financial** [5] - 17:2, 17:6, 17:9, 24:8, 52:13

**financially** [6] - 8:7, 10:10, 12:4, 54:12, 119:13, 129:17

**fine** [2] - 16:11, 92:15

**finish** [1] - 22:22

**fire** [5] - 69:12, 69:14, 87:10, 87:12

**fired** [11] - 39:1, 47:7, 66:3, 69:8, 77:15, 79:25, 87:10, 87:12, 87:13, 93:8, 97:15

**fires** [2] - 39:8, 76:19

**First** [1] - 126:7

**first** [42] - 8:2, 8:4, 8:15, 8:25, 10:6, 10:15, 11:11, 13:5, 16:19, 18:5, 20:13, 20:15, 23:14, 25:3, 27:3, 32:14, 34:14, 34:19, 40:6, 46:20, 48:8, 49:8, 49:10, 50:9, 51:18, 63:3, 67:24, 69:5, 70:13, 78:2, 78:4, 78:14, 83:11, 94:14, 95:12, 95:14, 107:16, 107:19, 113:14, 115:5, 119:8, 129:12

**first-hand** [2] - 107:16, 107:19

**five** [5] - 6:25, 28:22, 49:19, 51:11, 99:11

**fled** [3] - 39:18, 59:6, 59:12

**flee** [1] - 53:23

**flight** [1] - 50:4

**flip** [1] - 91:1

**floor** [9] - 9:24, 12:13, 27:4, 27:6, 35:7, 35:13, 43:13, 49:22, 100:25

**FLOOR** [3] - 2:6, 2:11, 3:4

**flow** [2] - 8:19, 120:7

**flowing** [1] - 29:19

**fluent** [2] - 17:24, 27:23

**focus** [1] - 29:13

**follow** [5] - 12:9, 14:19, 74:7, 75:17, 111:5

**followed** [1] - 76:24

**following** [9] - 8:2, 55:4, 113:20, 115:5, 119:8, 125:11, 127:19, 129:12, 130:5

**food** [2] - 68:24, 103:2

**FOOTHILL** [1] - 2:22

**FOR** [3] - 131:10, 131:11, 131:18

**force** [19] - 8:10, 15:15, 16:4, 37:1, 62:1, 72:14, 75:5, 93:25, 96:1, 96:2, 97:5, 100:15, 119:4, 119:20, 120:2, 129:8, 129:23

**forced** [26] - 23:20, 40:22, 41:8, 46:21, 66:4, 71:24, 72:3, 72:4, 72:21, 75:10, 75:14, 79:17, 82:17, 86:13, 86:24, 87:24, 88:16, 88:20, 89:4, 90:19, 91:5, 92:18, 93:8, 99:2, 102:1

**forcefully** [1] - 23:2

**forcing** [4] - 71:11, 83:2, 95:22, 95:24

**FOREGOING** [1] - 131:13

**Foreign** [4] - 8:13, 8:17, 8:24, 119:25

**foreign** [1] - 120:10

**forensic** [1] - 67:5

**foreperson** [2] - 120:21, 124:3

**forget** [1] - 115:18

**forgive** [1] - 98:13

**forgot** [1] - 74:14

**form** [3] - 55:13, 124:1, 124:3

**FORMAT** [1] - 131:16

**former** [5] - 31:9, 31:10, 51:11, 66:2, 87:18

**forms** [1] - 122:19

**forth** [2] - 46:2, 91:16

**forward** [8] - 103:25, 104:10, 104:16, 105:19, 105:22,

**flip** [1] - 91:1

**floor** — (see above)

**flip** — (see above)

**flip** — (see above)

105:24, 106:1, 106:4

**foul** [1] - 128:18

**four** [3] - 12:10, 28:22, 86:9

**fourth** [1] - 115:8

**frame** [1] - 43:11

**fraud** [14] - 8:10, 16:4, 25:4, 93:25, 94:2, 96:2, 99:23, 100:15, 119:4, 119:20, 120:2, 129:8, 129:23

**free** [2] - 67:14, 91:6

**FRIDAY** [1] - 1:19

**friend** [6] - 18:25, 19:6, 81:23, 82:5, 94:9, 94:20

**friends** [8] - 71:12, 71:14, 79:12, 85:10, 85:22, 85:24, 86:21, 86:23

**Fries** [5] - 19:7, 26:18, 45:10, 67:25, 68:1

**Fries'** [1] - 55:24

**front** [11] - 11:9, 18:13, 26:2, 39:8, 39:12, 39:14, 82:24, 87:18

**froze** [1] - 23:23

**fruition** [1] - 36:19

**fucking** [1] - 31:20

**fulfill** [1] - 79:11

**full** [3] - 11:14, 67:11, 76:13

**fully** [1] - 121:3

**fun** [1] - 71:16

**furiously** [1] - 98:12

**furthered** [1] - 41:25

## G

**gain** [4] - 105:22, 106:5, 106:6, 106:21

**gambling** [1] - 101:1

**gang** [1] - 36:22

**gangs** [1] - 30:12

**gangster** [1] - 30:21

**gangsters** [2] - 6:18, 30:18, 52:24

**gap** [1] - 36:4

**Garvey** [3] - 77:9, 79:21, 92:22

**GATES** [1] - 3:3

**gender** [4] - 110:21, 121:19

**general** [2] - 33:16, 107:11

**generally** [1] - 42:25

**generous** [1] - 88:4

**Gentlemen** [6] - 9:15, 14:16, 23:9, 27:17, 33:9, 51:10

**gift** [1] - 75:2

**gifts** [1] - 79:15

**girl** [3] - 11:12, 33:12, 48:2

**girlfriend** [2] - 75:4,

75:6
**girls** [4] - 13:14,
33:11, 88:2, 102:20
**given** [3] - 75:23, 91:4,
114:22
**glamorous** [1] - 90:23
**GLANTON** [2] - 2:20,
2:21
**God** [2] - 82:7, 125:7
**golden** [1] - 89:10,
90:2
**goods** [1] - 120:7
**gotcha** [1] - 72:11
**Government** [59] -
8:1, 22:6, 37:7, 57:9,
58:13, 59:1, 59:9,
60:13, 62:5, 62:10,
62:11, 64:2, 64:18,
66:18, 66:20, 66:22,
69:4, 70:3, 71:23,
72:16, 73:5, 76:6,
77:17, 78:6, 79:6,
80:4, 81:21, 83:20,
83:23, 83:25, 84:6,
84:9, 84:12, 85:1,
85:3, 87:5, 89:24,
91:13, 93:2, 93:18,
93:23, 94:4, 96:24,
97:2, 100:14, 104:2,
112:3, 112:4,
112:12, 112:23,
113:2, 118:16,
118:19, 119:7,
120:2, 120:11,
120:16, 123:24,
129:11
**GOVERNMENT'S** [1] -
4:4
**Government's** [11] -
55:20, 58:8, 59:22,
60:8, 60:18, 63:6,
63:12, 67:25, 72:3,
72:10, 91:10
**grabbed** [1] - 35:16
**green** [4] - 33:20,
104:11, 104:18,
104:22
**greeted** [1] - 72:16
**groups** [2] - 75:21,
96:9
**grudges** [1] - 72:24
**guarantee** [1] - 67:12
**guide** [1] - 83:11
**guilt** [6] - 60:15,
111:22, 112:4,
112:18, 116:18,
124:19
**guilty** [16] - 16:12,
25:5, 54:17, 66:17,
98:7, 109:4, 110:4,
112:15, 112:21,
112:23, 116:20,
119:6, 120:25,
129:10
**gun** [1] - 72:10
**guy** [2] - 80:16, 80:18

**guys** [4] - 14:8, 74:10,
96:21, 128:8

## H

**hair** [1] - 44:3
**half** [9] - 33:16, 45:8,
66:10, 74:18, 78:8,
78:12, 82:14, 94:18,
95:6
**hamstrung** [1] - 64:13
**hand** [12] - 7:12,
19:17, 23:20, 40:9,
42:17, 42:25, 67:10,
78:16, 102:3,
107:16, 107:19,
116:2
**handwritten** [1] -
12:12
**hang** [2] - 71:2, 71:4
**happy** [6] - 67:17,
70:18, 70:19, 87:13,
102:12, 102:15
**harbored** [7] - 8:4,
10:8, 10:12, 119:9,
119:15, 129:13,
129:19
**hard** [2] - 17:16, 96:22
**harm** [17] - 16:15,
16:17, 16:22, 16:24,
16:25, 17:1, 17:2,
17:4, 17:5, 17:6,
17:9, 17:10, 17:12,
18:1, 18:3, 52:9,
128:18
**Health** [1] - 10:3
**health** [1] - 89:15
**hear** [7] - 27:20,
55:16, 84:11, 90:17,
102:4, 106:9, 115:6
**heard** [97] - 9:3, 9:16,
9:17, 11:5, 12:25,
13:24, 14:5, 14:8,
18:24, 19:3, 19:5,
20:13, 30:13, 30:16,
31:1, 31:8, 31:24,
35:2, 36:20, 36:21,
36:23, 36:24, 41:12,
44:15, 45:4, 47:3,
47:5, 47:9, 47:10,
47:15, 47:18, 47:19,
47:22, 47:24, 48:22,
49:3, 49:8, 49:14,
51:4, 51:11, 53:4,
53:6, 67:24, 68:6,
68:10, 68:20, 69:19,
71:25, 73:18, 75:15,
76:22, 77:20, 78:24,
80:1, 80:14, 81:23,
82:12, 83:6, 84:3,
85:8, 86:13, 87:1,
87:2, 87:9, 87:18,
88:1, 88:6, 88:24,
89:6, 92:2, 94:6,
94:19, 94:23, 95:25,

100:18, 100:21,
102:19, 104:8,
104:14, 105:8,
105:9, 105:11,
105:14, 105:17,
105:18, 105:23,
106:15, 107:18,
108:17, 110:8,
113:4, 114:12,
114:17, 116:11,
117:2, 117:15
**hears** [1] - 37:12
**hearsay** [3] - 107:17,
107:18
**heartbroken** [1] - 98:3
**HELD** [1] - 131:15
**held** [6] - 55:4, 75:22,
102:1, 125:11,
127:19, 130:5
**help** [11] - 27:24,
33:25, 89:2, 96:11,
97:17, 97:19, 97:20,
97:22, 105:10,
114:3, 125:7
**helpful** [1] - 74:13
**HEREBY** [1] - 131:12
**herself** [4] - 28:6,
33:14, 53:23, 74:3
**hesitate** [3] - 112:7,
112:10, 122:5
**high** [2] - 84:24,
108:25
**higher** [3] - 84:16,
84:18, 84:20
**highest** [2] - 84:15,
109:1
**highlight** [1] - 77:19
**him/her** [1] - 31:21
**himself** [2] - 23:20,
40:16
**hired** [9] - 11:3, 11:6,
11:9, 21:11, 26:2,
48:8, 48:12, 95:6
**history** [1] - 80:24
**hobbies** [1] - 67:14
**hold** [4] - 84:25, 97:3,
99:12, 130:8
**holding** [1] - 72:24
**home** [24] - 9:23,
11:20, 11:22, 12:13,
13:17, 27:5, 27:8,
28:22, 31:3, 31:6,
31:18, 35:6, 35:22,
36:3, 43:5, 46:15,
49:22, 51:2, 69:7,
69:15, 100:2, 101:2,
128:22
**homes** [1] - 43:5
**hometown** [1] - 101:4
**honest** [1] - 121:12
**Hongyan** [2] - 15:19,
48:5
**Honor** [67] - 7:18,
14:21, 14:24, 18:19,
19:12, 19:22, 19:24,
21:15, 21:25, 22:4,

22:16, 22:19, 23:3,
23:5, 23:6, 24:10,
24:13, 25:12, 28:11,
29:23, 32:2, 32:5,
34:6, 37:4, 37:6,
37:15, 37:17, 38:2,
38:5, 40:25, 41:1,
41:7, 45:1, 45:12,
45:14, 46:6, 46:8,
47:8, 47:15, 49:2,
50:6, 50:11, 50:13,
50:17, 50:19, 53:13,
54:5, 55:8, 58:2,
59:22, 61:21, 62:25,
63:19, 65:18,
103:17, 104:19,
104:24, 109:16,
109:23, 125:18,
125:25, 127:4,
127:10, 128:6,
128:10, 130:11,
130:12
**HONORABLE** [1] - 1:5
**hopefully** [2] - 65:20,
65:21
**horrible** [2] - 85:6,
98:1
**horrifying** [1] - 106:7
**hosted** [2] - 11:19,
13:16
**hotel** [2] - 43:17, 95:3
**hotels** [5] - 12:2,
13:13, 43:6, 94:22,
95:3
**house** [16] - 12:2,
12:6, 26:24, 43:17,
46:15, 49:21, 71:15,
73:4, 79:2, 82:15,
95:3, 95:16, 97:13,
97:17, 97:21, 102:17
**house-warming** [1] -
71:15
**houses** [1] - 94:22
**human** [8] - 12:8,
19:7, 45:9, 51:7,
51:8, 97:11, 103:10,
103:13
**hundred** [3] - 36:10,
71:7, 99:12
**Hung** [30] - 12:21,
15:3, 20:4, 20:11,
23:13, 23:19, 24:7,
24:17, 24:21, 25:2,
25:6, 25:7, 25:24,
26:10, 26:13, 26:23,
27:3, 28:15, 28:18,
28:20, 28:21, 28:24,
28:25, 30:15, 30:22,
31:19, 32:15, 33:13,
39:22, 39:24
**hung** [8] - 20:12,
20:23, 21:3, 21:8,
25:22, 26:24, 30:4,
79:13
**hurt** [6] - 17:5, 30:13,
32:17, 32:24, 43:20,

44:23
**husband** [8] - 27:16,
32:10, 32:20, 76:4,
77:22, 79:8, 81:1,
96:7
**hustle** [2] - 90:23

## I

**I-d's** [1] - 79:3
**ID** [2] - 26:2, 26:3
**idea** [3] - 36:14, 58:15,
82:10
**ideas** [1] - 40:10
**identified** [1] - 40:18
**identify** [2] - 15:21,
127:5
**identity** [3] - 110:21,
116:16, 121:19
**ignorance** [1] - 118:22
**illegal** [2] - 63:15,
63:23
**imagine** [1] - 42:19
**immediately** [2] -
55:2, 123:16
**immigrant** [1] - 41:23
**immigrants** [1] - 17:23
**immigration** [11] -
33:19, 41:23, 85:16,
85:17, 88:18, 89:10,
89:13, 89:24, 98:21,
106:15
**impartially** [1] -
121:14
**implicate** [2] - 56:3,
89:18
**implicates** [1] - 59:21
**implication** [3] -
32:20, 40:21, 52:21
**implications** [1] -
59:21
**implicit** [1] - 25:17
**implies** [3] - 7:11,
7:14, 7:22
**important** [19] - 13:3,
37:3, 37:9, 41:12,
41:15, 51:5, 75:18,
85:9, 86:22, 89:3,
94:3, 94:5, 111:7,
112:11, 115:25,
116:8, 117:8, 118:8,
121:8
**importantly** [4] -
39:17, 69:1, 78:11,
88:16
**imposes** [1] - 111:24
**impossible** [1] - 82:20
**improper** [6] - 29:22,
34:7, 60:1, 109:17,
109:24
**impunity** [1] - 41:20
**IN** [5] - 6:3, 131:10,
131:15, 131:16,

131:19
**inappropriate** [3] - 59:23, 60:3, 60:4
**include** [3] - 13:11, 13:14, 13:15
**included** [3] - 20:6, 26:5
**includes** [3] - 107:14, 122:16, 126:8
**including** [9] - 17:1, 17:5, 30:16, 54:22, 110:24, 113:9, 121:22, 124:17, 124:19
**inconsistencies** [1] - 77:20
**incredibly** [2] - 41:22, 51:23
**Indeed** [1] - 19:16
**independent** [1] - 66:25
**indicate** [1] - 93:9
**indicated** [1] - 23:18
**indicating** [1] - 59:12
**indications** [1] - 88:15
**indicative** [1] - 103:3
**indicator** [1] - 75:18
**indictment** [18] - 22:16, 31:12, 34:13, 53:6, 54:16, 111:14, 111:15, 112:14, 112:20, 116:21, 116:23, 118:13, 118:18, 119:3, 126:2, 126:9, 127:13, 129:7
**indifferent** [1] - 24:5
**indirect** [1] - 114:18
**individually** [1] - 99:7
**individuals** [2] - 17:7, 17:10
**induce** [1] - 87:4
**induced** [2] - 69:12, 94:1
**inducing** [1] - 95:22
**inference** [2] - 40:24, 41:2
**inferences** [1] - 60:14
**influence** [2] - 110:18, 121:16
**influenced** [5] - 110:19, 110:23, 121:17, 121:21, 123:20
**information** [16] - 12:12, 12:15, 12:17, 20:17, 26:4, 39:1, 55:21, 56:6, 74:11, 78:22, 78:24, 79:1, 79:4, 79:11, 122:10, 123:15
**informed** [1] - 11:11
**injured** [1] - 6:9
**innocence** [7] - 83:12, 83:13, 93:16, 111:19, 112:17,

112:19, 113:2
**innocent** [8] - 28:16, 62:6, 83:15, 83:16, 83:17, 83:19, 111:12, 112:22
**inside** [3] - 63:13, 63:15, 63:21
**insight** [1] - 70:24
**inspections** [2] - 40:20, 42:3
**instances** [1] - 55:20
**instead** [3] - 14:22, 72:15, 72:22
**instruct** [3] - 107:13, 110:8, 111:11
**instructed** [5] - 41:10, 60:10, 61:24, 114:7, 114:10
**Instruction** [1] - 126:5
**instruction** [4] - 62:23, 126:25, 127:22, 129:1
**instructions** [8] - 24:14, 110:10, 111:5, 111:7, 122:8, 126:4, 129:4, 130:7
**insured** [1] - 6:13
**intended** [6] - 16:16, 16:23, 18:2, 60:20, 114:3, 120:12
**intent** [1] - 116:14
**intention** [2] - 111:3, 122:1
**inter** [1] - 51:22
**interacted** [1] - 94:16
**interactions** [2] - 42:11, 43:17
**interchangeably** [1] - 20:9
**intercourse** [4] - 18:6, 19:21, 24:25, 37:13
**interest** [3] - 107:6, 108:3, 115:9
**interested** [2] - 91:21, 102:2
**interferes** [1] - 120:6
**internal** [1] - 128:3
**international** [1] - 8:22
**internationally** [1] - 8:23
**Internet** [4] - 9:1, 9:14, 122:19, 123:5
**interpret** [1] - 114:3
**INTERPRETER** [1] - 3:12
**interpreter** [2] - 117:6, 117:14
**interpreter's** [1] - 117:10
**interstate** [1] - 9:12
**Interstate** [9] - 8:13, 8:17, 8:24, 54:10, 119:25, 120:4, 120:5, 120:18, 130:3
**interview** [1] - 20:15

**interviewed** [7] - 39:25, 50:21, 50:22, 70:12, 78:3, 78:13, 97:10
**interviews** [2] - 50:20, 117:16
**intimate** [4] - 49:20, 90:20, 106:7, 106:20
**introduced** [1] - 102:12
**invest** [1] - 96:13
**investigate** [3] - 92:16, 93:3, 105:15
**investigating** [1] - 72:11
**investigation** [3] - 66:19, 91:10, 123:7
**invoke** [1] - 97:6
**involuntary** [1] - 102:7
**involved** [2] - 54:23, 122:22
**involves** [2] - 120:6, 122:10
**involving** [1] - 92:3
**iPad** [1] - 9:18
**irrelevant** [1] - 104:3
**IS** [2] - 131:13, 131:16
**isolated** [1] - 76:1
**issue** [4] - 58:7, 73:16, 104:4, 107:11
**issues** [3] - 61:15, 61:18, 122:10
**items** [1] - 9:21

**J**

**jail** [1] - 97:15
**January** [2] - 15:10, 15:12
**jeopardizes** [1] - 123:12
**Jiayaun** [2] - 87:18, 95:13
**Jin** [2] - 15:19, 48:5
**job** [22] - 7:12, 19:17, 21:1, 27:21, 38:21, 38:25, 39:5, 40:11, 40:23, 41:8, 53:10, 72:19, 73:13, 78:16, 81:23, 82:9, 86:3, 90:8, 94:24, 100:18, 101:15, 102:3
**jobs** [7] - 40:9, 42:18, 42:25, 56:5, 72:19, 76:23, 87:15
**John** [2] - 31:4, 31:13
**JUDGE** [1] - 1:5
**judge** [1] - 59:9
**JUDICIAL** [2] - 131:17, 131:20
**July** [5] - 20:15, 65:25, 77:1, 77:16, 85:13
**JUNE** [2] - 1:19, 6:1
**June** [6] - 15:7, 22:23, 22:25, 29:5, 76:21,

77:14
**juror** [2] - 123:12, 123:15
**jurors** [10] - 54:23, 117:8, 118:8, 120:23, 121:3, 121:4, 121:7, 122:2, 122:11, 123:21
**jury** [28] - 14:6, 14:10, 20:10, 24:14, 55:5, 56:12, 57:9, 57:19, 60:9, 60:14, 61:24, 62:16, 110:7, 110:10, 111:18, 112:15, 112:18, 120:21, 122:23, 124:9, 124:11, 124:17, 125:1, 125:12, 126:2, 126:4, 127:20, 130:6
**JURY** [3] - 1:15, 1:16, 4:3
**justice** [2] - 64:4, 68:5

**K**

**keep** [12] - 19:9, 20:9, 25:6, 26:3, 26:8, 28:1, 44:3, 65:13, 87:15, 94:3, 95:20, 124:25
**keeps** [1] - 34:4
**kept** [5] - 7:1, 13:21, 29:13, 78:23, 80:11
**key** [1] - 74:22
**kids** [2] - 67:13, 86:10
**kill** [3] - 32:17, 37:12, 37:16
**kind** [3] - 71:5, 111:16, 112:6
**kinds** [1] - 61:8
**kit** [1] - 10:3
**knowingly** [8] - 8:2, 10:7, 25:2, 28:17, 118:21, 119:1, 119:9, 129:13
**knowledge** [8] - 34:22, 61:25, 100:19, 100:20, 107:19, 116:16, 118:2, 118:10
**known** [9] - 7:7, 12:21, 15:11, 15:19, 34:2, 46:19, 47:23, 48:5, 82:5
**knows** [3] - 6:16, 34:5, 60:8
**Korea** [1] - 10:2
**Kwan** [20] - 7:8, 15:11, 39:22, 39:25, 40:3, 40:6, 40:11, 40:18, 40:22, 41:8, 41:9, 41:17, 41:22, 42:1, 42:23, 44:13, 45:24, 46:2, 50:15, 54:2

**L**

**LA** [2] - 2:23, 83:7
**Ladies** [6] - 9:15, 14:16, 23:8, 27:17, 33:8, 51:9
**lambs** [2] - 58:14, 62:6
**land** [1] - 83:12
**landed** [1] - 59:16
**landing** [2] - 12:14, 27:5
**language** [10] - 17:20, 27:22, 27:23, 30:11, 35:25, 117:5, 117:8, 117:18, 118:8, 118:11
**languages** [2] - 23:11, 117:3
**Lara** [11] - 7:21, 30:1, 34:8, 38:8, 45:18, 53:14, 55:24, 56:9, 61:5, 90:11, 128:12
**LARA** [67] - 2:10, 6:5, 6:7, 7:22, 14:24, 15:2, 18:24, 19:14, 19:24, 21:20, 22:1, 22:4, 22:6, 22:15, 22:23, 22:25, 23:3, 23:5, 23:8, 24:13, 24:16, 25:12, 25:14, 25:17, 25:19, 28:11, 28:13, 29:23, 30:4, 32:5, 32:8, 34:9, 34:11, 34:13, 36:18, 37:6, 37:9, 37:17, 37:21, 38:5, 38:12, 41:1, 41:7, 42:8, 45:3, 45:14, 45:19, 46:8, 46:11, 47:8, 47:15, 49:2, 49:7, 50:4, 50:6, 50:10, 50:13, 50:19, 53:17, 54:7, 55:15, 127:10, 127:16, 127:18, 128:6, 128:10, 130:12
**large** [2] - 35:14, 68:21
**LASD** [1] - 31:9
**last** [11] - 16:18, 35:4, 55:9, 55:10, 65:20, 83:1, 83:3, 95:23, 103:21, 128:9
**laughing** [2] - 71:20
**LAURA** [1] - 2:16
**law** [27] - 7:25, 14:5, 14:7, 16:18, 16:20, 20:14, 24:11, 31:16, 48:21, 69:10, 83:10, 83:12, 83:18, 90:5, 93:18, 94:5, 95:21, 105:12, 110:9, 110:14, 110:15, 110:16, 111:16, 111:24, 114:22,

**123:9, 123:22**
**LAW** [2] - 2:20, 3:7
**lawsuit** [1] - 76:13
**lawyer** [2] - 92:4, 92:13
**lawyer's** [2] - 113:24, 113:25
**lawyers** [8] - 65:17, 113:22, 113:23, 114:1, 114:5, 117:18, 124:14, 127:25
**layman's** [1] - 8:21
**lead** [2] - 60:14, 71:23
**leading** [1] - 75:15
**learn** [2] - 86:12, 123:7
**learned** [2] - 89:23, 103:14
**least** [5] - 11:14, 11:17, 13:18, 14:1, 54:8
**leave** [10] - 33:24, 34:25, 78:23, 86:14, 90:25, 91:6, 93:7, 94:17, 125:15, 130:7
**leaving** [3] - 33:13, 75:12, 129:2
**led** [2] - 21:10, 62:6
**ledger** [2] - 14:1, 110:2
**left** [10] - 41:9, 44:12, 47:20, 51:15, 52:8, 76:23, 78:9, 82:25, 95:15, 128:19
**legal** [5] - 33:19, 84:15, 89:14, 109:1, 111:17
**legitimate** [2] - 30:21, 101:18
**lengthy** [1] - 96:19
**less** [3] - 29:7, 51:15, 66:19
**LESS** [1] - 131:18
**liberty** [2] - 84:25, 96:23
**license** [4] - 20:22, 21:3, 88:19, 101:12
**lie** [3] - 14:9, 81:25, 105:19
**lied** [12] - 50:20, 50:23, 50:24, 50:25, 51:2, 51:3, 51:6, 58:20, 80:25, 81:4, 81:8, 81:12
**lies** [1] - 84:6
**life** [11] - 17:19, 26:21, 47:3, 47:16, 49:10, 52:10, 52:13, 71:13, 106:7, 106:20, 109:15
**light** [4] - 104:9, 105:7, 115:12, 118:5
**likely** [2] - 26:25, 84:20
**limit** [1] - 47:14

**limited** [4] - 52:2, 58:2, 114:9, 114:11
**limiting** [2] - 59:9, 62:23
**line** [1] - 50:9
**lines** [2] - 8:22, 10:4
**lingerie** [1] - 96:10
**Lisa** [2] - 88:24, 102:18
**Lisa's** [1] - 102:17
**listed** [1] - 20:23
**listen** [3] - 28:6, 43:21, 123:2
**listened** [1] - 121:4
**listing** [1] - 9:14
**LIU** [1] - 3:12
**Liu** [24] - 12:11, 13:12, 15:11, 39:22, 39:25, 40:7, 40:11, 40:19, 40:22, 41:8, 41:9, 41:17, 42:1, 42:23, 43:6, 46:2, 48:1, 50:15, 54:2, 88:2, 88:6, 90:13, 92:17
**Liu's** [3] - 41:23, 44:13, 45:24
**Liu/Nico** [2] - 7:8, 40:4
**live** [5] - 45:6, 75:25, 76:7, 76:8, 86:7
**lived** [12] - 6:23, 7:4, 27:14, 45:4, 45:17, 51:24, 52:5, 76:3, 81:25, 85:14, 86:5
**lives** [1] - 100:20
**living** [1] - 67:15
**LLP** [1] - 3:3
**lobby** [1] - 29:9
**local** [1] - 88:7
**location** [4] - 45:8, 45:20, 75:13, 76:25
**locations** [3] - 13:14, 74:12, 78:9
**locked** [1] - 80:16
**log** [1] - 7:1
**look** [9] - 15:3, 58:24, 61:11, 84:9, 84:11, 91:11, 91:14, 96:16, 97:8
**looked** [4] - 40:5, 68:4, 90:15, 101:18
**looking** [2] - 75:3, 75:5
**looks** [2] - 75:6, 96:22
**Lord** [1] - 102:14
**Los** [4] - 38:17, 39:10, 39:19, 91:3
**LOS** [8] - 1:18, 1:24, 2:7, 2:11, 2:17, 3:5, 3:9, 6:1
**lose** [2] - 90:2, 105:23
**lost** [1] - 101:2
**lotion** [1] - 43:15
**loves** [1] - 62:7
**LOYOLA** [1] - 3:7
**LPR** [1] - 105:24

**LPR's** [1] - 104:12
**lucrative** [1] - 77:4
**Lui** [1] - 88:11
**Luna** [12] - 15:19, 15:20, 48:5, 73:18, 82:12, 83:6, 86:20, 87:6, 87:9, 87:15, 90:10, 97:13
**Luna's** [2] - 67:21, 86:20
**lunch** [1] - 130:4
**lying** [8] - 49:8, 49:10, 56:18, 66:17, 77:18, 80:25, 96:14, 104:7

---

# M

**mad** [2] - 49:13, 88:3
**madam** [1] - 98:6
**Mafia** [3] - 71:17, 93:10, 93:11
**magical** [1] - 109:5
**mail** [2] - 91:16, 122:18
**mails** [1] - 67:11
**maintain** [1] - 11:18
**maintained** [7] - 8:5, 10:8, 10:13, 119:11, 119:16, 129:14, 129:19
**majority** [1] - 18:17
**makeup** [1] - 59:17
**Malaysia** [2] - 81:17, 95:5
**man** [4] - 35:14, 40:18, 82:18, 90:13
**manager** [2] - 11:14, 11:16
**MANDARIN** [1] - 3:12
**Mandarin** [4] - 117:3, 117:7, 117:17, 118:7
**manner** [2] - 107:25, 115:8
**MARIA** [3] - 1:21, 131:10, 131:23
**marriage** [1] - 81:5
**Marshall** [2] - 45:6, 86:1
**massage** [61] - 9:6, 10:1, 10:2, 10:19, 11:12, 11:15, 12:20, 15:18, 19:18, 20:13, 21:1, 21:3, 21:9, 23:14, 29:7, 29:11, 34:16, 34:17, 34:18, 34:19, 35:1, 35:24, 36:7, 38:24, 39:4, 39:6, 39:12, 40:8, 40:14, 43:3, 43:7, 43:8, 43:14, 44:18, 45:9, 45:25, 46:25, 47:18, 48:13, 50:23, 51:25, 53:5, 63:14, 66:7, 66:8, 68:23, 71:1, 71:15, 76:20,

**77:25, 78:2, 81:23, 82:2, 82:19, 87:16, 88:19, 94:7, 96:9, 96:13, 101:12
**Massage** [9] - 12:23, 15:25, 16:1, 23:17, 76:12, 76:15, 76:21, 77:3, 79:19
**massages** [1] - 95:7
**masseur** [1] - 10:22
**materials** [1] - 123:6
**MATTER** [1] - 131:15
**matter** [5] - 36:24, 100:1, 109:22, 111:10, 122:25
**mattered** [2] - 6:11, 52:7
**mean** [16] - 16:16, 24:23, 30:12, 30:18, 35:10, 36:25, 42:17, 42:22, 56:25, 61:7, 63:13, 84:15, 90:21, 102:6, 126:15
**meaning** [7] - 6:17, 30:18, 30:19, 32:17, 73:7, 105:8, 117:11
**means** [20] - 10:9, 16:7, 16:8, 16:14, 16:25, 17:4, 19:2, 20:11, 48:14, 83:14, 84:16, 84:19, 85:20, 93:24, 109:10, 119:11, 119:21, 122:18, 129:15, 129:24
**meant** [5] - 14:25, 23:11, 32:16, 99:19
**media** [3] - 122:20, 122:21, 123:3
**medicine** [1] - 79:14
**meeting** [1] - 80:2
**meets** [1] - 74:24
**mei** [1] - 45:24
**Mei** [219] - 6:7, 8:25, 11:7, 11:8, 11:10, 11:11, 11:13, 11:21, 12:9, 12:13, 14:3, 15:25, 19:5, 20:13, 21:4, 21:10, 21:12, 21:20, 24:3, 24:4, 25:8, 25:20, 25:25, 26:6, 26:9, 26:14, 26:23, 27:2, 27:4, 27:8, 28:6, 28:16, 28:23, 28:24, 29:2, 29:3, 30:9, 30:13, 30:17, 30:20, 30:24, 32:8, 32:11, 32:12, 33:4, 33:6, 33:7, 33:9, 33:12, 33:14, 34:20, 35:4, 35:5, 35:6, 35:11, 35:21, 36:5, 36:7, 36:8, 36:12, 36:24, 37:2, 37:12, 37:23, 37:24, 38:23, 39:1, 39:3,

**39:6, 39:13, 39:17, 39:19, 39:21, 39:23, 40:8, 40:9, 40:11, 40:17, 40:20, 41:11, 41:12, 41:13, 41:16, 41:18, 41:20, 43:3, 43:4, 43:18, 44:18, 44:19, 46:2, 46:3, 46:14, 47:20, 47:25, 48:10, 48:19, 51:13, 52:1, 52:5, 52:12, 53:10, 53:21, 53:24, 53:25, 54:18, 55:22, 56:17, 57:22, 58:7, 58:9, 59:10, 59:22, 60:1, 60:4, 63:16, 63:20, 66:2, 66:5, 66:8, 66:10, 66:12, 66:13, 66:14, 66:17, 67:20, 69:3, 69:6, 70:24, 71:13, 71:24, 72:1, 72:20, 72:21, 73:2, 73:3, 73:5, 73:8, 73:13, 73:14, 73:24, 74:3, 74:19, 76:6, 76:12, 76:13, 76:16, 76:19, 76:24, 77:1, 77:3, 77:7, 77:15, 77:16, 77:25, 78:1, 78:4, 78:12, 78:18, 78:21, 78:24, 78:25, 79:7, 79:10, 79:14, 79:20, 79:22, 80:2, 80:5, 80:9, 82:2, 82:12, 82:13, 82:15, 82:19, 83:14, 83:24, 85:4, 85:13, 85:16, 85:19, 86:4, 86:6, 86:17, 87:2, 87:9, 87:19, 88:17, 89:2, 92:14, 92:23, 93:6, 93:12, 93:24, 94:19, 94:21, 95:5, 95:7, 95:8, 95:11, 95:15, 95:17, 95:19, 97:9, 97:15, 97:19, 97:21, 97:24, 98:5, 106:1, 109:8, 110:4
**MEI** [2] - 1:12, 2:14
**Melinda** [9] - 38:23, 76:12, 77:2, 77:4, 77:6, 84:11, 92:22, 92:23, 94:10
**Melinda's** [1] - 38:22
**member** [3] - 34:15, 120:21, 124:8
**members** [5] - 36:22, 54:23, 110:7, 122:21
**memory** [8] - 105:2, 105:3, 107:21, 107:25, 114:6, 115:7, 123:19, 123:20
**men** [2] - 75:3, 80:19
**mention** [2] - 15:20, 78:10

**mentioned** [3] - 21:2, 35:12, 78:11
**merchandise** [1] - 120:8
**merits** [1] - 122:14
**message** [5] - 46:1, 53:17, 69:5, 80:15, 108:17
**messages** [12] - 67:11, 67:22, 68:10, 68:16, 68:21, 69:6, 70:15, 70:18, 82:22, 98:5, 100:6, 108:19
**messaging** [1] - 122:18
**messy** [1] - 51:20
**met** [7] - 10:5, 11:11, 28:25, 75:24, 77:22, 83:20, 102:19
**meth** [2] - 66:3, 101:1
**Mexicans** [1] - 93:12
**middle** [3] - 47:17, 53:7, 89:1
**might** [3] - 52:20, 87:5, 90:23
**Millman** [1] - 75:2
**millman** [1] - 75:16
**mind** [5] - 55:22, 61:17, 61:23, 94:3, 95:20
**minimal** [3] - 8:20, 120:10, 120:19
**minimize** [2] - 14:14, 18:7
**minute** [2] - 10:20, 55:3
**minutes** [5] - 80:19, 125:16, 130:9
**misconduct** [1] - 64:12
**mislead** [1] - 14:5
**miss** [2] - 70:18, 127:23
**missing** [1] - 78:4
**misstated** [2] - 14:22, 50:7
**misstates** [25] - 18:19, 22:2, 24:11, 25:9, 28:9, 36:16, 37:5, 46:6, 47:6, 48:24, 50:3, 53:12, 69:22, 73:20, 77:8, 77:12, 81:2, 81:6, 81:11, 88:10, 90:4, 90:5, 100:5, 101:8, 102:22
**misstating** [1] - 38:3
**mistake** [2] - 107:1, 118:23
**mistakes** [2] - 115:18, 116:16
**mistrial** [3] - 64:11, 65:3, 123:13
**misunderstanding** [1] - 98:15
**mixed** [1] - 16:9
**modern** [1] - 75:20

**mom** [1] - 79:14
**moment** [1] - 72:11
**moments** [1] - 90:21
**MONDAY** [1] - 6:1
**money** [65] - 6:12, 8:19, 12:9, 13:11, 13:14, 13:16, 13:24, 14:3, 14:4, 14:19, 17:9, 24:18, 27:2, 29:17, 29:20, 30:8, 32:9, 32:14, 35:9, 36:6, 36:23, 38:14, 39:11, 41:10, 41:13, 44:8, 44:10, 44:12, 46:14, 52:16, 67:14, 68:21, 69:17, 73:13, 73:15, 73:16, 73:18, 73:23, 73:24, 74:7, 74:8, 75:17, 75:23, 76:3, 78:19, 86:15, 87:23, 88:4, 90:24, 91:7, 91:8, 99:25, 100:4, 100:11, 100:12, 100:17, 100:18, 100:21, 101:15, 103:5, 103:7, 109:14, 120:8
**MONICA** [1] - 3:4
**Monterey** [1] - 10:20
**month** [3] - 15:21, 51:15, 73:19
**months** [3] - 66:6, 78:4, 78:8
**morning** [3] - 54:21, 55:3, 74:22
**most** [12] - 28:23, 51:23, 69:1, 73:12, 75:18, 88:16, 89:11, 90:20, 90:24, 91:7, 106:7, 112:11
**motion** [3] - 64:8, 65:2, 65:3
**motions** [1] - 58:24
**motivated** [1] - 32:13
**motivating** [1] - 100:16
**motivation** [2] - 106:19, 108:8
**motivations** [3] - 103:24, 108:5, 108:7
**motive** [1] - 116:15
**mouse** [1] - 47:25
**mouth** [1] - 23:21
**move** [23] - 7:20, 18:22, 21:18, 23:2, 25:16, 29:25, 30:2, 34:10, 37:19, 38:8, 38:9, 38:10, 41:4, 45:3, 45:21, 50:18, 53:15, 64:22, 64:23, 77:11, 100:9, 103:20, 109:19
**moved** [6] - 8:22, 23:17, 33:24, 45:8, 76:9, 79:20
**movement** [1] - 120:7

**moving** [1] - 64:11
**MR** [66] - 6:5, 6:7, 7:22, 14:24, 15:2, 18:24, 19:14, 19:24, 21:20, 22:1, 22:4, 22:6, 22:15, 22:23, 22:25, 23:3, 23:5, 23:8, 24:13, 24:16, 25:12, 25:14, 25:17, 25:19, 28:11, 28:13, 29:23, 30:4, 32:5, 32:8, 34:9, 34:11, 34:13, 36:18, 37:6, 37:9, 37:17, 37:21, 38:5, 38:12, 41:1, 41:7, 42:8, 45:3, 45:14, 45:19, 46:8, 46:11, 47:8, 47:15, 49:2, 49:7, 50:4, 50:6, 50:10, 50:13, 50:19, 53:17, 54:7, 55:15, 127:10, 127:16, 127:18, 128:6, 128:10, 130:12
**MS** [154] - 7:17, 7:20, 14:21, 18:19, 18:22, 19:12, 19:22, 21:15, 21:18, 21:25, 22:2, 22:11, 22:14, 22:18, 22:21, 23:1, 24:10, 25:9, 25:16, 28:9, 29:22, 30:2, 32:2, 34:6, 34:10, 36:16, 37:4, 37:15, 37:19, 38:2, 38:10, 40:24, 41:4, 42:6, 45:1, 45:12, 45:16, 46:6, 47:6, 48:24, 50:3, 50:9, 50:11, 50:16, 53:12, 53:15, 54:4, 55:8, 55:14, 55:18, 56:2, 56:7, 56:17, 56:20, 56:25, 57:3, 57:7, 57:15, 58:2, 58:6, 58:13, 59:1, 59:3, 59:6, 60:8, 60:13, 60:18, 61:21, 62:4, 62:10, 62:19, 62:25, 63:3, 63:6, 63:18, 64:1, 64:4, 64:7, 64:11, 64:17, 65:1, 65:5, 65:11, 65:18, 65:25, 69:22, 69:25, 70:2, 70:4, 70:9, 70:11, 73:20, 73:21, 73:23, 74:24, 75:1, 75:10, 77:8, 77:11, 77:14, 81:2, 81:4, 81:6, 81:8, 81:11, 81:12, 81:14, 88:10, 88:13, 90:4, 90:7, 92:6, 92:9, 92:12, 93:20, 93:23, 98:9, 100:5, 100:8, 100:9, 100:11,

101:8, 101:11, 102:22, 102:25, 103:17, 103:20, 103:22, 104:19, 104:21, 104:24, 105:2, 108:13, 108:15, 109:16, 109:19, 109:21, 109:23, 110:1, 125:18, 125:23, 125:25, 126:4, 126:7, 126:11, 126:18, 126:24, 127:4, 127:9, 128:5, 128:11, 128:15, 128:21, 130:11
**multifaceted** [1] - 44:5
**multiple** [8] - 15:21, 38:6, 43:19, 46:18, 48:20, 81:18, 86:18, 99:9
**multiply** [1] - 13:2
**must** [25] - 8:1, 110:16, 111:5, 111:11, 112:8, 112:14, 112:18, 113:24, 114:11, 116:24, 117:9, 117:11, 117:12, 118:9, 118:12, 119:7, 120:3, 120:13, 120:16, 120:25, 121:1, 122:7, 122:9, 122:24, 129:11

# N

**NAME** [2] - 131:5, 131:7
**name** [6] - 20:7, 34:4, 79:5, 105:10
**named** [1] - 94:9
**names** [4] - 14:19, 68:12, 81:10, 110:2
**national** [2] - 110:20, 121:18
**natural** [2] - 120:13, 120:17
**nature** [6] - 8:18, 42:11, 63:11, 90:8, 95:14, 118:4
**navigate** [1] - 27:24
**near** [1] - 118:18
**necessarily** [2] - 16:7, 116:7
**necessary** [4] - 118:15, 118:19, 120:11, 124:6
**need** [13] - 36:23, 37:10, 65:3, 90:15, 90:22, 96:11, 96:23, 100:14, 104:12, 105:21, 106:12, 106:13, 127:11

**needed** [9] - 6:18, 6:19, 53:17, 100:12, 100:18, 100:21, 101:12, 101:15
**needs** [1] - 75:24
**negate** [1] - 108:21
**NEHA** [1] - 2:15
**neighbor** [1] - 79:22
**neighbor's** [1] - 97:13
**never** [38] - 29:2, 35:12, 49:21, 60:22, 62:5, 72:3, 72:4, 73:10, 74:7, 74:19, 78:11, 78:20, 78:25, 81:1, 81:24, 82:9, 86:24, 86:25, 87:1, 87:17, 87:24, 87:25, 88:19, 88:20, 89:4, 89:5, 93:8, 103:18, 104:13, 104:24, 106:24, 109:24, 111:23, 111:24
**new** [5] - 11:12, 27:21, 53:10, 65:8, 65:9
**news** [1] - 123:2
**nexis** [1] - 9:12
**next** [7] - 31:7, 34:2, 39:4, 40:12, 52:16, 76:24, 86:2
**Nexus** [1] - 54:10
**NGO** [1] - 51:18
**nicknames** [1] - 68:13
**Nico** [27] - 15:11, 45:5, 47:17, 47:18, 57:16, 67:19, 68:22, 69:3, 69:18, 70:12, 71:25, 73:19, 73:21, 73:23, 79:18, 80:8, 83:6, 85:12, 85:22, 86:2, 86:7, 89:8, 94:19, 94:21, 96:17, 97:18, 101:13
**Nico's** [8] - 44:13, 59:14, 59:23, 60:2, 68:11, 80:10, 108:15, 108:18
**night** [4] - 69:1, 89:1, 91:4, 109:12
**Ninth** [1] - 59:25
**nobody** [4] - 85:5, 85:20, 105:17, 105:18
**noise** [1] - 23:21
**NONE** [1] - 4:6
**none** [9] - 28:15, 76:1, 79:16, 84:23, 90:19, 96:18, 102:8, 102:9, 115:3
**None** [1] - 5:2
**nonphysical** [2] - 17:1, 17:5
**normal** [6] - 21:9, 68:24, 72:17, 103:11, 103:15, 106:17
**normally** [2] - 61:10,

63:10
**NORTH** [2] - 2:6, 2:10
**NOT** [2] - 3:3, 3:8
**note** [4] - 42:16, 65:14, 124:7
**notebook** [1] - 31:6
**noted** [1] - 64:23
**notes** [9] - 55:19, 98:12, 105:6, 117:16, 123:17, 123:18, 123:19, 123:21
**nothing** [10] - 34:21, 61:12, 61:19, 69:17, 92:16, 93:9, 99:4, 105:22, 106:17, 111:17
**notify** [1] - 123:16
**Number** [2] - 55:6, 126:5
**number** [22] - 9:15, 9:16, 10:23, 11:3, 11:5, 13:4, 20:8, 20:23, 21:3, 29:14, 31:4, 31:7, 31:9, 31:12, 34:15, 50:4, 59:3, 61:6, 79:6, 116:7, 125:15, 130:8
**numbers** [1] - 31:18
**numerically** [1] - 124:18
**nutshell** [1] - 42:24

## O

**Oaks** [2] - 78:1, 94:8
**oath** [2] - 74:17, 111:4
**obedience** [1] - 54:1
**obey** [1] - 99:24
**object** [2] - 61:21, 63:6
**objection** [41] - 7:17, 14:21, 18:19, 19:12, 19:22, 21:15, 21:25, 24:10, 25:9, 28:9, 29:22, 32:2, 36:16, 37:4, 37:15, 38:2, 40:24, 42:6, 45:1, 45:12, 46:6, 47:6, 48:24, 50:3, 53:12, 54:4, 69:22, 73:20, 77:8, 81:2, 81:6, 81:11, 88:10, 92:6, 93:20, 100:5, 101:8, 102:22, 103:17, 104:19, 109:16
**Objection** [3] - 34:6, 90:4, 109:23
**objections** [5] - 60:23, 63:9, 63:10, 64:8, 113:22
**objective** [13] - 58:18, 66:21, 67:23, 70:23, 71:21, 72:5, 74:15, 74:16, 74:20, 91:25,

96:16, 97:8, 98:4
**obligated** [1] - 112:1
**obtain** [1] - 20:16
**obtained** [10] - 8:5, 10:8, 10:13, 13:12, 31:1, 31:6, 119:10, 119:15, 129:14, 129:19
**obvious** [1] - 32:18
**obviously** [1] - 31:15
**occasion** [1] - 57:18
**occasionally** [3] - 48:16, 48:22, 49:4
**occasions** [1] - 57:17
**October** [14] - 9:9, 15:13, 20:20, 38:4, 47:17, 53:7, 69:10, 69:21, 70:1, 70:12, 80:7, 80:13, 109:13
**OF** [20] - 1:2, 1:7, 1:15, 2:4, 2:4, 2:9, 2:14, 2:14, 2:20, 3:2, 3:3, 3:7, 3:7, 131:11, 131:14, 131:17, 131:20
**offense** [2] - 116:22, 120:17
**offenses** [5] - 112:14, 112:15, 118:14, 118:17, 118:19
**offers** [1] - 73:12
**office** [2] - 39:3, 91:20
**OFFICE** [3] - 2:4, 2:9, 2:14
**officer** [9] - 40:18, 40:19, 40:22, 41:6, 41:7, 41:17, 41:19, 42:12, 43:2
**officers** [4] - 42:5, 48:21, 49:1, 49:4
**OFFICES** [1] - 2:20
**official** [1] - 117:5
**OFFICIAL** [3] - 1:22, 131:10, 131:23
**often** [4] - 19:7, 47:24, 52:3, 115:17
**older** [1] - 77:23
**OLGUIN** [1] - 1:5
**omissions** [1] - 118:24
**ON** [4] - 2:4, 2:14, 3:2, 3:7
**once** [12] - 19:9, 26:15, 26:17, 26:19, 26:20, 52:18, 77:1, 77:5, 91:12, 91:23, 99:4, 102:19
**one** [84] - 7:10, 8:4, 8:7, 10:1, 10:24, 13:25, 14:1, 14:16, 16:8, 16:18, 23:16, 31:22, 33:23, 34:5, 38:12, 38:14, 38:15, 39:11, 40:13, 42:21, 42:22, 43:7, 43:8, 43:11, 43:15, 44:1,

45:19, 46:24, 48:2, 50:4, 50:15, 51:15, 51:16, 51:24, 52:13, 54:9, 54:18, 55:10, 61:3, 61:11, 63:3, 63:19, 65:15, 65:20, 68:8, 72:4, 73:11, 74:14, 75:10, 75:16, 76:17, 82:6, 82:10, 82:13, 82:19, 82:21, 82:22, 82:23, 86:13, 86:24, 87:20, 88:11, 91:3, 97:2, 99:8, 99:14, 99:16, 101:2, 109:2, 109:12, 112:5, 112:17, 114:19, 116:25, 120:20, 122:2, 122:3, 124:8, 126:16, 127:22, 128:8, 128:18
**ones** [1] - 84:12
**online** [1] - 51:1
**open** [11] - 53:5, 53:8, 55:21, 56:6, 74:23, 74:25, 75:9, 80:16, 80:22, 93:1, 124:11
**opened** [2] - 74:19, 76:12
**opening** [1] - 114:2
**opens** [1] - 56:11, 77:6
**opinion** [6] - 110:18, 110:24, 121:5, 121:16, 121:22, 122:6
**opportunity** [7] - 11:17, 35:17, 97:1, 107:15, 115:5, 116:15, 123:11
**opposite** [1] - 67:7
**option** [1] - 101:25
**oral** [1] - 46:21
**order** [5] - 11:18, 60:16, 62:22, 68:8, 125:3
**ordered** [4] - 70:3, 70:6, 122:25, 125:6
**organize** [1] - 98:13
**orientation** [2] - 110:21, 121:19
**Orozco** [2] - 75:2, 75:16
**otherwise** [3] - 62:24, 99:1, 124:18
**ourselves** [2] - 27:18, 89:7
**outbursts** [1] - 60:25
**outcome** [2] - 108:3, 115:9
**outrageous** [5] - 60:24, 61:1, 63:7, 63:8, 63:11
**outside** [11] - 9:1, 9:22, 22:11, 22:13, 44:6, 48:13, 71:15,

101:18, 123:15, 125:11, 130:5
**overly** [1] - 123:20
**overnights** [1] - 13:15
**overruled** [27] - 19:13, 19:23, 24:15, 28:12, 30:3, 32:7, 36:17, 37:8, 42:7, 45:2, 45:18, 46:10, 47:12, 49:6, 54:6, 70:10, 73:22, 77:13, 81:3, 81:7, 81:13, 90:6, 92:8, 92:11, 101:10, 102:24, 104:23
**owe** [2] - 17:9, 44:9
**owed** [2] - 13:24, 29:21
**owes** [1] - 46:14
**owing** [1] - 52:16
**own** [27] - 12:8, 13:17, 13:25, 20:5, 24:8, 24:9, 25:5, 27:4, 28:22, 30:17, 31:6, 45:15, 46:13, 73:10, 74:21, 74:22, 76:4, 76:5, 78:19, 101:19, 107:20, 112:11, 121:10, 122:5, 123:8, 123:19
**owned** [4] - 45:24, 59:23, 60:2, 66:9
**owner** [5] - 11:14, 11:15, 32:3, 32:6, 92:23
**ownership** [2] - 76:14, 77:9

## P

**page** [2] - 126:5, 126:14
**PAGE** [2] - 4:2, 131:16
**paid** [10] - 6:8, 6:14, 23:19, 29:1, 35:10, 41:11, 41:13, 46:22, 48:3, 100:12
**Pan** [2] - 15:17, 47:22
**papers** [1] - 80:25
**paraded** [1] - 102:13
**paragraph** [1] - 126:7
**paragraphs** [1] - 128:4
**Park** [1] - 10:20
**parking** [1] - 29:10
**Parlor** [1] - 12:23
**parlor** [31] - 9:6, 10:2, 11:12, 15:18, 23:14, 29:7, 29:12, 34:17, 35:1, 35:24, 36:8, 38:24, 39:4, 39:6, 39:13, 40:8, 43:3, 43:7, 44:18, 45:25, 47:18, 48:13, 68:23, 71:1, 71:15, 76:20, 77:25, 78:2, 82:2, 82:20, 94:8

**parlors** [11] - 10:1, 11:15, 12:20, 19:18, 20:13, 43:8, 46:25, 50:24, 51:25, 66:7, 66:8
**part** [8] - 41:5, 41:6, 44:24, 100:12, 103:21, 115:3, 116:4, 117:22
**partake** [1] - 72:4
**PARTIAL** [1] - 1:15
**partial** [1] - 11:15
**partially** [2] - 16:10, 16:11
**participating** [1] - 10:11
**participation** [2] - 119:14, 129:18
**particular** [2] - 16:8, 43:18, 55:23
**particularly** [1] - 52:22
**parties** [5] - 71:16, 113:16, 117:21, 117:23, 123:10
**partner** [2] - 16:2, 77:7
**partnered** [2] - 38:23, 77:5
**partnering** [1] - 16:1
**partners** [4] - 13:6, 13:8, 14:3, 77:1
**party** [4] - 102:20, 109:12, 117:13, 123:11
**past** [1] - 65:9
**Patek** [1] - 14:10
**patient** [1] - 105:4
**Patrzalek** [5] - 9:3, 20:16, 31:8, 91:16, 91:18
**pattern** [3] - 16:16, 39:14, 39:20
**patterns** [1] - 99:22
**pause** [2] - 42:15, 83:9
**pay** [8] - 38:14, 39:10, 41:21, 44:18, 66:15, 73:12, 76:8, 92:18
**payment** [1] - 24:24
**pays** [1] - 42:19
**Peck** [7] - 12:22, 16:2, 75:13, 77:6, 77:9, 78:10, 89:3
**peek** [1] - 51:20
**pending** [6] - 106:10, 106:11, 106:13, 106:14, 106:16, 106:22
**penetration** [2] - 7:14
**people** [39] - 14:18, 30:12, 30:14, 30:20, 32:10, 32:15, 37:2, 39:8, 44:21, 44:22, 45:20, 46:17, 47:24, 49:18, 54:23, 58:15, 60:5, 69:19, 70:14, 71:12, 75:13, 75:22, 76:2, 81:14, 82:24,

83:5, 86:14, 87:10, 90:24, 93:8, 95:18, 96:10, 111:1, 115:17, 115:19, 121:24, 122:22
**people's** [1] - 14:19
**per** [1] - 27:18
**perform** [15] - 17:8, 17:11, 17:15, 19:15, 24:22, 25:24, 29:2, 42:9, 42:13, 42:14, 44:9, 44:14, 48:7, 48:12, 121:14
**performed** [2] - 43:5, 49:18
**performing** [4] - 17:15, 42:10, 52:12, 79:23
**perhaps** [3] - 40:9, 55:8, 55:18
**period** [9] - 22:15, 31:11, 40:2, 40:14, 53:4, 53:6, 54:16, 59:19, 99:9
**permanent** [1] - 33:19
**permit** [4] - 81:19, 89:15, 106:12, 125:2
**permits** [1] - 111:17
**permitting** [1] - 112:16
**persevered** [1] - 28:15
**person** [27] - 16:9, 16:15, 16:17, 16:23, 17:14, 24:19, 31:16, 33:13, 36:2, 36:3, 37:11, 38:15, 46:15, 49:15, 61:3, 91:24, 96:3, 100:24, 101:24, 107:18, 107:19, 109:4, 112:7, 112:10, 122:17, 125:2
**person's** [2] - 110:19, 121:17
**personal** [8] - 78:25, 79:3, 79:11, 89:7, 110:17, 110:23, 121:15, 121:21
**personally** [3] - 11:22, 36:25, 114:17
**personnel** [1] - 31:2
**persuaded** [1] - 122:6
**persuades** [1] - 121:6
**Philippe** [1] - 14:10
**phone** [35] - 9:15, 9:16, 10:23, 11:4, 20:23, 21:3, 21:4, 31:4, 31:7, 31:9, 31:12, 31:18, 59:14, 67:9, 67:10, 67:20, 67:21, 68:2, 68:4, 68:7, 68:11, 68:12, 69:19, 70:14, 70:15, 74:22, 75:25, 76:5, 79:6, 81:15, 108:15, 108:18, 122:17,

125:15, 130:7
**phones** [6] - 67:21, 69:20, 70:3, 70:4, 70:11, 70:20
**photo** [5] - 20:4, 26:5, 40:5, 78:5
**photographs** [1] - 67:6
**photos** [2] - 67:12, 102:12
**physical** [4] - 16:15, 17:1, 17:4, 70:11
**pick** [1] - 97:14
**picked** [1] - 27:3
**picture** [7] - 23:16, 27:7, 43:7, 43:11, 43:12, 71:18, 78:6
**pictures** [7] - 70:22, 70:23, 71:6, 82:22, 98:5, 102:16
**piece** [2] - 17:13, 78:4
**pivotal** [1] - 99:20
**Place** [1] - 38:22
**place** [6] - 80:24, 98:14, 101:15, 101:17, 101:18, 125:1
**placed** [4] - 11:1, 11:4, 21:16, 59:24
**places** [1] - 56:8
**PLAINTIFF** [1] - 131:5
**Plaintiffs** [1] - 1:8
**PLAINTIFFS** [3] - 2:4, 3:2, 3:7
**plan** [8] - 16:16, 16:23, 18:1, 20:1, 36:19, 96:15, 116:15
**plane** [1] - 59:16
**play** [6] - 64:2, 72:7, 79:7, 90:22, 97:7, 98:19
**played** [4] - 74:23, 74:25, 75:9, 105:16
**playing** [2] - 82:18, 90:22
**pleaded** [1] - 112:21
**plus** [1] - 96:9
**pocket** [2] - 44:13, 44:14
**point** [10] - 17:4, 58:1, 58:22, 65:7, 72:8, 76:13, 80:4, 90:25, 94:17, 99:20
**police** [55] - 6:16, 6:17, 18:10, 27:17, 30:19, 30:21, 30:25, 31:7, 31:16, 31:18, 31:22, 33:22, 34:1, 40:18, 40:19, 40:22, 41:6, 41:7, 41:17, 41:19, 42:3, 42:4, 42:12, 43:1, 44:17, 44:24, 44:25, 48:20, 48:23, 48:25, 49:4, 50:20, 50:21, 51:14, 51:19, 52:23, 66:16,

67:19, 72:8, 76:16, 78:3, 78:10, 78:13, 78:16, 78:17, 78:20, 79:1, 85:18, 89:23, 91:23, 96:5, 96:6, 97:10, 97:18
**police's** [1] - 72:10
**policy** [6] - 32:12, 44:11, 46:23, 48:4, 48:9, 87:15
**possible** [2] - 52:9, 112:4
**possibly** [2] - 42:18, 99:5
**post** [1] - 58:23
**post-trial** [1] - 58:23
**posted** [8] - 9:7, 9:13, 9:17, 10:16, 20:19, 21:24, 22:7, 23:10
**posting** [2] - 9:19, 22:8
**PowerPoint** [2] - 59:24, 60:10
**practices** [1] - 99:22
**precisely** [3] - 21:8, 21:11, 118:20
**predates** [1] - 74:2
**preference** [1] - 21:2
**preferences** [2] - 111:1, 121:24
**preferred** [2] - 20:23, 52:11
**prejudice** [7] - 65:7, 108:4, 110:18, 110:24, 115:10, 121:15, 121:22
**prejudiced** [1] - 57:22
**prepaid** [4] - 18:6, 19:20, 34:22, 52:15
**preparation** [1] - 116:15
**prepared** [1] - 124:1
**prepayments** [1] - 12:1
**preponderance** [1] - 84:19
**presence** [4] - 37:22, 125:12, 127:20, 130:6
**PRESENT** [3] - 3:3, 3:8, 3:12
**present** [3] - 15:23, 76:2, 113:1
**presented** [4] - 104:20, 111:17, 117:21, 117:25
**preside** [1] - 120:21
**PRESIDING** [1] - 1:5
**press** [1] - 122:22
**presumably** [1] - 92:25
**presume** [2] - 83:18, 111:11
**presumed** [4] - 83:15, 83:16, 83:17, 112:22
**presumption** [3] -

83:12, 83:13, 111:19
**pretext** [2] - 12:20, 31:19
**pretty** [2] - 68:24, 84:21
**previously** [1] - 50:1
**principles** [1] - 83:10
**print** [1] - 126:14
**private** [1] - 125:1
**privilege** [1] - 41:21
**probable** [1] - 84:16
**problem** [1] - 57:8
**problems** [1] - 63:19
**procedure** [1] - 87:20
**procedures** [1] - 80:24
**proceed** [1] - 6:5
**PROCEEDINGS** [2] - 1:15, 131:15
**proceedings** [1] - 123:13
**process** [3] - 33:17, 110:13, 123:14
**processed** [1] - 28:3
**produce** [1] - 112:2
**produced** [2] - 9:25, 10:1
**producing** [1] - 111:25
**product** [1] - 8:21
**products** [2] - 10:4, 46:16
**proficient** [1] - 117:4
**promise** [2] - 72:6, 97:1
**promising** [1] - 111:4
**proof** [6] - 83:22, 83:23, 112:8, 112:9, 114:15, 114:18
**propensity** [1] - 62:17
**proper** [1] - 29:12
**property** [1] - 120:8
**prosecuting** [1] - 91:21
**prosecution** [1] - 111:21
**Prosecutor** [1] - 82:23
**prosecutor** [1] - 90:11
**prostitute** [2] - 59:8, 109:21
**prostitutes** [2] - 64:15, 64:18
**prostitution** [2] - 59:19, 95:5
**protect** [1] - 53:23
**protected** [1] - 42:3
**protecting** [1] - 29:16
**prove** [25] - 8:1, 8:3, 12:3, 68:9, 80:7, 80:8, 80:11, 80:12, 83:20, 83:23, 84:13, 84:18, 93:15, 93:23, 111:22, 112:4, 113:2, 114:21, 118:16, 118:19, 119:7, 120:3,

120:11, 120:13, 129:11
**proved** [1] - 123:24
**proves** [3] - 72:4, 112:12, 112:23
**provide** [3] - 35:8, 35:12, 84:2
**provided** [13] - 8:5, 10:3, 10:8, 10:13, 10:18, 11:17, 26:2, 94:8, 119:10, 119:15, 123:22, 129:14, 129:19
**providing** [2] - 94:22, 95:16
**proving** [1] - 113:3
**psychological** [1] - 17:2
**PUBLIC** [1] - 2:14
**public** [7] - 20:4, 28:8, 53:24, 110:18, 110:24, 121:16, 121:22
**publicly** [3] - 39:11, 39:14, 53:19
**punishment** [2] - 123:22, 123:23
**purpose** [11] - 53:2, 60:20, 61:23, 62:4, 62:15, 92:6, 100:17, 107:4, 114:9, 116:15, 116:17
**PURSUANT** [1] - 131:12
**put** [13] - 8:20, 17:17, 18:5, 23:20, 27:18, 34:21, 59:17, 63:20, 66:11, 67:1, 78:19, 78:20, 84:4
**puts** [1] - 27:25
**putting** [1] - 33:15

**Q**

**Qinghua** [1] - 15:17
**quarter** [1] - 31:3
**questionable** [1] - 84:9
**questions** [3] - 113:24, 113:25, 117:19
**quick** [4] - 8:16, 72:23, 89:13, 108:24
**quickly** [1] - 85:7
**quit** [3] - 22:19, 86:15, 109:14
**quite** [2] - 14:15, 31:15
**quote** [4] - 13:9, 36:9, 49:12, 62:7

**R**

**race** [2] - 110:19,

121:17
**racket** [1] - 24:9
**raid** [1] - 67:20
**raided** [1] - 76:15
**ran** [2] - 49:16, 93:7
**random** [1] - 95:23
**range** [1] - 42:17
**ransacked** [1] - 97:18
**rape** [3] - 75:5, 97:5, 99:13
**raped** [21] - 6:9, 18:7, 23:22, 24:7, 24:17, 26:10, 27:1, 27:10, 27:25, 34:23, 35:4, 35:17, 49:23, 52:14, 57:20, 58:16, 64:15, 71:11, 92:24, 108:21
**rather** [1] - 21:2
**re** [2] - 126:24, 127:22
**re-read** [2] - 126:24, 127:22
**reach** [3] - 120:24, 121:8, 121:13
**reached** [3] - 124:2, 124:20, 125:16
**reaching** [3] - 73:15, 113:18, 122:3
**react** [1] - 24:1
**reaction** [2] - 36:12, 72:22
**reactions** [1] - 28:15
**read** [8] - 8:8, 111:7, 123:2, 126:15, 126:24, 127:22, 128:25, 129:1
**ready** [2] - 96:25, 124:5
**real** [4] - 26:6, 41:18, 91:2, 108:23
**reality** [1] - 79:12
**realized** [3] - 51:12, 97:22, 106:2
**really** [13] - 35:15, 36:9, 71:8, 71:16, 72:7, 86:21, 88:8, 88:25, 89:12, 92:18, 95:6, 96:20, 107:11
**realm** [1] - 42:19
**reason** [10] - 44:24, 68:12, 78:23, 84:24, 97:3, 103:8, 103:9, 104:13, 107:8, 112:6
**reasonable** [23] - 8:1, 17:13, 83:21, 84:14, 84:23, 93:5, 96:2, 108:23, 109:5, 111:22, 112:5, 112:7, 112:8, 112:10, 112:12, 112:24, 113:4, 118:16, 119:8, 123:25, 129:12
**reasonableness** [2] - 115:12, 118:5
**reasonably** [2] - 112:16, 118:17

**rebel** [3] - 23:24, 27:9, 27:12
**rebuttal** [1] - 65:8
**receipt** [2] - 14:11, 73:25
**receive** [1] - 107:3
**received** [8] - 74:10, 92:12, 110:12, 113:15, 113:19, 114:9, 114:14, 122:8
**receiving** [3] - 10:11, 119:13, 129:17
**recent** [1] - 17:23
**recess** [3] - 54:21, 126:22, 127:2
**reckless** [6] - 8:9, 24:7, 24:10, 24:16, 119:19, 129:22
**recognize** [1] - 40:4
**record** [9] - 55:6, 56:24, 59:24, 61:13, 61:18, 61:20, 64:23, 127:21, 128:11
**recorded** [3] - 31:23, 50:23, 73:9
**recording** [4] - 92:3, 105:8, 105:16, 118:3
**recordings** [1] - 118:11
**recovered** [1] - 14:12
**RECROSS** [1] - 4:4
**recruit** [3] - 9:13, 10:17, 81:24
**recruited** [10] - 8:4, 10:7, 10:12, 10:15, 11:7, 23:15, 119:9, 119:14, 129:13, 129:18
**recruiting** [4] - 9:5, 9:11, 104:15, 105:18
**REDIRECT** [1] - 4:4
**REDUCTION** [1] - 131:19
**reexamine** [1] - 122:5
**refer** [1] - 34:9
**reference** [3] - 13:23, 55:24, 123:6
**references** [1] - 56:4
**referred** [7] - 32:3, 79:21, 94:9, 94:21, 95:2, 95:13, 95:14
**referring** [3] - 20:10, 32:6, 40:12
**refers** [1] - 24:11
**refresh** [1] - 105:6
**refund** [8] - 6:13, 6:14, 32:12, 44:11, 46:23, 48:4, 48:9, 87:15
**refuse** [2] - 23:24, 80:13
**refused** [1] - 52:15
**regarding** [2] - 117:25, 126:5
**registered** [1] - 11:5
**REGULATIONS** [2] - 131:16, 131:20

**reject** [2] - 111:2, 121:25
**relate** [1] - 69:11
**related** [4] - 42:19, 79:9, 95:21, 117:19
**relations** [1] - 23:22
**relationship** [5] - 42:4, 70:24, 71:22, 72:18, 103:3
**relationships** [3] - 6:17, 33:3, 49:9
**relatively** [1] - 13:10, 32:18
**religious** [2] - 110:20, 121:18
**rely** [3] - 112:10, 118:10, 123:18
**remember** [38] - 9:15, 11:13, 13:4, 14:15, 17:24, 27:18, 29:8, 33:8, 33:20, 37:9, 38:20, 40:5, 44:10, 45:9, 47:13, 48:5, 50:21, 51:5, 51:23, 52:13, 54:21, 69:17, 71:18, 74:6, 75:2, 75:20, 78:7, 78:15, 91:14, 93:11, 96:17, 107:24, 109:13, 114:5, 115:18, 115:19, 124:16, 126:16
**remembers** [3] - 27:5, 43:25, 44:17
**remind** [4] - 6:15, 42:20, 52:22, 122:9
**rent** [1] - 76:9
**repeat** [1] - 97:5
**repeatedly** [2] - 69:18, 75:17
**report** [5] - 51:14, 77:16, 85:13, 85:19, 123:1
**REPORTED** [1] - 131:14
**reported** [3] - 29:20, 66:13, 85:22
**REPORTER** [3] - 1:22, 131:10, 131:23
**REPORTER'S** [1] - 1:15
**reporting** [1] - 51:18
**representing** [1] - 60:21
**reputational** [4] - 17:2, 17:6, 17:10, 17:12
**requests** [1] - 32:24
**require** [1] - 123:14
**required** [4] - 19:17, 44:18, 84:4, 112:3
**requires** [1] - 123:9
**rescued** [2] - 85:21, 103:14
**research** [1] - 123:4
**resident** [1] - 33:19

**resist** [1] - 34:24
**resources** [1] - 92:20
**respond** [7] - 57:25, 58:22, 60:15, 65:11, 98:11, 122:24, 124:10
**responded** [2] - 21:7, 26:15
**response** [1] - 73:15
**rest** [1] - 116:5
**restaurants** [1] - 71:15
**restraint** [1] - 16:15
**restricted** [1] - 59:20
**restriction** [2] - 122:16, 122:20
**restrictions** [2] - 123:9, 123:12
**result** [7] - 8:23, 16:17, 16:24, 35:19, 42:4, 120:17, 123:14
**results** [1] - 37:25
**retirement** [1] - 73:15
**return** [4] - 89:18, 111:9, 124:5, 125:5
**returns** [1] - 39:6
**revealed** [1] - 105:25
**revealing** [1] - 106:6
**reveals** [1] - 107:7
**revenge** [1] - 98:21
**revenue** [1] - 13:7
**revenues** [1] - 13:3
**reverse** [1] - 60:16
**revised** [1] - 55:12
**revoke** [1] - 89:24
**RICHARD** [1] - 3:8
**rides** [1] - 88:14
**ripping** [1] - 35:17
**rise** [1] - 125:10
**RISE** [1] - 3:7
**risking** [1] - 105:24
**Road** [7] - 12:22, 16:2, 75:13, 77:6, 77:9, 78:10, 89:3
**robbed** [1] - 95:18
**Robert** [3] - 31:4, 31:9, 31:13
**roles** [1] - 90:22
**Rolex** [3] - 73:24, 73:25, 74:9
**room** [22] - 18:5, 19:20, 23:16, 24:22, 27:9, 27:25, 34:21, 40:13, 41:9, 56:10, 57:10, 58:15, 63:15, 72:23, 86:1, 86:5, 101:21, 101:23, 110:10, 122:19, 125:20, 125:22
**roommate** [5] - 82:4, 82:7, 82:10, 95:1
**roommates** [2] - 82:10, 96:8
**rooms** [6] - 29:11, 29:16, 43:9, 46:24, 63:13, 63:21

**rooted** [1] - 99:22
**rotated** [1] - 100:25
**rough** [2] - 35:19, 47:1
**roughs** [1] - 60:19
**route** [1] - 62:1
**Royal** [2] - 12:23, 16:1
**Rule** [1] - 55:21
**ruling** [5] - 57:8, 57:23, 62:2, 65:2, 65:3
**rulings** [1] - 64:13
**run** [2] - 27:16, 103:8
**running** [3] - 50:23, 92:22, 93:6
**rushed** [2] - 34:23, 97:13

145

## S

**sacrifice** [1] - 96:21
**sadness** [1] - 28:14
**safe** [7] - 29:8, 30:6, 44:6, 88:24, 101:17, 106:14
**safety** [2] - 52:8, 60:4
**SANTA** [1] - 3:4
**Santa** [1] - 95:16
**sat** [1] - 83:16
**satisfies** [1] - 11:23
**satisfy** [1] - 9:12
**saved** [1] - 68:11
**saw** [45] - 6:21, 12:4, 12:12, 12:19, 13:21, 14:11, 20:24, 33:16, 34:20, 44:10, 46:1, 61:11, 67:7, 68:4, 70:20, 71:16, 72:16, 72:18, 74:20, 75:11, 75:12, 75:13, 78:5, 79:4, 80:14, 80:16, 80:18, 81:21, 82:7, 87:14, 87:24, 91:21, 93:12, 94:15, 98:12, 102:25, 103:4, 107:25, 108:1, 108:18, 108:19, 109:7, 114:17
**scantily** [1] - 21:24
**scared** [5] - 23:24, 35:15, 42:8, 89:18, 97:12
**scaring** [1] - 18:15
**scary** [3] - 71:16, 80:20, 89:21
**scenario** [1] - 96:18
**schedule** [1] - 33:4
**scheduled** [1] - 95:4
**schedules** [2] - 13:21, 49:17
**scheduling** [2] - 32:12, 32:22
**scheme** [9] - 16:16, 16:23, 18:1, 18:4, 19:11, 20:1, 39:13, 39:21, 41:15

**SCHOOL** [1] - 3:7
**school** [3] - 66:12, 78:21, 96:15
**scold** [1] - 30:10
**scolding** [2] - 36:24, 39:2
**scolds** [1] - 39:7
**Scott** [1] - 55:24
**SCOTT** [1] - 2:10
**scribbling** [1] - 98:12
**search** [3] - 27:7, 43:8, 79:1
**searching** [1] - 123:5
**seared** [1] - 107:24
**seated** [1] - 125:14
**second** [13] - 8:8, 12:3, 12:13, 13:8, 16:3, 17:4, 17:13, 32:18, 34:20, 35:7, 113:15, 115:7, 129:21
**Second** [1] - 119:19
**secret** [1] - 13:25
**SECTION** [1] - 131:12
**Section** [4] - 119:5, 127:12, 129:9
**see** [26] - 9:10, 31:3, 38:16, 38:17, 39:9, 53:19, 61:10, 64:4, 67:6, 69:2, 70:19, 71:6, 72:22, 72:23, 75:7, 79:3, 83:7, 84:7, 88:9, 91:4, 91:24, 106:3, 115:6, 115:19, 128:8, 130:9
**seeing** [1] - 27:6
**seized** [3] - 12:5, 12:6, 67:19
**self** [1] - 84:21
**self-explanatory** [1] - 84:21
**selfies** [3] - 70:16, 70:17, 108:19
**sell** [1] - 76:20
**selling** [1] - 66:3
**sells** [2] - 10:4, 28:1
**send** [6] - 53:17, 124:7, 124:13, 126:3, 126:12, 129:4
**sending** [4] - 68:21, 70:16, 70:17, 70:20
**sense** [11] - 34:17, 71:5, 74:5, 78:19, 103:23, 104:8, 104:17, 105:20, 106:25, 108:11, 112:6
**sent** [7] - 28:21, 38:24, 47:9, 58:15, 78:5, 126:17, 128:22
**separate** [2] - 95:11, 116:23
**separately** [1] - 116:25
**serious** [8] - 16:14, 16:17, 16:22, 16:24,

16:25, 17:3, 18:1, 18:2
**servants** [1] - 103:2
**serve** [3] - 43:19, 44:4, 80:19
**service** [22] - 26:24, 33:8, 33:12, 35:6, 35:9, 35:13, 35:24, 40:16, 40:17, 43:9, 43:23, 44:21, 44:22, 46:23, 47:1, 68:15, 68:18, 80:23, 87:22, 88:5, 88:22, 122:23
**serviced** [1] - 53:1
**services** [3] - 42:10, 94:8, 95:16
**servicing** [1] - 29:18
**serving** [3] - 80:25, 103:1, 103:2
**session** [1] - 114:12
**SESSION** [1] - 6:3
**set** [7] - 9:25, 47:13, 53:2, 72:8, 73:6, 81:4
**setting** [1] - 71:11
**settled** [1] - 36:24
**seven** [1] - 49:19
**seventh** [1] - 115:11
**several** [4] - 26:22, 49:11, 55:20, 117:15
**sex** [172] - 6:7, 6:25, 7:4, 7:11, 7:13, 7:17, 7:23, 7:24, 8:6, 8:12, 8:23, 9:5, 9:6, 9:11, 9:22, 10:10, 10:14, 11:19, 11:23, 12:1, 13:1, 13:13, 13:16, 13:19, 15:16, 16:6, 16:10, 17:8, 17:11, 17:16, 19:4, 19:9, 19:10, 19:15, 19:16, 20:2, 21:1, 21:6, 21:13, 21:22, 21:23, 23:10, 23:18, 24:9, 24:20, 24:23, 25:3, 25:24, 26:9, 28:19, 28:23, 29:3, 34:22, 35:12, 39:17, 40:7, 40:16, 42:9, 42:10, 42:13, 42:14, 42:16, 42:19, 42:21, 42:23, 43:5, 44:9, 44:14, 46:20, 46:21, 48:1, 48:7, 48:12, 49:16, 49:18, 49:24, 51:3, 52:10, 52:12, 54:9, 54:13, 54:15, 54:17, 56:10, 56:12, 56:14, 56:21, 57:11, 57:16, 58:8, 58:10, 58:16, 58:18, 58:19, 62:12, 62:13, 64:20, 66:4, 66:9, 66:23, 66:24, 67:1, 68:2, 68:9, 69:9, 69:12, 69:13, 72:11, 73:25, 74:7,

75:8, 75:15, 75:19, 75:20, 76:18, 78:15, 79:9, 79:23, 83:3, 83:23, 87:4, 87:7, 87:11, 87:17, 88:22, 89:17, 91:2, 91:5, 91:13, 91:19, 91:22, 92:1, 94:2, 94:8, 94:14, 94:23, 95:7, 95:16, 95:22, 95:24, 96:14, 98:16, 98:17, 98:20, 98:25, 99:8, 99:17, 99:18, 99:21, 100:13, 102:1, 102:2, 102:7, 105:25, 107:2, 108:20, 109:7, 109:11, 110:3, 119:4, 119:12, 119:18, 119:23, 120:1, 129:8, 129:16, 129:21, 130:1
**sexual** [4] - 23:22, 43:16, 110:20, 121:18
**sexy** [1] - 109:10
**shame** [2] - 26:10, 28:3
**share** [5] - 13:5, 13:7, 13:17, 14:18, 86:5
**shared** [5] - 14:17, 86:1, 100:23, 100:24
**sharing** [1] - 15:2
**sheets** [1] - 7:1
**sheriff's** [4] - 31:2, 31:14, 66:1, 66:4
**Sherry** [1] - 94:23
**shift** [2] - 68:25, 69:1
**shifting** [1] - 109:17
**shifts** [1] - 111:23
**ship** [1] - 93:7
**shock** [3] - 18:8, 26:25, 28:3
**shocked** [2] - 36:15, 64:19
**shoehorn** [1] - 34:4
**shoes** [3] - 17:17, 27:18, 96:4
**short** [4] - 26:9, 35:5, 126:22, 127:2
**shorter** [2] - 55:2, 89:11
**shortly** [1] - 40:10
**Shortly** [1] - 23:14
**show** [2] - 100:14, 120:16
**showed** [5] - 43:11, 74:16, 82:6, 101:20, 103:9
**showing** [2] - 12:16, 12:17
**shows** [6] - 12:14, 29:12, 39:7, 41:14, 46:15, 99:21
**shutting** [1] - 93:2

**side** [3] - 33:7, 43:15, 91:1
**sidebar** [5] - 50:17, 55:9, 127:24, 127:25, 128:12
**Sidebar** [4] - 55:11, 65:22, 128:1, 128:24
**sidebars** [1] - 96:20
**sign** [3] - 48:12, 48:14, 124:4
**signed** [3] - 102:9, 124:8, 124:10
**similar** [4] - 39:23, 40:1, 47:11, 47:19
**similarly** [1] - 114:1
**simple** [1] - 18:4
**simplest** [1] - 16:19
**simply** [7] - 29:3, 48:20, 57:21, 86:18, 98:20, 121:7, 121:13
**simultaneously** [1] - 21:21
**singing** [1] - 62:10
**single** [6] - 7:11, 12:11, 54:15, 75:18, 100:24, 111:6
**sister** [5] - 49:10, 72:17, 97:16, 101:5, 101:9
**sisters** [1] - 101:4
**sit** [5] - 17:18, 27:15, 96:25, 97:24, 125:14
**sites** [4] - 9:19, 21:13, 21:22, 22:9
**sitting** [1] - 127:24
**situation** [1] - 93:16
**six** [1] - 49:19
**SIXTEEN** [2] - 1:16, 4:3
**sixth** [1] - 115:10
**slate** [1] - 111:15
**slaughter** [2] - 58:14, 62:7
**slavery** [1] - 75:21
**slept** [1] - 100:25
**slide** [3] - 37:4, 50:11, 77:11
**slideshow** [1] - 104:3
**slight** [1] - 120:19
**small** [1] - 51:23
**smiling** [1] - 102:16
**smoking** [1] - 72:10
**social** [1] - 122:20
**socialize** [1] - 33:6
**socializing** [1] - 71:14
**solely** [3] - 110:16, 114:13, 117:13
**solemnly** [1] - 124:25
**solve** [1] - 68:1
**someone** [35] - 6:19, 6:20, 6:25, 8:7, 18:12, 36:14, 36:18, 36:19, 37:12, 37:22, 38:14, 39:10, 39:14, 41:22, 42:19, 42:21,

55:25, 64:19, 68:25, 74:8, 75:5, 75:19, 79:23, 80:6, 83:25, 84:10, 84:18, 84:19, 84:22, 87:16, 91:6, 92:4, 95:22, 96:25, 105:10
**something's** [1] - 101:21
**sometime** [1] - 47:17
**sometimes** [5] - 19:18, 21:5, 45:11, 115:14, 115:16
**son** [3] - 66:12, 71:10, 78:21
**soon** [1] - 68:3
**sorry** [4] - 74:14, 77:9, 97:15, 102:4
**sort** [1] - 26:5
**sought** [1] - 33:25
**soul** [2] - 67:8, 67:10
**sound** [1] - 82:18
**source** [2] - 10:21, 20:21
**south** [1] - 91:3
**spades** [1] - 8:25
**speaking** [2] - 92:9, 107:20
**speaks** [1] - 27:23
**Special** [2] - 9:3, 31:8
**special** [2] - 20:16, 42:4
**specific** [1] - 56:2
**specifically** [2] - 11:10, 107:24
**spend** [3] - 32:9, 32:14, 67:14
**spent** [1] - 104:4
**spoken** [3] - 11:10, 117:24, 118:11
**SPRING** [2] - 2:6, 2:10
**spy** [1] - 38:21
**stable** [2] - 10:21, 20:21
**stage** [1] - 61:12
**stake** [2] - 84:25, 96:23
**stand** [10] - 33:9, 40:6, 51:6, 62:21, 62:23, 67:2, 68:13, 74:17, 90:10, 94:13
**standard** [5] - 84:15, 96:3, 108:25, 109:1, 109:2
**standing** [1] - 98:9
**stands** [1] - 124:17
**start** [5] - 8:14, 16:18, 22:20, 52:14, 123:14
**started** [13] - 15:6, 15:9, 15:12, 16:1, 22:18, 40:10, 45:7, 51:17, 79:19, 85:24, 94:20, 95:15
**starting** [1] - 77:20, 94:2
**starts** [2] - 83:18, 86:4

**state** [12] - 8:22, 9:2, 9:22, 10:4, 53:23, 55:22, 56:15, 59:6, 59:7, 61:17, 61:23, 114:5

**statement** [6] - 62:7, 63:7, 113:5, 113:6, 113:8, 118:4

**statements** [12] - 12:25, 46:3, 47:11, 53:25, 113:22, 114:2, 117:15, 117:19, 117:20, 117:22, 118:11, 118:12

**states** [1] - 120:9

**States** [9] - 77:24, 81:1, 81:19, 85:23, 91:20, 106:25, 119:6, 120:9, 129:10

**STATES** [12] - 1:1, 1:7, 1:23, 2:4, 2:9, 3:3, 3:7, 131:11, 131:13, 131:17, 131:20

**station** [1] - 66:1

**status** [12] - 33:19, 41:23, 43:23, 81:5, 88:18, 89:14, 100:19, 101:13, 105:7, 105:24, 106:23

**statute** [3] - 16:14, 24:12, 27:19

**stay** [4] - 11:13, 11:17, 33:20, 128:20

**stayed** [2] - 55:25, 80:8

**staying** [1] - 78:23

**steady** [1] - 101:16

**steal** [1] - 14:2

**STEELE** [78] - 2:20, 2:21, 14:21, 18:19, 18:22, 19:12, 19:22, 21:15, 21:18, 21:25, 22:2, 22:11, 22:14, 22:18, 22:21, 23:1, 24:10, 25:9, 25:16, 28:9, 29:22, 30:2, 32:2, 34:6, 34:10, 36:16, 37:4, 37:15, 37:19, 38:2, 38:10, 40:24, 41:4, 42:6, 45:1, 45:12, 45:16, 46:6, 47:6, 48:24, 50:3, 50:9, 50:11, 53:12, 53:15, 54:4, 56:7, 56:17, 56:20, 56:25, 57:3, 57:7, 57:15, 58:2, 58:6, 58:13, 59:3, 59:6, 62:25, 63:3, 63:6, 63:18, 64:1, 64:4, 64:7, 64:11, 64:17, 65:1, 65:5, 69:25, 100:5, 100:9, 125:18, 125:23,

126:18, 127:4, 127:9, 128:5

**Steele** [4] - 55:18, 68:6, 71:19, 98:2

**STENOGRAPHICALLY** [1] - 131:14

**STEPHANIE** [1] - 3:8

**stereotypes** [1] - 82:18, 110:25, 121:23

**Stewart** [3] - 68:6, 91:15, 91:18

**still** [14] - 13:22, 16:11, 19:1, 26:25, 37:24, 47:18, 71:1, 86:21, 86:23, 92:22, 92:25, 93:1, 106:14, 106:16

**stole** [2] - 13:7, 103:6

**stood** [1] - 85:3

**stop** [1] - 106:1

**stopped** [2] - 48:18, 70:25

**stories** [1] - 67:4

**story** [5] - 71:7, 71:12, 82:16, 89:9, 90:1

**straight** [1] - 20:9

**stream** [1] - 8:19

**Street** [3] - 45:6, 86:2, 91:4

**street** [1] - 38:22

**STREET** [5] - 1:23, 2:6, 2:10, 2:17, 3:8

**Stricken** [1] - 34:12

**stricken** [11] - 7:21, 18:23, 21:19, 25:18, 37:20, 38:11, 53:16, 100:10, 103:21, 109:20, 114:7

**strict** [1] - 93:7

**strike** [14] - 7:20, 18:22, 21:18, 25:16, 30:2, 34:10, 37:19, 38:10, 41:4, 53:15, 77:11, 100:9, 103:20, 109:19

**striped** [1] - 71:19

**strong** [2] - 23:25, 30:11

**subject** [1] - 37:25

**submit** [3] - 99:9, 103:7, 103:22

**submits** [1] - 104:2

**submitted** [1] - 124:18

**subpoint** [1] - 8:3

**subsequent** [1] - 11:15

**succeeded** [1] - 27:24

**successful** [1] - 77:3

**suddenly** [1] - 58:15

**suffered** [1] - 102:17

**sufficient** [1] - 111:20

**sufficiently** [1] - 17:3

**suggestion** [1] - 111:9

**suggests** [1] - 79:16

**SUITE** [2] - 1:24, 2:22

**summation** [3] - 60:9, 60:18, 60:23

**Sunshine** [8] - 11:14, 15:25, 23:17, 76:12, 76:15, 76:21, 77:3, 79:19

**support** [5] - 101:2, 101:7, 105:14, 107:3, 111:18

**supports** [1] - 67:3

**supposed** [2] - 103:16, 128:20

**supposedly** [2] - 102:14, 105:12

**surprised** [3] - 36:19, 57:11, 57:20

**surprises** [1] - 22:1

**surrebuttals** [1] - 65:10

**surrounded** [1] - 102:14

**surveillance** [2] - 30:7, 74:15

**suspect** [1] - 72:9

**suspected** [2] - 94:15, 101:20

**suspicious** [1] - 94:17

**sustained** [19] - 7:19, 18:21, 21:17, 25:11, 25:13, 29:25, 37:18, 38:8, 38:9, 41:3, 50:5, 53:14, 77:10, 88:12, 93:22, 100:7, 103:19, 109:18, 109:25

**Sustained** [1] - 34:8

**swear** [2] - 124:22, 124:25

**switch** [4] - 87:22, 98:17, 99:2, 108:20

**swollen** [1] - 44:1

**sworn** [1] - 113:14

**SWORN** [1] - 124:24

**sympathy** [4] - 110:17, 110:23, 121:15, 121:21

**system** [2] - 68:14, 84:16

## T

**T-Visa** [17] - 89:9, 89:25, 97:23, 104:12, 104:13, 104:14, 104:18, 105:19, 105:21, 106:10, 106:12, 106:17, 106:23, 107:1, 107:5, 107:7

**T-Visas** [8] - 58:20, 86:9, 86:10, 104:1, 104:2, 104:7, 104:17, 106:8

**table** [1] - 43:14

**tables** [1] - 43:15

**tablet** [1] - 122:17

**tabs** [1] - 9:4

**tactic** [1] - 45:11

**tactics** [1] - 45:19

**Taiwan** [1] - 92:17

**tall** [1] - 35:14

**Tang** [25] - 7:9, 34:9, 34:14, 35:9, 35:23, 35:24, 36:6, 36:8, 36:10, 36:20, 37:12, 37:14, 38:13, 38:16, 38:20, 38:23, 39:17, 39:24, 49:21, 53:21, 53:22, 54:4, 57:17, 59:3

**Tang/Vicki** [1] - 15:8

**Tank** [1] - 34:2

**tax** [1] - 45:22

**technician** [1] - 21:10

**ten** [6] - 10:20, 26:15, 52:19, 55:3, 125:16, 130:9

**ten-minute** [1] - 55:3

**tension** [1] - 77:2

**term** [2] - 33:1, 42:16

**terms** [5] - 8:21, 16:13, 61:25, 77:21, 92:9

**terrible** [1] - 28:14

**terrified** [1] - 26:25

**test** [1] - 112:5

**testified** [65] - 6:24, 10:19, 11:21, 14:16, 15:5, 18:16, 19:11, 19:19, 20:12, 20:18, 20:24, 21:6, 21:9, 23:20, 23:23, 24:2, 25:22, 25:24, 26:13, 26:24, 27:11, 28:23, 29:1, 29:6, 29:8, 30:4, 32:23, 33:5, 34:14, 35:3, 35:25, 36:11, 38:18, 39:23, 40:7, 40:10, 42:8, 42:24, 43:16, 43:25, 44:3, 45:10, 45:21, 46:20, 46:22, 46:25, 47:4, 49:16, 51:8, 69:18, 76:5, 78:14, 88:1, 88:13, 88:17, 91:15, 102:18, 113:11, 115:7, 115:24, 116:3, 117:3, 117:5

**testify** [6] - 47:23, 105:15, 108:8, 108:9, 113:1, 116:8

**testifying** [4] - 107:6, 107:25, 108:6, 115:8

**testimony** [53] - 9:18, 11:6, 13:25, 28:9, 35:3, 37:5, 38:20, 39:22, 44:10, 45:5, 45:15, 48:25, 49:14, 49:15, 51:5, 53:4,

53:6, 55:24, 60:19, 68:10, 68:20, 69:20, 69:24, 73:19, 73:20, 76:22, 78:25, 81:24, 86:13, 86:22, 93:13, 94:6, 104:20, 107:5, 107:6, 108:9, 113:4, 113:12, 113:15, 113:19, 114:6, 114:16, 115:1, 115:2, 115:4, 115:11, 115:12, 115:21, 115:22, 116:10, 117:2, 117:10, 117:25

**text** [4] - 46:1, 80:15, 96:17, 122:18

**Thailand** [1] - 9:25

**THAT** [2] - 131:12, 131:15

**THE** [164] - 2:4, 2:4, 2:9, 2:14, 2:14, 3:2, 3:7, 6:6, 7:19, 7:21, 15:1, 18:21, 18:23, 19:13, 19:23, 21:17, 21:19, 22:5, 22:10, 22:13, 22:17, 22:20, 22:22, 22:24, 23:2, 23:4, 23:7, 24:15, 25:11, 25:13, 25:18, 28:12, 29:25, 30:3, 32:4, 32:7, 34:8, 34:12, 36:17, 37:8, 37:18, 37:20, 38:8, 38:11, 41:3, 41:5, 42:7, 45:2, 45:18, 46:10, 47:12, 49:6, 50:5, 50:8, 50:12, 50:18, 53:14, 53:16, 54:6, 54:20, 55:6, 55:10, 55:12, 55:16, 56:1, 56:14, 56:19, 56:23, 57:1, 57:5, 57:14, 57:24, 58:4, 58:12, 58:21, 59:2, 59:5, 60:7, 60:12, 60:17, 61:2, 62:3, 62:9, 62:18, 62:21, 63:2, 63:5, 63:17, 63:24, 64:3, 64:6, 64:10, 64:16, 64:21, 65:4, 65:6, 65:13, 65:19, 65:24, 69:23, 70:1, 70:6, 70:10, 73:22, 77:10, 77:13, 81:3, 81:7, 81:13, 88:12, 90:6, 92:8, 92:11, 93:22, 100:7, 100:10, 101:10, 102:24, 103:19, 103:21, 104:23, 105:1, 108:12, 108:14, 109:18, 109:20, 109:25, 110:6, 124:22, 124:25, 125:8,

125:9, 125:13, 125:21, 125:24, 126:3, 126:6, 126:10, 126:12, 126:21, 127:1, 127:8, 127:15, 127:17, 127:21, 128:2, 128:7, 128:14, 128:16, 128:22, 128:25, 130:7, 131:10, 131:11, 131:13, 131:14, 131:15, 131:16, 131:17, 131:19, 131:20
**themselves** [3] - 17:17, 103:13, 106:9
**theory** [4] - 42:1, 64:21, 105:14, 106:25
**Therapy** [2] - 79:21, 92:22
**therefore** [4] - 111:20, 112:8, 117:9, 118:9
**they've** [3] - 26:19, 66:23, 126:13
**thinking** [2] - 13:4, 13:18
**third** [16] - 8:12, 8:14, 9:24, 13:11, 27:4, 27:6, 32:22, 35:13, 43:12, 49:22, 82:16, 100:24, 113:16, 115:7, 119:24, 130:2
**THIS** [1] - 131:18
**thorough** [1] - 66:19
**thoughtful** [1] - 105:5
**thousand** [10] - 6:21, 10:24, 12:10, 18:12, 19:6, 37:22, 44:16, 49:11, 52:25, 54:19
**Thousand** [2] - 77:25, 94:8
**threat** [23] - 18:20, 18:25, 19:3, 25:17, 32:17, 37:21, 38:3, 39:18, 68:4, 69:8, 69:11, 69:12, 72:14, 79:9, 79:10, 79:24, 80:5, 83:7, 87:1, 95:21, 96:1
**threaten** [6] - 16:18, 16:19, 18:9, 47:3, 47:5, 47:19
**threatened** [11] - 7:5, 25:7, 25:10, 37:12, 47:16, 54:8, 54:15, 82:24, 87:1, 88:20, 89:5
**threatening** [2] - 30:10, 39:14
**threats** [36] - 8:10, 15:15, 16:4, 16:14, 16:22, 26:1, 33:14, 36:20, 37:1, 37:10, 37:16, 37:25, 38:1,

38:6, 38:12, 39:23, 41:18, 44:19, 46:12, 53:22, 53:24, 69:2, 69:4, 86:14, 93:19, 93:25, 95:23, 95:25, 100:14, 100:15, 119:4, 119:20, 120:2, 129:8, 129:23
**three** [5] - 12:11, 15:13, 16:8, 66:8, 83:10
**throughout** [10] - 6:22, 7:15, 20:10, 30:9, 38:6, 61:3, 61:4, 70:4, 77:17, 83:16
**thrown** [2] - 95:23, 99:19
**ticket** [2] - 89:10, 90:2
**ties** [5] - 71:17, 89:20, 93:10, 93:11
**tight** [1] - 93:7
**timeframe** [2] - 22:11, 29:6, 59:9
**timeframes** [1] - 15:18
**timeline** [9] - 15:3, 15:17, 15:23, 15:24, 47:6, 47:13, 47:14, 74:11, 76:11
**timing** [1] - 18:20
**Tina** [10] - 79:21, 82:1, 85:25, 86:3, 94:20, 94:21, 94:24, 95:2, 95:13, 95:17
**tips** [2] - 46:22, 48:3
**Title** [2] - 119:5, 129:9
**TITLE** [1] - 131:13
**TO** [1] - 131:12
**today** [7] - 26:17, 51:24, 54:10, 68:16, 68:17, 70:17, 93:1
**together** [17] - 16:9, 38:23, 39:25, 77:7, 79:13, 79:16, 85:12, 85:13, 85:23, 85:24, 85:25, 86:5, 86:7, 86:8, 86:11, 125:1
**tons** [1] - 66:23
**took** [20] - 11:22, 15:20, 18:11, 26:4, 27:4, 28:17, 30:11, 35:9, 45:22, 49:21, 60:19, 78:25, 79:14, 79:15, 89:11, 105:6, 111:4, 123:18, 128:18
**top** [6] - 9:10, 15:24, 20:6, 31:1, 31:10, 43:10
**topic** [2] - 104:2, 107:9
**torn** [1] - 102:8
**totally** [1] - 57:11
**towards** [2] - 48:18, 122:3
**town** [1] - 79:13

**track** [1] - 29:13
**traffic** [1] - 19:7
**trafficked** [8] - 62:15, 71:3, 87:6, 90:2, 90:21, 91:5, 92:5, 92:14
**trafficker** [5] - 68:5, 71:17, 89:19, 91:7, 98:7
**trafficker's** [2] - 71:4, 71:10
**traffickers** [4] - 19:8, 45:11, 45:20, 87:11
**trafficking** [43] - 7:5, 12:8, 45:4, 45:10, 51:7, 51:8, 54:17, 66:23, 67:1, 68:2, 68:9, 69:9, 72:11, 73:25, 74:8, 75:16, 75:19, 75:20, 76:18, 83:24, 87:8, 89:17, 91:2, 91:5, 91:13, 91:19, 91:22, 92:1, 97:11, 98:16, 99:4, 99:5, 99:18, 99:21, 103:11, 103:14, 104:9, 107:2, 109:8, 110:4, 119:4, 120:1, 129:8
**tragedy** [1] - 102:17
**trainer** [1] - 77:23
**training** [1] - 118:2
**transaction** [1] - 8:18
**TRANSCRIPT** [4] - 1:15, 131:14, 131:16, 131:18
**transcripts** [1] - 37:7
**translated** [2] - 10:18, 118:1
**translation** [5] - 117:10, 117:20, 117:22, 118:1, 118:5
**translator** [1] - 118:3
**transportation** [1] - 120:7
**transported** [8] - 8:5, 10:8, 10:12, 12:1, 119:10, 119:15, 129:14, 129:19
**trapped** [1] - 28:21
**trauma** [1] - 28:14
**traumatized** [1] - 18:7
**travel** [1] - 81:17
**traveled** [2] - 86:8, 106:24
**traveling** [2] - 59:7, 59:13
**treat** [1] - 113:11
**treats** [1] - 46:16
**TRIAL** [3] - 1:15, 1:16, 4:3
**trial** [23] - 6:22, 14:9, 51:8, 51:11, 51:20, 54:21, 54:24, 58:23, 61:3, 67:24, 83:17, 96:19, 99:19,

103:18, 109:7, 111:14, 114:14, 116:19, 116:22, 117:18, 122:22, 123:10, 123:17
**trick** [2] - 19:8, 93:19
**tricked** [3] - 16:10, 25:2, 42:10
**tried** [5] - 23:24, 26:13, 33:2, 81:4, 128:12
**tries** [3] - 14:14, 54:25, 97:19
**trouble** [1] - 95:10
**true** [7] - 7:15, 7:25, 57:21, 64:14, 74:20, 105:7, 116:4
**TRUE** [1] - 131:13
**trust** [1] - 104:6
**truth** [8] - 30:24, 61:23, 66:7, 66:9, 66:11, 81:25, 92:7, 116:3
**try** [11] - 14:5, 20:9, 33:11, 47:12, 64:24, 92:17, 93:18, 97:14, 98:13, 123:7, 125:16
**trying** [5] - 34:4, 47:13, 60:15, 65:11, 76:20, 89:2
**turn** [3] - 35:15, 70:3, 88:3
**turnaround** [1] - 89:11
**turned** [2] - 66:15, 70:7
**turning** [3] - 26:17, 28:7, 66:20
**tutoring** [1] - 101:12
**twice** [1] - 50:21
**two** [29] - 11:15, 14:1, 14:17, 14:18, 19:1, 50:20, 51:16, 57:16, 57:17, 66:7, 69:6, 71:12, 81:8, 82:10, 82:12, 83:5, 86:9, 87:19, 89:12, 95:11, 100:22, 100:23, 104:9, 104:11, 106:11, 106:23, 112:17, 115:19, 128:19
**type** [1] - 94:24
**types** [1] - 95:18

**U**

**U.S** [6] - 76:4, 77:22, 81:17, 89:16, 96:7, 101:7
**Uber** [2] - 85:14, 88:7
**ultimately** [1] - 35:18
**Um..** [1] - 32:4
**unanimous** [4] - 120:25, 121:9, 124:2, 124:20

**unattainable** [1] - 109:6
**uncomfortability** [1] - 90:18
**uncomfortable** [4] - 86:25, 90:16, 90:17
**unconscious** [4] - 110:25, 121:23
**under** [4] - 24:11, 30:7, 74:17, 113:9
**undercover** [6] - 72:6, 72:9, 72:12, 72:15, 91:17, 91:19
**understood** [3] - 25:22, 30:18, 36:25
**underworld** [1] - 18:10, 71:18, 89:20
**undesirable** [1] - 48:17
**undocumented** [1] - 41:23
**unfair** [5] - 40:24, 41:1, 58:17, 63:22, 93:20
**unfairly** [1] - 62:16
**unhappy** [4] - 6:14, 67:17, 72:20, 88:15
**UNITED** [12] - 1:1, 1:7, 1:23, 2:4, 2:9, 3:3, 3:7, 131:11, 131:13, 131:17, 131:20
**United** [9] - 77:24, 81:1, 81:19, 85:23, 91:20, 106:25, 119:5, 120:9, 129:9
**unless** [15] - 15:20, 32:21, 33:21, 52:21, 52:25, 53:10, 72:7, 83:19, 112:12, 112:22, 125:3
**unprofessional** [1] - 61:1
**unsafe** [1] - 88:21
**unsuspecting** [1] - 18:5
**untrue** [1] - 115:21
**untruthfully** [2] - 115:24, 116:3
**unusual** [1] - 73:8
**up** [39] - 9:8, 27:3, 27:9, 32:25, 33:3, 35:11, 35:13, 39:7, 40:6, 53:2, 57:19, 60:6, 71:11, 72:8, 73:6, 77:5, 77:7, 79:7, 81:5, 82:6, 85:3, 89:9, 89:12, 89:25, 90:10, 92:22, 97:2, 97:4, 97:14, 97:17, 101:20, 102:9, 103:9, 108:1, 108:14, 111:10, 125:17, 127:25
**upcoming** [1] - 40:20
**upset** [1] - 93:13
**upstairs** [1] - 35:8

**urge** [1] - 97:8

## V

**vaginal** [4] - 7:13, 19:21, 24:25, 37:13
**Valentine's** [1] - 70:19
**valuable** [1] - 107:1
**value** [3] - 10:11, 119:14, 129:17
**various** [1] - 107:12
**vast** [2] - 12:17, 18:17
**vendetta** [2] - 73:2, 89:7
**vendors** [1] - 48:1
**venture** [3] - 10:12, 119:14, 129:18
**verbal** [2] - 66:14, 72:25
**verbs** [2] - 8:8, 54:11
**verdict** [14] - 57:12, 111:9, 113:18, 116:25, 117:1, 120:24, 121:9, 121:13, 122:7, 124:1, 124:2, 124:3, 124:21, 125:5
**version** [1] - 129:5
**versions** [1] - 115:17
**versus** [1] - 26:15
**vessels** [1] - 110:2
**via** [1] - 122:18
**Vicki** [8] - 34:3, 34:11, 59:15, 81:16, 82:2, 94:25, 95:1
**Vicki/Yan** [1] - 7:9
**victim** [61] - 6:9, 6:13, 6:15, 7:7, 7:8, 7:9, 7:23, 8:5, 8:11, 10:25, 12:21, 14:17, 14:25, 15:4, 15:11, 17:18, 18:24, 19:2, 19:3, 20:4, 20:7, 20:11, 32:3, 32:6, 34:3, 34:11, 40:4, 68:3, 81:20, 87:13, 89:17, 90:1, 98:18, 104:10, 105:7, 105:9, 105:18, 105:21, 106:6, 109:7, 119:11, 119:12, 119:16, 119:17, 119:22, 119:23, 129:15, 129:16, 129:20, 129:25, 130:1
**victim's** [1] - 52:19
**victims** [57] - 6:22, 7:6, 7:10, 10:5, 10:9, 10:13, 10:16, 10:17, 11:20, 12:1, 13:19, 14:2, 14:15, 16:5, 17:20, 17:22, 19:11, 29:16, 29:18, 31:23, 32:1, 32:13, 41:20,

45:4, 49:24, 51:21, 51:24, 52:3, 52:14, 53:1, 62:1, 67:4, 87:12, 91:2, 98:24, 99:7, 99:24, 100:13, 100:16, 101:22, 102:14, 103:8, 103:10, 103:13, 104:6, 105:17, 106:9, 106:18, 107:2, 107:10, 107:15, 108:5, 109:9, 110:3, 110:4
**victims'** [2] - 100:19, 103:24
**video** [6] - 14:9, 74:15, 74:23, 74:25, 75:7, 75:9
**videos** [6] - 67:6, 67:12, 75:11, 75:12, 98:4, 102:25
**Vietnamese** [1] - 93:12
**view** [1] - 122:3
**viewed** [1] - 47:24
**views** [4] - 47:25, 112:15, 121:4, 122:5
**violates** [1] - 123:12
**violation** [2] - 119:5, 129:9
**VIP** [1] - 13:12
**Visa** [17] - 89:9, 89:25, 97:23, 104:12, 104:13, 104:14, 104:18, 105:19, 105:21, 106:10, 106:12, 106:17, 106:23, 107:1, 107:5, 107:7
**Visas** [8] - 58:20, 86:9, 86:10, 104:1, 104:2, 104:7, 104:17, 106:8
**visibly** [1] - 90:15
**visited** [1] - 101:5
**visiting** [1] - 9:19
**voice** [3] - 46:1, 108:18, 117:16
**voluntarily** [5] - 72:2, 86:16, 90:9, 90:11, 94:12
**voluntary** [2] - 91:8, 98:20
**vs** [2] - 1:10, 131:6

## W

**waited** [2] - 27:10, 36:5
**waiting** [3] - 35:8, 35:22, 124:15
**walked** [2] - 57:10, 66:1
**walking** [1] - 75:13
**walks** [1] - 17:19
**wants** [1] - 51:9,

62:20, 69:4, 79:6, 80:4
**warming** [2] - 71:15, 102:18
**warrant** [3] - 27:7, 43:8, 79:2
**washing** [1] - 48:2
**watch** [2] - 14:10, 123:2
**waved** [1] - 49:13
**ways** [6] - 30:14, 30:18, 30:19, 109:8, 114:5
**weak** [1] - 97:7
**wealth** [3] - 12:17, 14:7, 14:14
**wear** [1] - 44:2
**wearing** [1] - 109:10
**web** [4] - 9:19, 21:13, 21:22, 22:9
**website** [2] - 10:25, 122:19
**week** [2] - 28:22, 45:23
**weekend** [1] - 31:20
**weeks** [5] - 19:2, 66:12, 66:16, 80:9, 82:12
**weigh** [1] - 110:11
**weight** [6] - 13:7, 114:22, 114:24, 116:6, 116:9, 121:12
**weird** [2] - 73:10, 82:3
**WEST** [1] - 1:23
**WESTERN** [1] - 1:3
**Westwood** [1] - 70:7
**whatsoever** [1] - 45:13
**whisper** [1] - 60:24
**white** [4] - 6:17, 30:14, 30:19, 49:9
**whole** [3] - 59:13, 95:4, 117:22
**wide** [1] - 42:17
**wife** [1] - 88:16
**willing** [4] - 24:22, 36:11, 98:17, 99:4
**window** [2] - 67:8, 67:9
**wins** [1] - 76:13
**WITH** [2] - 131:16, 131:19
**witness** [42] - 14:22, 15:23, 22:14, 22:18, 22:20, 30:17, 37:5, 48:5, 48:6, 59:3, 66:1, 67:1, 67:19, 72:2, 72:3, 73:2, 77:21, 79:18, 80:24, 87:10, 87:11, 89:8, 95:1, 97:24, 97:25, 107:14, 113:13, 113:15, 113:25, 114:16, 114:17, 115:3, 115:4, 115:6, 115:14, 115:23,

116:1, 116:2, 117:13
**witness'** [7] - 115:7, 115:8, 115:10, 115:11, 115:12, 117:10
**witnesses** [35] - 30:16, 46:19, 47:10, 56:4, 56:9, 56:20, 66:18, 66:22, 74:2, 74:4, 76:5, 76:23, 77:18, 84:3, 85:3, 85:9, 86:13, 88:11, 90:16, 94:1, 97:20, 107:11, 107:15, 108:7, 111:25, 112:2, 113:23, 115:16, 116:7, 116:9, 117:2, 117:3, 117:16, 117:17, 117:18
**WITNESSES** [1] - 4:4
**woman** [4] - 27:12, 46:12, 54:13, 90:14
**women** [34] - 18:17, 19:8, 21:5, 21:24, 39:12, 43:9, 46:16, 52:9, 52:11, 53:2, 53:4, 53:9, 54:8, 54:15, 54:17, 56:11, 62:13, 63:22, 68:23, 73:17, 86:23, 88:2, 88:7, 91:4, 92:18, 92:25, 94:4, 101:19, 102:19, 104:10, 104:11, 104:16, 110:1
**wonder** [1] - 126:18
**wondering** [1] - 84:10
**word** [4] - 126:16, 126:25, 127:6, 129:3
**words** [6] - 31:7, 66:21, 77:18, 97:5, 117:24, 118:24
**worker** [7] - 7:11, 10:20, 26:9, 28:19, 62:12, 87:19, 98:17
**workers** [7] - 9:6, 9:11, 29:14, 45:9, 50:25, 52:10, 96:10
**works** [2] - 69:15, 90:9
**world** [5] - 30:21, 51:20, 89:13, 96:8
**worry** [2] - 79:8, 97:16
**worse** [4] - 13:9, 30:10, 53:20, 82:18
**worst** [1] - 96:18
**worth** [3] - 9:4, 12:10, 36:12
**wrap** [1] - 108:14
**wrath** [1] - 53:24
**writing** [3] - 122:17, 124:10, 124:11
**wrongs** [1] - 116:12
**wrote** [1] - 31:15

## X

**Xiao** [3] - 70:25, 82:1
**XiaoXiao** [1] - 47:23
**XING** [2] - 1:12, 2:14
**Xing** [185] - 8:25, 11:7, 11:8, 11:10, 11:11, 11:13, 11:21, 12:9, 14:3, 15:25, 19:5, 21:4, 21:10, 21:12, 21:20, 24:3, 24:4, 25:8, 25:20, 25:25, 26:6, 26:9, 26:14, 26:23, 27:2, 28:6, 28:16, 28:24, 29:2, 29:3, 30:9, 30:13, 30:17, 30:20, 30:24, 32:8, 32:11, 33:4, 35:4, 35:5, 35:6, 35:11, 35:21, 36:5, 36:7, 36:8, 36:24, 37:2, 37:12, 37:23, 37:24, 38:23, 39:1, 39:3, 39:6, 39:13, 39:19, 39:21, 39:23, 40:9, 40:11, 40:17, 40:20, 41:11, 41:13, 41:16, 41:20, 43:18, 45:24, 46:2, 46:14, 47:25, 48:10, 48:19, 51:13, 52:1, 52:5, 53:10, 53:21, 53:25, 54:18, 56:17, 57:22, 58:7, 58:9, 59:10, 59:22, 60:1, 60:4, 63:16, 63:20, 66:2, 66:5, 66:10, 66:13, 66:14, 66:17, 69:3, 69:6, 70:24, 71:13, 71:24, 72:1, 72:20, 72:21, 73:2, 73:3, 73:5, 73:8, 73:13, 73:24, 74:3, 74:19, 76:6, 76:12, 76:13, 76:16, 76:19, 76:24, 77:1, 77:3, 77:7, 77:15, 77:16, 77:25, 78:12, 78:18, 78:24, 78:25, 79:7, 79:10, 79:14, 79:20, 79:22, 80:2, 80:5, 82:12, 82:13, 82:19, 83:14, 83:24, 85:13, 85:16, 85:19, 86:4, 86:6, 86:17, 87:2, 87:9, 87:19, 88:17, 89:2, 92:14, 92:23, 93:6, 93:12, 93:24, 94:19, 94:21, 95:5, 95:7, 95:8, 95:11, 95:15, 95:17, 95:19, 97:9, 97:15, 97:19, 97:21, 97:24, 98:5, 106:1, 109:8

| | |
|---|---|
| **Xing's** [36] - 6:7, 12:13, 20:13, 27:4, 27:8, 28:16, 28:23, 32:12, 35:5, 36:17, 39:17, 40:8, 41:12, 41:18, 43:3, 43:4, 44:18, 44:19, 46:3, 47:20, 52:12, 53:24, 55:22, 66:8, 66:12, 67:20, 73:14, 78:1, 78:4, 78:21, 80:9, 82:2, 82:15, 85:4, 96:23, 110:4 | **Z** |
| | **zero** [1] - 66:25 |

**Y**

**Yang** [58] - 7:7, 12:21, 15:4, 15:8, 20:11, 20:12, 20:24, 21:3, 21:8, 23:19, 24:7, 24:17, 24:21, 25:3, 25:6, 25:22, 25:24, 26:10, 26:13, 26:23, 26:24, 27:4, 28:18, 28:20, 28:21, 28:24, 28:25, 30:4, 30:15, 30:22, 31:19, 32:15, 33:13, 34:2, 34:9, 34:14, 35:9, 35:23, 35:24, 36:6, 36:10, 36:20, 37:12, 37:14, 38:13, 38:16, 38:20, 38:23, 39:17, 39:24, 49:21, 53:21, 53:22, 54:4, 57:17, 59:3
**Yang's** [3] - 25:7, 28:15, 39:22
**Yang/Alice** [2] - 20:5, 23:14
**Yank** [1] - 36:8
**Yanli** [2] - 15:17, 47:22
**YANYAN** [1] - 3:12
**year** [11] - 13:2, 13:19, 14:8, 31:11, 66:10, 69:23, 78:8, 81:18, 89:12, 94:18, 95:4
**years** [14] - 6:25, 12:12, 13:22, 49:19, 51:16, 71:16, 77:23, 78:13, 82:5, 87:19, 89:12, 107:22
**yelling** [1] - 60:25
**yesterday** [4] - 56:16, 57:25, 61:14, 62:22
**young** [1] - 91:4
**YOUNG** [1] - 3:3
**younger** [1] - 36:21
**yourself** [8] - 67:22, 71:5, 96:4, 102:17, 110:22, 121:1, 121:20, 125:3

UNITED STATES DISTRICT COURT